MICHAEL A. LADRA (Bar No. 64307)
mike.ladra@lw.com
MATTHEW RAWLINSON (Bar No. 231890)
matt.rawlinson@lw.com
ALLISON S. DAVIDSON (Bar No. 267964)
allison.davidson@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants
Oki Electric Industry Co., Ltd.; Oki Electric America, Inc.,
Oki Data Americas, Inc., Rohm Semiconductor USA, LLC and
Lapis Semiconductor Co., Ltd.

MORGAN, LEWIS & BOCKIUS, LLP
BRETT M. SHUMAN (SBN 189247)
bschuman@morganlewis.com
RACHEL M. WALSH (SBN 250568)
rwalsh@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Plaintiffs
NavCom Technology, Inc. and Deere & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI SEMICONDUCTOR AMERICA, INC.; OKI ELECTRIC INDUSTRY CO., LTD.; OKI DATA AMERICAS, INC.; OKI ELECTRIC AMERICA, INC.; LAPIS SEMICONDUCTOR CO., LTD.; ROHM SEMICONDUCTOR USA, LLC, and DOES ONE THROUGH TEN inclusive,<br>Defendants. | Case No. 5:12-cv-04175-EJD<br><br>**STIPULATION OF DISMISSAL** |

1    WHEREAS, on June 22, 2012, Plaintiffs NavCom Technology, Inc. and Deere &
2  Company ("Plaintiffs") commenced this action in the Superior Court of the State of California in
3  and for the County of Santa Clara by filing a Complaint for Damages for Breach of Contract
4  ("Complaint");

5    WHEREAS, on August 8, 2012, Oki Electric Industry Co., Ltd. ("Oki Japan") filed a
6  Notice of Removal of this case from the Superior Court of Santa Clara County to the United
7  States District Court for the Northern District of California;

8    WHEREAS, on September 7, 2012, Plaintiffs moved to remand this case;

9    WHEREAS, on September 21, 2012, Defendants Oki Data Americas, Inc. ("ODA"), Oki
10 Electric America, Inc. ("OEA"), Rohm Semiconductor USA, LLC ("RSU") and Lapis
11 Semiconductor Co., Ltd. ("LSC") moved to dismiss the Complaint against them;

12   WHEREAS, attached hereto as Exhibit A, Oki Japan has provided to Plaintiffs a
13 Declaration of Isao Goto, confirming that it is the successor under the contract at issue in the
14 Complaint, for matters at issue in the above-captioned action;

15   WHEREAS, all of the defendants presently named in the Complaint hereby agree that
16 any and all requests for production of documents directed at Oki Japan in the above-captioned
17 action will be treated as a request for production of documents to all of the defendants presently
18 named in the Complaint;

19   WHEREAS, in light of Oki Japan's submission of the aforementioned Declaration
20 confirming that Oki Japan is the successor to the contract, Plaintiffs have agreed to voluntarily
21 dismiss the remaining defendants presently named in the Complaint;

22   WHEREAS, in light of the foregoing, the parties agree that Plaintiffs' pending Motion to
23 Remand (Dkt. 13) and Defendants ODA, OEA, RSU, and LSC's pending Motion to Dismiss
24 (Dkt. 33) are hereby moot;

25   IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, that
26 pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that the Complaint is dismissed
27 without prejudice as to Defendants Oki Semiconductor America, Inc., Oki Data Americas, Inc.,
28

Oki Electric America, Inc., Lapis Semiconductor Co., Ltd., and Rohm Semiconductor USA, LLC.

SO STIPULATED.

Dated: October 31, 2012  LATHAM & WATKINS, LLP

By:  /s/ Michael A. Ladra
 Michael A. Ladra

Attorneys for Defendants
Oki Electric Industry Co., Ltd.
Oki Electric America, Inc.
Rohm Semiconductor USA, LLC
Oki Data Americas, Inc.
Lapis Semiconductor Co., Ltd.

Dated: October 31, 2012  MORGAN LEWIS & BOCKIUS, LLP

By:  /s/ Brett M. Schuman
 Brett M. Schuman

Attorneys for Plaintiffs NavCom Technology, Inc. and Deere & Company

**CIVIL L.R. 5-1(i)(3) ATTESTATION OF CONCURRENCE OF SIGNATORIES**

Pursuant to L.R. 5-1(i)(3), I hereby attest that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: October 31, 2012  LATHAM & WATKINS, LLP

By:  /s/ Michael A. Ladra
 Michael A. Ladra

Attorneys for Defendants