# EXHIBIT A

1  MICHAEL A. LADRA (Bar No. 64307)
   mikc.ladra@lw.com
2  MATTHEW RAWLINSON (Bar No. 231890)
   matt.rawlinson@lw.com
3  ALLISON S. DAVIDSON (Bar No. 267964)
   allison.davidson@lw.com
4  LATHAM & WATKINS LLP
   140 Scott Drive
5  Menlo Park, CA 94025
   Telephone: (650) 328-4600
6  Facsimile: (650) 463-2600

7  Attorneys for Defendants
   Oki Electric Industry Co., Ltd.; Oki Electric America, Inc.,
8  Oki Data Americas, Inc., Rohm Semiconductor USA, LLC and
   Lapis Semiconductor Co., Ltd.
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| NAVCOM TECHNOLOGY, INC.; and DEERE & COMPANY, | Case No. 5:12-cv-04175-EJD |
|---|---|
| Plaintiffs, | **DECLARATION OF ISAO GOTO** |
| vs. | |
| OKI SEMICONDUCTOR AMERICA, INC.; OKI ELECTRIC INDUSTRY CO., LTD.; OKI DATA AMERICAS, INC.; OKI ELECTRIC AMERICA, INC.; LAPIS SEMICONDUCTOR CO., LTD.; ROHM SEMICONDUCTOR USA, LLC, and DOES ONE THROUGH TEN inclusive, Defendants. | Courtroom: 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

# DECLARATION OF ISAO GOTO

I, Isao Goto, declare as follows:

1. I am Manager of the Legal Department, General Affairs Division of Oki Electric Industry Co., Ltd. ("Oki Japan"). I have personal knowledge of the matters set forth herein and can testify to them competently if called upon to do so.

2. On December 14, 2005, Oki Semiconductor Company entered into the Customized Advanced GPS RF Chipset Development and Purchase Agreement with NavCom Technology, Inc. ("Agreement").

3. Oki Semiconductor Company has since ceased to exist.

4. On June 22, 2012, NavCom Technology Inc. and Deere & Company ("Plaintiffs") filed a Complaint for Damages for Breach of Contract ("Complaint") in the Superior Court of the State of California, County of Santa Clara against Oki Japan and five other entities: Oki Semiconductor America, Inc., Oki Data Americas, Inc., Oki Electric America, Inc., Lapis Semiconductor Co., Ltd., and Rohm Semiconductor USA, LLC.

5. In the Complaint, Plaintiffs allege breach of contract with respect to the Agreement.

6. On August 8, 2012, Oki Japan removed the action to the United States District Court Northern District of California, San Jose Division (the "Instant Action").

7. Oki Japan is the successor-in-interest to the Agreement. It has agreed to assume any liability that may arise under the Agreement for the claims asserted by Plaintiffs and affirmed by the Court in the Instant Action.

8. Oki Japan will not contest subject-matter or personal jurisdiction in the above-referenced Court, and hereby agrees to be bound by any judgment or order obtained by Plaintiffs in the Court in the Instant Action.

9. Oki Japan further confirms that it has sufficient funds to satisfy any judgment rendered against it in the Instant Action. Oki Japan and its consolidated subsidiaries have over 16,000 employees, with offices worldwide. For the full year ending March 2012, Oki Japan and

its consolidated subsidiaries had over $5.4 billion in net sales, and total assets equaling over $4.7 billion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 31, 2012 in Tokyo, Japan.

By: _____
Isao Goto