UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; and DEERE & COMPANY ) ) ) Plaintiffs, ) ) v. ) ) OKI ELECTRIC INDUCTRY CO., ITD., and ) Does 1 through 10, inclusive, ) ) Defendants. ) | Case No.: 5:12-CV-4175 EJD  **CASE MANAGEMENT ORDER**  **[Re: Docket No. 56]** |

This case is scheduled for a Case Management Conference on November 30, 2012. Based on the parties' Case Management Statements and proposed schedules (see Docket Item No. 56), the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statements of disputed factual and legal issues as set forth in the Case Management Statements.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty (60) days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply in this case. IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

1

Case No.: 5:12-CV-4175 EJD
CASE MANAGEMENT ORDER

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | September 13, 2013 |
| Designation of Opening Experts with Reports | 49 days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 28 days before Expert Discovery Cutoff |
| Expert Discovery Cutoff | October 18, 2013 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | October 25, 2013 |
| Preliminary Pretrial Conference | 11:00 a.m. August 23, 2013 |
| Joint Preliminary Pretrial Conference Statement | August 14, 2013 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: November 26, 2012



EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."

2

Case No.: 5:12-CV-4175 EJD
CASE MANAGEMENT ORDER