David A. Makman (SBN 178195)
Robert C. Matz (SBN
Makman & Matz LLP
655 Mariner's Island Blvd. Suite 306
San Mateo, CA 94404
Tel.: 650-242-1560
Fax: 650-242-1547

Attorneys for Defendant
Oki Electric Industry Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; AND DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI SEMICONDUCTOR AMERICA, INC.; OKI ELECTRIC INDUSTRY CO., LTD.; OKI DATA AMERICAS, INC.; OKI ELECTRIC AMERICA, INC.; LAPIS SEMICONDUCTOR CO., LTD.; ROHM SEMICONDUCTOR USA, LLC, and DOES ONE THROUGH TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] CONSENT ORDER GRANTING SUBSTITUTIONORDER**<br><br>Judge:  Hon. Edward J. Davila<br>Date of Filing:  06/22/2012 |

**TO ALL PARTIES OF RECORD AND THEIR COUNSEL:**

Notice is hereby given that, pursuant to Civil Local Rule 11-5 and subject to approval by the Court, Oki Electric Industry Co., Ltd., the sole remaining defendant in this action, will substitute David A. Makman who will appear (along with other counsel who are concurrently appearing in this action) in place of Michael Ladra, Matthew Rawlinson & Adam Regoli of Latham & Watkins LLP.

Contact information is as follows:

David A. Makman (SBN 178195)
Makman & Matz LLP
655 Mariner's Island Blvd. Suite 306
San Mateo, CA 94404
Tel.: 650-242-1560
Fax: 650-242-1547
david@makmanmatz.com

I consent to the substitution:    /s/ Isao Goto /s/

Oki Electric Industry Co., Ltd

I consent to being substituted:    /s/ Michael Ladra /s/

/s/ Matthew Rawlinson /s/

/s/ Adam Regoli /s/

I consent to the above substitution:    /s/ Marc Labgold /s/

/s/ David A. Makman /s/

/s/ Robert C. Matz /s/

**IT IS SO ORDERED**

Dated: April __, 2013    By _____
HONORABLE EDWARD J. DAVILA

**ATTESTATION OF SIGNATURE**

I, David A. Makman, am the ECF User whose ID and password were used to electronically file this Stipulation. I hereby attest that I have been authorized by each of the above persons to file this document using their electronic signatures.

Dated: March 31, 2013

By: /s/David A. Makman
David A. Makman
Robert C. Matz
Makman & Matz LLP

Attorneys for Defendant OKI