*E-FILED: April 15, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; AND DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**[PROPOSED] ORDER REGARDING DEPOSITIONS OF YUKI USHIDA AND KEN FUJITA AT THE UNITED STATES EMBASSY, TOKYO JAPAN**<br><br>Judge:  Hon. Edward J. Davila<br>Date of Filing:  06/22/2012 |

[PROPOSED] ORDER RE
DEPOSITIONS OF USHIDA AND
FUJITA
5:12-CV-04175 EJD

1

DB2/ 24042504.1

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

**TO ANY CONSUL OR VICE-CONSUL OF THE UNITED STATES ASSIGNED TO TOKYO, JAPAN:**

WHEREAS, the above-captioned civil lawsuit has been pending before this Court since July 2012;

WHEREAS, the Plaintiffs NavCom Technology, Inc. and Deere & Company allege breach of contract by Defendant Oki Electric Industry Co., Ltd.;

WHEREAS, discovery began in November 2012;

WHEREAS, Plaintiffs have reserved a deposition room at the United States Embassy in Tokyo, Japan for taking depositions from June 24, 2013 through June 28, 2013;

On stipulation of Parties, and pursuant to Article 17 of the United States-Japan Consular Convention of 1963, 15 U.S.T. 768,

**IT IS ORDERED** that the depositions of the following witnesses, who will appear voluntarily, be taken at the United States Embassy in Tokyo, Japan:

Name: Yuki Ushida

Employer: Oki Sensor Device Corporation

Address: Tachihi Bldg. No. 7 4th Fl. 6-1-1, Sakae-cho, Tachikawa-shi, Tokyo 190-0003, Japan

Deposition of the above individual will commence on or about June 25, 2013 at 8:30 a.m. (local time) and conclude on or about June 26, 2013, at 5:00 p.m. (local time).

Name: Ken Fujita

Employer: Oki Electric Industry Co., Ltd.

Address: 1-7-12 Toranomon Minato-ku Tokyo 105-8460, Japan

Deposition of the above individual will commence on or about June 27, 2013 at 8:30 a.m. (local time) and conclude on or about June 28, 2013, at 5:00 p.m. (local time).

Counsel for Plaintiffs who will participate in said depositions include one or more of the following: Brett M. Schuman and Rachel M. Walsh.

Counsel for Defendant who will participate in said depositions include one or more of the

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24042504.1

2

[PROPOSED] ORDER RE DEPOSITIONS OF USHIDA AND FUJITA
5:12-CV-04175 EJD

following: Marc R. Labgold, Patrick J. Hoeffner, Takaaki Nagashima, Kojiro Akashi and Yuichiro Yasutomo.

In addition to counsel for Plaintiffs, NavCom representatives Paul Galyean and Patricia Harris may attend.

In addition to the deponents and counsel for Defendants, Oki representatives Mr. Isao Goto, Ms. Mikiko Higashino and Ms. Yoko Goto may attend.

The proceedings will be reported by Karen Claire Young, Cynthia Renee Ott, Robert Vance Short, Leslie Anne Todd, Susan Dena Wasilewski, Melanie Louise Giamarco, Deborah Ruth Marshall, Lisa A. Knight, Tracy LoCastro, James Vernon Beasley, Jodi Beth Harmon with Planet Depos-Asia Court Reporters. The proceedings will be recorded on video by Paul B. Diserio of Legal Video Asia. Grace Liu and Toyu Yazaki will act as interpreters.

The transcripts of the deposition will be prepared and distributed among the interested parties by the court reporter without further involvement by the United States Embassy

The parties respectfully request that the Court provide five certified copies of the Order pursuant to these stipulations, to be mailed by Parties' counsel to the United States Embassy in Tokyo, Japan.

IT IS SO ORDERED.

Dated: April 15, 2013      By _____
                              HONORABLE HOWARD R. LLOYD

[PROPOSED] ORDER RE DEPOSITIONS OF USHIDA AND FUJITA
5:12-CV-04175 EJD