*E-FILED: July 31, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; AND DEERE & COMPANY,<br><br>  Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 5:12-cv-04175 EJD<br><br>[PROPOSED] ORDER REGARDING DEPOSITION OF DEFENDANT OKI ELECTRIC INDUSTRY CO., LTD. PURSUANT TO FED. R. CIV. P. 30(B)(6) AT THE UNITED STATES EMBASSY, TOKYO JAPAN<br><br>Judge:            Hon. Edward J. Davila<br>Date of Filing:   06/22/2012<br>                  July 31, 2013 |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 24257645.1

1

[PROPOSED] ORDER RE DEPOSITION OF OKI
5:12-CV-04175 EJD

**TO ANY CONSUL OR VICE-CONSUL OF THE UNITED STATES ASSIGNED TO TOKYO, JAPAN:**

WHEREAS, the above-captioned civil lawsuit has been pending before this Court since July 2012;

WHEREAS, the Plaintiffs NavCom Technology, Inc. and Deere & Company allege breach of contract by Defendant Oki Electric Industry Co., Ltd.;

WHEREAS, discovery began in November 2012;

WHEREAS, Plaintiffs have reserved a deposition room at the United States Embassy in Tokyo, Japan for taking depositions from September 9-10, 2013;

On stipulation of Parties, and pursuant to Article 17 of the United States-Japan Consular Convention of 1963, 15 U.S.T. 768,

**IT IS ORDERED** that the depositions of the following witnesses, who will appear voluntarily, be taken at the United States Embassy in Tokyo, Japan:

Name: Yoko Goto

Employer: Oki Electric Industry Co., Ltd.

Address: 1-7-12 Toranomon Minato-ku Tokyo 105-8460, Japan

Deposition of the above individual will commence on or about September 9, 2013 at 8:30 a.m. (local time) and conclude on or about September 10, 2013, at 5:00 p.m. (local time).

Counsel for Plaintiffs who will participate in said depositions include one or more of the following: Brett M. Schuman, Ryan L. Scher and Rachel M. Walsh.

Counsel for Defendant who will participate in said depositions include one or more of the following: Marc R. Labgold, Patrick J. Hoeffner, Takaaki Nagashima and Yuichiro Yasutomo.

In addition to counsel for Plaintiffs, Navcom and/or Deere & Co. corporate representatives Patricia Harris will attend.

In addition to the deponents and counsel for Defendants, Oki corporate representatives Mr. Isao Goto and Ms. Mikiko Higashino will also attend.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24257645.1

2

[PROPOSED] ORDER RE DEPOSITION OF OKI
5:12-CV-04175 EJD

1  The proceedings will be reported by Karen Claire Young, Cynthia Renee Ott, Robert
2  Vance Short, Leslie Anne Todd, Susan Dena Wasilewski, Melanie Louise Giamarco, Deborah
3  Ruth Marshall, Lisa A. Knight, Tracy LoCastro, James Vernon Beasley, Jodi Beth Harmon and/or
4  Keith Shreckengast.  The proceedings will be recorded on video by Paul B. Diserio, Paul Michael
5  Goldberg and/or Daniel Dean of Legal Video Asia.  Grace Liu, Toyu Yazaki and/or William Lise
6  will act as interpreters.

7  The transcripts of the deposition will be prepared and distributed among the interested
8  parties by the court reporter without further involvement by the United States Embassy

9  The parties respectfully request that the Court provide five certified copies of the Order
10 pursuant to these stipulations, to be mailed by Parties' counsel to the United States Embassy in
11 Tokyo, Japan.

12 IT IS SO ORDERED.

15 Dated: July 31, 2013                By _____
16                                         HONORABLE HOWARD R. LLOYD

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24257645.1

3

[PROPOSED] ORDER RE
DEPOSITION OF OKI
5:12-CV-04175 EJD