NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12007 Sunrise Valley Drive, Suite 110
Reston, Virginia 20191
Telephone: 877-401-8855
Facsimile: 877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone: +81-3-3239-5750
Facsimile: +81-3-3239-8538

MAKMAN & MATZ LLP
DAVID A. MAKMAN (SBN 178195)
ROBERT C. MATZ (SBN 217822)
655 Mariner's Island Blvd. Suite 306
San Mateo, California 94404
Telephone: 650-242-1560
Facsimile: 650-242-1547

Attorneys for Defendant
Oki Electric Industry Co., Ltd

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>OKI ELECTRIC INDUSTRY CO., LTD.; and DOES ONE through TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**DECLARATION OF MARK R. LABGOLD IN SUPPORT OF MOTION TO DISMISS THE CASE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, AND/OR RESCISSION / ABANDONMENT OF THE SUBJECT CONTRACT BY MUTUAL CONSENT**<br><br>Hearing Date: November 15, 2013<br>Time: 9:00 am<br>Judge: Honorable Edward J. Davila<br>Court: Courtroom 4, San Jose |

I, Marc. R. Labgold, hereby declare under penalty of perjury:

1. I am Of Counsel with Nagashima & Hashimoto, and represent Oki Electric Industry Co., Ltd. in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, would be competent to testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a December 19, 2005 e-mail from Paul Galyean of Navcom Technology, Inc. to Ruben Balbuena of Oki Semiconductor attaching a copy of the CUSTOMIZED ADVANCED GPS RF CHIPSET DEVELOPMENT AND PURCHASE AGREEMENT, entered December 14, 2005, produced by Plaintiff Navcom in this litigation bearing production nos. NAV0008256-8394 (except that I have NOT included certain patent applications bearing production nos. NAV0008275-8378 that were included with this document as they are bulky, confidential and not relevant to this motion. If Plaintiffs consider these attachments to be relevant, they are welcome to submit them to the Court).

3. Attached hereto as Exhibit 2 is a true and correct copy of a December 5, 2006 e-mail from Paul Galyean of Navcom Technology, Inc. to Ruben Balbuena of Oki, attaching a copy of Amendment 1, produced by Plaintiff Navcom in this litigation bearing production nos. NAV0065258-78.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the 30(b)(6) deposition of Paul Galyean on behalf of Navcom Technology, Inc. and Deere & Company

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of Paul Galyean.

6. Attached hereto as Exhibit 5 is a true and correct copy of a Plaintiff Navcom Technology, Inc.'s verified supplemental response to Oki Electric's Interrogatory No. 5.

7. Attached hereto as Exhibit 6 is a true and correct copy of notes from a design review, produced by Plaintiff Navcom in this litigation bearing production no. NAV0064858 with the attached native format document.

8. Attached hereto as Exhibit 7 is a true and correct copy of notes from an April 18,

2008 RF ASIC Meeting, produced by Plaintiff Navcom in this litigation bearing production nos. NAV0044949-50.

9. Attached hereto as Exhibit 8 is a true and correct copy of a Plaintiff Navcom Technology, Inc.'s responses to Oki Electric's Requests for Admission Nos. 121, 127, 129 and 130.

10. Attached hereto as Exhibit 9 is a true and correct copy of a May 15, 2008 e-mail from Jerry Knight of Deere to Paul Galyean of Navcom Technology, Inc., produced by Plaintiff Navcom in this litigation bearing production nos. NAV0070479-82 with the attached native format document.

11. Attached hereto as Exhibit 10 is a true and correct copy of a May 28, 2008 e-mail from Paul Galyean of Navcom Technology, Inc. to Ruben Balbuena of Oki (and others) produced by Defendant Oki Electric in this litigation, bearing production nos. OKI_LW_005376-78 with the attached native format document.

12. Attached hereto as Exhibit 11 is a true and correct copy of notes from a May 28, 2008 RF ASIC Meeting, produced by Plaintiff Navcom in this litigation bearing production nos. NAV0045201-203 with the attached native format document.

13. I have indicated above that these are true and correct copies of the documents, however, all highlighting (with the exception of the highlighting on the last page of Exhibit 9) was added by me for ease of review in connection with this motion.

14. Plaintiffs have designated some of the exhibits to this declaration as Confidential

\\

//

pursuant to the Protective Order. Therefore, we will be filing a motion to seal these exhibits so that they may have an opportunity to explain to the court the reasons, if any, that these documents should be sealed.

I declare under penalty of perjury that the foregoing is true and correct. Signed by me this 11th day of October in Fairfax County, Virginia.

By: /s/ *Marc R. Labgold*
Marc R. Labgold

Attorneys for Defendant
OKI ELECTRIC INDUSTRY CO., LTD.