NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12007 Sunrise Valley Drive, Suite 110
Reston, Virginia 20191
Telephone: 877-401-8855
Facsimile: 877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone: +81-3-3239-5750
Facsimile: +81-3-3239-8538

MAKMAN & MATZ LLP
DAVID A. MAKMAN (SBN 178195)
ROBERT C. MATZ (SBN 217822)
655 Mariner's Island Blvd. Suite 306
San Mateo, California 94404
Telephone: 650-242-1560
Facsimile: 650-242-1547

Attorneys for Defendant
Oki Electric Industry Co., Ltd

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>OKI ELECTRIC INDUSTRY CO., LTD.; and DOES ONE through TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**DECLARATION OF PATRICK J. HOEFFNER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (A) PRECLUDING PLAINTIFFS FROM CLAIMING DAMAGES WHICH ARE PRECLUDED BY THE EXPRESS TERMS OF THE CONTRACT; AND (B) DISMISSING DEERE WITH PREJUDICE FOR FAILING TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>Hearing Date: November 15, 2013<br>Time: 9:00 am<br>Judge: Honorable Edward J. Davila<br>Court: Courtroom 4, San Jose |

I, Patrick J. Hoeffner, hereby declare under penalty of perjury:

1. I am Of Counsel with Nagashima & Hashimoto, and represent Oki Electric Industry Co., Ltd. in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, would be competent to testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a December 19, 2005 e-mail from Paul Galyean of Navcom Technology, Inc. to Ruben Balbuena of Oki Semiconductor attaching a copy of the CUSTOMIZED ADVANCED GPS RF CHIPSET DEVELOPMENT AND PURCHASE AGREEMENT, entered December 14, 2005, produced by Plaintiff Navcom in this litigation bearing production nos. NAV0008256-8394 (except that I have NOT included certain patent applications bearing production nos. NAV0008275-8378 that were included with this document as they are bulky, confidential and not relevant to this motion. If Plaintiffs consider these attachments to be relevant, they are welcome to submit them to the Court).

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Plaintiff Navcom's Response to Defendant Oki Electric Industry Co.'s Revised First Set of Requests for Admission, the excerpts include complete responses to Nos. 1-10, 11, 16, and 29.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Plaintiff Navcom Technology, Inc.'s Supplemental Responses to Defendant Oki Electric Industry Co., Ltd.'s First Set of Interrogatories, the excerpts include complete responses to Nos. 1, 2 and 8.

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' Expert Report of John L. Hansen.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Plaintiff Deere & Company's Response to Defendant Oki Electric Industry Co.'s Revised First Set of Requests for Admission, the excerpts include complete responses to Nos. 7, 8, and 12.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the 30(b)(6) deposition of Paul Galyean on behalf of Navcom Technology, Inc. and Deere & Company.

8. Plaintiffs have designated some of the exhibits to this declaration as Confidential

pursuant to the Protective Order. Therefore, we will be filing a motion to seal these exhibits so that they may have an opportunity to explain to the court the reasons, if any, that these documents should be sealed.

I declare under penalty of perjury that the foregoing is true and correct. Signed by me this 11th day of October in Chester County, Pennsylvania.

By: /s/ *Patrick J. Hoeffner*
      Patrick J. Hoeffner

Attorneys for Defendant
OKI ELECTRIC INDUSTRY CO., LTD.

5:12-cv-04175 EJD

2

HOEFFNER DECLARATION IN SUPPORT OF PRECLUSION AND DISMISSAL