MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMAN (SBN 189247)
bschuman@morganlewis.com
RACHEL M. WALSH (SBN 250568)
rwalsh@morganlewis.com
RYAN L. SCHER (SBN 244706)
rscher@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:   415.442.1001

Attorneys for Plaintiffs
NavCom Technology, Inc. and Deere & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD. and DOES ONE THROUGH TEN inclusive,<br><br>　　　　　　Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**PLAINTIFFS' OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANT IN REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(A) PRECLUDING PLAINTIFFS FROM CLAIMING DAMAGES WHICH ARE PRECLUDED BY THE EXPRESS TERMS OF THE CONTRACT; AND**<br><br>**(B) DISMISSING DEERE WITH PREJUDICE FOR FAILING TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (DKT. NO. 130-5)**<br><br>Date:  November 22, 2013<br>Time:  9:00 a.m.<br>Courtroom:  4<br>Judge:  Hon. Edward J. Davila |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24508229.3

PLAINTIFFS' OBJECT. TO
DEFENDANT'S MSJ REPLY EVID.
5:12-CV-04175 EJD

1    Plaintiffs NavCom Technology, Inc. and Deere & Company ("Plaintiffs") hereby submit
2 the following objections to evidence submitted by Defendant Oki Electric Industry Co., Ltd.
3 ("Oki") in support of its Reply in Support of its Motion for Summary Judgment (A) Precluding
4 Plaintiffs From Claiming Damages Which Are Precluded By The Express Terms of the Contract;
5 and (B) Dismissing Deere with Prejudice for Failing to State a Claim Upon Which Relief Can Be
6 Granted (Dkt. No. 130-5). *See* N.D. Cal. L.R. 7-3(d)(1).

## OBJECTIONS

Exhibit 8 to the Declaration of Patrick J. Hoeffner (Dkt. No. 130-8): Hearsay (FED. R. EVID. 802). Oki cites to and quotes from Exhibit 8 in support of its statement that "The undisputed record demonstrates that Plaintiffs understood the inherent risks involved in developing an RF ASIC." Dkt. No. 130-5 (Reply) at 5:6-8. The portion of the document quoted by Oki is excerpted from an email from Nicholas Ortyl to Paul Galyean, wherein Mr. Ortyl provides his "understanding from Russ C and Rick G." Dkt. No. 130-8 at NAV0075983. The identity of "Russ C and Rick G" are not identified, and Mr. Ortyl's purported understanding of a conversation with "Russ C and Rick G" is hearsay, and no exception applies. *See* FED. R. EVID. 802. Oki did not depose Mr. Ortyl, Russ C. or Rick G. in this case.

Exhibit 13 the Declaration of Patrick J. Hoeffner (Dkt. No. 130-13). In addressing Plaintiffs' fraud in the inducement claim, Oki's Reply brief states: "Mr. Makhinson's post-meeting report, dated July 10, 2005, summarizes the meeting that had occurred on *July 6-7, 2005*." Dkt. No. 130-5 (Reply) at 12:7-8 (emphasis in original). In support of this statement, Oki cites to Exhibit 13 to the Declaration of Patrick J. Hoeffner, which is an email from Jacob Makhinson to Paul Galyean and others, dated July 10, **2006** – not 2005. Plaintiffs' fraud in the inducement claim pertains to misrepresentation made by Oki to NavCom prior to December 2005, when the Agreement was executed. Therefore, documents from July 2006 – such as Exhibit 13 – are not relevant to Plaintiffs' fraud in the inducement claim. *See* FED. R. EVID. 401. Further, any relevance of Exhibit 13 is outweighed by its prejudicial value, especially given Oki's repeated mischaracterization and misuse of the document in its Reply brief. *See* FED. R. EVID.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
DB2/ 24314896.1

1    PLAINTIFFS' OBJECT. TO DEFENDANT'S MSJ REPLY EVID.
5:12-CV-04175 EJD

403.

For the foregoing reasons, Plaintiffs respectfully request that the Court preclude Oki's use of Exhibit 8 to the Declaration of Patrick J. Hoeffner (Dkt. No. 130-8), and disregard Oki's mischaracterization and misuse of Exhibit 13 (Dkt. No. 130-5 at 12:7-8).

Dated: November 8, 2013	MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Ryan L. Scher
RYAN L. SCHER
Attorneys for Plaintiffs
NavCom Technology, Inc. and Deere & Company

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24314896.1

2

PLAINTIFFS' OBJECT. TO
DEFENDANT'S MSJ REPLY EVID.
5:12-CV-04175 EJD