**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC., et. al., | CASE NO. 5:12-cv-04175 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| OKI SEMICONDUCTOR AMERICA, INC., et. al., | |
| Defendant(s). | |

Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Howard R. Lloyd for a settlement conference to occur **no later than March 31, 2014.** Counsel are advised to contact Judge Lloyd's Courtroom Deputy to arrange a date and time for the conference.

**IT IS SO ORDERED.**

Dated: March 13, 2014

EDWARD J. DAVILA
United States District Judge