EXHIBIT 1

TO

PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND
DEERE & COMPANY'S NOTICE OF FILING
DISCOVERY DESIGNATIONS

Marc R. Labgold
Patrick J. Hoeffner
NAGASHIMA & HASHIMOTO
12007 Sunrise Valley Drive
Suite 110
Reston, VA 20191

David A. Makman (SBN 178195)
Robert C. Matz  (SBN 217822)
MAKMAN & MATZ LLP
655 Mariner's Island Blvd. Suite 306
San Mateo, CA 94404
Tel.: 650-242-1560
Fax: 650-242-1547

Attorneys for Defendant
Oki Electric Industry Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; AND DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD.; and DOES ONE THROUGH TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**OKI ELECTRIC INDUSTRY CO'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION** |

PROPOUNDING PARTY: Plaintiffs NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY

RESPONDING PARTY: Defendant OKI ELECTRIC INDUSTRY CO., LTD.

SET NO: ONE

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendant Oki Electric Industry Co., Ltd. ("Oki") hereby responds to Plaintiffs Navcom Technology, Inc. And Deere & Company's First Set of Requests for Admission to Defendant Oki Electric Industry Co., Ltd.

## GENERAL OBJECTIONS

Oki incorporates by reference as if recited in their entirety herein, its Preliminary Statement and General Objections set forth in Defendant Oki Electric Industry Co., Ltd's Responses And Objections To Plaintiffs Navcom Technology, Inc. And Deere & Company's First Request For Production Of Documents And Things, dated December 13, 2012.

## RESPONSES AND SPECIFIC OBJECTIONS

### REQUEST FOR ADMISSION NO. 1:

Admit that Oki never delivered to NavCom Engineering Prototypes that met the NavCom specification, version 19.

### RESPONSE:

Oki objects to this request as being vague and ambiguous with respect to the undefined term "NavCom specification, version 19." To the extent that the term "NavCom specification, version 19" is intended to refer to the "NOVA RF ASIC Specification, Version 19" (a copy of which is appended to the December 14, 2005 Agreement), Oki objects to the request since as phrased is indefinite with respect to whether the request is drawn to the entire "NOVA RF ASIC Specification, Version 19" or the individual "specifications" recited in said Specification. To the extent that the term

DB2/ 24007330.1

"NavCom specification, version 19" is intended to refer to the entire "NOVA RF ASIC Specification, Version 19" (a copy of which is appended to the December 14, 2005 Agreement), Oki objects to the request since said Specification was an incomplete Specification with many of the specifications identified as TBD. Oki also objects to the extent that the request implies that Oki was obligated to provide Engineering Prototypes that "met" the undefined "NavCom specification, version 25." Oki also objects to the term "met" to the extent that it excludes "exceeding" or requires the achievement of an exact value and, as such, Oki interprets "met" to mean "satisfied or exceeded performance" required under the subject Specification.

Subject to and without waiver of its general and specific objections, Oki responds as follows: Denied to the extent that the Engineering Prototypes that Oki delivered to Navcom met or exceeded at least some of the specifications set forth in the NOVA RF ASIC Specification, Version 19. Oki admits that it did not deliver Engineering Prototypes meeting some of the specifications set forth Navcom Specification, Rev. 19, because those specifications changed, with Navcom's approval, before Engineering Prototypes were prepared. Given that many of the specifications listed in the NOVA RF ASIC Specification, Version 19 were identified as "TBD," Oki is unable to admit or deny whether such undefined specifications could be or were met and therefore denies the remainder of this request.

**REQUEST FOR ADMISSION NO. 2:**

Admit that Oki never delivered to NavCom Engineering Prototypes that met the NavCom specification, version 25.

**RESPONSE:**

Oki objects to this request as being vague and ambiguous with respect to the undefined term "NavCom specification, version 25." To the extent that the term "NavCom specification, version 25" is intended to refer to the "NOVA RF ASIC Specification, Version 25" (a copy of which is appended to Amendment 1 (Nov. 29, 2006) to the December 14, 2005 Agreement), Oki objects to the

OKI'S RESPONSE TO
FIRST SET OF RFAS
5:12-CV-04175 EJD

DB2/ 24007330.1

request since as phrased is indefinite with respect to whether the request is drawn to the entire "NOVA RF ASIC Specification, Version 19" or the individual "specifications" recited in said Specification. To the extent that the term "NavCom specification, version 25" is intended to refer to the entire "NOVA RF ASIC Specification, Version 25" (a copy of which is appended to Amendment 1 (Nov. 29,2006) of the December 14, 2005 Agreement), Oki objects to the request since said Specification was an incomplete Specification with various specifications identified as being contingent or otherwise not specified. Oki also objects to the extent that the request implies that Oki was obligated to provide Engineering Prototypes that "met" the undefined NavCom specification, version 25. Oki also objects to the term "met" to the extent that it excludes "exceeding" or requires the achievement of an exact value and, as such, Oki interprets "met" to mean "satisfied or exceeded performance" required under the subject Specification.

Subject to and without waiver of its general and specific objections, Oki responds as follows: Denied to the extent that the Engineering Prototypes that Oki delivered to Navcom met or exceeded at least some of the specifications set forth in the NOVA RF ASIC Specification, Version 25, but Admits that the Engineering Prototypes that Oki delivered to did not meet some of the specifications listed in Version 25 by the time the Parties agreed to abandon the 3-chip architecture and the project covered by the Agreement (as amended).

**REQUEST FOR ADMISSION NO. 3:**

Admit that Oki never delivered to NavCom Engineering Prototypes that met any version of the specification for the NavCom RF ASIC that NavCom provided to Oki.

**RESPONSE:**

Oki objects to this request as being vague and ambiguous with respect to the undefined term "the specification for the NavCom RF ASIC". To the extent that the term is intended to refer to any version of the "NOVA RF ASIC Specification, Oki objects to the request since as phrased is indefinite with respect to whether the request is drawn to the entire "NOVA RF ASIC Specification"

DB2/ 24007330.1

or the individual "specifications" recited in said Specification. To the extent that the term is intended to refer to the entire "NOVA RF ASIC Specification," Oki objects to the request since the request includes incomplete Specifications with many of the specifications identified as TBD. Oki also objects to the extent that the request implies that Oki was obligated to provide Engineering Prototypes that "met" the unidentified and/or undefined "specifications." Oki also objects to the term "met" to the extent that it excludes "exceeding" or requires the achievement of an exact value and, as such, Oki interprets "met" to mean "satisfied or exceeded performance" required under any given Specification. Oki objects to this request as being overbroad to the extent it includes versions of the Navcom Specification that were provided by Navcom for discussion and which never were agreed upon by the Parties as a Specification for a product to be developed.

Subject to and without waiver of its general and specific objections, Oki responds as follows: Denied. See Oki Electric's responses to Request Nos. 1 and 2.

**REQUEST FOR ADMISSION NO. 4:**

Admit that Oki never asked NavCom to make the third payment identified on Schedule C of the Agreement, i.e., "$150k due and payable upon delivery of Engineering Prototypes."

**RESPONSE:**

Oki objects to this request to the extent it implies Oki had an obligation to ask for payment of the "$150K due and payable upon delivery of Engineering Prototypes." Subject to and without waiver of its general and specific objections, Oki responds as follows: Denied. Oki specifically included the request that NavCom make a third payment identified on Schedule C of the Agreement, i.e., "$150k due and payable upon delivery of Engineering Prototypes", and Navcom agreed to do so as evidence by the executed Agreement.

DB2/ 24007330.1

OKI'S RESPONSE TO
FIRST SET OF RFAS
5:12-CV-04175 EJD

**REQUEST FOR ADMISSION NO. 5:**

Admit that Oki did not ask NavCom to pay any additional NRE charges when the parties amended the Agreement, *i.e.,* Amendment 1.

**RESPONSE:**

Subject to and without waiver of its general and specific objections, Oki responds as follows: Admitted that Oki did not ask Navcom to pay any additional NRE charges when the parties amended the Agreement by way of the November 29, 2006 amendment (*i.e.,* Amendment 1). To the extent this request as phrased encompasses any other alleged amendment(s), the remainder of the request is denied.

**REQUEST FOR ADMISSION NO. 6:**

Admit that Oki never asked NavCom to pay additional NRE charges pursuant to section 2.5.2 of the Agreement.

**RESPONSE:**

Subject to and without waiver of its general and specific objections, Oki responds as follows: Admitted to the extent that the request is drawn to the pendency of the Agreement (*i.e.,* December 14, 2005 until the 3-chip approach was abandoned and the project encompassed by the Agreement (as amended) was terminated by mutual assent in by no later than May 28, 2008). To the extent this request asks Oki to admit it never (*i.e.,* at any time) asked for the type of additional NRE charges described in section 2.5.2 of the Agreement, Oki Denies the request since Oki requested such type of NREs be paid by Navcom in the context of the 4-chip project the parties contemplated in 2008, which request Navcom rejected, thereby resulting in the Parties never reaching any agreement to develop the 4-chip chipset RF ASIC.

**REQUEST FOR ADMISSION NO. 7:**

Admit that NavCom never asked Oki to repeat any of the items identified in the Statement of Work included in the Agreement.

**RESPONSE:**

Oki objects to this request to the extent it implies Navcom had to ask Oki *in haec verba* to "repeat" any of the items identified in the Statement of Work to trigger additional NRE charges. Subject to and without waiver of its general and specific objections, Oki responds as follows: Denied, as summarized in, for example, OKI_LW_015335, Navcom caused numerous changes to be made to the specification which in turn resulted in Oki having to repeat items identified in the Statement of Work included in the Agreement.

**REQUEST FOR ADMISSION NO. 8:**

Admit that prior to May 30, 2008 Oki did not ask NavCom to pay additional NRE charges.

**RESPONSE:**

Oki objects to this request as being vague and ambiguous with respect to the term "additional NRE charges" since, as phrased is not limited with respect to time, context or what such fees are in addition to. Oki interprets this request as being drawn to "additional NRE charges" beyond the amounts set forth in the Agreement.

Subject to and without waiver of its general and specific objections, Oki responds as follows: Oki Admits that prior to May 30, 2008, Oki did not ask Navcom to pay additional NRE charges beyond the $570,000 required under the Agreement, of which Navcom only paid $420,000. On or about May 30, 2008 Oki requested Navcom to pay an additional $860,000 in conjunction with the new proposed 4-chip RF ASIC chipset project, which request Navcom

OKI'S RESPONSE TO
FIRST SET OF RFAS
5:12-CV-04175 EJD

DB2/ 24007330.1

rejected, thereby resulting in the Parties never reaching any agreement to develop the 4-chip RF ASIC chipset.

**REQUEST FOR ADMISSION NO. 9:**

Admit that NavCom did not make any changes to the RF ASIC specification that increased the cost to Oki to develop the chipset.

**RESPONSE:**

Oki objects to this request as being vague and ambiguous with respect to the term "the RF ASIC specification." To the extent that the term is intended to refer to the "NOVA RF ASIC Specification," Oki objects to the request since as phrased is indefinite with respect to whether the request is drawn to the entire "NOVA RF ASIC Specification" or the individual "specifications" recited in said Specification. To the extent that the term "RF ASIC specification" is intended to refer to any one or more of the "NOVA RF ASIC Specifications," Oki objects to the request since the request includes incomplete Specifications with many of the specifications identified as TBD.

Subject to and without waiver of its general and specific objections, Oki responds as follows: Denied. As summarized in, for example, OKI_LW_015335, Navcom caused numerous changes to be made to the Nova RF ASIC specification, which in turn resulted in an increased cost to Oki to develop the chipset. Moreover, the changes that were required to pursue the proposed 4-chip RF ASIC chipset project would have resulted in increased cost to Oki.

OKI'S RESPONSE TO
FIRST SET OF RFAS
5:12-CV-04175 EJD

DB2/ 24007330.1

**REQUEST FOR ADMISSION NO. 10:**

Admit that NavCom did not make any changes to the RF ASIC specification that delayed the development of the chipset by Oki.

**RESPONSE:**

Oki objects to this request as being vague and ambiguous with respect to the term "the RF ASIC specification." To the extent that the term is intended to refer to the "NOVA RF ASIC Specification," Oki objects to the request since as phrased is indefinite with respect to whether the request is drawn to the entire "NOVA RF ASIC Specification" or the individual "specifications" recited in said Specification. To the extent that the term "RF ASIC specification" is intended to refer to any one of more of the "NOVA RF ASIC Specification," Oki objects to the request since the request includes incomplete Specifications with many of the specifications identified as TBD.

Subject to and without waiver of its general and specific objections, Oki responds as follows: Denied, as summarized in, for example, OKI_LW_015335, Navcom caused numerous changes to be made to the Nova RF ASIC specification, which in turn resulted in delaying the development of the chipset.

**REQUEST FOR ADMISSION NO. 11:**

Admit that Oki terminated the Agreement in July 2008.

**RESPONSE:**

Subject to and without waiver of its general and specific objections, Oki responds as follows: Oki Admits that it informed Navcom that it was terminating the Agreement and its continued participation in the RF ASIC development. Oki, however, Denies that there was a valid and enforceable contract in effect in July 2008 for the reasons set forth in Oki's response to Navcom's Interrogatory Nos. 1 and 9.

OKI'S RESPONSE TO
FIRST SET OF RFAS
5:12-CV-04175 EJD

DB2/ 24007330.1

**REQUEST FOR ADMISSION NO. 12:**

Admit that Oki terminated the Agreement in July 2008 based on a ROI calculation performed by Yuki Ushida.

**RESPONSE:**

Subject to and without waiver of its general and specific objections, Oki responds as follows: Oki Admits that its decision to inform Navcom that it was terminating the Agreement and its continued participation in the RF ASIC development was based in part on an ROI calculation performed by Yuki Ushida. Oki, however, Denies that there was a valid and enforceable contract in effect in July 2008 for the reasons set forth in Oki's response to Navcom's Interrogatory Nos. 1 and 9 and denies the remainder of this request.

**REQUEST FOR ADMISSION NO. 13:**

Admit that Oki terminated the Agreement in July 2008 because it believed its return on investment on the NavCom RF ASIC Project would be too low.

**RESPONSE:**

Oki objects to this request as vague and indefinite with respect to the undefined term "NavCom RF ASIC Project" since it is not clear whether that is intended to have a different meaning than the defined term "RF ASIC Project."

Subject to and without waiver of its general and specific objections, Oki responds as follows: Denied as phrased because the RF ASIC Project covered by the Agreement was directed to a 3-chip chipset architecture as set forth in the NOVA RF ASIC Specification, Version 25. The Parties mutually agreed to discontinue that project by no later than May 2008. Oki Admits that its decision to inform Navcom in July 2008 that it was terminating the Agreement and its continued

OKI'S RESPONSE TO
FIRST SET OF RFAS
5:12-CV-04175 EJD

participation in the RF ASIC development, was based in part on its belief that the likely return on its investment in the development of the proposed 4-chip RF ASIC chipset would be too low to justify the risks, absent Navcom's financial participation in the development costs of the new design. Oki, however, Denies that there was a valid and enforceable contract in effect in July 2008 for the reasons set forth in Oki's response to Navcom's Interrogatory Nos. 1 and 9 and denies the remainder of this request.

Dated: August16, 2013

By: /s *Marc B. Labgold* /s
Marc B. Labgold
Nagashima & Hashimoto

Attorneys for Defendant OKI

DB2/ 24007330.1

I David A. Makman, hereby certify that I am over 18 years of age and not a party to the action, and that August 16, 2013, I served the following documents:

**OKI ELECTRIC INDUSTRY CO'S RESPONSE TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR ADMISSION**

I served this document on Plaintiff by e-mail pursuant to an agreement between the parties to bschuman@morganlewis.com.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 16, 2013

By: /s _David A. Makman_ /s
David A. Makman
Robert C. Matz
Makman & Matz LLP

Attorneys for Defendant OKI

DB2/ 24007330.1

12

OKI'S RESPONSE TO
FIRST SET OF RFAS
5:12-CV-04175 EJD