NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12007 Sunrise Valley Drive, Suite 110
Reston, Virginia 20191
Telephone:  877-401-8855
Facsimile:   877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone:  +81-3-3239-5750
Facsimile:   +81-3-3239-8538

MAKMAN & MATZ LLP
DAVID A. MAKMAN (SBN 178195)
ROBERT C. MATZ (SBN 217822)
655 Mariner's Island Blvd. Suite 306
San Mateo, California 94404
Telephone:  650-242-1560
Facsimile:   650-242-1547

Attorneys for Defendant
Oki Electric Industry Co., Ltd.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>OKI ELECTRIC INDUSTRY CO., LTD.; and DOES ONE through TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**DEFENDANT OKI ELECTRIC INDUSTRY CO. LTD.'S NOTICE OF DEPOSITION DESIGNATIONS**<br><br>**Trial Date: April 22, 2014**<br>Courtroom: 4<br>Judge: Honorable Edward J. Davila |

Pursuant to the Court's August 20, 2013 Pretrial Order (Dkt. No. 89), Order After Hearing (Dkt. No. 236) and the Court's Standing Order re: Preliminary and Final Pretrial Conferences and Trial Preparation in Civil Cases, and the Stipulations Regarding Use of Depositions at Trial (Dkt. No. 255), Defendant Oki Electric Industry Co., Ltd. ("Oki Electric"), by and through its counsel of record, hereby respectfully submits its deposition designations as follows:

> Exhibit A – Ruben Balbuena;
>
> Exhibit B – Ken Fujita;
>
> Exhibit C – Paul Galyean pursuant to FED.R.CIV.P, 30(b)(6);
>
> Exhibit D – Paul Galyean;
>
> Exhibit E – Satoru "Scott" Inoue;
>
> Exhibit F – Dan Nobbe pursuant to FED.R.CIV.P, 30(b)(6);
>
> Exhibit G – Ronald Reedy.

Oki Electric's designations are made subject to revision and with reservation of all rights with respect to the Court's Orders and without waiver of any rights to challenge the Orders on appeal. Oki Electric reserves the right to amend its designations in response to the Court's orders with respect to the pending motions *in limine*, and as such, does not waive its right to object to the admissibility of any deposition excerpt, or part thereof, if the other party seeks its admission into evidence.

Dated: April 8, 2014                         Respectfully Submitted,


By: /s  Marc R. Labgold /s
Marc R. Labgold (*pro hac vice*)

*Attorney for Defendant
Oki Electric Industry Co., Ltd.*