# Exhibit A

# Balbuena Deposition Designations

Oki Electric's Deposition-Designations
Navcom Technology Inc. v. Oki Electric Industry Co., Ltd.
5:12-cv-04175 EJD

| Witness | Start ( Page:Line) | End  ( Page:Line) |
|---|---|---|
| **R. BALBUENA (ROHM)** | | |
| | 11:18 | 11:20 |
| | 12:6 | 12:7 |
| | 23:20 | 24:13 |
| | 24:14 | 24:20 |
| | 25:14 | 25:20 |
| | 26:15 | 27:19 |
| | 30:23 | 31:2 |
| | 31:11 | 31:13 |
| | 33:23 | 33:25 |
| | 34:8 | 34:10 |
| | 34:22 | 34:25 |
| | 35:1 | 35:20 |
| | 36:5 | 36:18 |
| | 37:3 | 37:18 |
| | 39:17 | 40:2 |
| | 43:13 | 43:16 |
| | 84:6 | 84:10 |
| | 101:16 | 101:25 |
| | 127:10 | 128:2 |
| | 135:22 | 136:3 |
| | 153:2 | 153:21 |