# EXHIBIT 1

## TO PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S NOTICE OF FILING OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANT OKI ELECTRIC INDUSTRY CO., LTD.'S DEPOSITION DESIGNATIONS

MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMAN (SBN 189247)
bschuman@morganlewis.com
RACHEL M. WALSH (SBN 250568)
rwalsh@morganlewis.com
RYAN L. SCHER (SBN 244706)
rscher@morganlewis.com
JEREMY N. LATEINER (SBN 238472)
jlateiner@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:    415.442.1001

Attorneys for Plaintiffs
NavCom Technology, Inc. and Deere & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD. and DOES ONE THROUGH TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANT OKI ELECTRIC INDUSTRY CO., LTD.'S DEPOSITION DESIGNATIONS**<br><br>Courtroom:  4<br>Judge:  Hon. Edward J. Davila |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

## I.   KEY TO PLAINTIFFS' OBJECTIONS

| Abbreviation | Objection |
|---|---|
| REL | Relevance (FED. R. EVID. 401 & 402) |
| PREJ | Prejudicial, confusing, misleading, wasting time, cumulative (FED. R. EVID. 403) |
| PRIV | Privilege/Work Product (FED. R. EVID. 501/502) |
| 408 | Settlement Discussions (FED. R. EVID. 408) |
| FOUN | Lack of Foundation/personal knowledge (FED. R. EVID. 602) |
| HRSY | Hearsay (FED. R. EVID. 802) |
| IMP | Improper use of Deposition (FED. R. CIV. P. 32) |
| INC | Incomplete (FED. R. CIV. P. 32(a)(6)) |
| OS | Outside scope of FED. R. CIV. P. 30(b)(6) Notice |
| AUTH | Authentication (FED. R. EVID. 901) |
| BER | Best evidence rule (FED. R. EVID. 1001-1004) |
| FORM | Form of question |
| LEAD | Leading question |
| COMP | Compound |
| SPEC | Speculation |
| LC | Legal Conclusion |
| OPIN | Improper Lay or Expert Opinion (FED. R. EVID. 701-703) |
| NR | Non-responsive |
| OBJ | Objections/improper attorney colloquy |
| NT | Not testimony |

## II.   PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS

### A.   Ruben Balbuena

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 11:18-  11:20 | | |
| 12:6-  12:7 | REL | |
| 23:20-  24:13 | OBJ REL PREJ | |
| 24:14-  24:20 | | 24:21-23 |
| 25:14-  25:20 | REL PREJ | 25:21-26:14 |
| 26:15-  27:19 | FOUN REL PREJ | 27:20-28:1 |
| 30:23-  31:2 | REL PREJ | 31:3-4 |
| 31:11-  31:13 | REL PREJ | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

1

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 33:23-   33:25 | REL PREJ | |
| 34:8-   34:10 | | 34:11-12; 34:14; 34:16-21 |
| 34:22-   34:25 | REL PREJ | |
| 35:1-   35:20 | REL PREJ | |
| 36:5-   36:18 | | |
| 37:3-   37:18 | | |
| 39:17-   40:2 | | 40:3-8 |
| 43:13-   43:16 | REL PREJ | |
| 84:6-   84:10 | REL PREJ | 84:11-15 |
| 101:16-   101:25 | REL PREJ | |
| 127:10-   128:2 | OBJ OPIN FOUN | 127:3-6; 128:3-6 |
| 135:22-   136:3 | OBJ FOUN OPIN | 136:5-6; 136:8 |
| 153:2-   153:21 | | |

### B.   Ken Fujita

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 11:5-   11:11 | | |
| 16:9-   17:20 | OBJ INC | 17:21-18:7 |
| 18:8-   18:10 | REL PREJ | |
| 18:18-   19:9 | | |
| 19:14-   19:17 | OBJ INC | 19:19-20 |
| 19:21-   19:25 | | |
| 20:12-   21:6 | | |
| 21:12-   21:18 | REL PREJ | |
| 22:5-   22:14 | INC | 22:15-20; 22:22 |
| 22:24-   23:12 | OBJ | |
| 23:14-   23:18 | REL OBJ | |
| 24:14-   24:17 | INC | 24:18-23 |
| 25:8-   25:16 | | |
| 26:6-   27:8 | REL | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

2

OBJ. & COUNTER-DESIGNATIONS (DEPOSITIONS)
5:12-CV-04175 EJD

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| | PREJ<br>OBJ | |
| 27:12- 27:22 | REL<br>PREJ | |
| 28:12- 28:17 | REL<br>PREJ | |
| 29:3- 29:7 | | |
| 29:8- 29:19 | INC | 29:20-21; 29:23 |
| 31:15- 31:24 | REL<br>PREJ<br>NR<br>OBJ | |
| 38:1- 38:20 | REL<br>PREJ<br>INC | 38:21-25 |
| 40:2- 40:4 | REL<br>PREJ | |
| 44:22- 45:15 | REL<br>PREJ<br>OBJ<br>INC | 45:16-17 |
| 49:17- 49:19 | REL<br>PREJ<br>FOUN | |
| 60:6- 62:24 | REL<br>PREJ<br>OBJ<br>NR | |
| 63:2- 63:3 | REL<br>PREJ<br>OBJ<br>NR | 63:10-11 |
| 63:10- 63:14 | REL<br>PREJ | |
| 65:6- 65:16 | REL<br>PREJ<br>INC | 65:17-66:10 |
| 66:15- 66:17 | REL<br>PREJ<br>INC | 66:18-19 |
| 66:20- 66:22 | | |
| 67:1- 67:6 | REL<br>PREJ<br>HRSY<br>INC | 67:7-11 |
| 80:22- 81:4 | REL<br>PREJ<br>SPEC<br>NR | |
| 107:13- 108:8 | OBJ | 108:9-17 |

MORGAN, LEWIS &<br>BOCKIUS LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO

DB2/ 24907676.1

3

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
|  | INC |  |
| 108:18-   109:5 | REL<br>PREJ<br>INC | 109:7-13; 109:14-20 |
| 111:2-   112:1 | REL<br>PREJ<br>HRSY<br>OBJ<br>INC | 112:2-4 |
| 115:8-   115:10 | REL<br>PREJ<br>INC | 115:16-18 |
| 129:1-   129:3 |  |  |
| 129:8-   129:8 |  |  |
| 129:10-   129:17 | REL<br>PREJ<br>INC<br>OBJ | 129:23-130:1 |
| 132:19-   132:23 | REL<br>PREJ |  |
| 133:1-   133:2 |  |  |

### C.   Paul Galyean (8/21/2013 FED. R. CIV. P. 30(b)(6) Deposition)

1.   General Objections

Plaintiffs object to all designations relating to the existence or effect of the limitation of liability provision in the contract at issue in this case on the grounds that such testimony is not relevant to any issues to be decided by the jury and creates a danger of confusing the issues, misleading the jury and wasting time.  Under California law, the Court – not the jury – determines whether a limitation of liability provision is applicable and, if so, applies the provision.

Plaintiffs object to all designations of testimony relating to topics outside the scope of the topics set forth in Defendant's Notice of Deposition of NavCom Technology, Inc. and Deere & Company Pursuant to Federal Rule of Civil Procedure 30(b)(6).

These general objections are incorporated into Plaintiffs' objections to each of Defendant's designations.  Reasserting certain general objections, or the failure to reassert certain general objections into each response, should not be construed as a waiver of any particular general objection.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

4

2.      Specific Objections and Counter-Designations

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 10:9- 11:4 | REL PREJ | |
| 12:16- 12:20 | REL PREJ | |
| 12:21- 13:13 | | |
| 13:19- 14:3 | REL PREJ FOUN | |
| 14:4- 15:2 | | |
| 15:3- 15:17 | | |
| 15:18- 15:19 | FORM REL PREJ | |
| 15:21- 16:4 | FORM REL PREJ | |
| 16:6- 16:14 | FORM REL PREJ | |
| 16:16- 17:10 | REL PREJ | |
| 17:11- 17:20 | FORM LC REL PREJ | |
| 17:22- 19:17 | REL PREJ | |
| 20:21- 21:6 | | |
| 21:7- 22:21 | AUTH | |
| 22:22- 23:10 | REL PREJ | |
| 23:11- 23:23 | REL PREJ | |
| 23:24- 24:8 | | |
| 24:16- 25:8 | | 24:9-15 |
| 25:9- 25:19 | | 19:18-20:20 |
| 25:20- 25:24 | FORM | 26:1-16; 28:4-22 |
| 27:6- 27:8 | | |
| 28:23- 30:3 | REL PREJ | 30:4-22 |
| 30:23- 31:3 | | |
| 31:11- 32:22 | SPEC FOUN REL PREJ | |
| 32:25- 33:9 | FOUN REL | 31:4-10; 33:10-34:1 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

5

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
|  | PREJ |  |
| 34:2- 37:16 | REL PREJ |  |
| 37:17- 38:7 | REL PREJ | 38:8-23 |
| 38:24- 39:10 |  |  |
| 39:15- 40:22 | REL PREJ |  |
| 40:23- 42:11 | REL PREJ | 42:12-43:3 |
| 43:4- 43:20 |  | 43:21-44:4 |
| 44:5- 44:18 |  |  |
| 46:5- 46:12 |  | 46:13-47:11 |
| 47:12- 47:16 |  | 44:20-23; 44:25-45:8; 47:17-48:4 |
| 48:14- 49:14 | SPEC FOUN |  |
| 49:16- 49:20 | SPEC FOUN |  |
| 49:22- 51:3 | SPEC FOUN |  |
| 51:5- 51:22 | FOUN |  |
| 51:23- 54:3 | OS FOUN REL PREJ |  |
| 54:9- 54:18 | OS FOUN REL PREJ | 54:20-21; 54:24-55:9 |
| 58:17- 59:17 | FORM REL PREJ |  |
| 59:19- 60:11 | REL PREJ |  |
| 60:12- 61:16 | REL PREJ |  |
| 61:17- 62:10 | FORM OBJ REL PREJ |  |
| 62:11- 63:5 | REL PREJ |  |
| 63:10- 64:4 | REL PREJ |  |
| 64:5- 65:18 | REL PREJ |  |
| 65:19- 66:3 | SPEC FOUN REL |  |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

6

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| | PREJ | |
| 66:5- 66:15 | FOUN REL PREJ | |
| 66:16- 66:22 | | |
| 66:23- 67:11 | SPEC FOUN REL PREJ | |
| 67:12- 69:4 | REL PREJ | |
| 69:5- 72:7 | REL PREJ FOUN | |
| 72:8- 72:15 | REL PREJ | |
| 72:16- 73:9 | FORM SPEC FOUN OBJ REL PREJ | |
| 73:10- 73:11 | FORM REL PREJ | |
| 73:16- 73:17 | REL PREJ | |
| 73:18- 75:1 | REL PREJ | 75:2-76:2 |
| 78:6- 80:11 | OS FOUN REL PREJ | |
| 80:12- 82:5 | REL PREJ FOUN OPIN | |
| 82:6- 82:24 | COMP FORM | |
| 83:1- 83:13 | | 83:15-22 |
| 84:20- 85:16 | | |
| 85:19- 86:20 | REL PREJ | |
| 86:21- 87:19 | REL PREJ | 84:8-19; 87:20-88:12 |
| 88:14- 88:18 | REL PREJ | 87:20-88:12 |
| 88:19- 89:8 | | |
| 92:10- 93:6 | | |
| 94:16- 94:23 | | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

7

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 95:5- 95:22 | FOUN REL PREJ OS | 94:25-95:4; 95:23-96:1 |
| 96:13- 96:20 | | |
| 97:12- 98:11 | REL PREJ | |
| 98:12- 98:14 | REL PREJ | |
| 98:15- 98:18 | REL PREJ | |
| 98:19- 98:22 | REL PREJ | |
| 98:23- 100:24 | REL PREJ | |
| 102:7- 103:2 | FORM COMP FOUN | |
| 103:4- 103:19 | FOUN | |
| 103:21- 104:13 | FORM | |
| 104:15- 105:11 | | |
| 105:12- 105:16 | FORM REL PREJ | |
| 105:19- 106:3 | | |
| 107:8- 107:20 | FORM COMP REL PREJ | |
| 107:22- 108:8 | REL PREJ | |
| 111:11- 112:5 | SPEC FOUN REL PREJ | |
| 112:7- 112:17 | FOUN REL PREJ | |
| 114:4- 114:9 | REL PREJ FOUN | 113:13-114:3 |
| 114:13- 115:9 | | |
| 118:22- 119:25 | LC REL PREJ | 115:10-116:21; 116:24-117:17 |
| 120:2- 121:12 | REL PREJ | |
| 124:9- 125:9 | | |
| 126:22- 127:1 | FOUN REL | 125:10-126:3; 126:5-21 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| | PREJ<br>LC | |
| 127:3- 127:11 | FOUN<br>REL<br>PREJ | |
| 128:18- 131:23 | FOUN<br>FORM<br>OBJ<br>REL<br>PREJ | |
| 131:24- 132:10 | | |
| 132:24- 133:25 | REL<br>PREJ<br>OS<br>FOUN | |
| 134:1- 135:23 | FOUN<br>REL<br>PREJ<br>LC | |
| 137:8- 138:6 | REL<br>PREJ<br>LC<br>OBJ | 139:8-10 |
| 139:12- 139:17 | REL<br>PREJ | |
| 139:18- 140:9 | FOUN<br>LC<br>REL<br>PREJ | 140:10-12; 140:14-18 |
| 140:19- 141:24 | REL<br>PREJ<br>FOUN | |
| 144:11- 144:16 | FOUN<br>FORM<br>REL<br>PREJ | 142:3-25 |
| 144:19- 145:12 | FOUN<br>REL<br>PREJ | |
| 145:13- 145:25 | REL<br>PREJ | |
| 150:6- 150:8 | REL<br>PREJ<br>OS | |
| 150:20- 151:20 | REL<br>PREJ<br>OS<br>FORM<br>OBJ | |
| 151:22- 152:2 | REL<br>PREJ | |

MORGAN, LEWIS &<br>BOCKIUS LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO

DB2/ 24907676.1

9

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| | OS<br>FOUN | |
| 152:16- 153:7 | LC<br>FOUN<br>OS<br>REL<br>PREJ<br>OBJ | |
| 159:21- 160:9 | REL<br>PREJ | 156:21-158:9; 158:16-159:20 |
| 161:6- 161:10 | REL<br>PREJ | |
| 161:21- 162:2 | FORM<br>OBJ<br>FOUN<br>REL<br>PREJ | |
| 166:16- 169:20 | REL<br>PREJ | |
| 170:16- 171:2 | REL<br>PREJ | |
| 171:9- 173:3 | REL<br>PREJ<br>LC<br>OPIN<br>FORM | 255:24-258:1; 258:4-22; 258:24; 259:4-260:3 |
| 173:5- 173:8 | FORM<br>LC<br>REL<br>PREJ | 255:24-258:1; 258:4-22; 258:24; 259:4-260:3 |
| 173:11- 174:21 | LC<br>REL<br>PREJ<br>FORM<br>PRIV | 255:24-258:1; 258:4-22; 258:24; 259:4-260:3 |
| 174:22- 175:8 | OBJ<br>REL<br>PREJ | |
| 175:23- 176:24 | LC<br>REL<br>PREJ<br>PRIV<br>FORM | 255:24-258:1; 258:4-22; 258:24; 259:4-260:3 |
| 177:8- 177:9 | REL<br>PREJ<br>PRIV | 255:24-258:1; 258:4-22; 258:24; 259:4-260:3 |
| 177:14- 177:19 | LC<br>REL<br>PREJ | 255:24-258:1; 258:4-22; 258:24; 259:4-260:3 |
| 177:20- 177:25 | REL<br>PREJ | 255:24-258:1; 258:4-22; 258:24; 259:4-260:3 |

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 178:2-   179:9 | LC<br>REL<br>PREJ | 255:24-258:1; 258:4-22; 258:24; 259:4-260:3 |
| 183:20-   191:18 | FOUNNT<br>REL<br>PREJ | |
| 191:19-   192:5 | OS<br>REL<br>PREJ | |
| 192:23-   193:21 | REL<br>PREJ | |
| 195:1-   195:23 | REL<br>PREJ | 193:22-23; 193:25-194:25 |
| 199:17-   201:8 | LC<br>REL<br>PREJ | |
| 201:9-   203:23 | FORM<br>REL<br>PREJ | |
| 203:25-   204:11 | FOUN<br>REL<br>PREJ | |
| 204:12-   205:13 | REL<br>PREJ | |
| 206:18-   206:24 | REL<br>PREJ | 205:14-206:17 |
| 206:25-   208:7 | | |
| 208:8-   209:25 | HRSY | |
| 210:9-   212:16 | REL<br>PREJ | |
| 212:17-   213:15 | REL<br>PREJ | |
| 213:16-   214:18 | REL<br>PREJ | |
| 214:19-   215:16 | REL<br>PREJ | |
| 215:17-   216:10 | REL<br>PREJ | |
| 216:13-   219:4 | HRSY<br>FOUN<br>LC<br>REL<br>PREJ | 219:5-12 |
| 219:13-   220:6 | REL<br>PREJ | |
| 220:7-   220:21 | REL<br>PREJ | |
| 220:22-   222:12 | OBJ | |
| 222:13-   223:12 | FOUN | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

11

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 223:13- 224:2 | | |
| 224:15- 224:22 | | 224:3-14; 224:23-225:22 |
| 226:21- 228:8 | FOUN REL PREJ | |
| 231:5- 233:9 | FOUN REL PREJ | |
| 233:15- 234:24 | REL PREJ FOUN | 234:25-235:10 |
| 235:11- 236:3 | REL PREJ FOUN | |
| 236:4- 237:3 | | |
| 237:7- 237:16 | FORM REL PREJ | |
| 237:18- 237:21 | REL PREJ | |
| 241:8- 242:24 | | |
| 244:2- 244:8 | | |
| 253:15- 253:21 | | |

**D.**    **Paul Galyean (8/22/2013 Percipient Witness Deposition)**

Plaintiffs object to Oki's designations of the transcript of Mr. Galyean's August 22, 2013 deposition in their entirety. On August 22, 2013, Mr. Galyean testified in his personal capacity as a percipient witness. Plaintiffs disclosed that Mr. Galyean will be testifying at trial as a live witness on its witness list, and recently confirmed with Oki that he will be available at trial for Oki's examination. *See* Dkt. No. 176-1 (Plaintiffs' witness list) at 2; FED. R. CIV. P. 32(a)(4)(B). As such, Mr. Galyean is not "unavailable" under any of the criteria of FED. R. CIV. P. 32(a)(4) and Oki cannot play his deposition testimony at trial. At the time of his August 22, 2013 deposition, Mr. Galyean was not employed by any party to this lawsuit: he was *not* a "party's officer, director, managing agent, or designee under Rule 30(b)(6)." *See* FED. R CIV. P. 32(a)(3). Mr. Galyean is not included in the Court's Order Regarding Use of Depositions at Trial. *See* Dkt. No. 263.

As Mr. Galyean will be present and available for examination at trial, the entirety of his August 22, 2013 deposition transcript is inadmissible hearsay.  FED. R. EVID. 801(c).

**E.     Satoru Inoue**

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 18:23-   18:25 | | |
| 19:16-   19:24 | | |
| 19:25-   20:3 | INC NR PREJ REL | 20:4-20 |
| 23:1-   23:23 | OBJ | |
| 24:13-   24:17 | | |
| 25:17-   26:2 | | |
| 26:17-   27:21 | | |
| 29:13-   29:15 | INC PREJ | 27:22-28:1 |
| 29:16-   29:20 | INC PREJ OBJ | 27:22-28:1 |
| 31:11-   32:14 | OBJ | |
| 33:12-   34:3 | | |
| 34:8-   34:14 | | |
| 66:4-   67:7 | OBJ FOUN SPEC | |
| 81:5-   81:11 | NR FOUN SPEC | |
| 90:21-   91:15 | NR PREJ REL BER | |
| 92:11-   92:24 | OBJ FOUN SPEC | |
| 106:14-   106:21 | FOUN SPEC | |
| 115:7-   115:13 | | |
| 115:20-   116:3 | FOUN SPEC PREJ NR | |
| 167:12-   168:7 | OBJ FOUN SPEC REL | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

13

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 168:14-   168:16 | REL | |

### F.    Dan Nobbe

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 16:16-   18:10 | REL PREJ OBJ NT | |
| 18:22-   18:25 | REL PREJ INC | 19:1-2 |
| 20:15-   21:24 | REL PREJ OS | |
| 21:25-   22:9 | REL PREJ OS | |
| 22:11-   22:19 | REL PREJ OS | |
| 22:20-   22:24 | REL PREJ OS | |
| 22:25-   24:1 | REL PREJ OS INC | 24:2-4 |
| 24:9-   24:11 | | |
| 24:13-   25:4 | | |
| 25:6-   25:9 | | |
| 25:11-   26:8 | | |
| 27:17-   28:9 | OBJ | |
| 28:20-   28:23 | | |
| 31:17-   31:20 | REL PREJ NT OBJ NR | |
| 33:19-   34:11 | REL PREJ NR OBJ | |
| 34:23-   35:5 | REL PREJ INC | 35:6-10 |
| 35:11-   35:25 | REL | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

14

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
|  | PREJ |  |
| 36:1- 37:1 |  |  |
| 37:6- 38:18 | REL PREJ OBJ |  |
| 38:23- 39:10 | REL PREJ SPEC |  |
| 39:21- 39:22 | REL PREJ |  |
| 39:24- 40:8 | REL PREJ |  |
| 40:9- 40:15 | OBJ |  |
| 42:1- 42:3 |  |  |
| 42:10- 43:8 |  |  |
| 46:22- 46:24 |  |  |
| 48:2- 49:8 | INC OBJ AUTH | 49:9-11; 49:13-16; 49:18-19 |
| 57:22- 58:21 | OBJ |  |
| 59:20- 60:8 |  |  |
| 60:15- 61:7 | INC | 61:8-11 |
| 65:16- 65:21 |  |  |
| 65:23- 66:4 | REL PREJ SPEC HRSY |  |
| 72:8- 72:13 | NR |  |
| 73:7- 74:9 | REL PREJ |  |
| 74:20- 75:15 | OBJ |  |
| 76:5- 76:6 | REL AUTH |  |
| 81:9- 81:11 | REL PREJ INC | 81:16-23 |
| 81:24- 83:9 | PREJ INC OBJ | 83:10-13; 83:15-84:2 |
| 84:10- 85:7 | REL PREJ SPEC OPIN OBJ |  |
| 88:14- 90:10 | REL PREJ OBJ |  |
| 90:11- 91:3 | REL PREJ |  |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

15

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| | OBJ | |
| 95:1- 95:13 | REL<br>PREJ<br>OBJ<br>AUTH<br>INC | 94:5-21; 94:23-25 |
| 96:8- 96:16 | | |
| 97:12- 98:3 | REL<br>PREJ | |
| 99:4- 99:10 | | |
| 102:20- 102:21 | REL<br>PREJ | |
| 107:9- 108:12 | REL<br>PREJ<br>INC<br>OBJ | 108:13-109:5; 109:7-110:3 |
| 141:7- 141:20 | AUTH | |
| 143:6- 143:21 | REL<br>PREJ<br>SPEC<br>OBJ | |
| 144:12- 145:9 | REL<br>PREJ<br>AUTH<br>HRSY<br>BER<br>INC | 145:10-16 |
| 147:4- 148:1 | REL<br>PREJ<br>SPEC<br>OBJ<br>INC | 60:15-61:4 |
| 165:7- 166:7 | NT | |
| 171:23- 172:9 | REL<br>PREJ<br>FOUN<br>SPEC | |
| 193:15- 193:23 | FOUN<br>SPEC<br>OBJ<br>INC | 193:24-194:5 |
| 194:6- 194:10 | REL<br>PREJ<br>FOUN<br>OS | |
| 195:13- 195:22 | REL<br>PREJ<br>FOUN<br>SPEC<br>LC | |

MORGAN, LEWIS &<br>BOCKIUS LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO

DB2/ 24907676.1

16

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD

### G.      Ronald Reedy

| Defendant's Designation | Plaintiffs' Objections to Defendant's Designations | Plaintiffs' Counter-Designations to Defendant's Designation |
|---|---|---|
| 20:12-   20:15 | | 20:16; 20:19 |
| 23:3-   23:5 | OBJ | |
| 24:3-   24:14 | | |
| 69:25-   70:8 | REL<br>PREJ | |
| 101:6-   101:21 | REL<br>PREJ | 101:22-102:2; 102:5-6; 102:8-13 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24907676.1

17

OBJ. & COUNTER-DESIGNATIONS
(DEPOSITIONS)
5:12-CV-04175 EJD