| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>BRETT M. SCHUMAN (SBN 189247)<br>bschuman@morganlewis.com<br>RACHEL M. WALSH (SBN 250568)<br>rwalsh@morganlewis.com<br>RYAN L. SCHER (SBN 244706)<br>rscher@morganlewis.com<br>JEREMY N. LATEINER (SBN 238472)<br>jlateiner@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel:      415.442.1000<br>Fax:     415.442.1001<br><br>Attorneys for Plaintiffs<br>NavCom Technology, Inc. and Deere & Company | NAGASHIMA & HASHIMOTO<br>MARC R. LABGOLD (*pro hac vice*)<br>mlabgold@labgoldlaw.com<br>PATRICK J. HOEFFNER (*pro hac vice*)<br>phoeffner@labgoldlaw.com<br>12007 Sunrise Valley Drive, Suite 110<br>Reston, Virginia  20191<br>Telephone:   877-401-8855<br>Facsimile:    877-401-8855<br><br>NAGASHIMA & HASHIMOTO<br>TAKAAKI NAGASHIMA (*pro hac vice*)<br>nagashima@nandhlaw.com<br>Hirakawa-cho, KS Bldg., 2nd Floor<br>2-4-14, Hirakawa-cho, Chiyoda-ku<br>Tokyo 102-0098 Japan<br>Telephone:   +81-3-3239-5750<br>Facsimile:    +81-3-3239-8538<br><br>MAKMAN & MATZ LLP<br>DAVID A. MAKMAN (SBN 178195)<br>ROBERT C. MATZ  (SBN 217822)<br>655 Mariner's Island Blvd. Suite 306<br>San Mateo, California  94404<br>Telephone:   650-242-1560<br>Facsimile:    650-242-1547<br><br>Attorneys for Defendant<br>Oki Electric Industry Co., Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; AND DEERE & COMPANY,<br><br>             Plaintiffs,<br><br>       vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD.; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**AMENDMENT TO TRIAL STIPULATION NO. 7 IN THE JOINT PRETRIAL CONFERENCE STATEMENT**<br><br>Judge:              Hon. Edward J. Davila<br>Date of Filing:    06/22/2012 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AMENDMENT TO TRIAL
STIPULATION NO. 7
5:12-CV-04175 EJD

Pursuant to the Court's Standing Order re: Preliminary and Final Pretrial Conferences and Trial Preparation in Civil Cases, Section 2(B), Plaintiffs NavCom Technology, Inc. ("NavCom") and Deere & Company ("Deere" together "Plaintiffs"), and Defendant Oki Electric Industry Co., Ltd. ("Oki Electric" or "Defendant"), by and through their counsel of record, hereby respectfully amend Trial Stipulation No. 7 as set forth in the Parties' Joint Final Pretrial Conference Statement (Dkt. No. 176) to read as follows in its entirety:

**TRIAL STIPULATION NO. 7**

(a) Except as set forth in section (b) below, the parties agree to provide the other side with notice of each witness it expects to call live or by deposition at trial along with the specific identification of exhibits that may be used on direct examination of that witness by 7:30 p.m. one day before the witness is expected to testify, including witness order where multiple witnesses are expected to testify on the same day. If the witness testimony is to be presented by deposition, such identification shall include the specific portions of the transcript the party intends to play, by page and line number. If a party designates deposition testimony under this section on a given day, the opposing party shall by no later than 11:00 p.m. of the evening that such testimony is disclosed, provide its counter-designations of particular portions of the transcript, by page and line number, the party selects to be read or played along with its opponent's designations.

(b) Plaintiffs and Defendant have both expressed the intent to call the following witnesses in their respective cases-in-chief: Paul Galyean, Jerry Knight, Jacob Makhinson, Mark Rentz and Yuki Ushida (hereinafter, the "Shared Live Witnesses"). In order to streamline the trial, and for the convenience of the witnesses, the parties agree that the Shared Live Witnesses will only be called once at trial as follows:

    (i) Plaintiffs have agreed to call Paul Galyean live in their case-in-chief and reserve the right to call Jerry Knight, Jacob Makhinson and/or Mark Rentz during their case-in-chief. Any Shared Live Witnesses which are called live in Plaintiffs' case-in-chief, may not be called by Defendant during its case-in-chief; and

    (ii) Except as set forth in section (e) below, Yuki Ushida may only be called

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

AMENDMENT TO TRIAL
STIPULATION NO. 7
5:12-CV-04175 EJD

during Defendant's case-in-chief.

(c) Each party shall provide the other party or parties with notice of each Shared Live Witness they expect to call live at trial by 7:30 p.m. two days before the witness is expected to testify, including witness order where multiple Shared Live Witnesses are expected to testify on the same day. By 7:30 p.m. one day before such Shared Live Witness(es) are expected to testify, the parties agree to mutually exchange the specific identification of exhibits that may be used during their respective direct examinations of those witnesses.

(d) The examination of Shared Live Witness will be conducted as follows:

1. The party calling the Shared Live Witness ("Calling Party") will complete all direct examination for their case-in-chief;

2. The Opposing Party will then conduct (i) its cross-examination of the witness within the scope of the direct examination, as well as (ii) the examination they would conduct if calling the witness in their own case-in-chief;

3. The Calling Party will have the opportunity to (i) redirect with respect to the scope of its direct and (ii) conduct its examination with respect to the scope of 2(ii) and

4. The Opposing Party will have the opportunity to conduct further examination, if any, limited to the scope of 3(ii).

(e) Plaintiffs agree not to call Yuki Ushida in their case-in-chief so that Mr. Ushida may testify live in Defendant's case-in-chief. If Defendant hereafter decides not to call Mr. Ushida to testify live and does not inform Plaintiffs of this decision until after the close of Plaintiffs' case-in-chief, Defendant agrees that Plaintiffs may re-open their case-in-chief for the purpose of calling Mr. Ushida to testify by deposition.

(f) Defendant agrees not to bring any motion under Rule 50 of the Federal Rules of Civil Procedure until after Plaintiffs have had the opportunity to present Mr. Ushida's testimony, either live or by deposition, in accordance with subsection (e).

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

AMENDMENT TO TRIAL
STIPULATION NO. 7
5:12-CV-04175 EJD

1  Dated: April 15, 2014                    MORGAN, LEWIS & BOCKIUS LLP

2

3                                           By: /s/ Brett M. Schuman
                                                BRETT M. SCHUMAN
4                                               Attorneys for Plaintiffs
                                                NavCom Technology, Inc. and Deere &
5                                               Company

6  Dated: April 15, 2014                    NAGASHIMA & HASHIMOTO

7

8                                           By: /s/ Marc R. Labgold
                                                MARC R. LABGOLD (*pro hac vice*)
                                                Attorneys for Defendant
9                                               Oki Electric Industry Co., Ltd.

### **FILER'S ATTESTATION**

I, Brett M. Schuman, am the ECF user whose identification and password are being used to file this Amendment to Trial Stipulation No. 7 in the Joint Pretrial Conference Statement. Pursuant to L.R. 5-1(i)(3), I hereby attest that concurrence in the electronic filing of this document has been obtained from each of the other signatories.

Dated: April 15, 2014              By      /s/ Brett M. Schuman
                                           Brett M. Schuman

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

AMENDMENT TO TRIAL
STIPULATION NO. 7
5:12-CV-04175 EJD