**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL: 5  hrs, 35  mins**

CIVIL MINUTES  -  JURY TRIAL

Judge: **Edward J. Davila**         **Courtroom Deputy: Elizabeth Garcia**
Date:  **April 23, 2014**          **Court Reporter: Irene Rodriguez**
Case No: **C-12-04175 EJD**         **Interpreter: N/A**
Related Case No: **N/A**

TITLE

**Navcom Techonology, Inc et al v. OKI Electric Industry Co, Ltd et al**

**Attorney(s) for Plaintiff(s): Brett Schuman, Ryan Scher, Patricia Harris**
**Attorney(s) for Defendant(s): Marc Labgold, Patrick Hoeffner, David Makman,**
**Andrew Russell, Isao Goto, Takaaki Nagashima**

PROCEEDINGS

**Jury Trial Proceedings**

ORDER AFTER HEARING

Hearing held outside the presence of the jury.

Jury summoned.

Continued testimony by P. Galyean for testimony. Side bar conference also held. Testimony incomplete. Testimony to continue April 28, 2014.

Further hearing outside the presence of the jury, in chambers.

Jury dismissed for the day and the court reminds the jury of the admonition not to discuss the case.

Further hearing outside the presence of the jury re: scheduling additional matters. Counsel to contact Courtroom Deputy re scheduling purposes byThursday April 24, 2014 for hearing on Friday, April 25, 2014.

Continued Jury Trial proceedings set for **April 28, 2014 at 09:00 AM**

**Exhibits Identified:**                          **Exhibits Admitted Into Evidence:**
**Pltf:** PX 158, PX 205, PX 56, PX 165          **Pltf:** PX 158, PX 205, PX 56, PX 165
**Deft:** DX 1078, DX 1009, DX 1011, DX 1013, DX 1014,   **Deft:** DX 1078, DX 1009, DX 1011, DX 1013, DX 1014,
DX 1169, DX 1015 (is also PX 267), DX 1018, DX 1016,    DX 1169, DX 1015 (is also PX 267), DX 1018, DX 1016,
DX 1022, DX 1029, DX 1031, DX 1028, DX 1053, DX         DX 1022, DX 1029, DX 1031, DX 1028, DX 1053, DX
1054, DX 1056, DX 1065, DX 1079, DX 1046, DX 1037,      1054, DX 1056, DX 1065, DX 1079, DX 1046, DX 1037,
DX 1038, DX 1040, DX 1024, DX 1042                      DX 1038, DX 1040, DX 1024, DX 1042

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
CC: