MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMAN (SBN 189247)
bschuman@morganlewis.com
RACHEL M. WALSH (SBN 250568)
rwalsh@morganlewis.com
RYAN L. SCHER (SBN 244706)
rscher@morganlewis.com
JEREMY N. LATEINER (SBN 238472)
jlateiner@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:   415.442.1001

Attorneys for Plaintiffs
NavCom Technology, Inc. and Deere & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>                          Plaintiffs,<br><br>            vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD. and DOES ONE THROUGH TEN inclusive,<br><br>                          Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**PLAINTIFFS'** ***SECOND REVISED*** **PROPOSED VERDICT FORM**<br><br>Judge:  Hon. Edward J. Davila<br>Courtroom:  4 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24864954.2

PLAINTIFFS' *2ND REVISED*
PROPOSED VERDICT FORM
5:12-CV-04175 EJD

Pursuant to the Court's direction regarding a "bifurcated" verdict form, Plaintiffs NavCom Technology, Inc. and Deere & Company hereby submit a second revised proposed verdict form.

Dated: May 5, 2014    MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Brett M. Schuman
BRETT M. SCHUMAN
Attorneys for Plaintiffs
NavCom Technology, Inc. and Deere & Company

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24864954.2

1

PLAINTIFFS' *2ND REVISED*
PROPOSED VERDICT FORM
5:12-CV-04175 EJD

## **Liability Verdict Form**

We answer the questions submitted to us as follows:

**Plaintiffs' Claims:**

1. Did Plaintiff NavCom Technology, Inc. prove that Defendant breached the Development and Purchase Agreement?

_____ Yes _____ No

If you answered yes to question #1, answer questions #2-7.  If you answered no to question #1, do not answer questions #2-7.

2. Place an "X" next to all provisions of the Development and Purchase Agreement listed below that Plaintiff NavCom Technology, Inc. has proven Defendant breached:

_____ Section 1.0

_____ Section 2.2

_____ Sections 2.6/2.8

3. Is Plaintiff Deere & Company a third-party beneficiary of the Development and Purchase Agreement?

_____ Yes _____ No

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24864954.2

2

PLAINTIFFS' *2ND REVISED*
PROPOSED VERDICT FORM
5:12-CV-04175 EJD

**Defendant's Affirmative Defenses:**

4. Did Defendant prove that Plaintiff NavCom Technology, Inc. and Defendant mutually intended to abandon the Development and Purchase Agreement?

_____ Yes _____ No

5. Did Defendant prove that Plaintiffs NavCom Technology, Inc. and Defendant mutually agreed to cancel the Development and Purchase Agreement and substitute a new contract in its place?

_____ Yes _____ No

6. Did Defendant prove that Plaintiff NavCom Technology, Inc. committed an anticipatory breach of the Development and Purchase Agreement?

_____ Yes _____ No

7. Did Defendant prove that this lawsuit was filed after expiration of the statute of limitations?

_____ Yes _____ No

Signed: _____

Presiding Juror

Dated: _____

After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24864954.2

3

PLAINTIFFS' *2ND REVISED*
PROPOSED VERDICT FORM
5:12-CV-04175 EJD

**Damages Verdict Form**

1. What damages do you award to Plaintiff NavCom Technology, Inc.?

$_____

2. If you decided on the previous verdict form that Plaintiff Deere & Company is a third-party beneficiary of the Development and Purchase Agreement, what damages do you award to Plaintiff Deere & Company?

$_____

Signed: _____

Presiding Juror

Dated: _____

After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24864954.2

4

PLAINTIFFS' *2ND REVISED*
PROPOSED VERDICT FORM
5:12-CV-04175 EJD