UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 35 mins

CIVIL MINUTES - JURY TRIAL

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** May 8, 2014 | **Court Reporter:** Irene Rodriguez, Lee-Anne Shortridge |
| **Case No:** C-12-04175 EJD | **Interpreter:** N/A |
| **Related Case No:** N/A | |

**TITLE**

Navcom Technology, Inc et al v. OKI Electric Industry Co, Ltd et al

**Attorney(s) for Plaintiff(s):** Brett Schuman, Ryan Scher, Rachel Walsh, Patricia Harris, Jeremy Lateiner
**Attorney(s) for Defendant(s):** Marc Labgold, Patrick Hoeffner, David Makman, Andre Russell, Isao Goto, Takaaki Nagashima

**PROCEEDINGS**

Jury Deliberations
Jury Verdict
Further Hearing re Rule 50 Motions and pretrial motions

**ORDER AFTER HEARING**

Continued jury deliberations.
Jury Note No. 1 re verdict reached.
The clerk contacts counsel.
Jury summoned.
The Court inspects the verdict and has the clerk publish the verdict into the record.
A side bar conference was held with counsel.
The Court has the clerk poll the jury. Verdict is unanimous. The Court orders the verdict recorded and filed.
Jury is discharged from service.

The Court holds further argument re rule 50 motions. For the reasons stated on the record the Court DENIES the motions. Counsel for defendants make an oral motion for attorney fees and costs. The Court requests briefing on the motion. The parties shall file a proposed stipulation regarding briefing schedule on defendants' motion and any other anticipated post-trial motions to be filed.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
CC: