IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY INC and DEERE & COMPANY<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OKI ELECTRIC INDUSTRY CO., LTD and DOES ONE through TEN inclusive<br><br>　　　　Defendants.<br>_____/ | NO. 5:12-cv-004175 EJD<br><br>**JURY NOTES DURING DELIBERATIONS** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please find Jury Notes Nos. 1 from the jury during deliberations.

Dated:　May 8, 2014

　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　by: *Elizabeth C. Garcia*
　　　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia
　　　Courtroom Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA     Case No. **C-12-04175 EJD**

CASE TITLE: **Navcom Technology Inc et al v. OKI Electric Industry Co. Ltd**

NOTE FROM THE JURY DURING DELIBERATIONS

Date: May 8, 2014

Time: 11:50 am

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   ( X )

or

2. The Jury has the following question:

_____

_____

_____

_____

_____

_____

_____

DATE: May 8, 2014                    _Dawn Ward_
                                      Signature of Juror

May 8, 2014

Ms Garcia

We have reached a final verdict.

Regards
Dawn