Filed
MAY 08 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NAVCOM TECHNOLOGY, INC.; and DEERE & COMPANY,

    Plaintiffs,

v.

OKI ELECTRIC INDUSTRY CO., LTD.; and DOES ONE through TEN inclusive,

    Defendants.

Case No. 5:12-cv-04175 EJD

**VERDICT FORM**

We, the jury, unanimously find as follows:

A. **Plaintiffs' Claim**

1. Did Plaintiff NavCom Technology, Inc. prove that Defendant breached the Customized Advanced GPS RF Chipset Development and Purchase Agreement, entered December 14, 2005 (PX-125)?

_____ Yes      __X__ No

If your answer to Question No. 1 is "Yes", please place an "X" next to each section of the contract listed below that NavCom has proven Defendant breached:

| Place An "X" Only If Breach Was Proven | Section of the Agreement |
|---|---|
| | Section 1.0 (Term) |
| | Section 2.2 (Development Schedule) |
| | Section 2.6 (Delivery of Engineering Prototypes) |
| | Section 2.8 (Warranty on Engineering Prototypes) |

2. Did Plaintiff NavCom Technology, Inc. prove that Defendant breached the December 14, 2005 Customized GPS RF Chipset Development and Purchase Agreement, as amended by Amendment 1 entered into on November 29, 2006 (DX-1004)?

\_\_\_\_\_ Yes      \_X\_ No

If your answer to Question No. 2 is "Yes", please place an "X" next to each section of the contract listed below that NavCom has proven Defendant breached:

| Place An "X" Only If Breach Was Proven | Section of the Agreement |
|---|---|
|  | Section 1.0 (Term) |
|  | Section 2.2 (Development Schedule) |
|  | Section 2.6 (Delivery of Engineering Prototypes) |
|  | Section 2.8 (Warranty on Engineering Prototypes) |

3. Did NavCom prove that Defendant was contractually obligated to develop the proposed 4-chip RF ASIC design?

\_\_\_\_\_ Yes  **X** No

4. If your answer to Question No. 3 is "Yes", did NavCom prove that Defendant breached that obligation?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

5. Did Plaintiffs prove that Deere & Company was an intended third party beneficiary of the Development and Purchase Agreement?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

**If your answer to Question Nos. 1 and 2 are both "NO" and your answer to either of Question Nos. 3 or 4 are "NO", then you have reached a final verdict and you do not need to continue. Please sign the verdict form and notify the clerk that you have reached a verdict.**

**B. Defendant Oki Electric's Defenses**

6. Did Oki Electric prove that there was a novation with respect to the Original Contract (PX-125)?

_____ Yes        _____ No

7. Did Oki Electric prove that the requirement to make Version 19 of the Specification was waived?

_____ Yes        _____ No

8. Did Oki Electric prove that NavCom and Oki Semiconductor mutually agreed, as evidenced by words and/or actions, to abandon the Amended Contract (DX-1004)?

_____ Yes        _____ No

9. Did Oki Electric prove that the requirement to make Version 25 of the Specification was waived?

_____ Yes        _____ No

10. Did Oki Electric prove that there was an anticipatory breach?

_____ Yes        _____ No

11. Did Oki Electric prove that it satisfied Section 1.0 (Term), or that any failure to do so was waived?

_____ Yes        _____ No

If your answer to Question No. 11 above is "NO," then please answer Question No. 12 below. Please sign the verdict form and notify the clerk that you have reached a verdict.

12. Did NavCom prove that it was harmed by Defendant's failure to satisfy Section 1.0 (Term)?

_____ Yes    _____ No

Dated: May 8, 2014          Signed: _____

                            Printed name: Dawn Ward

                            Presiding Juror

After this verdict form has been signed, notify the clerk that you have reached a verdict.

*[Signatures]*

James M. Marcella

5

VERDICT FORM