United States District Court
Northern District of California

# DOCUMENT LOCATOR

**Case Number** — C12-4175 EJD

**Date Filed** - Lodged — 5/9/14

**Document Number** — _____

**Reporter's Transcript** — _____

**Trial Exhibits** — Lodged on 5/9/14

**Lodged Documents** — Defendant's and Plaintiff's

**Sealed Documents** — _____

**Other** — _____

**LOCATION**

**Expando File** — _____

**Overflow (exhibit/sealed room)** — X