IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC., et. al., | CASE NO. 5:12-cv-04175 EJD |
| Plaintiff(s), | **ORDER DENYING MOTIONS FOR JUDGMENT AS A MATTER OF LAW** |
| v. | |
| OKI ELECTRIC INDUSTRY CO., LTD., | [Docket Item No(s). 300, 305] |
| Defendant(s). | |

For the reasons stated on the record on May 8, 2014, the parties' respective motions for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) (Docket Item Nos. 300, 305) are each DENIED.

**IT IS SO ORDERED.**

Dated: May 20, 2014

EDWARD J. DAVILA
United States District Judge