IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC., et. al., | CASE NO. 5:12-cv-04175 EJD |
| Plaintiff(s), | **ORDER RE: PROPOSED JUDGMENT** |
| v. | |
| OKI ELECTRIC INDUSTRY CO., LTD., | |
| Defendant(s). | |

This action having been tried before a jury and verdict having been rendered accordingly (see Docket Item No. 318), the court orders that Defendant shall submit to the court a proposed form of judgment on or before **May 27, 2014.**

**IT IS SO ORDERED.**

Dated:  May 20, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-04175 EJD
ORDER RE: PROPOSED JUDGMENT