**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; and DEERE & COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>OKI ELECTRIC INDUSTRY CO., LTD.; and DOES ONE through TEN inclusive,<br><br>  Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**[PROPOSED] JUDGMENT** |

This action having been tried before the Court and a jury, the Honorable Edward J. Davila, United States District Judge presiding, and the issues having been duly tried and the jury having duly rendered its verdict (Docket Entry 318), and this Court having previously issued its Orders for Partial Summary Judgment (Docket Entries 199 and 231),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,**

1. Judgment is entered in favor of the Defendant Oki Electric Industry Co., Ltd. ("Oki Electric");

2. As the prevailing party, Oki Electric shall recover its costs of action;

3. Plaintiffs NavCom Technology, Inc. and Deere & Co. take nothing on their claims; and

4. This action is dismissed on the merits.

**IT IS SO ORDERED.**

Dated: _____        _____
                                 HONORABLE EDWARD J. DAVILA
                                 United States District Judge