UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NAVCOM TECHNOLOGY, INC.; and
DEERE & COMPANY,

    Plaintiffs,

v.

OKI ELECTRIC INDUSTRY CO., LTD.; and
DOES ONE through TEN inclusive,

    Defendants.

Case No. 5:12-cv-04175 EJD

[PROPOSED] JUDGMENT

This action having been tried before ~~the Court and~~ a jury, the Honorable Edward J. Davila, United States District Judge presiding, and the issues having been duly tried and the jury having duly rendered its verdict (Docket Entry 318), ~~and this Court having previously issued its Orders for Partial Summary Judgment (Docket Entries 199 and 231)~~,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,**

1. Judgment is entered in favor of the Defendant Oki Electric Industry Co., Ltd. ("Oki Electric");

2. ~~As the prevailing party,~~ Oki Electric shall recover its costs of action;

3. Plaintiffs NavCom Technology, Inc. and Deere & Co. take nothing on their claims; and

4. This action is dismissed on the merits.

**IT IS SO ORDERED.**  The Clerk shall close this file.

Dated: 5/28/2014

                                      HONORABLE EDWARD J. DAVILA
                                      United States District Judge