UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>  Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD. and DOES ONE THROUGH TEN inclusive,<br><br>  Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(B)**<br><br>Date: September 12, 2014<br>Time: 9:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Edward J. Davila |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25140396.2

[PROPOSED] ORDER GRANTING
PLS' MOT. FOR PARTIAL JMOL
5:12-CV-04175 EJD

Plaintiffs NavCom Technology, Inc. ("NavCom") and Deere & Company ("Deere"), together ("Plaintiffs"), renewed their Motion for Partial Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(b) on Plaintiffs' claims that Defendant Oki Electric Industry Co., Ltd. ("Defendant" or "Oki") breached Sections 1.0, 2.6 and 2.8 of the Customized Advanced GPS RF Chipset Development and Purchase Agreement and on Oki's affirmative defenses of novation, waiver, mutual abandonment and anticipatory breach. The Motion was heard at a hearing on September 12, 2014.

Based on the papers filed in support of and in opposition to the Motion, and the arguments of counsel, the Court **GRANTS** the motion as follows:

Plaintiffs are entitled to judgment that Oki breached Sections 1.0, 2.6 and 2.8 of Customized Advanced GPS RF Chipset Development and Purchase Agreement; and

Plaintiffs are entitled to judgment in their favor on Oki's affirmative defenses of novation, waiver, mutual abandonment and anticipatory breach.

**IT IS SO ORDERED**

Date: _____, 2014

_____
Hon. Edward J. Davila
United States District Court

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25140396.2

1

[PROPOSED] ORDER GRANTING
PLS' MOT. FOR PARTIAL JMOL
5:12-CV-04175 EJD