MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMAN (SBN 189247)
bschuman@morganlewis.com
RACHEL M. WALSH (SBN 250568)
rwalsh@morganlewis.com
RYAN L. SCHER (SBN 244706)
rscher@morganlewis.com
JEREMY N. LATEINER (SBN 238472)
jlateiner@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Plaintiffs
NavCom Technology, Inc. and Deere & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD. and DOES ONE THROUGH TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS' NAVCOM TECHNOLOGY INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)**<br><br>Date: September 12, 2014<br>Time: 9:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Edward J. Davila<br><br>**Trial Date: April 22, 2014** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25138319.3

SCHUMAN DECL. ISO PLS' RENEWED
PARTIAL JMOL PURSUANT TO RULE 50(b)
5:12-CV-04175 EJD

I, Brett M. Schuman, declare:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Plaintiffs NavCom Technology, Inc. ("NavCom") and Deere & Company ("Deere") in this case. I am duly licensed and admitted to practice before this Court. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could testify competently thereto. I make this declaration in support of Plaintiffs NavCom Technology, Inc. and Deere & Company's Motion for Partial Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(b).

1. Attached hereto as Exhibit A is a true and correct copy of the relevant pages from the April 22, 2014 Trial Transcript in this case.

2. Attached hereto as Exhibit B is a true and correct copy of the relevant pages from the April 23, 2014 Trial Transcript in this case.

3. Attached hereto as Exhibit C is a true and correct copy of the relevant pages from the April 29, 2014 Trial Transcript in this case.

4. Attached hereto as Exhibit D is a true and correct copy of the relevant pages from the April 30, 2014 Trial Transcript in this case.

5. Attached hereto as Exhibit E is a true and correct copy of the relevant pages from the May 1, 2014 Trial Transcript in this case.

6. Attached hereto as Exhibit F is a true and correct copy of the relevant pages from the May 5, 2014 Trial Transcript in this case.

7. Attached hereto as Exhibit G is a true and correct copy of the relevant pages from the May 6, 2014 Trial Transcript in this case.

8. Attached hereto as Exhibit H is a true and correct copy of the relevant pages from the May 7, 2014 Trial Transcript in this case.

9. Attached hereto as Exhibit I is a true and correct copy of the relevant pages from the May 8, 2014 Trial Transcript in this case.

10. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX3, a May 25, 2005, Oki Multiband GPS Opportunity with Navcom slides, bates labeled PER_NAV_005192 – PER_NAV_0005198. Documents that were marked as exhibits for

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25138319.3

1

SCHUMAN DECL. ISO PLS' RENEWED
PARTIAL JMOL PURSUANT TO RULE 50(b)
5:12-CV-04175 EJD

purposes of trial are referred to herein, and in the accompanying Motion for Partial Judgment as a Matter of Law, by their exhibit numbers.

11. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX30, a June 25, 2008, email string ending with email from R. Reedy to D. Nobbe, C. Anzil re Notes from TahoeRF Call – 6/24/08, bates labeled PER_NAV_0030295 – PER_NAV_0030296.

12. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX33, a July 14, 2008, email string ending with email from D. Nobbe to C. Anzil re NOVA RF ASIC, bates labeled PER_NAV_0026861 – PER_NAV_0026862.

13. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX46, a December 5, 2006 email from P. Galyean to R. Balbuena re Amendment 1 with attached Signed Amendment 1 to Oki RF ASIC Agreement 5 Dec 06.pdf, bates labeled NAV0065258 – NAV0065278.

14. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX49, a May 19, 2007, email string ending with email from J. Litton to P. Galyean re More R0 PCB Troubleshooting, bates labeled NAV0081999 – NAV0082003.

15. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX56, a May 28, 2008, RF ASIC Meeting Notes, bates labeled NAV0045201 – NAV0045203-0001.

16. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX71, a July 11, 2005, email from R. Balbuena to J. Knight, P. Galyean, J. Makhinson, J. Litton, M. Lindsay and B. Zimmerman re Initial Result on Feasibility of Including BPF on Chip with attached BPF_study050708.ppt, bates labeled NAV0000469 – NAV0000474.

17. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX75, September 19, 2005, Nova ASICs Slides, bates labeled NAV0045828 – NAV0045841.

18. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX83, a January 13, 2005, Invoice from Oki Semiconductor to NavCom Technology, Inc. for $300,000.00, bates labeled NAV0103527.

19. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX95, a December 20, 2006 Invoice from Oki Semiconductor to NavCom Technology, Inc. for

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25138319.3

2

SCHUMAN DECL. ISO PLS' RENEWED
PARTIAL JMOL PURSUANT TO RULE 50(b)
5:12-CV-04175 EJD

| | |
|---|---|
| 1 | $120,000.00, bates labeled NAV0090410. |
| 2 | 20. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX125, a |
| 3 | December 19, 2005, email from P. Galyean to R. Balbuena re Signed RF ASIC Agreement with |
| 4 | attached Oki-Navcom RF ASIC Agreement – Signed 19 Dec 05.pdf; Navcom Patent Application |
| 5 | 5008 Figures 19 Dec 05.pdf; Navcom Patent Application 5008 19 Dec 05.pdf; Navcom Patent |
| 6 | Application 5009 Figures 19 Dec 05.pdf; Navcom Patent Application 5009 19 Dec 05.pdf; RF |
| 7 | ASIC Specification Version 19 19 Dec 05.pdf, bates labeled OKI_LW_008256 – |
| 8 | OKI_LW_008394. |
| 9 | 21. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX131, a |
| 10 | June 2, 2005, email from R. Balbuena to J. Knight, J. Litton, M. Rentz, J. Makhinson, P. Galyean |
| 11 | re Revised proposal on A-GPS RF LSI with attached NavComProposal_rev2.pdf, bates labeled |
| 12 | OKI_LW_004151 – OKI_LW_004163. |
| 13 | 22. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX165, a July |
| 14 | 8, 2008 email from R. Balbuena to P. Galyean re Letter (termination notification) regarding |
| 15 | NOVA RF ASIC with attached RF_NOVA_Letter_080708.pdf, bates labeled NAV0055532 – |
| 16 | NAV0055533. |
| 17 | 23. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX170, a |
| 18 | May 17, 2005, email string ending with email from S. Inoue to R. Balbuena re NavCom, bates |
| 19 | labeled OKI_LW_018166 – OKI_LW_018171. |
| 20 | 24. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX201, a |
| 21 | July 14, 2008, email string ending with email from B. Hurst to G. Peavey re Nova Shutdown |
| 22 | Documents/Database, bates labeled PER_NAV_0030627 – PER_NAV_0030629. |
| 23 | 25. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX205, a |
| 24 | May 15, 2008, email string ending with email from R. Balbuena to P. Galyean, M. Lindsay, N. |
| 25 | Ortyl re RF ASIC, bates labeled, NAV0070471 – NAV0070472. |
| 26 | 26. Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX217, a |
| 27 | March 28, 2005, email string ending with email from J. Knight to P. Galyean re Navcom |
| 28 | Technology Meeting with attached MultibandGPS.pdf., bates labeled NAV0068599 – |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25138319.3

3

SCHUMAN DECL. ISO PLS' RENEWED
PARTIAL JMOL PURSUANT TO RULE 50(b)
5:12-CV-04175 EJD

| | |
|---|---|
| 1 | NAV0068610. |
| 2 | 27.     Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX218, an |
| 3 | April 29, 2005, email from B. McCaig to J. Knight, P. Galyean re Presentation for NavCom with |
| 4 | attached MultibandGPS_ rev2 0.pdf, bates labeled NAV0068670 – NAV0068682. |
| 5 | 28.     Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX228, |
| 6 | August 17, 2005, Nova RF ASIC Justification, bates labeled NAV0045821 – NAV0045822. |
| 7 | 29.     Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX261, a |
| 8 | May 31, 2005, email from J. Knight to P. Galyean with attached RF ASIC Vendor Selection.ppt, |
| 9 | bates labeled NAV0082332 – NAV0082339. |
| 10 | 30.     Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX270, a |
| 11 | May 19, 2007, email string ending with email from P. Galyean to R. Balbuena, D. Losser, D. |
| 12 | Nobbe, C. Fawcett, J. Makhinson, M. Rentz, J. Knight re More R0 PCB Troubleshooting with |
| 13 | attached RF_2_ASIC_Diagram.ppt; PLL_ASIC_Diagram.ppt; PCB_SN20_PointD.pdf; |
| 14 | PCB_SN20_Basband_Output.pdf, bates labeled NAV0069831 – NAV0069838. |
| 15 | 31.     Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX278, |
| 16 | designations of the June 20, 2013, deposition of Dan William Nobbe, Vol. I, played in court on |
| 17 | April 28, 2014. |
| 18 | 32.     Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX279, |
| 19 | designations of the September 9, 2013, deposition of Yoko Goto, Vol. I, played in court on |
| 20 | April 28, 2014. |
| 21 | 33.     Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX281, |
| 22 | designations of the June 27, 2013, deposition of Ken Fujita, Vol. I, played in court on April 29, |
| 23 | 2014. |
| 24 | 34.     Attached hereto is a true and correct copy of Plaintiffs' Trial Exhibit PX282, |
| 25 | designations of the July 11, 2013, deposition of Ruben Balbuena, Vol. I, played in court on April |
| 26 | 29, 2014. |
| 27 | 35.     Attached hereto is a true and correct copy of Defendant's Trial Exhibit DX-1024, a |
| 28 | March 12, 2008, email from P. Galyean to J. Stahlbaum, K. Frank, K. Dauner, C. Reibel re |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25138319.3

4

SCHUMAN DECL. ISO PLS' RENEWED
PARTIAL JMOL PURSUANT TO RULE 50(b)
5:12-CV-04175 EJD

Bharat's staff meeting with attached Advanced GNSS Presentation 18 Mar.ppt, bates labeled NAV0075596 – NAV0075620.

36. Attached hereto is a true and correct copy of Defendant's Trial Exhibit DX-1030, an April 18, 2008, memo reflecting RF ASIC Meeting, bates labeled NAV0044949 – NAV0044950.

37. Attached hereto is a true and correct copy of Defendant's Trial Exhibit DX-1031, April 18, 2008, native document comprising notes from RF ASIC design review, bates labeled NAV0064858.

38. Attached hereto is a true and correct copy of Defendant's Trial Exhibit DX-1051, an April 24, 2008, email from P. Galyean to R. Balbuena, D. Nobbe, D. Losser, I. Rasheed, J. Kennedy, C. Schiller, J. Makhinson, M. Rentz, J. Knight re RF ASIC Action Items with attached Action Items from Tahoe RF ASIC Meetings 24 Apr OS.xlx, bates labeled NAV0057665 – NAV0057666.

39. Attached hereto is a true and correct copy of Defendant's Trial Exhibit DX-1053, a May 8, 2008, email from P. Galyean to R. Balbuena, I. Rasheed, C. Schiller, J. Kennedy, M. Rentz, J. Makhinson, J. Knight, D. Losser, D. Nobbe re RF ASIC Action List with attached Action Items from Tahoe RF ASIC Meetings 8 May 08.xls, bates labeled NAV0070322 – NAV0070323.

40. Attached hereto is a true and correct copy of Defendant's Trial Exhibit DX-1054, a May 15, 2008 email from P. Galyean to I. Rasheed, J. Kennedy, C. Schiller, R. Balbuena, D. Nobbe, D. Losser, J. Knight, M. Rentz, J. Makhinson, N. Ortyl re RF ASIC action list, with attached Action Items from Tahoe RF ASIC Meetings 15 May 08.xls, bates labeled NAV0070494 – NAV0070495.

41. Attached hereto is a true and correct copy of Defendant's Trial Exhibit DX-1055, a May 15, 2008, email from J. Knight to P. Galyean re RF ASIC with attached Action Items from Tahoe RF ASIC Meetings 15 May 08.xls, bates labeled NAV0070479 – NAV0070482.

42. Attached hereto is a true and correct copy of Defendant's Trial Exhibit DX-1061, a May 28, 2008, email from P. Galyean to R. Balbuena, D. Nobbe, D. Losser, C. Anzil, M. Brown,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25138319.3

5

SCHUMAN DECL. ISO PLS' RENEWED
PARTIAL JMOL PURSUANT TO RULE 50(b)
5:12-CV-04175 EJD

I. Rasheed, C. Schiller, J. Kennedy re RD ASIC Action List with attached Action Items from Tahoe RF ASIC Meetings 28 May 08.xls, bates labeled OKI_LW_005376 – OKI_LW_005378.

43. Attached hereto is a true and correct copy of Defendant's Trial Exhibit <u>DX-1065</u>, May 30, 2008, Oki GPS Chipset Re-design <2p0>, NOVA RF ASIC PROJECT slides, bates labeled NAV0044710 – NAV0044714.

44. Attached hereto is a true and correct copy of Defendant's Trial Exhibit <u>DX-1169</u>, a February 21, 2008, email from R. Balbuena to P. Galyean, D. Nobbe, T. Barton re Slides for today's call with attached NOVAGPS_Update_080221.ppt, bates labeled NAV0081288 – NAV0081294.

45. On May 5, 2014, Oki played video excerpts for the jury of the deposition testimony of Paul Galyean in his capacity as Plaintiffs' designated witness pursuant to Federal Rule of Civil Procedure 30(b)(6). Among the excerpts played by Oki of Dr. Galyean's Rule 30(b)(6) deposition was page 119 at lines 7 to 25. Plaintiffs believe that a "clip report" containing this testimony was marked by Defendants as DX-1271 and lodged with the Court, but are unable to locate a copy at this time. A true and correct copy of that excerpt from the deposition transcript is attached hereto as <u>Exhibit J</u>.

I declare under penalty of perjury under the laws of the United States that the foregoing is correct and true.

Executed on this 5th day of June, 2014, at San Francisco, California.

                                                          */s/Brett M. Schuman*
                                                          Brett M. Schuman

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25138319.3

6

SCHUMAN DECL. ISO PLS' RENEWED
PARTIAL JMOL PURSUANT TO RULE 50(b)
5:12-CV-04175 EJD