EXHIBIT C

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

```
                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION


NAVCOM TECHNOLOGY INC., AND
DEERE & COMPANY,
                                CASE NO.  CV-12-04175-EJD
          PLAINTIFFS,
                                SAN JOSE, CALIFORNIA
    VS.
                                APRIL 29, 2014
OKI SEMICONDUCTOR AMERICA INC.,
ET AL.,              VOLUME 6
          DEFENDANTS.      PAGES 595 - 806


              TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE EDWARD J. DAVILA
              UNITED STATES DISTRICT JUDGE


                   A-P-P-E-A-R-A-N-C-E-S


FOR THE PLAINTIFFS:   MORGAN, LEWIS & BOCKIUS
                BY:   BRETT M. SCHUMAN
                      RYAN L. SCHER
                      ONE MARKET, SPEAR STREET TOWER
                      SAN FRANCISCO, CALIFORNIA 94105


FOR THE DEFENDANTS:   NAGASHIMA & HASHIMOTO
                BY:   MARC R. LABGOLD
                      TAKAAKI NAGASHIMA
                      PATRICK J. HOEFNER
                      12007 SUNRISE VALLEY DRIVE, SUITE 110
                      RESTON, VIRGINIA 20191
         (APPEARANCES CONTINUED ON THE NEXT PAGE.)
OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, CRR
                    CERTIFICATE NUMBER 8074


         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
         TRANSCRIPT PRODUCED WITH COMPUTER.
```

```
1
2
3        A P P E A R A N C E S: (CONT'D)
4
         FOR THE DEFENDANTS:
5
                     MAKMAN & MATZ
6                    BY: DAVID A. MAKMAN
                     655 MARINER'S ISLAND BOULEVARD
7                    SUITE 306
                     SAN MATEO, CALIFORNIA 94404
8
                     SHAW KELLER
9                    BY: ANDREW E. RUSSELL
                     300 DELAWARE AVENUE, SUITE 1120
10                   WILMINGTON, DETROIT 19801
11
         ALSO PRESENT:      OKI ELECTRIC INDUSTRY CO., LTD
12                   BY: ISAO GOTO
                     1-7-12 TORANOMON MINATO-KU
13                   TOKYO 105-8460 JAPAN
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2                    INDEX OF PROCEEDINGS
 3     FOR THE PLAINTIFFS:
 4     PHILLIP WARD
           DIRECT EXAM BY MS. WALSH          P. 625
 5         CROSS-EXAM BY MR. LABGOLD         P. 659
           REDIRECT EXAM BY MS. WALSH        P. 679
 6
       VIDEO DEPOSITION OF SATURO INOUE      P. 681
 7
       VIDEO DEPOSITION OF KENNETH FUJITA    P. 682
 8
       VIDEO DEPOSITION OF RUBEN BALBUENA    P. 686
 9
10     STEVE WILSON
           DIRECT EXAM BY MR. SCHUMAN        P. 625
11
12
                       INDEX OF EXHIBITS
13
14              IDENT.     EVIDENCE
15     PLAINTIFFS:
       219, 220, 222 & 223          623
16     121, 137, 138, 140,
       149, 153, 157 & 161          770
17     170                          682
       119                          685
18
19     DEFENDANTS:
       1252                         665
20     93                           672
21
22
23
24
25
```

|   |         |                                                                      |
|---|---------|----------------------------------------------------------------------|
| 1 |         | SAN JOSE, CALIFORNIA                APRIL 29, 2014                   |
| 2 |         | P R O C E E D I N G S                                                |
|   | 08:42AM |                                                                      |
| 3 | 08:42AM | (JURY OUT AT 8:42 A.M.)                                              |
| 4 | 08:42AM | THE COURT: WE'RE ON THE RECORD IN THE NAVCOM VERSUS                  |
| 5 | 08:42AM | OKI CASE. OUR JURY IS NOT PRESENT. ALL COUNSEL ARE PRESENT,          |
| 6 | 08:42AM | AND WE'RE HAVING A HEARING OUTSIDE OF THE PRESENCE OF THE JURY       |
| 7 | 08:42AM | ON SOME DISCRETE ISSUES.                                             |
| 8 | 08:42AM | AND LET'S SEE, WHAT IS THE FIRST ISSUE THAT THE DEFENSE              |
| 9 | 08:42AM | WANTED TO TALK TO ME ABOUT, AN ISSUE?                                |
| 10| 08:42AM | MR. LABGOLD: THE FIRST ISSUE WAS PLAINTIFFS'                         |
| 11| 08:42AM | EXHIBIT 195.                                                         |
| 12| 08:42AM | THE COURT: WE DEFERRED THAT FROM YESTERDAY, THAT'S                   |
| 13| 08:42AM | RIGHT.                                                               |
| 14| 08:42AM | MR. LABGOLD: I CAN HAND UP ANOTHER COPY.                             |
| 15| 08:42AM | THE COURT: THAT COULD BE HELPFUL. THANK YOU.                         |
| 16| 08:43AM | ALL RIGHT. I HAVE TRIAL EXHIBIT 195 THAT I THINK WAS                 |
| 17| 08:43AM | MOVED TO BE ADMITTED BY PLAINTIFF.                                   |
| 18| 08:43AM | MR. LABGOLD: CORRECT. AND THE OBJECTION IS A                         |
| 19| 08:43AM | HEARSAY OBJECTION BECAUSE THE DECLARANT WAS MR. REEDY WHO IS A       |
| 20| 08:43AM | RECIPIENT. I HAD OBJECTED TO THE TESTIMONY BEING PUT IN              |
| 21| 08:43AM | BECAUSE IT WAS QUOTING FROM THE DOCUMENT ABOUT WHAT                  |
| 22| 08:43AM | MR. RASHEED, WHO WAS A THIRD PARTY AT TAHOE, HAD SAID IN HIS         |
| 23| 08:43AM | E-MAIL.                                                              |
| 24| 08:43AM | THE TESTIMONY WAS ALLOWED TO GO IN BUT IT'S                          |
| 25| 08:43AM | SELF-INCLUSIVE. WE STILL OBJECT TO THE TESTIMONY ON THE SAME         |

| | | |
|---|---|---|
| 1 | 03:54PM | THE GEN5 -- LET ME STRIKE THAT AND START OVER. |
| 2 | 03:54PM | HOW WOULD THE OKI RF ASICS HAD BEEN PUT INTO THE GEN5 |
| 3 | 03:54PM | RECEIVER IF THIS HAD BEEN DELIVERED? |
| 4 | 03:54PM | A. WE WOULD REPLACE THE DISCRETE COMPONENTS ON THE |
| 5 | 03:55PM | ELECTRONICS BOARD THAT WERE GOING -- THAT PERFORM THE SAME |
| 6 | 03:55PM | FUNCTION THAT THE RF ASIC WAS DESIGNED TO DO. SO IT WOULD BE |
| 7 | 03:55PM | PLACING THAT ASIC ON THE ELECTRONIC BOARD IN REPLACE THE |
| 8 | 03:55PM | DISCRETE COMPONENTS. |
| 9 | 03:55PM | Q. DO YOU HAVE WITH YOU TODAY THE GEN5 ELECTRONICS BOARD? |
| 10 | 03:55PM | A. I DO. THIS IS THE ELECTRONICS BOARD THAT ACTUALLY GOES |
| 11 | 03:55PM | INSIDE OF THE RECEIVER. |
| 12 | 03:55PM | ON THE SIDE WITH THE CONNECTER HERE IS THE DISCRETE |
| 13 | 03:55PM | DIGITAL SECTION. YOU SEE THE CENTER LINE DOWN THE CENTER, ALL |
| 14 | 03:55PM | OF THE COMPONENTS ON BOTH SIDES OF THE BOARD. |
| 15 | 03:55PM | ON THE SIDE OPPOSITE THE CONNECTER ARE THE DISCRETE |
| 16 | 03:55PM | COMPONENTS THAT PERFORM THE RF FUNCTION. |
| 17 | 03:55PM | THE RF ASIC CHIPSET THAT OKI WAS TO FURNISH WOULD BE |
| 18 | 03:55PM | REPLACING MOST OF THE COMPONENTS ON THIS SIDE OF THE BOARD |
| 19 | 03:55PM | EXCEPT FOR THE COMPONENTS THAT PROCESS, WHICH IF IT DIDN'T HAVE |
| 20 | 03:56PM | THAT CAPABILITY, WE WOULD HAVE LEFT THOSE DISCRETE COMPONENTS |
| 21 | 03:56PM | ON THE BOARD. |
| 22 | 03:56PM | Q. IS AN ELECTRONICS BOARD LIKE THIS ALSO SOMETIMES CALLED A |
| 23 | 03:56PM | PRINTED CIRCUIT BOARD? |
| 24 | 03:56PM | A. IT IS CALLED A PRINTED CIRCUIT BOARD. |
| 25 | 03:56PM | MR. SCHUMAN: YOUR HONOR, MAY I APPROACH THE |

```
 1   04:38PM    OF COURSE, THEY CAN CROSS-EXAMINE ON THAT, WHETHER OR NOT
 2   04:38PM    A WITNESS HAS ACTUALLY PERSONALLY SEEN THE INVOICE THAT
 3   04:38PM    SUPPORTS WHATEVER THE FIGURE IS, AND IF HE HAS OR HASN'T, THEN
 4   04:38PM    THAT HAS AN EFFECT ON THE JURY I'M SURE.
 5   04:38PM         SO THAT'S REALLY WHAT I LOOK AT WHEN I LOOK AT THE REASONS
 6   04:38PM    AND RATIONALE FOR 1006 IS TO PROVIDE THE PARTIES AN OPPORTUNITY
 7   04:38PM    TO LOOK AT IT AND TO TEST THE VERACITY OF THAT INFORMATION.
 8   04:38PM         IT GOES TO RELIABILITY.  THAT'S REALLY WHAT IT IS.  IT'S
 9   04:38PM    ALMOST LIKE A HEARSAY TYPE OF AN OBJECTION.
10   04:38PM         BUT I'M HAPPY TO RECEIVE THE CASES AND YOU CAN BRING
11   04:39PM    TOMORROW WHATEVER YOU WOULD LIKE, OR YOU CAN E-MAIL IT IF YOU
12   04:39PM    GET IT DONE TONIGHT IN THE NEXT HOUR, YOU CAN E-MAIL IT TO --
13   04:39PM    MS. GARCIA WILL PROVIDE YOU WITH A WEBSITE TO SEND THAT TO AND
14   04:39PM    I MAY BE ABLE TO PICK IT UP TONIGHT.
15   04:39PM            MR. SCHUMAN:  THANK YOU, YOUR HONOR.
16   04:39PM            THE COURT:  ANYTHING FURTHER?
17   04:39PM            MR. LABGOLD:  NOTHING FURTHER AT THIS TIME.
18   04:39PM            THE COURT:  OKAY.  THANKS VERY MUCH.
19   04:39PM            MR. LABGOLD:  THANK YOU, YOUR HONOR.
20   04:39PM            THE COURT:  YOU'RE WELCOME.  THANK YOU.  WE'RE IN
21   04:39PM    RECESS.
22   04:39PM         (COURT CONCLUDED AT 4:39 P.M.)
23
24
25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____

IRENE RODRIGUEZ, CSR, CRR

CERTIFICATE NUMBER 8076

DATED: APRIL 29, 2014