EXHIBIT D

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

1  UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
2  SAN JOSE DIVISION
3
   NAVCOM TECHNOLOGY INC., AND
4  DEERE & COMPANY,
                    CASE NO. CV-12-04175-EJD
5       PLAINTIFFS,
                    SAN JOSE, CALIFORNIA
6     VS.
                    APRIL 30, 2014
7  OKI SEMICONDUCTOR AMERICA INC.,
   ET AL.,           VOLUME 7
8
        DEFENDANTS.     PAGES 807 - 1058
9
10
              TRANSCRIPT OF PROCEEDINGS
11       BEFORE THE HONORABLE EDWARD J. DAVILA
              UNITED STATES DISTRICT JUDGE
12
13            A-P-P-E-A-R-A-N-C-E-S
14
   FOR THE PLAINTIFFS:  MORGAN, LEWIS & BOCKIUS
15          BY:  BRETT M. SCHUMAN
                 RYAN L. SCHER
16          ONE MARKET, SPEAR STREET TOWER
            SAN FRANCISCO, CALIFORNIA 94105
17
18 FOR THE DEFENDANTS:  NAGASHIMA & HASHIMOTO
            BY:  MARC R. LABGOLD
19               TAKAAKI NAGASHIMA
                 PATRICK J. HOEFNER
20          12007 SUNRISE VALLEY DRIVE, SUITE 110
            RESTON, VIRGINIA 20191
21
        (APPEARANCES CONTINUED ON THE NEXT PAGE.)
22
   OFFICIAL COURT REPORTER:  IRENE L. RODRIGUEZ, CSR, CRR
23          CERTIFICATE NUMBER 8074
            LEE-ANNE SHORTRIDGE, CSR, CRR
24          CERTIFICATE NUMBER 9595
25     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
   TRANSCRIPT PRODUCED WITH COMPUTER.

```
 1
 2
 3        A P P E A R A N C E S: (CONT'D)
 4
          FOR THE DEFENDANTS:
 5
                    MAKMAN & MATZ
 6                  BY:  DAVID A. MAKMAN
                    655 MARINER'S ISLAND BOULEVARD
 7                  SUITE 306
                    SAN MATEO, CALIFORNIA 94404
 8
                    SHAW KELLER
 9                  BY:  ANDREW E. RUSSELL
                    300 DELAWARE AVENUE, SUITE 1120
10                  WILMINGTON, DETROIT 19801
11
          ALSO PRESENT:         OKI ELECTRIC INDUSTRY CO., LTD
12                  BY:  ISAO GOTO
                    1-7-12 TORANOMON MINATO-KU
13                  TOKYO 105-8460 JAPAN
14
15
16
17
18
19
20
21
22
23
24
25
```

1
2                    INDEX OF PROCEEDINGS
3       FOR THE PLAINTIFFS:
4       STEVEN WILSON
            FURTHER DIRECT EXAM BY MR. SCHUMEN    PGS. 851, 859
5                           864, 868, 877
                            885, 908, 911
6                           916 & 924
            VOIR DIRE EXAM              PGS. 854, 860
7                           865, 882, 898
                            914 & 920
8           CROSS-EXAM BY MR. LABGOLD    P. 954
9       JOHN HANSEN
            DIRECT EXAM BY MS. SCHER     P. 1010
10          CROSS-EXAM BY MR. LABGOLD    P. 1046
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

INDEX OF EXHIBITS

2

3            IDENT.    EVIDENCE

4 PLAINTIFFS:

| | IDENT. | EVIDENCE |
|---|---|---|
| 244 | | 934 |
| 233 | | 942 |
| 231 | | 943 |
| 241 | | 944 |
| 239 | | 945 |
| 234 | | 946 |
| 235 | | 946 |
| 236 | | 947 |
| 237 | | 947 |
| 238 | | 947 |
| 243 | | 948 |
| 240 | | 949 |

DEFENDANTS:

| | IDENT. | EVIDENCE |
|---|---|---|
| 1258 | 961 | 969 |
| 1259 | 967 | 969 |
| 1260 | 969 | 969 |
| 1262 | | 991 |

|    |         |                                                                  |
|----|---------|------------------------------------------------------------------|
| 1  |         | SAN JOSE, CALIFORNIA           APRIL 30, 2014                    |
| 2  |         | P R O C E E D I N G S                                            |
| 3  | 08:48AM | (JURY OUT AT 8:48 A.M.)                                          |
| 4  | 08:48AM | THE COURT: WE'RE ON THE RECORD. COUNSEL IS PRESENT               |
| 5  | 08:48AM | AND THE JURY IS NOT PRESENT, AND WE'RE HERE TO DISCUSS A COUPLE  |
| 6  | 08:48AM | OF DISCRETE ISSUES.                                              |
| 7  | 08:48AM | FIRST OF ALL, THERE WERE OBJECTIONS BY THE DEFENSE               |
| 8  | 08:48AM | REGARDING MR. WILSON'S TESTIMONY, AND I THINK IT'S PLAINTIFFS'   |
| 9  | 08:49AM | EXHIBIT --                                                       |
| 10 | 08:49AM | MR. SCHUMAN: 244.                                                |
| 11 | 08:49AM | THE COURT: -- 244. I DID RECEIVE BRIEFING, THANK                 |
| 12 | 08:49AM | YOU FOR THAT, ON THIS ISSUE.                                     |
| 13 | 08:49AM | LET ME ASK, DOES EITHER PARTY WISH TO BE HEARD FURTHER?          |
| 14 | 08:49AM | MR. LABGOLD: BRIEFLY, IF I MAY?                                  |
| 15 | 08:49AM | THE COURT: SURE. OF COURSE.                                      |
| 16 | 08:49AM | MR. LABGOLD: EXCUSE ME. I'M NOT GOING TO BELABOR                 |
| 17 | 08:49AM | THE ISSUES THAT ARE IN THE BRIEF.                                |
| 18 | 08:49AM | I DID WANT TO POINT OUT, BECAUSE I THINK IT'S IMPORTANT,         |
| 19 | 08:49AM | WITH A LOT OF THE DETAIL OF THE DISCOVERY THAT OCCURRED BECAUSE  |
| 20 | 08:49AM | IT GOES TO THE ISSUE OF FAIRNESS, AND ONE OF THE ISSUES IN       |
| 21 | 08:49AM | RESPONSE WAS THAT THIS ISSUE WAS MADE AVAILABLE TO YOU IN        |
| 22 | 08:49AM | DISCOVERY SO YOU SHOULD HAVE KNOWN ABOUT IT.                     |
| 23 | 08:49AM | NOW, THE DOCUMENTS IN QUESTION, I HAVE COPIES HERE. SO           |
| 24 | 08:50AM | EXHIBIT 244, THE ONE WE'RE TALKING ABOUT, AND THE OTHER          |
| 25 | 08:50AM | EXHIBITS THAT ARE AT ISSUE IN THIS -- AND, AGAIN, WE RAISED THE  |

```
1   01:42PM    Q.  MR. WILSON, WHY DIDN'T NAVCOM START OVER WITH ANOTHER
2   01:42PM    VENDOR AFTER OKI ENDED THE GEN5 RF ASIC PROJECT?
3   01:42PM    A.  AGAIN, IT'S A BUSINESS DECISION AS TO WHETHER TO DO THAT.
4   01:42PM    WE HAD JUST GONE THROUGH A FATAL PROJECT TO TRY TO DEVELOP AN
5   01:42PM    RF ASIC, AND SO THERE'S A CERTAIN AMOUNT OF RELUCTANCE BY THE
6   01:42PM    COMPANY MANAGEMENT TO DO THAT.
7   01:42PM         A BIGGER PROBLEM WAS THAT WE ALREADY WERE THINKING ABOUT
8   01:42PM    THE RF ASIC FOR GEN6 AND WE WOULD HAVE HAD TO DEVOTE A LOT OF
9   01:42PM    TIME AND RESOURCES TO THAT.
10  01:42PM         BUT THE REAL BOTTOM LINE IS THAT IT WAS GOING TO COST A
11  01:42PM    LOT OF MONEY AND TAKE A LOT OF EFFORT AND WOULD NOT BE ABLE
12  01:42PM    PROBABLY TO BE PUT IN -- IT WOULD NOT HAVE BEEN ABLE TO BE PUT
13  01:42PM    IN THE GEN5 RECEIVER IN TIME TO RECOVER THAT COST.  WE WOULDN'T
14  01:43PM    HAVE THE GEN5 RECEIVER ON THE MARKET LONG ENOUGH TO COVER THE
15  01:43PM    COST OF STARTING ALL OVER AND GETTING AN RF ASIC TO PUT IN THAT
16  01:43PM    RECEIVER.
17  01:43PM         SO IT JUST DIDN'T MAKE FINANCIAL SENSE.
18  01:43PM    Q.  MR. WILSON, HOW LONG DOES IT TAKE FROM THE TIME NAVCOM
19  01:43PM    RECEIVES AN RF ASIC TO THE TIME THAT IT CAN BE PUT IN A
20  01:43PM    RECEIVER?
21  01:43PM    A.  THE RECEIVER DEVELOPMENT OF A GEN5 RECEIVER DEVELOPMENT
22  01:43PM    WAS A SECURE PROCESS.  WE'RE LOOKING AT GEN6 TO BE A SIMILAR
23  01:43PM    TIME TO DEVELOP A RECEIVER.
24  01:43PM    Q.  MR. WILSON, EXCUSE ME, IF OKI HAD DELIVERED THE WORKING
25  01:43PM    ENGINEERING PROTOTYPES OF THE RF ASIC TO NAVCOM IN APRIL OF
```

| | | |
|---|---|---|
| 1 | 01:43PM | 2007, WOULD THEY HAVE BEEN IN THE GEN5 RECEIVER? |
| 2 | 01:43PM | A. THERE WOULD HAVE BEEN TIME TO -- I MEAN, IT'S ONE THING IF |
| 3 | 01:43PM | YOU'RE STARTING ALL OVER, BUT IF YOU HAVE AN ONGOING PROJECT |
| 4 | 01:44PM | AND YOU GET THE WORK AND YOU EXPECT, EVEN AS LATE AS THEN, THAT |
| 5 | 01:44PM | WOULD HAVE GIVEN US TWO YEARS TO PUT IT INTO THE GEN5 RECEIVER. |
| 6 | 01:44PM | MY OPINION IS THAT IT WOULD HAVE BEEN IN THE RECEIVER FROM |
| 7 | 01:44PM | THE INITIAL LAUNCH. |
| 8 | 01:44PM | Q. AND IF OKI HAD DELIVERED A WORKING PROTOTYPE OF THE OKI |
| 9 | 01:44PM | RF ASIC IN JULY OF 2008, WOULD NAVCOM HAVE STILL PUT IT IN THE |
| 10 | 01:44PM | GEN5 RECEIVER? |
| 11 | 01:44PM | A. IT'S GETTING A LITTLE LATE TO SAY IT WOULD HAVE BEEN IN |
| 12 | 01:44PM | THE RECEIVER FOR THE INITIAL LAUNCH, BUT WE ABSOLUTELY WANTED |
| 13 | 01:44PM | THAT COST REDUCTION. |
| 14 | 01:44PM | I MEAN, WE UNDERSTOOD -- WE HAD PUT TOGETHER A DISCRETE |
| 15 | 01:44PM | SOLUTION SO WE HAD SOMETHING TO GO TO MARKET. |
| 16 | 01:44PM | BUT HAD WE BEEN DELIVERED A WORKING ASIC, WE CERTAINLY |
| 17 | 01:44PM | WOULD HAVE REENGINEERED THAT BOARD TO UTILIZE THE ASIC AND |
| 18 | 01:44PM | REALIZE THE SIGNIFICANT COST REDUCTION OF PRODUCING EACH |
| 19 | 01:44PM | RECEIVER BY USING THE RF ASIC. |
| 20 | 01:44PM | Q. IF YOU HAD RECEIVED A WORKING PROTOTYPE OF THE RF ASIC IN |
| 21 | 01:44PM | JULY OF 2008, ABOUT WHEN WOULD THAT HAVE BEEN ABLE TO BE |
| 22 | 01:45PM | INSERTED INTO A GEN5 RECEIVER ON THE MARKET? |
| 23 | 01:45PM | MR. LABGOLD: OBJECTION, YOUR HONOR. |
| 24 | 01:45PM | THE COURT: OVERRULED. |
| 25 | 01:45PM | THE WITNESS: I WOULD SAY IN THE MIDDLE OF 2010. |

| | | |
|---|---|---|
| 1 | 03:44PM | Q. AND BASED ON THE WORK THAT YOU PERFORMED, DID YOU FORM AN |
| 2 | 03:44PM | OPINION ABOUT THE DAMAGES THAT DEERE AND NAVCOM ARE ENTITLED TO |
| 3 | 03:44PM | FOR OKI'S BREACH OF CONTRACT? |
| 4 | 03:44PM | A. I HAVE. |
| 5 | 03:44PM | Q. AND WHAT IS YOUR OPINION? |
| 6 | 03:44PM | A. IN MY OPINION, DEERE AND NAVCOM HAVE SUFFERED DAMAGES IN |
| 7 | 03:44PM | THE FORM OF INCREASED COST BY VIRTUE OF NOT HAVING A WORKING |
| 8 | 03:44PM | ASIC, RF ASIC DELIVERED. |
| 9 | 03:44PM | Q. AND CAN YOU GIVE US AN EXPLANATION OF WHAT THE ACTUAL |
| 10 | 03:44PM | NUMBERS ARE? |
| 11 | 03:44PM | A. YES. IT'S AN ACCUMULATION OF INCREASED COSTS OVER A |
| 12 | 03:45PM | SEVERAL YEAR PERIOD, BUT FOR THE PERIOD 2009 THROUGH 2015, THE |
| 13 | 03:45PM | INCREASED COSTS WOULD GENERALLY RANGE FROM $12.7 MILLION TO |
| 14 | 03:45PM | $13.5 MILLION. |
| 15 | 03:45PM | Q. WHY DO YOU HAVE TWO NUMBERS? |
| 16 | 03:45PM | A. FOR ONE OF THE ELEMENTS OF INCREASED COSTS, THE COSTS TO |
| 17 | 03:45PM | PLACE THE COMPONENTS ON THE PCB, I WAS PROVIDED WITH A RANGE. |
| 18 | 03:45PM | I DIDN'T HAVE JUST ONE NUMBER FOR THAT. |
| 19 | 03:45PM | SO BASED ON USING THAT RANGE, THAT PROVIDED ME WITH A |
| 20 | 03:45PM | RANGE FOR THE OVERALL COSTS. |
| 21 | 03:45PM | Q. AND ARE YOU GETTING PAID FOR YOUR SERVICES IN CONNECTION |
| 22 | 03:45PM | WITH THIS LAWSUIT? |
| 23 | 03:45PM | A. MY COMPANY BILLS FOR THE TIME THAT I SPEND OR MEMBERS OF |
| 24 | 03:45PM | MY TEAM SPEND ON AN ENGAGEMENT. |
| 25 | 03:45PM | Q. ARE YOU BEING PAID TO EXPRESS ANY PARTICULAR OPINION IN |

| | | |
|---|---|---|
| 1 | 03:48PM | IMPLEMENTED WHAT I CALL OR WHAT WE'LL REFER TO AS THE DISCRETE |
| 2 | 03:48PM | SOLUTION, WHICH IS THE USE OF 539 INDIVIDUAL COMPONENTS TO |
| 3 | 03:48PM | REPLACE THE RF ASIC. |
| 4 | 03:48PM | Q. AND HOW DID YOU GO ABOUT CALCULATING DAMAGES IN THIS CASE? |
| 5 | 03:49PM | A. WELL, THIS CHART SETS OUT MY APPROACH JUST VERY GENERALLY. |
| 6 | 03:49PM | AND THE TOP BOX, THE BLUE BOX IS DEERE AND NAVCOM'S ACTUAL |
| 7 | 03:49PM | COST OF USING THE DISCRETE SOLUTION. SO THIS IS WHAT THEY |
| 8 | 03:49PM | ACTUALLY HAVE HAD TO DO. |
| 9 | 03:49PM | THE NEXT BOX, THE RED ONE, IS WHAT DEERE AND NAVCOM'S |
| 10 | 03:49PM | COSTS WOULD HAVE BEEN IF IT HAD BEEN ABLE TO USE THE RF ASIC. |
| 11 | 03:49PM | THOSE COSTS ARE LOWER THAN THE COSTS THAT THEY ACTUALLY |
| 12 | 03:49PM | INCURRED. |
| 13 | 03:49PM | SO IF YOU TAKE THE BLUE BOX AND SUBTRACT THE LOWER RED |
| 14 | 03:49PM | BOX, THE DIFFERENCE IS DEERE AND NAVCOM'S INCREASED COSTS. |
| 15 | 03:49PM | SO THAT'S THE AMOUNT THAT WOULD PUT DEERE AND NAVCOM IN |
| 16 | 03:49PM | THE SAME POSITION ECONOMICALLY AS IF THEY HAD HAD THE RF ASIC |
| 17 | 03:49PM | AVAILABLE. |
| 18 | 03:49PM | Q. LET'S START WITH THE BIG BLUE BOX AT THE TOP, "DEERE AND |
| 19 | 03:49PM | NAVCOM'S ACTUAL COSTS USING DISCRETE SOLUTION." |
| 20 | 03:50PM | WHAT DO YOU MEAN BY "ACTUAL COSTS"? |
| 21 | 03:50PM | A. WELL, AGAIN, THIS IS WHAT DEERE AND NAVCOM HAVE ACTUALLY |
| 22 | 03:50PM | INCURRED WITH BUILDING THE PRODUCTS WITH THE DISCRETE SOLUTION, |
| 23 | 03:50PM | SO THAT INCLUDES THE ADDITIONAL COMPONENTS, PLACING THOSE |
| 24 | 03:50PM | COMPONENTS, AND USING THE LARGER BOARD THAN OTHERWISE WOULD |
| 25 | 03:50PM | HAVE BEEN NECESSARY. |

| | | |
|---|---|---|
| 1 | 04:04PM | Q. SO DOES THE VOLUME DISCOUNT RESET EVERY YEAR OR IS THIS |
| 2 | 04:04PM | CUMULATIVE? |
| 3 | 04:04PM | A. IT'S CUMULATIVE. |
| 4 | 04:04PM | Q. AND IS IT YOUR UNDERSTANDING THAT OKI WAS REQUIRED TO |
| 5 | 04:04PM | PROVIDE CHIPS TO NAVCOM AND DEERE AT THIS PRICING FOREVER? |
| 6 | 04:04PM | A. NO. |
| 7 | 04:04PM | Q. ARE YOU AWARE THAT OKI HAD THE RIGHT TO TERMINATE THE |
| 8 | 04:04PM | CONTRACT? |
| 9 | 04:04PM | A. YES. |
| 10 | 04:04PM | Q. AND HOW DOES THAT IMPACT YOUR DAMAGES ANALYSIS? |
| 11 | 04:05PM | A. THAT DOESN'T AFFECT MY QUANTIFICATION OF INCREASED COSTS |
| 12 | 04:05PM | FOR SEVERAL REASONS. |
| 13 | 04:05PM | Q. WHAT ARE THOSE REASONS? |
| 14 | 04:05PM | A. FIRST, IF OKI HAD DELIVERED A WORKING RF ASIC, AND THEY GO |
| 15 | 04:05PM | TO THE PRODUCTION PHASE, IT WOULD BE IN THEIR ECONOMIC INTEREST |
| 16 | 04:05PM | TO GO AHEAD AND PRODUCE THE CHIPS SO THAT THEY COULD EARN THE |
| 17 | 04:05PM | SALES REVENUES AND PROFITS ON THOSE CHIPS. |
| 18 | 04:05PM | MR. LABGOLD: OBJECTION, YOUR HONOR. |
| 19 | 04:05PM | THE COURT: SUSTAINED. |
| 20 | 04:05PM | BY MS. SCHER: |
| 21 | 04:05PM | Q. REGARDING THE PRICES REFLECTED ON THIS SLIDE, DID YOU DO |
| 22 | 04:05PM | ANYTHING TO CONFIRM THAT THE PRICES LISTED IN THE OKI CONTRACT |
| 23 | 04:05PM | ARE MARKET PRICES? |
| 24 | 04:05PM | A. YES. |
| 25 | 04:05PM | Q. AND WHAT DID YOU DO? |

```
 1   04:10PM    BY MS. SCHER:
 2   04:10PM    Q.  HAVE YOU DONE ANYTHING TO CONFIRM THAT THE PRICES LISTED
 3   04:10PM    IN THE OKI CONTRACT ARE REASONABLE?
 4   04:10PM            MR. LABGOLD:  OBJECTION, YOUR HONOR.
 5   04:10PM            THE COURT:  OVERRULED SUBJECT TO A MOTION TO STRIKE.
 6   04:10PM            THE WITNESS:  YES.  THE PRICES IN THE CONTRACT --
 7   04:10PM    OKI AND NAVCOM AND DEERE ARE UNRELATED THIRD PARTIES, SO THAT'S
 8   04:10PM    A NEGOTIATED PRICE, SO THAT'S AN INDICATION THAT THAT'S A
 9   04:10PM    MARKET PRICE, IF YOU WILL.
10   04:10PM        AND IN LOOKING AT PRICES THAT WERE OFFERED UNDER THE
11   04:10PM    PROPOSAL FOR MAXIM, FOR EXAMPLE, MAXIM OFFERED TO SELL
12   04:10PM    PRODUCTION CHIPS AT A RANGE OF PRICE FROM $20 TO $32.
13   04:10PM        SO THAT'S VERY SIMILAR TO THE PRICES THAT WERE CONTAINED
14   04:10PM    IN THE CONTRACT, WHICH IS AN INDICATION TO ME THAT THIS IS A
15   04:11PM    FAIR AND REASONABLE ESTIMATION OF A MARKET BASED PRICE FOR A
16   04:11PM    CHIP OF THIS TYPE.
17   04:11PM            MR. LABGOLD:  OBJECTION.  I MOVE TO STRIKE.
18   04:11PM            THE COURT:  I WILL STRIKE THE WORD "MARKET PRICE,"
19   04:11PM    AND IF YOU WANT TO ASK THIS WITNESS ANOTHER QUESTION ABOUT HIS
20   04:11PM    ANALYSIS THAT DOES NOT REFLECT THE PRICE, FINE.
21   04:11PM    BY MS. SCHER:
22   04:11PM    Q.  DID THE MAXIM PRICE THAT YOU REVIEWED CONFIRM THAT THE
23   04:11PM    PRICE LISTED IN THE OKI CONTRACT WAS REASONABLE?
24   04:11PM    A.  YES.
25   04:11PM    Q.  AND WHY DO YOU BELIEVE THAT IF OKI HAD DELIVERED THE
```

| | | |
|---|---|---|
| 1 | 04:18PM | SO THE 50,390 UNIT FIGURE ON THE SCREEN REFLECTS 4 PERCENT |
| 2 | 04:18PM | GROWTH OVER THE 2014 ESTIMATE. |
| 3 | 04:18PM | AND I BELIEVE MR. WILSON TESTIFIED THAT THE ACTUALS FOR |
| 4 | 04:18PM | 2013 EXCEEDED THE PROJECTION, BUT I HAVEN'T GONE BACK AND |
| 5 | 04:18PM | ADJUSTED UPWARD OR TRIED TO ACCOUNT FOR THAT IN THE PROJECTIONS |
| 6 | 04:18PM | THAT ARE ON THE SCREEN FOR 2014 AND 2015. |
| 7 | 04:18PM | Q. AND DO YOU BELIEVE THAT THE PROJECTIONS ARE REASONABLE? |
| 8 | 04:18PM | A. I DO. |
| 9 | 04:18PM | Q. AND WHY IS THAT? |
| 10 | 04:18PM | A. WELL, AGAIN, THESE ARE PROJECTIONS THAT ARE GENERATED |
| 11 | 04:19PM | INTERNALLY AT THE COMPANY, AND THEY RELY ON THESE PROJECTIONS |
| 12 | 04:19PM | TO OPERATE THEIR BUSINESS. |
| 13 | 04:19PM | I ALSO MENTIONED THAT I DIDN'T ADJUST '14 AND '15, THOSE |
| 14 | 04:19PM | PROJECTIONS UPWARD TO REFLECT THE ACTUAL INCREASE AND EXCEEDING |
| 15 | 04:19PM | PROJECTIONS FOR 2013. |
| 16 | 04:19PM | SO IN MY VIEW IT'S A REASONABLE, BUT NOT CONSERVATIVE, |
| 17 | 04:19PM | PROJECTION. |
| 18 | 04:19PM | Q. AND AFTER YOU FIGURED OUT THE NUMBER OF UNITS, WHAT DID |
| 19 | 04:19PM | YOU DO NEXT? |
| 20 | 04:19PM | A. SO ON AN ANNUAL BASIS, I TOOK THOSE UNITS AND I MULTIPLIED |
| 21 | 04:19PM | THEM BY THE ACTUAL COSTS AND THE BUT FOR COSTS AND THEN |
| 22 | 04:19PM | CALCULATED THE DIFFERENCE. |
| 23 | 04:19PM | SO IF YOU SUM UP THE UNITS TIMES THOSE TWO COSTS THAT I |
| 24 | 04:19PM | HAVE BEEN DISCUSSING, YOU GET THE 19 TO 20 MILLION FOR THE |
| 25 | 04:19PM | ACTUAL COST, AND THE ABOUT 6.8 MILLION FOR THE BUT FOR COST IF |

| | | |
|---|---|---|
| 1 | 04:20PM | THE RF ASIC HAD BEEN USED, AND YOU GET THE DIFFERENCE OF |
| 2 | 04:20PM | 13,150,000 TO 13,980,000 OF INCREASED COSTS BEFORE ANY PRESENT |
| 3 | 04:20PM | VALUING. |
| 4 | 04:20PM | Q. AND YOU USED THE TERM "PRESENT VALUING." WHAT DOES THAT |
| 5 | 04:20PM | MEAN? |
| 6 | 04:20PM | A. WELL, PRESENT VALUING IS THE CONCEPT OF TAKING A PAYMENT |
| 7 | 04:20PM | THAT YOU'RE GOING TO RECEIVE, OR AN AMOUNT FROM A FUTURE PERIOD |
| 8 | 04:20PM | AND BRINGING IT BACK TO TODAY. |
| 9 | 04:20PM | IT'S SIMILAR TO INTEREST. SO IF YOU HAD $100, FOR |
| 10 | 04:20PM | EXAMPLE, AND YOU COULD INVEST THAT AT 5 PERCENT, AFTER ONE YEAR |
| 11 | 04:20PM | YOU WOULD HAVE $105. |
| 12 | 04:20PM | DISCOUNTING IS KIND OF THE OPPOSITE. IF YOU HAD OR WERE |
| 13 | 04:20PM | GOING TO RECEIVE $100 A YEAR FROM NOW, YOU WOULD EXPECT, OR YOU |
| 14 | 04:20PM | WOULD ACCEPT 95 TODAY. |
| 15 | 04:20PM | SO THAT'S THE CONCEPT. SO I'VE TAKEN MY FUTURE AMOUNTS |
| 16 | 04:20PM | AND REDUCED THEM USING A 12 PERCENT DISCOUNT RATE. |
| 17 | 04:21PM | SO WHEN YOU DISCOUNT 2014 AND 2015, IT RESULTS IN THE |
| 18 | 04:21PM | TOTAL INCREASED COSTS OF 12,707,000 ON THE LOW SIDE TO |
| 19 | 04:21PM | $13,512,000 ON THE HIGH SIDE SCENARIO. |
| 20 | 04:21PM | Q. AND WHY DID YOU PICK 12 PERCENT OF THE DISCOUNT RATE? |
| 21 | 04:21PM | A. 12 PERCENT WAS THE RATE THAT DEERE AND NAVCOM ACTUALLY |
| 22 | 04:21PM | USED WHEN THEY WERE ANALYZING THIS PROJECT. |
| 23 | 04:21PM | I UNDERSTAND FROM MR. WILSON THAT'S ALSO A COMMON HURDLE |
| 24 | 04:21PM | RATE THAT IS USED INTERNALLY AT NAVCOM WHEN THEY'RE TRYING TO |
| 25 | 04:21PM | DETERMINE WHETHER OR NOT TO PURSUE A PROJECT. |

| | | |
|---|---|---|
| 1 | 04:21PM | WHEN I LOOKED AT THE ANALYST REPORT FROM MORGAN STANLEY |
| 2 | 04:21PM | FROM JOHN DEERE, IT HAD A LOWER DISCOUNT RIGHT. THE HIGHER THE |
| 3 | 04:21PM | DISCOUNT RATE, THE MORE YOU'RE GOING TO REDUCE THE DAMAGES. |
| 4 | 04:21PM | AND AS WE SAW IN THE LAST SLIDE, THE BAR CHART, THERE'S A |
| 5 | 04:22PM | HISTORY OF SALES OF THESE PRODUCTS. SO IN MY VIEW, THERE'S |
| 6 | 04:22PM | RELATIVELY LOW RISK THAT THOSE PROJECTIONS ARE NOT GOING TO BE |
| 7 | 04:22PM | ACHIEVED. |
| 8 | 04:22PM | SO THE DISCOUNT IS BOTH FOR THE TIME VALUE OF MONEY, AS |
| 9 | 04:22PM | WELL AS THE RISK, IF YOU WILL, THAT THOSE PROJECTIONS WON'T BE |
| 10 | 04:22PM | ACHIEVED. |
| 11 | 04:22PM | Q. NOW THAT WE HAVE GONE THROUGH YOUR EXTENSIVE CALCULATIONS, |
| 12 | 04:22PM | LET'S TURN TO YOUR OPINIONS. |
| 13 | 04:22PM | WHAT IS YOUR OPINION ABOUT THE DAMAGES THAT NAVCOM AND |
| 14 | 04:22PM | DEERE ARE ENTITLED TO FOR OKI'S BREACH OF CONTRACT? |
| 15 | 04:22PM | A. FOR THE PERIOD OF 2009 THROUGH 2015, IT WOULD BE THE |
| 16 | 04:22PM | BOTTOM ROW HERE WHICH I READ EARLIER, THE 12,707,000 TO |
| 17 | 04:22PM | 13,512,000. |
| 18 | 04:22PM | Q. AND WHEN YOU CALCULATED THESE DAMAGES, DID YOU BREAK THEM |
| 19 | 04:22PM | UP BY YEAR? |
| 20 | 04:22PM | A. I DID. I PERFORMED THE CALCULATION ON AN ANNUAL BASIS. |
| 21 | 04:22PM | Q. AND CAN YOU TAKE US THROUGH THIS CALCULATION? |
| 22 | 04:22PM | A. YEAH. I ACTUALLY HAVE PREPARED A DIFFERENT DEMONSTRATIVE |
| 23 | 04:23PM | THAN THIS THAT I THOUGHT WAS A LITTLE CLEARER, BUT WE CAN USE |
| 24 | 04:23PM | THIS. |
| 25 | 04:23PM | SO THE FIRST COLUMN I HAVE THE YEAR, AND YOU'LL SEE THE |

```
1    04:48PM    BUT FOR NOW WE'LL BE IN RECESS AND WE'LL SEE YOU TOMORROW
2    04:48PM    MORNING.  THANK YOU VERY MUCH.
3    04:48PM         (JURY OUT AT 4:48 P.M.)
4    04:48PM         THE COURT:  YOU CAN STAND DOWN, MR. HANSEN.  THANK
5    04:48PM    YOU.
6    04:48PM         THE WITNESS:  THANK YOU.
7    04:48PM         THE COURT:  COUNSEL, DO WE NEED TO SEE EACH OTHER AT
8    04:48PM    OUR NORMAL MEETING TIME AT 8:30?
9    04:48PM         MR. LABGOLD:  I'M HAPPY TO SAY I HAVE NO REASON TO.
10   04:48PM         MR. SCHUMAN:  WELL, YOUR HONOR, AS WE SHIFT INTO THE
11   04:48PM    DEFENSE CASE, I THINK MAYBE 15 MINUTES.  WE'LL TRY TO MEET AND
12   04:48PM    CONFER, BUT WE DO HAVE SOME OBJECTIONS TO SOME OF THE
13   04:48PM    DEPOSITION CLIPS THEY WANT TO PLAY.
14   04:48PM         I THINK 8:45 OUGHT TO BE SUFFICIENT.
15   04:49PM         THE COURT:  THANK YOU.  THAT'S GREAT.
16   04:49PM         MR. LABGOLD:  THANK YOU, YOUR HONOR.  HAVE A GOOD
17   04:49PM    EVENING.
18   04:49PM         THE COURT:  YOU AS WELL.
19   04:49PM         MR. LABGOLD:  WE'LL SEE HOW THE SHARKS DO.
20   04:49PM         (COURT CONCLUDED AT 4:49 P.M.)
21
22
23
24
25
```

1
2
3       CERTIFICATE OF REPORTERS
4
5
6
7       WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10  HEREBY CERTIFY:
11      THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13  ABOVE-ENTITLED MATTER.
14
15

                        _____
16                      IRENE RODRIGUEZ, CSR, CRR
                        CERTIFICATE NUMBER 8076
17
18
                        _____
19                      LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595
20
21                      DATED: APRIL 30, 2014
22
23
24
25