EXHIBIT E

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

```
1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
2                      SAN JOSE DIVISION
3
     NAVCOM TECHNOLOGY INC., AND
4    DEERE & COMPANY,
                          CASE NO.  CV-12-04175-EJD
5         PLAINTIFFS,
                          SAN JOSE, CALIFORNIA
6       VS.
                          MAY 1, 2014
7    OKI SEMICONDUCTOR AMERICA INC.,
     ET AL.,               VOLUME 8
8
         DEFENDANTS.      PAGES 1059 - 1263
9
10
                   TRANSCRIPT OF PROCEEDINGS
11          BEFORE THE HONORABLE EDWARD J. DAVILA
               UNITED STATES DISTRICT JUDGE
12
13                   A-P-P-E-A-R-A-N-C-E-S
14
     FOR THE PLAINTIFFS:   MORGAN, LEWIS & BOCKIUS
15              BY:  BRETT M. SCHUMAN
                     RYAN L. SCHER
16              ONE MARKET, SPEAR STREET TOWER
                SAN FRANCISCO, CALIFORNIA 94105
17
18   FOR THE DEFENDANTS:  NAGASHIMA & HASHIMOTO
                BY:  MARC R. LABGOLD
19                   TAKAAKI NAGASHIMA
                     PATRICK J. HOEFNER
20              12007 SUNRISE VALLEY DRIVE, SUITE 110
                RESTON, VIRGINIA 20191
21
          (APPEARANCES CONTINUED ON THE NEXT PAGE.)
22
     OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, CRR
23               CERTIFICATE NUMBER 8074
                 LEE-ANNE SHORTRIDGE, CSR, CRR
24               CERTIFICATE NUMBER 9595
25      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
     TRANSCRIPT PRODUCED WITH COMPUTER.
```

```
 1
 2
 3      A P P E A R A N C E S: (CONT'D)
 4
        FOR THE DEFENDANTS:
 5
                    MAKMAN & MATZ
 6                  BY: DAVID A. MAKMAN
                    655 MARINER'S ISLAND BOULEVARD
 7                  SUITE 306
                    SAN MATEO, CALIFORNIA 94404
 8
                    SHAW KELLER
 9                  BY: ANDREW E. RUSSELL
                    300 DELAWARE AVENUE, SUITE 1120
10                  WILMINGTON, DETROIT 19801
11
        ALSO PRESENT:       OKI ELECTRIC INDUSTRY CO., LTD
12                  BY: ISAO GOTO
                    1-7-12 TORANOMON MINATO-KU
13                  TOKYO 105-8460 JAPAN
14
        INTERPRETERS:       TERESA SUMIYOSHI
15                  TOYU YAZAKI
16
17
18
19
20
21
22
23
24
25
```

1
2                    INDEX OF PROCEEDINGS
3     FOR THE PLAINTIFFS:
4     JOHN HANSEN
          CROSS-EXAM BY MR. LABGOLD (RES.)    P. 1062
5         REDIRECT EXAM BY MS. SCHER           P. 1184
          RECROSS-EXAM BY MR. LABGOLD          P. 1187
6
7     FOR THE DEFENDANTS:
8     YUKI USHIDA
          DIRECT EXAM BY MR. LABGOLD           P. 1193
9         CROSS-EXAM BY MR. SCHUMAN            P. 1224
10
11                   INDEX OF EXHIBITS
12
                     IDENT.     EVIDENCE
13
      PLAINTIFFS:
14
          300        1186       1187
15        164                   1219
          101                   1226
16        9                     1233
          214                   1257
17
18    DEFENDANTS:
19        1264                  1184
          1154                  1200
20        1155                  1201
          1153                  1219
21
22
23
24
25

| | | |
|---|---|---|
| 1 | | SAN JOSE, CALIFORNIA                MAY 1, 2014 |
| 2 | | P R O C E E D I N G S |
| | 09:17AM | |
| 3 | 09:17AM | (JURY IN AT 9:17 A.M.) |
| 4 | 09:17AM | THE COURT: WE'RE BACK ON THE RECORD. OUR JURY IS |
| 5 | 09:17AM | PRESENT AND ALL COUNSEL ARE PRESENT. |
| 6 | 09:17AM | LET'S SEE, IS OUR WITNESS HERE? YES, GOOD MORNING. |
| 7 | 09:17AM | THE WITNESS: GOOD MORNING. |
| 8 | 09:17AM | THE COURT: MR. HANSEN, IF YOU WOULD RESUME THE |
| 9 | 09:17AM | STAND, AND OF COURSE, YOU'RE STILL UNDER OATH. |
| 10 | 09:17AM | (PLAINTIFFS' WITNESS, JOHN HANSEN, WAS PREVIOUSLY SWORN.) |
| 11 | 09:17AM | THE COURT: AND YOU HAVE CONTINUED |
| 12 | 09:17AM | CROSS-EXAMINATION, MR. LABGOLD? |
| 13 | 09:17AM | MR. LABGOLD: YES. |
| 14 | 09:17AM | CROSS-EXAMINATION (RESUMED) |
| 15 | 09:17AM | BY MR. LABGOLD: |
| 16 | 09:17AM | Q. GOOD MORNING, MR. HANSEN. |
| 17 | 09:18AM | A. GOOD MORNING. |
| 18 | 09:18AM | Q. NOW, PICKING UP FROM YESTERDAY, DURING YOUR DIRECT |
| 19 | 09:18AM | EXAMINATION, DO YOU RECALL THAT YOU TESTIFIED THAT YOU WERE |
| 20 | 09:18AM | AWARE THAT OKI HAD A RIGHT TO TERMINATE THE CONTRACT? |
| 21 | 09:18AM | A. YES. |
| 22 | 09:18AM | Q. NOW, AT THE TIME THAT YOU RENDERED YOUR OPINIONS, YOU DID |
| 23 | 09:18AM | NOT KNOW THAT; CORRECT? |
| 24 | 09:18AM | A. THAT DECISION HAD NOT BEEN ISSUED BY THE JUDGE AT THAT |
| 25 | 09:18AM | POINT. |

| | | |
|---|---|---|
| 1 | 03:19PM | HAVE YOU BEEN AWARE OF ANY PROTOCOLS OR OF ANY STANDARD |
| 2 | 03:19PM | PROCEDURES THAT FEASIBILITY STUDIES WOULD BE RUN? |
| 3 | 03:19PM | A.  YES, I'M AWARE THAT THERE ARE CERTAIN PROCEDURES THAT |
| 4 | 03:19PM | WOULD BE FOLLOWED. |
| 5 | 03:19PM | Q.  AND WHAT IS THE PURPOSE OF DOING A FEASIBILITY STUDY? |
| 6 | 03:19PM | A.  UM, THE MAJOR PURPOSE WOULD BE TO ASCERTAIN WHETHER THE |
| 7 | 03:20PM | UNDERTAKING WOULD BE PROFITABLE AS A BUSINESS. |
| 8 | 03:20PM | Q.  AND HAVE YOU BEEN INVOLVED IN TECHNICAL FEASIBILITY |
| 9 | 03:20PM | STUDIES? |
| 10 | 03:20PM | A.  YES. |
| 11 | 03:20PM | Q.  AND WHAT IS THE PURPOSE OF RUNNING TECHNICAL FEASIBILITY |
| 12 | 03:20PM | STUDIES? |
| 13 | 03:20PM | A.  THE MAJOR PURPOSE OF DOING THAT WOULD BE TO ASCERTAIN AS |
| 14 | 03:21PM | TO ANY GIVEN PRODUCT DEVELOPMENT THAT IS BEING CONTEMPLATED IN |
| 15 | 03:21PM | DOING WHETHER OR NOT THE TECHNICAL CAPABILITIES THAT WE HAVE |
| 16 | 03:21PM | WOULD AND CAN BE A SOLUTION TO WHAT IS REQUIRED BY THE WORLD IN |
| 17 | 03:21PM | TERMS OF THE PRODUCT SPECIFICATIONS THAT THEY WANT. |
| 18 | 03:21PM | Q.  NOW, FROM A TECHNICAL SENSE, WOULD YOU UNDERTAKE A PROJECT |
| 19 | 03:21PM | THAT YOU DID NOT -- THAT YOU DID NOT BELIEVE WAS FEASIBLE OR |
| 20 | 03:21PM | THAT YOU BELIEVED WAS NOT FEASIBLE? |
| 21 | 03:21PM | HOWEVER THAT TRANSLATES BEST. |
| 22 | 03:21PM | A.  NO, WE WOULD NOT. |
| 23 | 03:21PM | Q.  AND WOULD YOU UNDERTAKE A PROJECT THAT YOU BELIEVED, FROM |
| 24 | 03:21PM | A FINANCIAL FEASIBILITY, WOULD BE UNFEASIBLE? |
| 25 | 03:22PM | A.  NO, WE WOULD NOT.  WE WOULD LOOK INTO THE ROI -- THAT |

| | | |
|---|---|---|
| 1 | 03:29PM | A. MY JOB WAS TO DETERMINE WHAT THE NEXT NEW BUSINESS WOULD |
| 2 | 03:29PM | BE. |
| 3 | 03:29PM | Q. AND WHEN YOU SAY "NEXT NEW BUSINESS," FOR WHO? |
| 4 | 03:30PM | A. I WOULD BE DOING THAT FOR THE OKI SEMICONDUCTOR GROUP AND |
| 5 | 03:30PM | FOR OKI GROUP AT LARGE. |
| 6 | 03:30PM | Q. AND DID YOU COME TO LEARN ABOUT THE -- WHETHER THE CHIPS |
| 7 | 03:30PM | THAT WERE DELIVERED, WHETHER THEY WERE FULLY FUNCTIONAL? |
| 8 | 03:30PM | A. IN APRIL 1, 2008, I WOULD BE REASSIGNED AS THE HEAD OF THE |
| 9 | 03:31PM | SOS-VU, THE VENTURE UNIT, AND ON THAT OCCASION I CAME TO LEARN |
| 10 | 03:31PM | WHAT HAD HAPPENED IN TERMS OF THE SOS. |
| 11 | 03:31PM | Q. AND WHAT WAS YOUR UNDERSTANDING AS TO THE SAMPLES THAT |
| 12 | 03:31PM | WERE PROVIDED TO NAVCOM? |
| 13 | 03:32PM | A. WELL, IT BECAME CLEAR, BASED UPON AN ANALYSIS OF THE |
| 14 | 03:32PM | SECOND CUT, AND BY THAT I MEAN THE SECOND PROTOTYPE THAT HAD |
| 15 | 03:32PM | BEEN DELIVERED. |
| 16 | 03:32PM | AND THIS ANALYSIS WAS DONE AMONG NAVCOM, OKI, PEREGRINE, |
| 17 | 03:32PM | AND TAHOE WAS THEN THE CHIPS WERE NOT 100 PERCENT FUNCTIONAL. |
| 18 | 03:32PM | Q. AND WERE YOU AWARE OF THE TYPES OF PROBLEMS THAT WERE |
| 19 | 03:32PM | EXHIBITED WITH THE CHIPS? |
| 20 | 03:32PM | A. YES. |
| 21 | 03:32PM | Q. AND WHAT WERE THE PROBLEMS THAT WERE OBSERVED? |
| 22 | 03:32PM | A. WITH RESPECT TO RF ASIC, THERE IS A NEED TO REDUCE THE RF |
| 23 | 03:33PM | FREQUENCY, WHICH IS A VERY HIGH FREQUENCY TO WHAT IS KNOWN AS |
| 24 | 03:33PM | THE INTERMEDIATE FREQUENCY KNOWN AS I.F., USING CLOCK RATES |
| 25 | 03:33PM | THAT WOULD BE CLOCK DOWN. THAT WOULD BE SOMETHING THAT NEEDS |

| | | |
|---|---|---|
| 1 | 03:33PM | TO BE DONE. |
| 2 | 03:34PM | INTERPRETER YAZAKI: JUST A MINUTE. |
| 3 | 03:34PM | THE WITNESS: AND THAT OPERATION REQUIRES THE USE OF |
| 4 | 03:34PM | WHAT IS KNOWN AS THE VCO, OR VOLTAGE CONTROL OSCILLATOR, AND A |
| 5 | 03:34PM | PLL, WHICH STANDS FOR PHASE LOCK LOOP, SO THAT A REFERENCE |
| 6 | 03:34PM | FREQUENCY WOULD BE EITHER FREQUENCY INCREASED BY SOME NUMBER |
| 7 | 03:34PM | FOLD, F-O-L-D, SO THAT THE REFERENCE FREQUENCY WILL BE |
| 8 | 03:34PM | MULTIPLIED BY A NUMBER OF TIMES, OR THE REFERENCE OF FREQUENCY |
| 9 | 03:34PM | WOULD BE FREQUENCY REDUCED BY THE NUMBER OF TIMES. |
| 10 | 03:34PM | AND SO THAT WOULD REQUIRE THE PHASE LOOK TO OPERATE AND |
| 11 | 03:35PM | THE STANDARD CLOCK TO BE GENERATED, AND THAT CLOCK WOULD BE |
| 12 | 03:35PM | USED FOR INTERNAL SYNCHRONIZATION. |
| 13 | 03:35PM | AND MY UNDERSTANDING IS THAT GIVEN THE HIGH SPEED |
| 14 | 03:35PM | OPERATION, THERE WOULD BE NOISE THAT WOULD BE GENERATED AND |
| 15 | 03:35PM | THAT RESULTED IN THE STABLE PHASE LOCK TO NOT BE POSSIBLE. |
| 16 | 03:35PM | BY MR. LABGOLD: |
| 17 | 03:35PM | Q. ARE YOU FAMILIAR WITH THE TERM "OSCILLATION"? |
| 18 | 03:35PM | A. YES. |
| 19 | 03:35PM | Q. AND WHAT IS OSCILLATION? |
| 20 | 03:35PM | A. THE OSCILLATOR WOULD BE THAT DEVICE THAT WOULD GENERATE A |
| 21 | 03:36PM | CLOCK, AND THE CLOCK WOULD BE USED FOR THE PURPOSE OF INTERNAL |
| 22 | 03:36PM | SYNCHRONIZATION. |
| 23 | 03:36PM | SO THE OSCILLATOR WILL BE A CLOCK GENERATOR. |
| 24 | 03:36PM | Q. THERE MAY HAVE BEEN A PROBLEM WITH THE TRANSLATION. MY |
| 25 | 03:36PM | QUESTION WAS NOT WITH THE OSCILLATOR, BUT WITH THE OSCILLATION? |

| | | |
|---|---|---|
| 1 | 05:58PM | Q. AFTER JULY 8TH, 2008, MR. USHIDA, YOUR TESTIMONY IS THAT |
| 2 | 05:59PM | OKI CONTINUED WORK ON THE NAVCOM RF ASIC PROJECT; IS THAT |
| 3 | 05:59PM | RIGHT? |
| 4 | 05:59PM | A. WELL, THERE WAS WORK THAT WAS DONE THAT WAS DIRECTED AT |
| 5 | 05:59PM | NAVCOM AND OKI DOING JOINTLY THE WORK THAT WAS DIRECTED AT THE |
| 6 | 05:59PM | NEW CHIPSET PROPOSAL. |
| 7 | 05:59PM | SO THAT WAS WORK THAT WAS DONE. |
| 8 | 05:59PM | Q. MR. USHIDA, AT ANY POINT AFTER JULY 8TH, 2008, DID OKI |
| 9 | 05:59PM | PERFORM ANY FURTHER DESIGN WORK ON THE NAVCOM RF ASIC? |
| 10 | 06:00PM | A. NO. |
| 11 | 06:00PM | Q. TURN FOR ME, PLEASE, TO PX 214. |
| 12 | 06:00PM | A. YES. |
| 13 | 06:00PM | Q. DO YOU RECOGNIZE PX 214, MR. USHIDA, AS AN E-MAIL STRING |
| 14 | 06:00PM | FROM RUBEN BALBUENA -- |
| 15 | 06:00PM | MR. LABGOLD: OBJECTION, YOUR HONOR. |
| 16 | 06:00PM | THE COURT: LET ME SEE COUNSEL, PLEASE. |
| 17 | 06:00PM | (SIDE-BAR CONFERENCE ON THE RECORD.) |
| 18 | 06:01PM | THE COURT: WE'RE AT SIDE-BAR. |
| 19 | 06:01PM | MR. LABGOLD: THIS DOCUMENT, THERE'S THREE OTHERS IN |
| 20 | 06:01PM | THE BINDER, ONE OTHER ONE YOU HAVE ALREADY EXCLUDED, PX 183, |
| 21 | 06:01PM | AND IT'S IN THE BINDER. |
| 22 | 06:01PM | THIS ONE HERE, THERE'S A PROPOSAL THAT THEY'RE TALKING |
| 23 | 06:01PM | ABOUT AS A SETTLEMENT PROPOSAL THAT WOULD ACTUALLY PUT TOGETHER |
| 24 | 06:01PM | AS A DOCUMENT THAT IS MARKED FOR SETTLEMENT PURPOSES ONLY. |
| 25 | 06:01PM | THEY'RE NOT OFFERING THE SETTLEMENT LETTER, BUT THIS IS |

| | | |
|---|---|---|
| 1 | 06:21PM | SHOULD YOU CHOOSE TO DO SO, BUT I'M HAPPY TO HEAR THE ORAL |
| 2 | 06:21PM | MOTIONS AS WELL. |
| 3 | 06:21PM | MR. SCHUMAN: GREAT. |
| 4 | 06:21PM | MR. LABGOLD: THANK YOU. |
| 5 | 06:21PM | THE COURT: THANKS FOR YOUR INDULGENCE, AND WE'LL |
| 6 | 06:21PM | SEE YOU MONDAY. |
| 7 | 06:21PM | MR. LABGOLD: WE VERY MUCH APPRECIATE THE COURT'S |
| 8 | 06:21PM | INDULGENCE IN BEING ABLE TO TAKE CARE OF THIS. |
| 9 | 06:21PM | THE COURT: I'M HAPPY THAT WE WERE ABLE TO. |
| 10 | 06:21PM | MR. LABGOLD: WE APPRECIATE COUNSEL'S COOPERATION. |
| 11 | 06:21PM | THE COURT: AND I APPRECIATE COUNSEL'S HELP IN THAT. |
| 12 | 06:21PM | HAVE A GOOD WEEKEND. |
| 13 | 06:21PM | MR. SCHUMAN: YOU, TOO. |
| 14 | | (COURT CONCLUDED AT 6:21 P.M.) |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1
2
3          CERTIFICATE OF REPORTERS
4
5
6
7     WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
8  UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
9  CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10 HEREBY CERTIFY:
11    THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12 A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13 ABOVE-ENTITLED MATTER.
14
15

16          _____
             IRENE RODRIGUEZ, CSR, CRR
             CERTIFICATE NUMBER 8076
17
18

19          _____
             LEE-ANNE SHORTRIDGE, CSR, CRR
             CERTIFICATE NUMBER 9595
20
21          DATED: MAY 1, 2014
22
23
24
25