EXHIBIT F

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS' NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

```
1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
2                     SAN JOSE DIVISION
3

   NAVCOM TECHNOLOGY INC., AND
4  DEERE & COMPANY,
                        CASE NO. CV-12-04175-EJD
5       PLAINTIFFS,
                        SAN JOSE, CALIFORNIA
6    VS.
                        MAY 5, 2014
7  OKI SEMICONDUCTOR AMERICA INC.,
   ET AL.,              VOLUME 9
8
        DEFENDANTS.     PAGES 1264 - 1342
9

10
                 TRANSCRIPT OF PROCEEDINGS
11         BEFORE THE HONORABLE EDWARD J. DAVILA
               UNITED STATES DISTRICT JUDGE
12
13              A-P-P-E-A-R-A-N-C-E-S
14
   FOR THE PLAINTIFFS:  MORGAN, LEWIS & BOCKIUS
15          BY:  BRETT M. SCHUMAN
                 RYAN L. SCHER
16          ONE MARKET, SPEAR STREET TOWER
            SAN FRANCISCO, CALIFORNIA 94105
17
18 FOR THE DEFENDANTS:  NAGASHIMA & HASHIMOTO
            BY:  MARC R. LABGOLD
19               TAKAAKI NAGASHIMA
                 PATRICK J. HOEFNER
20          12007 SUNRISE VALLEY DRIVE, SUITE 110
            RESTON, VIRGINIA 20191
21
       (APPEARANCES CONTINUED ON THE NEXT PAGE.)
22
   OFFICIAL COURT REPORTER:  IRENE L. RODRIGUEZ, CSR, CRR
23            CERTIFICATE NUMBER 8074
              LEE-ANNE SHORTIDGE, CSR, CRR
24            CERTIFICATE NUMBER 9595
25
       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
```

| | |
|---|---|
| 1 | TRANSCRIPT PRODUCED WITH COMPUTER. |
| 2 | |
| 3 | A P P E A R A N C E S: (CONT'D) |
| 4 | |
| 5 | FOR THE DEFENDANTS: |
| 6 | MAKMAN & MATZ |
| | BY: DAVID A. MAKMAN |
| 7 | 655 MARINER'S ISLAND BOULEVARD |
| | SUITE 306 |
| 8 | SAN MATEO, CALIFORNIA 94404 |
| 9 | SHAW KELLER |
| | BY: ANDREW E. RUSSELL |
| 10 | 300 DELAWARE AVENUE, SUITE 1120 |
| | WILMINGTON, DETROIT 19801 |
| 11 | |
| 12 | ALSO PRESENT: OKI ELECTRIC INDUSTRY CO., LTD |
| | BY: ISAO GOTO |
| 13 | 1-7-12 TORANOMON MINATO-KU |
| | TOKYO 105-8460 JAPAN |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

5/5/2014  05/05/2014 Trial Transcript

1

2           INDEX OF PROCEEDINGS

3    FOR THE DEFENDANTS:

4    VIDEO DEPOSITION OF RUBEN BALBUENA        P. 1276

5    READING OF DEPOSITION OF RONALD REEDY     P. 1277

6    VIDEO DEPOSITION OF KEN FUJITA            P. 1278

7    READING OF DEPOSITION OF DANIEL NOBBE     P. 1279

8    VIDEO DEPOSITION OF SCOTT INOUE           P. 1286

9    VIDEO DEPOSITION OF PAUL GALYEAN          P. 1286

10

11

12              INDEX OF EXHIBITS

13           IDENT.    EVIDENCE

14   PLAINTIFFS:

15   62                 1318

16

17   DEFENDANTS:

18   1265               1289

     1008               1312

19   1012               1313

     1017               1313

20   1019               1314

     1025               1314

21   1041               1314

     1049               1314

22   1051               1314

     1061               1314

23   1069               1315

24

25

```
1      SAN JOSE, CALIFORNIA            MAY 5, 2014
2               P R O C E E D I N G S
3          (JURY OUT AT 8:38 A.M.)
4          THE COURT:  WE'RE BACK ON THE RECORD.  WE'RE OUTSIDE
5   OF THE PRESENCE OF THE JURY.
6          WE'RE MEETING THIS MORNING REGARDING THE DEFENSE MOTION,
7   WHICH I THINK WAS FILED YESTERDAY AT 1:56 P.M., I BELIEVE.
8          MR. LABGOLD:  YES, YOUR HONOR.
9          THE COURT:  AND I JUST RECEIVED A HARD COPY OF
10  PLAINTIFFS' OPPOSITION AND I THINK IT WAS FILED AT 8:08 THIS
11  MORNING.
12         MR. SCHUMAN:  THAT SOUNDS ABOUT RIGHT, YOUR HONOR.
13         THE COURT:  AND I JUST HAVE COPIES.  AND, CANDIDLY,
14  I HAVE NOT -- I THINK I'M ON PAGE 13 OF PLAINTIFFS' MOTION.
15         AND I WANTED TO COME OUT HERE BECAUSE I KNOW WE HAVE OUR
16  JURY COMING IN AT 9:00 O'CLOCK.
17         SO I DO WANT TO HEAR THE MOTIONS.  WE CAN TAKE SOME
18  ARGUMENT THIS MORNING.
19         LET ME JUST TELL YOU WHAT MY PLAN AND THOUGHT IS THIS
20  MORNING AS TO THIS.  WE CAN TAKE AS MUCH ARGUMENT AS IS
21  AVAILABLE TO US THIS MORNING, IN THE NEXT 20 MINUTES AS TO THE
22  DEFENSE MOTION.
23         I ANTICIPATE, AND WHAT I WOULD LIKE TO DO, IS TO BRING THE
24  JURY IN AT 9:00 O'CLOCK AND CONTINUE WITH EVIDENCE.
25         I THINK THE PLAINTIFF HAS RESTED, AND I'LL ASK THAT
```

```
 1    45 MINUTES WE HAVE LEFT.
 2         MR. LABGOLD: AGREED.
 3         THE COURT: I HAVE NOT YET FINISHED READING
 4    THOROUGHLY THE PLAINTIFFS' BRIEF THIS MORNING, SO I WANT TO DO
 5    THAT.
 6         AND THEN WE'LL JUST MEET AGAIN TOMORROW AT 9:00 O'CLOCK
 7    AND WE'LL TAKE UP -- I'LL ASK YOU FIRST IF YOU FOUND ANYTHING
 8    YOU WANT TO OFFER INTO EVIDENCE, MR. LABGOLD, AND THEN WE'LL
 9    GET INTO THE RULE 50 DISCUSSION.
10         AND THEN WHATEVER TIME WE HAVE LEFT, ASSUMING THAT'S THE
11    RIGHT THING TO DO, EITHER THE MOTION IS TAKEN UNDER SUBMISSION
12    OR THE MOTION IS DENIED, THEN WE'LL GO FORWARD WITH OUR
13    CHARGING MEETING AND DISCUSSION.
14         SO LET ME JUST TALK ABOUT THAT FOR A MOMENT. I THINK THE
15    PROTOCOL THAT WE DISCUSSED WAS KIND OF BIFURCATING IN THE SENSE
16    THAT THE INSTRUCTIONS WILL INSTRUCT THE JURY AS TO BREACHES, IF
17    ANY, AS TO YOUR POSITIONS ON WHETHER OR NOT THERE WAS A BREACH;
18    AND THEN SECONDARILY -- THIS IS THE BIFURCATED PART -- WE WOULD
19    THEN INSTRUCT THEM AS TO ANY DAMAGES IF THEY DO FIND BREACHES,
20    WE WOULD THEN LOOK AT IT AND DETERMINE WHAT VERDICT FORM THEY
21    SHOULD THEN HAVE IN RELATION TO WHATEVER BREACHES THEY MAY HAVE
22    FOUND.
23         MR. LABGOLD: THAT WAS MY UNDERSTANDING. IT SEEMS
24    LOGICAL, AND MY UNDERSTANDING OF THE COURT'S LOGIC, WAS THAT
25    DEPENDING ON WHAT THEY COME BACK WITH, WE ONLY WOULD NEED TO
```

1    THIS.
2         MR. LABGOLD: THANK YOU, YOUR HONOR.
3         THE COURT: AND WE'LL EXPECT A SPIRITED DISCUSSION
4    TOMORROW MORNING AT 9:00 A.M.
5         MR. SCHUMAN: GREAT, YOUR HONOR.
6         MR. LABGOLD: THANK YOU, YOUR HONOR.
7         THE COURT: ALL RIGHT. THANK YOU.
8    (COURT CONCLUDED AT 12:04 P.M.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2
 3                    CERTIFICATE OF REPORTERS
 4
 5
 6
 7      WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10   HEREBY CERTIFY:
11      THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15
                     _____
16                   IRENE RODRIGUEZ, CSR, CRR
                     CERTIFICATE NUMBER 8076
17
18
                     _____
19                   LEE-ANNE SHORTRIDGE, CSR, CRR
                     CERTIFICATE NUMBER 9595
20
21                   DATED:  MAY 5, 2014
22
23
24
25
```