EXHIBIT G

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

```
                   UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION


NAVCOM TECHNOLOGY INC., AND
DEERE & COMPANY,
                           CASE NO. CV-12-04175-EJD
     PLAINTIFFS,
                           SAN JOSE, CALIFORNIA
VS.
                           MAY 6, 2014
OKI SEMICONDUCTOR AMERICA INC.,
ET AL.,                    VOLUME 10
     DEFENDANTS.           PAGES 1343 - 1557


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE


                      A-P-P-E-A-R-A-N-C-E-S

FOR THE PLAINTIFFS:  MORGAN, LEWIS & BOCKIUS
                BY:  BRETT M. SCHUMAN
                     RYAN L. SCHER
                     ONE MARKET, SPEAR STREET TOWER
                     SAN FRANCISCO, CALIFORNIA 94105

FOR THE DEFENDANTS:  NAGASHIMA & HASHIMOTO
                BY:  MARC R. LABGOLD
                     TAKAAKI NAGASHIMA
                     PATRICK J. HOEFNER
                     12007 SUNRISE VALLEY DRIVE, SUITE 110
                     RESTON, VIRGINIA 20191
   (APPEARANCES CONTINUED ON THE NEXT PAGE.)
OFFICIAL COURT REPORTER:  IRENE L. RODRIGUEZ, CSR, CRR
                          CERTIFICATE NUMBER 8074
                          LEE-ANNE SHORTRIDGE, CSR, CRR
                          CERTIFICATE NUMBER 9595

   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER.
```

1
2
3   A P P E A R A N C E S: (CONT'D)
4

    FOR THE DEFENDANTS:
5
                MAKMAN & MATZ
6               BY: DAVID A. MAKMAN
                655 MARINER'S ISLAND BOULEVARD
7               SUITE 306
                SAN MATEO, CALIFORNIA 94404
8
                SHAW KELLER
9               BY: ANDREW E. RUSSELL
                300 DELAWARE AVENUE, SUITE 1120
10              WILMINGTON, DETROIT 19801
11
    ALSO PRESENT:       OKI ELECTRIC INDUSTRY CO., LTD
12              BY: ISAO GOTO
                1-7-12 TORANOMON MINATO-KU
13              TOKYO 105-8460 JAPAN
14
15
16
17
18
19
20
21
22
23
24
25

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                MAY 6, 2014 |
| 2 | P R O C E E D I N G S |
| 3 | (JURY OUT AT 9:40 A.M.) |
| 4 | THE COURT: ALL RIGHT. WE'RE ON THE RECORD IN THE |
| 5 | NAVCOM VERSUS OKI CASE. ALL COUNSEL ARE PRESENT. OUR JURY IS |
| 6 | NOT PRESENT. |
| 7 | THIS IS A HEARING OUTSIDE OF THE PRESENCE OF THE JURY. |
| 8 | COUNSEL, I THOUGHT WE WOULD PROCEED WITH HEARING, IF |
| 9 | THERE'S ANYTHING FURTHER EITHER COUNSEL WOULD LIKE TO -- ANY |
| 10 | COMMENTS THAT COUNSEL WOULD LIKE TO MAKE IN SUPPORT OF THEIR |
| 11 | RULE 50 MOTIONS, I'M HAPPY TO HEAR THAT NOW AND PLACE THAT ON |
| 12 | THE RECORD NOW. |
| 13 | MR. LABGOLD. |
| 14 | MR. LABGOLD: YES, YOUR HONOR. |
| 15 | IF I MAY JUST COMMENT ON A FEW THINGS ON OURS. WE ARE |
| 16 | ACTUALLY FINALIZING THE RESPONSE TO THEIRS, WHICH WILL BE -- |
| 17 | HARD COPIES WILL BE DELIVERED AND A COPY WILL BE FILED. |
| 18 | BUT I UNDERSTAND FROM OUR DISCUSSION IN CHAMBERS THAT YOU |
| 19 | WILL BASICALLY PRESERVE OUR POSITIONS WITH REGARD TO OUR |
| 20 | MOTIONS AND THEN FOCUS ON OUR ADMINISTRATIVE TASK. |
| 21 | ONE OF THE MOST SIGNIFICANT POINTS, THOUGH, THAT DOES |
| 22 | AFFECT BOTH THE MOTIONS AND THE VERDICT FORM AND OUR CHARGE |
| 23 | CONFERENCE IS THIS CONCEPT OF CONTINUING BREACH. |
| 24 | THE PLAINTIFFS' SOLE RELIANCE IS ON AN UNPUBLISHED |
| 25 | CALIFORNIA DECISION, AND THEY REPEATEDLY CITE TO A NINTH |

1   COUNSEL.
2       AND LET ME JUST INDICATE FOR THE RECORD I DID MEET WITH
3   COUNSEL, BOTH COUNSEL IN CHAMBERS TOGETHER THIS MORNING JUST TO
4   DISCUSS PROTOCOLS, AND I THINK I INDICATED WHAT ARE WE GOING TO
5   DO TODAY AND OUR SCHEDULE TODAY AND PART OF THE CONVERSATION
6   INDICATED THAT I DID WANT TO HEAR ADDITIONAL INFORMATION FROM
7   THE PARTIES AS TO THE RULE 50'S.
8       I THINK I EXPRESSED THAT MY INTENT WAS TO HEAR ADDITIONAL
9   COMMENTS ON YOUR COMPETING RULE 50'S. I'LL DEFER AND TAKE
10  THOSE UNDER SUBMISSION, IF YOU WILL, BUT DEFER ANY RULING
11  PENDING.
12      AND I'D LIKE TO MOVE NEXT TO OUR DISCUSSION ABOUT THE JURY
13  VERDICT FORM AND JURY INSTRUCTIONS AND DEFER THE RULE 50'S
14  PENDING THE JURY'S DECISION IN THE CASE, AND THEN ALLOW THE
15  PARTIES TO RENEW THEIR MOTION SHOULD THEY WISH TO DO SO.
16      ALL RIGHT. SO LET'S MOVE THEN INTO YOUR COMPETING JURY
17  INSTRUCTIONS AND THE VERDICT FORMS.
18      AND I DO HAVE AND I'M USING AND WHAT I HAVE IN FRONT OF ME
19  NOW IS DOCKET NUMBER 247.
20      LET'S TAKE ABOUT A TEN MINUTE BREAK BEFORE WE GO FORWARD.
21          MR. SCHUMAN: THANK YOU, YOUR HONOR.
22      (RECESS FROM 10:35 A.M. UNTIL 10:50 A.M.)
23          THE COURT: WE'RE BACK ON THE RECORD. ALL COUNSEL
24  ARE PRESENT AND WE'RE MEETING OUTSIDE OF THE PRESENCE OF THE
25  JURY.

```
1    GIVE THAT.
2         PAGE 83 IS INTERPRETATION - CONSTRUCTION OF THE CONTRACT
3    AS A WHOLE. I'LL GIVE THAT.
4         PAGE 84 IS INTERPRETATION - CONSTRUCTION BY CONDUCT.
5         NUMBER 83 IS AFFIRMATIVE DEFENSE AND ANTICIPATORY BREACH.
6         IS THIS STILL IN PLAY NOW, MR. LABGOLD.
7              MR. LABGOLD: LET'S HOLD -- IF WE CAN HOLD THIS TO
8    THE END? I WANT TO RECAST OR REFORM.
9              THE COURT: PAGE 87 IS DEFENDANTS' 51, MUTUAL
10   CONSENT TO RESCIND/ABANDON THE ORIGINAL CONTRACT.
11        THIS IS YOUR RESCISSION DEFENSE.
12             MR. LABGOLD: THIS IS --
13             THE COURT: I'M SORRY?
14             MR. LABGOLD: THIS IS ACTUALLY GOING TO THE ORIGINAL
15   CONTRACT. WE DON'T HAVE TO HAVE THE SECOND. WE CAN ACTUALLY
16   SIMPLIFY THIS AS TO -- I DON'T BELIEVE 51 -- FROM THE
17   ASSERTIONS AS THE CASE NOW EXISTS, I DON'T BELIEVE 51 IS
18   NECESSARY.
19             THE COURT: OKAY.
20             MR. LABGOLD: SO WE WILL --
21             THE COURT: THIS IS WITHDRAWN.
22             MR. LABGOLD: WE WILL WITHDRAW.
23             THE COURT: 53 IS NOVATION.
24             MR. LABGOLD: CORRECT, AND THAT'S THE TRANSITION
25   BETWEEN OBVIOUSLY 19 AND 25.
```

```
1    WARRANTY PROVISION?  WELL, IT'S GOING TO COME UP AND IT'S GOING
2    TO ROLL UP AGAINST THE 2. -- THE 1.0, SAME PLACE.
3           THE COURT:  BUT WHAT WE'RE DISCUSSING HERE IS
4    AMBIGUITY IN THE CONTRACT, AREN'T WE?
5           MR. LABGOLD:  I THINK WE'RE GOING TO NEED -- AGAIN,
6    THESE ISSUES WERE NEVER RAISED BEFORE THE TRIAL BECAUSE SECTION
7    2.2, 2.6, AND 2.8, I RESPECTFULLY SUBMIT, AND NOBODY HAS BEEN
8    ABLE TO POINT OUT WHY EVERY TIME I SAY THIS IT IS NOT TRUE,
9    THESE ISSUES WERE NEVER LITIGATED.
10          THE COURT:  GIVE ME JUST A MOMENT HERE.  LET'S TAKE
11   A BREAK FOR JUST A SECOND.
12       (PAUSE IN PROCEEDINGS.)
13          THE COURT:  WELL, LET ME READ TO YOU SOME
14   SUGGESTIONS.
15       "THE PARTIES DISAGREE AS TO WHAT THE AGREEMENT ACTUALLY
16   OBLIGATED OKI TO DO.  PLAINTIFF ARGUES THAT THE AGREEMENT
17   OBLIGATED OKI TO DELIVER ENGINEERING PROTOTYPES THAT MET THE
18   REQUIRED SPECIFICATIONS IN USING THEIR REASONABLE BEST EFFORTS
19   TO CONFORM TO THE DEVELOPMENT SCHEDULE.
20       "PLAINTIFF DIRECTS YOUR ATTENTION TO SECTIONS 2.2, 2.6,
21   AND 2.8.  YOU MAY CONSIDER THESE SECTIONS, BUT YOU MUST ALSO
22   CONSIDER THE CONTRACT AS A WHOLE, AS WELL AS THE EXTRINSIC
23   EVIDENCE IN DETERMINING WHETHER PLAINTIFFS' INTERPRETATION
24   PREVAILS.
25       "DEFENDANT ARGUES THAT THE AGREEMENT OBLIGATED OKI MERELY
```

| | |
|---|---|
| 1 | TO TRY TO DEVELOP AND DELIVER ENGINEERING PROTOTYPES THAT MET |
| 2 | THE REQUIRED SPECIFICATIONS USING THEIR REASONABLE BEST |
| 3 | EFFORTS. |
| 4 | "UNDER DEFENDANTS' INTERPRETATION, FAILURE TO DELIVER |
| 5 | WORKING ENGINEERING PROTOTYPES WOULD NOT NECESSARILY BE A |
| 6 | BREACH OF THE CONTRACT BECAUSE THE AGREEMENT IS MERELY AN |
| 7 | OBLIGATION TO TRY. |
| 8 | "DEFENDANT DIRECTS YOUR ATTENTION TO SECTION 1.0. YOU MAY |
| 9 | CONSIDER THIS SECTION. |
| 10 | "BUT YOU MUST ALSO CONSIDER THE CONTRACT AS A WHOLE, AS |
| 11 | WELL AS THE EXTRINSIC EVIDENCE IN DETERMINING WHETHER THE |
| 12 | DEFENDANTS' INTERPRETATION PREVAILS. |
| 13 | "YOU MUST DETERMINE WHETHER DEFENDANTS' OR PLAINTIFFS' |
| 14 | INTERPRETATION PREVAILS." |
| 15 | THIS WAS A SUGGESTION THAT WAS HANDED TO ME. |
| 16 | MR. LABGOLD: I THINK THERE'S A MINOR -- THERE'S A |
| 17 | LITTLE BIT OF DETAILS THERE, BUT I THINK SOMETHING LIKE THAT |
| 18 | MIGHT ACTUALLY BE VERY WORTHWHILE. |
| 19 | THE COURT: I THINK OUR CONVERSATION IS KIND OF |
| 20 | MOVING US IN THIS DIRECTION AND THAT'S WHY I ASKED EARLIER |
| 21 | ABOUT WHETHER OR NOT YOU WANTED -- I LOOKED AT MR. SCHUMAN, |
| 22 | WHETHER YOU WANTED ME TO INSTRUCT THE JURY AS TO THE |
| 23 | OBLIGATIONS, CONTINUING OBLIGATIONS. |
| 24 | MS. GARCIA, CAN YOU MAKE COPIES OF THESE? CAN YOU MAKE |
| 25 | FOUR OR FIVE COPIES OF THESE? |

```
1           THE COURT: SO THE JURY IS COMING IN AT 9:00
2    O'CLOCK, MS. GARCIA?
3           THE CLERK: YES.
4           THE COURT: OKAY. SOMEONE IS PUTTING THESE
5    TOGETHER?
6           MR. LABGOLD: WE'LL COORDINATE.
7           MR. LATEINER: HOW ABOUT WE CAN TAKE THE
8    INSTRUCTIONS IF YOU GUYS WANT TO TAKE THE VERDICT FORM?
9           MR. LABGOLD: THAT WOULD BE GREAT, BECAUSE I WAS
10   GOING TO SAY THE LAST TIME WE ACTUALLY HAD A PROBLEM WITH THE
11   CODE ISSUE. SO PERFECT. WE GOT IT UNDER CONTROL.
12          THE COURT: OKAY. TERRIFIC. WE'LL BE IN RECESS AND
13   WE'LL SEE YOU TOMORROW MORNING. THANK YOU VERY MUCH.
14          MR. LABGOLD: THANK YOU.
15          THE COURT: OFF THE RECORD?
16          MR. LABGOLD: IT DOESN'T HAVE TO BE ON THE RECORD.
17          THE COURT: OKAY.
18        (COURT CONCLUDED AT 6:21 P.M.)
19
20
21
22
23
24
25
```

1
2
3            CERTIFICATE OF REPORTERS
4
5
6
7       WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
8  UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
9  CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10 HEREBY CERTIFY:
11      THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12 A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13 ABOVE-ENTITLED MATTER.
14
15
                    _____
16                  IRENE RODRIGUEZ, CSR, CRR
                    CERTIFICATE NUMBER 8076
17
18
                    _____
19                  LEE-ANNE SHORTRIDGE, CSR, CRR
                    CERTIFICATE NUMBER 9595
20
21           DATED: MAY 6, 2014
22
23
24
25