EXHIBIT I


DECLARATION OF BRETT M.
SCHUMAN IN SUPPORT OF
PLAINTIFFS NAVCOM TECHNOLOGY,
INC. AND DEERE & COMPANY'S
RENEWED MOTION FOR PARTIAL
JUDGMENT AS A MATTER OF LAW
PURSUANT TO FED. R. CIV. P. 50(b)

5/8/2014  Transcript 05/08/2014-Verdict

```
1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
2                    SAN JOSE DIVISION
3
    NAVCOM TECHNOLOGY INC., AND
4   DEERE & COMPANY,
                       CASE NO.  CV-12-04175-EJD
5        PLAINTIFFS,
                       SAN JOSE, CALIFORNIA
6      VS.
                       MAY 8, 2014
7   OKI SEMICONDUCTOR AMERICA INC.,
    ET AL.,               VOLUME 12
8
         DEFENDANTS.       PAGES 1711 - 1738
9
10
             TRANSCRIPT OF PROCEEDINGS
11      BEFORE THE HONORABLE EDWARD J. DAVILA
            UNITED STATES DISTRICT JUDGE
12
13           A-P-P-E-A-R-A-N-C-E-S
14
    FOR THE PLAINTIFFS:  MORGAN, LEWIS & BOCKIUS
15            BY:  BRETT M. SCHUMAN
                  RYAN L. SCHER
16            ONE MARKET, SPEAR STREET TOWER
              SAN FRANCISCO, CALIFORNIA 94105
17
18  FOR THE DEFENDANTS:  NAGASHIMA & HASHIMOTO
              BY:  MARC R. LABGOLD
19               TAKAAKI NAGASHIMA
                 PATRICK J. HOEFNER
20            12007 SUNRISE VALLEY DRIVE, SUITE 110
              RESTON, VIRGINIA 20191
21
       (APPEARANCES CONTINUED ON THE NEXT PAGE.)
22
    OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, CRR
23            CERTIFICATE NUMBER 8074
24
       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
25  TRANSCRIPT PRODUCED WITH COMPUTER.
```

1

2

A P P E A R A N C E S: (CONT'D)

3

4    FOR THE DEFENDANTS:

5                    MAKMAN & MATZ

                     BY:  DAVID A. MAKMAN

6                    655 MARINER'S ISLAND BOULEVARD

                     SUITE 306

7                    SAN MATEO, CALIFORNIA 94404

8                    SHAW KELLER

                     BY:  ANDREW E. RUSSELL

9                    300 DELAWARE AVENUE, SUITE 1120

                     WILMINGTON, DETROIT 19801

10

11   ALSO PRESENT:          OKI ELECTRIC INDUSTRY CO., LTD

                     BY:  ISAO GOTO

12                   1-7-12 TORANOMON MINATO-KU

                     TOKYO 105-8460 JAPAN

13

14

15

16

17

18

19

20

21

22

23

24

25

1    SAN JOSE, CALIFORNIA              MAY 8, 2014

2              P R O C E E D I N G S

3         (JURY IN AT 10:10 A.M.)

4         THE COURT:  PLEASE BE SEATED.  ALL RIGHT.

5         PLEASE BE SEATED, COUNSEL.  THANK YOU VERY MUCH.  WE'RE

6    BACK ON THE RECORD.

7         OUR JURY IS PRESENT.  ALL COUNSEL ARE PRESENT.

8         I AM INFORMED THAT THE JURY HAS REACHED A VERDICT.  WHO

9    SPEAKS FOR THE JURY?

10        JUROR:  I DO, YOUR HONOR.

11        THE COURT:  MS. WARD, YES, THANK YOU.

12        HAS THE JURY REACHED A UNANIMOUS VERDICT?

13        JUROR:  YES, WE HAVE.

14        THE COURT:  THANK YOU.  IF YOU COULD PASS THE

15   VERDICTS, PLEASE, TO MY COURTROOM DEPUTY.  THANK YOU.

16        (PAUSE IN PROCEEDINGS.)

17        THE COURT:  ALL RIGHT.  THANK YOU.  I'M GOING TO,

18   LADIES AND GENTLEMEN, I'M GOING TO ASK OUR COURTROOM DEPUTY TO

19   NOW PUBLISH THE VERDICTS, THAT IS, SHE WILL READ THE VERDICTS.

20        PLEASE LISTEN CLOSELY AS SHE PUBLISHES THE VERDICTS.

21        AT ITS CONCLUSION, I'M GOING TO THEN ASK THAT THE JURY

22   THEN BE POLLED; THAT IS, MS. GARCIA WILL ASK EACH OF YOU

23   INDIVIDUALLY WHETHER OR NOT THESE VERDICTS ARE EACH OF YOUR

24   TRUE INDIVIDUAL VERDICTS.

25        MS. GARCIA.

1     A HARM.

2          THE COURT: OKAY. THANK YOU.

3          MR. LABGOLD: THANK YOU, YOUR HONOR.

4          THE COURT: MR. SCHUMAN, ANYTHING FURTHER ON THE

5     MOTION?

6          MR. SCHUMAN: NOT AT THIS TIME, YOUR HONOR, AND WE

7     RESPECTFULLY RESERVE OUR RIGHTS, AND AT THE APPROPRIATE TIME WE

8     MAY CHOOSE TO RENEW PORTIONS OF THAT MOTION IN A RULE 50(B).

9          THE COURT: OF COURSE. UNDERSTOOD.

10    LOOKING AT THE 1.0, WHICH WAS THE GRAVAMEN OF YOUR

11    PRESENTATION THIS AFTERNOON, MR. SCHUMAN, THERE WAS THE ISSUE,

12    AND I SPOKE TO IT BEFORE I DRIFTED TO THE 2.8 CONVERSATION, THE

13    ISSUE, AS YOU POINT OUT, THE COURT FOUND IN THE MSJ THAT THERE

14    WAS THE MOTION FOR SUMMARY JUDGMENT A BREACH FOR PURPOSES OF

15    THE MOTION FOR SUMMARY JUDGMENT.

16    THE QUESTION THEN BECOMES -- AND WE KNOW THE JURY'S

17    VERDICT AS TO PX 125, THE ENTIRE AGREEMENT AS I INDICATED.

18    THE QUESTION BECOMES THEN WAS HARM PROVED? AND I DON'T

19    SEE THAT THERE WAS EVIDENCE OF THE HARM FROM 1.0. I KNOW THERE

20    WAS GREAT DETAIL AND TESTIMONY REGARDING THE -- WHAT THE MSJ

21    CALLED A THIRD, I GUESS A THIRD AMOUNT OF DAMAGES WAS INCREASED

22    COSTS AS THE PLAINTIFFS TALKED ABOUT.

23    AND I DIDN'T SEE, AND I DON'T SEE A RELATION BETWEEN THOSE

24    TO THE 1.0 VIOLATION.

25    SO I AM GOING TO RESPECTFULLY DECLINE YOUR INVITATION

1   UNDER 50(A), AND THOSE MOTIONS ARE DENIED.

2   I THINK DEFENSE MOTION IS, I USE THE WORD MOOT, BUT I

3   DON'T THINK IT'S NECESSARY BUT FOR PURPOSES OF PRESERVING

4   YOUR --

5   MR. LABGOLD: I UNDERSTAND.

6   THE COURT: -- YOUR LACK OF WAIVING ANYTHING, I'LL

7   DENY YOUR MOTION AS WELL. SO THOSE MOTIONS ARE DENIED AT THIS

8   TIME RESPECTFULLY.

9   MR. LABGOLD: THANK YOU, YOUR HONOR.

10   THE COURT: AND JUST FOR YOUR INFORMATION, AGAIN, I

11   HAVE ORDERED THE JUDGMENT RECORDED AS OF TODAY'S DATE FOR YOUR

12   GUIDANCE AND WHATEVER ELSE YOU'RE GOING TO DO, IF ANYTHING.

13   ANYTHING FURTHER YOU'D LIKE TO TAKE UP?

14   MR. LABGOLD: THERE IS ONE ISSUE THAT WE'LL BRING IT

15   UP AND LEAVE IT TO THE COURT AS TO WHETHER THE COURT WANTS TO

16   BE FULLY HEARD ON IT, BUT IF I MAY MAKE AN ORAL MOTION AND IF

17   NEED BE THEN WE CAN FOLLOW IT UP WITH A WRITTEN MOTION BECAUSE

18   IT WOULD OBVIOUSLY BE A SUBMISSION.

19   I WOULD ASK THE COURT, YOU HAVE THE AGREEMENT BEFORE YOU,

20   IF YOU COULD LOOK AT THE PAGE THAT ENDS IN 8264. SECTION 5.0

21   IS FOR ATTORNEY'S FEES.

22   THIS AGREEMENT IS ONE OF THOSE CIRCUMSTANCES THAT WE DON'T

23   GET TO SEE ALL OF THAT OFTEN, BUT THE PARTIES HAD AGREED AS

24   PART OF THE CONTRACT THAT SECTION 2.5 -- 25.0 READS -- 25.0.

25   THE COURT: YOU'RE ASKING ME TO LOOK AT PAGE?

1          MR. LATEINER:  THANK YOU, YOUR HONOR.

2          (COURT CONCLUDED AT 2:05 P.M.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

                    _____

16                  IRENE RODRIGUEZ, CSR, CRR

                    CERTIFICATE NUMBER 8076

17

18

                    DATED:  MAY 8, 2014

19

20

21

22

23

24

25