EXHIBIT PX3

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)




CONFIDENTIAL

## Block Diagram



Peregrine Semiconductor Confidential

# Time Estimate

- 161 man-weeks or 3.2 man-years best case from start to prototype evaluation complete
- 4.5 man-years worst case
- This is a one calendar year from start to tapeout, best case, assuming a 3-man team

| Rom Quote Description | Duration (Weeks) Best Case | Duration (Weeks) Worst Case | Man Hour Loading | Engineer |
|---|---|---|---|---|
| **Design Engineering** NRE | | | | |
| Architecture & System Analsis (freq plan & spurs, chip and block partitioning, gain distribution, interface, AGC, ...) --> develop top level and block specifications | 6 | 8 | 150% | A, B |
| PDR | 1 | 2 | 300% | A, B, C |
| Input LNA, signal splitter, and output buffers (4) | 10 | 12 | 100% | A |
| 1st Mixer & probably 1 bit DSA (4) | 9 | 11 | 100% | A |
| AGC (2) | 7 | 9 | 100% | A |
| Quad demod & quad gen (2) | 7 | 9 | 100% | A |
| 16 kHz LPF with DC offset adjustment | 9 | 11 | 100% | A |
| 4 kHz LPF | 9 | 11 | 100% | B |
| 4 bit, 40 Msps A/D | 8 | 9 | 100% | B |
| Regulators | 3 | 5 | 100% | B |
| Output drivers, ESD, and control logic | 3 | 5 | 100% | B |
| VCOs | 10 | 12 | 100% | B |
| GPS PLLs (3) | 7 | 9 | 100% | C |
| L band PLL (frac) | 10 | 13 | 100% | C |
| 2nd LO and PLL (2) | 10 | 14 | 100% | C |
| A/D VCO & PLL + Xtal Osc | 8 | 10 | 100% | C |
| Package Eval & Bond Diag. | 1 | 3 | 100% | C |
| Floorplanning | 1 | 2 | 100% | B |
| Top Level Layout and Sim | 4 | 6 | 300% | A, B, C |
| CDR | 1 | 2 | 300% | A, B, C |
| Design Debug & Evaluation | 8 | 12 | 300% | A, B, C |

Peregrine Semiconductor Confidential



## Assumptions

| | |
|---|---|
| 1 | Assume 0.25 um process |
| 2 | Assume starting blocks are all from Oki commercial GPS program or transfers of 0.5 um designs |
| 3 | Needs much more analysis of IP3, NF, selectivity, and SBN to quote properly |
| 4 | 12 bit A/D is off chip |
| 5 | Project will be partitioned into multiple chips |
| 6 | Quote is through 1st pass prototypes |
| 7 | Die size estimate, assuming core limited is 2.8x2.8 for the VCO/PLL functions |
| 8 | PLL package estimate QFN 6x6 for VCO/PLL functions |
| 9 | Die size estimate, assuming core limited is 3.5x3.5 for the dual band GPS receiver functions |
| 10 | PLL package estimate QFN 6x6 for dual band GPS receiver functions |

Peregrine Semiconductor Confidential



Questions about the Chipset and Specifications

- Certain that the chipset is feasible in this technology
- The key question is how to partition the blocks
  - A multi-chip approach will be required
    - One idea is to realize the receiver function as two complete receivers per chip, plus probably 2 chips for the VCOs and PLLs.
  - This will require careful consideration of the clock frequencies, LO's, phase detector frequencies, and RF/IF signals for possible spurs.
  - The current frequency plan works well in a discrete implementation, but this is not necessarily true for an integrated receiver.

Peregrine Semiconductor Confidential

CONFIDENTIAL    PER_NAV_0005196



Key Specifications

- System NF < 2.5 dB
  - Use external LNA
  - Goals can be met
- AGC Range > 50 dB
  - Goal has been and can be met
  - Questions:
    - Locations of AGC functions
    - Digital or analog
    - On-chip or off-chip control loop?
- VCO/PLL has goal of <2.5 degrees rms phase error
  - Question:
    - What is the integration bandwidth?

Peregrine Semiconductor Confidential

## Additional Questions

- Need IP3 or P1dB and NF specifications as a function of RX level (AGC setting)
- Temperature range?
- Which receive paths for E5b and E6 (L2 and L5?)
- Need selectivity requirements for LPFs
  - External RF preselector and IF SAW, so just anti-alias function?
  - Tuning or high-order response required?
- External 12 bit A/D?
- A/D output format (CMOS, LVDS, multiplexed, ...)
- Synthesizers
  - Integer-N synth for L1, L2, L5
    - 3 frac N synths would cost extra 0.5 mm^2
    - Frac N would ensure better noise performance and common PD frequencies
  - Close to integer for E5b and E6
  - L-band PLL should be fractional-N
  - A/D clock PLL is integer-N