EXHIBIT PX30

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)



| From: | Ron Reedy |
|---|---|
| Sent: | Wednesday, June 25, 2008 4:58 PM |
| To: | Dan Nobbe; Claudio Anzil |
| Subject: | RE: Notes from TahoeRF Call - 6/24/08 |

Dan,

Was Oki present on the call?...r2

Best Regards
Ron Reedy
Founder & CTO
Peregrine Semiconductor
office: 858-731-9480
US mobile: 619-997-1761
Intl mobile: +33.6.8361.8341 or +1.858.699.8371
fax: 858.731.9499
r2@psemi.com

---

**From:** Dan Nobbe
**Sent:** Tuesday, June 24, 2008 3:01 PM
**To:** Ron Reedy; Claudio Anzil
**Subject:** Notes from TahoeRF Call - 6/24/08

Irshad
Chris Schiller
George Landsburg (PM)

Irshad – stop work THIS FRIDAY w/o payment

\*\*\* AI \*\*\* Need VCO IP (Cadence database and transformer S-parameters)

New design kit – rel 3.6 – database has issues – will have to modify – Chris Saint is out this week, but will comment on this when he returns
    I said that they're going to retouch all blocks anyhow, so shouldn't be a big deal

Block design updates (4 designers now, may add 1 more)
- LNA – resistively loaded, meeting all specs, went from 7 inductors (for 2 LNAs) down to 3
- A/D – new engineer for TahoeRF, responsible for A/D chip, coming up to speed, debugging
- 16 MHz LPF – noise sims were 15 dB too high @ low freq, worked w/Navcom on integrated noise spec, may need to update chip level noise spec. However, Navcom said it's fine at a system level
- VCO – some work, lowered the noise, but waiting on IP
- VGA – noise sims are good, and test data matches (data processing error)
   - Working on range issues, may need laser cut or FIB to prove out theories


Dan Nobbe
V.P. Engineering
**Peregrine Semiconductor Corp.**
dnobbe@psemi.com

1

(847)934-2021

**CONFIDENTIAL**

**PER_NAV_0030296**