EXHIBIT PX33

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)



**From:** Dan Nobbe
**Sent:** Monday, July 14, 2008 10:53 AM
**To:** Claudio Anzil
**Subject:** RE: NOVA RF ASIC

Oh, complete apology.

---

**From:** Claudio Anzil
**Sent:** Monday, July 14, 2008 9:50 AM
**To:** Dan Nobbe
**Subject:** RE: NOVA RF ASIC

Last line: Apology or threat?

---

**From:** Ron Reedy
**Sent:** Monday, July 14, 2008 5:51 AM
**To:** Dan Nobbe; Claudio Anzil
**Subject:** RE: NOVA RF ASIC

I'm just now getting caught up on emails on my flight to Japan. Yes, this is the understatement of the year.

I've submitted our quotation to Oki for the June TRF expenses and hope to get that approved this week. At that point we are completely disengaged on this project. Thanks to both of you for finding a way to get to this point.

Claudio, this is the single worst program I've ever dealt with, so please don't assume we will ever let this happen again....r2

Best Regards
Ron Reedy
Founder & CTO
Peregrine Semiconductor
office: 858-731-9480
US mobile: 619-997-1761
Intl mobile: +1.858.699.8371
fax: 858.731.9499
r2@psemi.com

---

**From:** Dan Nobbe
**Sent:** Friday, July 11, 2008 8:03 AM
**To:** Ron Reedy; Claudio Anzil
**Subject:** FW: NOVA RF ASIC

Oki has found difficulty??

I know I'd feel good reading this if I was Paul Galyean.

---

**From:** Ruben Balbuena [mailto:balbuena819@oki.com]
**Sent:** Wednesday, July 09, 2008 6:22 PM

1

**CONFIDENTIAL**

Trial Exhibit
PX33

PER_NAV_0026861

**To:** Galyean Paul
**Cc:** Takahiro Kamei; Irshad Rasheed; Dan Nobbe
**Subject:** NOVA RF ASIC

Dear Paul,

This e-mail is in response to your request of an official notification on the future of the NOVA RF ASIC design.

OKI has found difficulty on further pursuing the design of the NOVA RF ASIC, and decided to cancel any further efforts. The terms for terminating the Agreement between NavCom and OKI are still under consideration. However, due to the urgency of addressing any alternative choices for NavCom, we hereby notify you that NavCom has the right to start independent discussions with either Peregrine Semiconductor or Tahoe RF if these two companies have interest on further pursuing development of a solution for the NOVA Project under a different agreement that will not include OKI.

Thanks for your support during this project.

Best regards,

------------------------------------
**Ruben A. Balbuena**
**Senior Product Marketing Manager**
**OKI Semiconductor**
Phone: (408) 737-6226
Cell: (408) 771-1247
E-mail: balbuena819@oki.com
http://www2.okisemi.com/

**CONFIDENTIAL**