EXHIBIT PX46

DECLARATION OF BRETT M.
SCHUMAN IN SUPPORT OF
PLAINTIFFS NAVCOM TECHNOLOGY,
INC. AND DEERE & COMPANY'S
RENEWED MOTION FOR PARTIAL
JUDGMENT AS A MATTER OF LAW
PURSUANT TO FED. R. CIV. P. 50(b)

| From: | Galyean Paul [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=GALYEANP] |
|---|---|
| Sent: | 12/5/2006 11:35:53 AM |
| To: | 'balbuena819@oki.com' [balbuena819@oki.com] |
| Subject: | Amendment 1 |
| Attachments: | Signed Amendment 1 to Oki RF ASIC Agreement 5 Dec 06.pdf |

Ruben—

Here's the signed amendment, thanks.

Regards,

Paul

Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001
E-mail: pgalyean@navcomtech.com

**NAVCOM**
TECHNOLOGY
CONFIDENTIAL



**Trial Exhibit**

**PX46**

NAV0065258

## Amendment 1 to

## Oki Semiconductor
## Customized Advanced GPS RF Chipset
## Development and Purchase Agreement
## OSG# CO4719-VPA

This Amendment 1 to the Agreement of the 14th of December, 2005, entitled Oki Semiconductor Customized Advanced GPS RF Chipset Development and Purchase Agreement ("Agreement"), between NavCom Technology, Inc., a wholly owned subsidiary of Deere & Company, located at 20780 Madrona Avenue, Torrance, CA 90503, a California corporation ("Buyer"), and Oki Semiconductor Company, a wholly owned subsidiary of Oki America, Inc., a Delaware corporation ("Seller"), located at 785 North Mary Avenue, Sunnyvale, California 94085 (collectively the "Parties") is entered into this 29 th day of November 2006. The Parties hereto agree that the following changes to the Agreement shall be made:

1) Item f in 7.0 Entire Agreement shall be replaced by: "Nova RF ASIC Specification Version 25".
2) Nova RF ASIC Specification Version 25, hereto attached, is incorporated into the Agreement as attachment F, and replaces the previous attachment F.

IN WITNESS WHEREOF, the parties, intending to be legally bound hereby, have caused this Amendment 1 to the Agreement to be duly executed.

OKI SEMICONDUCTOR COMPANY
(SELLER)

Signature: _____

Print Name: Jamshed Oamar

Title: Executive Vice President

Date: November 29, 2006

NAVCOM TECHNOLOGY INC.
(BUYER)

Signature: _____

Print Name: Greg Faust

Title: President & CEO

Date: 12-5-06

# NOVA RF ASIC Specification
# Version 25

This document is an attachment to:

Oki Semiconductor

Customized Advanced GPS RF Chipset

Development And Purchase Agreement

OSG # C04719-VPA

dated December 14, 2005.

## Scope

The RF section of the Nova Advanced GPS Receiver will consist of functions implemented with passive and off-the-shelf components and an RF ASIC implemented with custom MMIC technology. This specification describes the function and performance of those functions to be implemented as part of the RF ASIC. The term RF ASIC could refer to a single monolithic part, but will more likely be a set of individually packaged ICs. The most likely partition currently is to have three ICs, one containing the synthesizers for the local oscillators (VCO/PLL), one containing the downconversion and A/Ds for the upper frequency bands (RF-1) and the third containing the downconversion and A/Ds for the lower frequency bands (RF-2). See the block diagram in Figure 1 below.

As the requirements document for the RF IC design team, this specification does not delineate the interfaces between the RF ASICs. Those specifications will be generated as part of the design process. Since this specification will eventually be used by the circuit board designer, those interface specifications will be included in this document when they become known.

## SECTION A: RF–1 AND RF–2 ASIC SPECIFICATIONS

## 1 INPUT CHARACTERISTICS

### 1.1 Input Impedance
The Input Impedance at the RF inputs of the ASIC shall be 50 ohm nominal within L1, L2, L5 and LB frequency bands.

### 1.2 Input VSWR
The VSWR at the RF inputs of the ASIC shall be better than 1.5:1 within the L1, L2, L5 and LB frequency bands.

Confidential          NAV0065260



**Figure 1  RF ASIC Block Diagrams**

## 1.3   Operating Input Signal Power

The operating signal power at the RF input (after LNA) shall not exceed –56 dBm within the GPS bands and L-band.

NOTES:

1. The LNA is assumed to have 37 dB of gain and the RF amplifier between the LNA and RF ASIC input is assumed to have 12 dB of gain.

Confidential

NAV0065261

2. The Noise Power Level at the RF input of the ASIC (in 75 MHz BW) used for -1 dB Compression Point calculations shall be -44 dBm.

3. The Noise Power Level at the RF input of the ASIC (in 16 MHz BW) used for Cascaded Noise Gain Calculations shall be -51 dBm for all GPS bands.

4. The Noise Power Level at the RF input of the ASIC (in 9 kHz BW) used for Cascaded Noise Gain Calculations shall be -83.5 dBm for L-band.

## 1.4 Maximum Input Power (No Damage Power Level)

The maximum RF Power at the RF input of the ASIC that causes no permanent damage to the device (Absolute Maximum Rating) shall be +10 dBm or better.

## 1.5 Input Signals – Frequency Ranges

L1: 1575.42 MHz +/-16 MHz

L2: 1227.60 MHz +/-16 MHz

L5: 1176.45 MHz +/-16 MHz

Lb: 1540.00 MHz +/-20 MHz

## 1.6 RF BPF Filter Terminals

The Input and Output pins serving as terminations for the RF BPF shall have the following characteristics:

Impedance: 50 ohm nominal

Return Loss: 14 dB or better

Both Impedance and Return Loss shall be evaluated within the frequency ranges specified in Section 1.5.

NOTE: The BPF insertion loss used for cascaded analysis is 1.0 dB.

## 1.7 IF SAW Filter Terminals

The Input and Output pins serving as terminations for the IF SAW filters shall have the following characteristics:

Impedance:

- GPS bands: differential impedance shall be 100 ohm nominal (200 ohm maximum)
- L-band: differential impedance shall be 1400 ohm nominal (acceptable range shall be from 400 ohm to 1500 ohm)

The L1, L2 and L5 IF SAW filters shall be evaluated at a center frequency of 140 MHz.

The L-Band SAW filter shall be evaluated at a center frequency of 225 MHz.

NOTES:

a) for the GPS bands the SAW filter insertion loss used for cascaded analysis is 13.0 dB.

b) for the L-band the SAW filter insertion loss used for cascaded analysis is 7.0 dB.

Confidential                                                                  NAV0065262

## 1.8   AGC and Offset Control Voltages

The following requirements shall be met when implementing the AGC and Offset control voltages:

- DC voltage outputs: one AGC control line and two Offset control lines (I and Q) per GPS band.
- Control voltage shall be within the following range:   0 V DC to +2.0 V DC.
- The AGC driver output capability shall be 5 mA maximum (sourcing and sinking)
- The DC level at the A/D input is equal to the offset control voltage.

NOTE: L-band does not require Offset control, only AGC control.

## 1.9   Digital Control Signals

The input control signals shall meet the following characteristics:

$Vih = [(0.8 * Vdd) \, min \, to \, Vdd +0.3V \, max]$

$Vil = [-0.3 \, V \, min \, to \, (0.2 * Vdd) \, max]$ where $Vdd = 3.3 \, V+/- \, 0.3V$; $Vss = 0 \, V$

$Iih = 10 \, uA \, Vih = Vdd$

$Iil = -10 \, uA \, Vil = Vss$

## 1.10  DC Power

All DC voltages required to power the RF ASIC shall be derived from a conditioned DC power supply. The DC power forms available are:

3.3 V DC (Switching Regulator), 2.9 V DC (Linear Regulator) and 5.0 V DC.

The main DC power form shall be 2.9 V DC.  The use of the 5.0 V DC power form is accepted in low current applications only (PLL charge pumps or similar circuits).

The RF ASIC circuit shall have no requirement for power sequencing at startup.

## 1.11  Input pin characterization

Oki shall provide the characteristics of the ASIC input pins (S-parameters) (see Section C.2).

# 2   OUTPUT CHARACTERISTICS

## 2.1   Data Outputs

The GPS data outputs shall be of the following type:

4-bit baseband sampled I/Q quadrature-related outputs.

The phase of the I channel shall be leading, and the phase of the Q channel shall be lagging by 90 degrees.

The 4-bit ADCs for the GPS bands shall meet the following requirements:

Data Format:                    Straight  Binary  Coding:  0000=-Full  Scale,  1111=+Full Scale

Confidential                                                                                    NAV0065263

| Sample Rate: | 40.9216 MHz |
| Input Bandwidth: | 16 MHz |
| Integral / Differential Linearity: | 0.1 LSB |
| SINAD: | 24 dB (at peak) |
| SFDR: | 32 dB |
| ADC Reference Voltage: | consistent with requirements outlined in Section 3.2 |

The ADC output signal characteristics shall be as follows:

Vohmin = 2.65 V at Isource = 0.36 mA

Volmax = 0.20 V at Isink = 1.6 mA

The L-band outputs shall meet the following requirements:

Analog outputs format:         I, Q

The phase of the I channel shall be leading, and the phase of the Q channel shall be lagging by 90 degrees.

To satisfy the ADC Reference Voltage requirements of Vref = 2.0 V DC, the L-band outputs shall be capable of driving the ADC Input between 0.1 V DC and a minimum of 2.3 V DC.

The load circuit shall be composed of an input switch resistance (Ron) in series with sampling capacitor (Cs) with:

Ron = 600 ohm (max)

Cs = 20 pF (min) to 50 pF (max)

## 2.2  Output pin characterization

Oki shall provide the characteristics of the ASIC output pins (S-parameters) (see Section C.2).

# 3  PERFORMANCE CHARACTERISTICS

## 3.1  RF Frequency Conversions

The Receiver shall perform 2 frequency conversions:

1st conversion from GPS bands to approximately 140 MHz IF and from L-band to 225 MHz IF

2nd conversion from IF to near-Baseband

NOTE: The exact frequencies are given in Section B 2.1.

## 3.2  Nominal Noise Level at the A/D Input

a) GPS:   The nominal thermal noise level at the A/D input at the center of the GPS bands in a 16 MHz BW shall be 0.70 V p-p (0.13 V rms measured with a True RMS voltmeter) for a 1.0 V DC ADC Reference voltage.

Confidential                                                                                    NAV0065264

b) <u>L-Band</u>: The Nominal thermal noise level at the A/D input at the center of the L-band in a 9 kHz BW shall be 2.0 V p-p (0.36 V rms measured with a True RMS voltmeter) for a 2.0 V DC ADC Reference voltage.

<u>NOTE</u>: The measurements above should be performed when the system is fully configured (L1, L2, L5 and Lband are enabled). A 37 dB LNA and a 12 dB RF amplifier should precede the RF input of the ASIC.

## 3.3 Gain

The Nominal Gain between the RF input of the ASIC and the A/D input at the center of the GPS bands at 25 degrees C shall be 46.5 dB.

The Nominal Gain between the RF input of the ASIC and the A/D input at the center of the L-band at 25 degrees C shall be 87.5 dB.

<u>NOTES</u>:

a) The Nominal Gain is set to establish thermal noise levels at the A/D inputs specified in Section 3.2. The Nominal Gain values in Section 3.3 are calculated based on implementation considerations and thermal noise levels at the A/D input specified in Section 3.2. A deviation within a +/- 3.0 dB range from the Nominal Gain value is acceptable as long as the AGC requirements defined in paragraph 3.7 are satisfied.

The Nominal Gain is defined as Thermal Noise Voltage Gain between the RF input of the ASIC (defined in paragraph 1.3 Notes 3. and 4.) and the A/D input (defined in paragraph 3.2.a) and b)).

b) The LNA is assumed to have Gain of 37 dB and a Noise Figure of 2.5 dB. The overall System gain is comprised of gain stages outside of the RF ASIC chips (between LNA and in front of the RF ASIC input) and internal to the RF ASIC (in front of the RF band-pass filters). Refer to paragraph 1.3.1.

## 3.4 RF/IF Gain Flatness

The Gain variation over the +/-16 MHz frequency bandwidth (Gain Flatness) at 25 degrees C shall not exceed 0.2 dB for the GPS bands. This requirement refers to the internal front-end RF amplifier cascaded with the 1st Mixer. The external RF filter is excluded from the Flatness requirement.

## 3.5 Noise Figure

The RF ASIC Noise Figure values at 25 deg. C referenced to the RF input of the ASIC shall not exceed the values given in the table below at L1, L2, L5 (+/-16 MHz) and at 1540 (+/-20 MHz).

| AGC Gain (dB) | 0 | 10 | 20 | 30 | 40 | >50 |
|---|---|---|---|---|---|---|
| Noise Figure (dB) | 49 | 40 | 33 | 26 | 20 | 17 |

<u>NOTE</u>: The following information shall be assumed in order to perform cascaded analysis of the RF Section:

Confidential

The antenna LNA Gain is 37 dB.

The overall Noise Figure of the antenna assembly (including LNA and cable losses) is 2.5 dB.

The LNA preselection filters have adequate image rejection:

| Frequency | Attenuation |
|---|---|
| L1 +/- 260 MHz | 50 dB |
| L2 +/- 260 MHz | 50 dB |
| L5 +/- 260 MHz | 50 dB |
| Lb +/- 400 MHz | 50 dB |

The gain of the RF Splitter/Amplifier at the Front-End of the RF ASIC (internal ASIC gain only) is 12 dB and its Noise Figure is 5.0 dB.

See Appendix A for a discussion of Noise Figure. Note also that Appendix A is explanatory, and is not part of the requirements.

## 3.6 Baseband Filter Response

The Baseband Low-pass filter (anti-aliasing filter) in the GPS bands shall have a 16 MHz −1 dB point and shall follow the frequency response of a 4th order Butterworth filter. The Gain variation of the filter response (Gain Flatness) over the specified frequency range referenced to 1 MHz shall not exceed 0.5 dB (including tilt of the frequency response and ripple). The HPF corner frequency of the Low-pass filter shall be 10 kHz or lower.

The Baseband Low-pass filter (anti-aliasing filter) in the L-band shall have a 9 kHz −1 dB point and shall follow the frequency response of a 4th order Butterworth filter. The Gain variation of the filter response (Gain Flatness) over the specified frequency range referenced to 1 kHz shall not exceed 0.5 dB (including tilt and ripple of the frequency response). The HPF corner frequency of the Low-pass filter shall be 10 Hz or lower.

## 3.7 AGC Range

The AGC range of the ASIC shall be greater than 50 dB. The AGC setting shall allow greater than 10 dB of gain referenced to the Nominal Gain and greater than 40 dB of attenuation referenced to the Nominal Gain. The AGC function shall ensure the gain and attenuation ranges specified above over the specified temperature range (-40 degrees C to +85 degrees C) and over process variations.

## 3.8 Spurious and Harmonic Products

No Spurious products shall be observed in the 16 MHz passband of the GPS Baseband at the A/D input at the nominal Gain setting.

No Spurious products outside of the passband of the GPS Baseband higher than −20 dB below the passband noise level shall be observed at the A/D input at the nominal Gain setting (except for the A/D clock).

Spectrum Analyzer settings:

Attenuation: 10 dB, Stop Freq=50 MHz, RBW=300 kHz, VBW=1.0 kHz, SWP=420 ms

Confidential

No Spurious products shall be observed in the 9 kHz passband of the L-band Baseband at the A/D input at the nominal Gain setting.

No Spurious products outside of the passband of the L-band Baseband higher than –20 dB below the passband noise level shall be observed at the A/D input at the nominal Gain setting (except for the A/D clock).

Spectrum Analyzer settings:

Attenuation: 20 dB, Stop Freq=50 kHz, RBW=300 Hz, VBW=30 Hz, SWP=14 s

NOTES:

a) The Spurious Products are observed at the A/D input of the RF ASIC

b) All synthesizers should be locked to nominal frequencies

c) The measurement should be performed when the system is fully configured (L1, L2, L5 and Lband are enabled). A 37 dB LNA and a 12 dB RF amplifier should precede the RF input of the ASIC.

### 3.9   Baseband Quadrature Amplitude Imbalance

The maximum Amplitude Imbalance between the I and Q channels at the A/D input shall not exceed 1.0 dB at nominal gain setting for both GPS bands and the L-band over the -40C to +85C temperature range.

### 3.10   Baseband Quadrature Phase Imbalance

The maximum Phase Imbalance between the I and Q channels at the A/D input shall not exceed 0.5 degrees at nominal gain setting for both GPS bands and the L-band over the -40C to +85C temperature range.

# 4   MISCELLANEOUS CHARACTERISTICS

### 4.1   Operating Temperature Range

The RF ASIC Operating Temperature Range shall be from -40 degrees C to +85 degrees C.

All specifications shall be met over this temperature range.

### 4.2   Operating Power

The total power consumption for all three chips with all bands operational shall be no more than 1W (3.3 V Power Supply).

NOTE: The design goal for the total power consumption is 200-400 mW.

### 4.3   Storage Temperature

The chips shall not be damaged when stored in a non-operational mode within the temperature range of -50C to +105C.

Confidential
NAV0065267

### 4.4   Disabling the L1, L2, L5 and L-bands

A provision shall be made to independently remove or substantially reduce the DC power applied to the L1, L2, L5, and L-band circuits. A "Disable" feature shall be provided for each channel in the RF-1 and RF-2 ASICs, for each Synthesizer circuit in the VCO/PLL ASIC and for each of the A/D clock buffers.

When the "Disable" function is asserted, the corresponding circuit shall enter into a "stand-by" mode and its power consumption shall be reduced to a minimum.

If power is removed from RF-1 or RF-2 ASIC the A/D clock buffer that drives this ASIC shall be disabled.

### 4.5   Diagnostics

The diagnostics of the RF ASIC functions shall be accomplished via dedicated diagnostics pins with the following characteristics:

     RF-1 ASIC

         L1_ADC_IN_1+

     RF-2 ASIC

         L2_ADC_IN_I+

         L5_ADC_IN_I+

The functions above are analog signals at the inputs to the A/D that shall be available at dedicated ASIC pins. Worst load: 10 uA, 1.0 pF.

### 4.6   Packaging

The RF-1 and RF-2 ASICs shall be packaged in a 56-pin 0.5mm pitch QFN package no larger than 8 mm x 8 mm.

## SECTION B: VCO/PLL ASIC SPECIFICATIONS

## 1   INPUT CHARACTERISTICS

### 1.1   Digital Control Signals

The input control signals shall meet the following characteristics:

     Vih = [ (0.8 * Vdd) min to Vdd +0.3V max]

     Vil = [ -0.3 V min to (0.2 * Vdd) max] where Vdd = 3.3 V+/- 0.3V; Vss = 0 V

     Iih = 10 uA Vih = Vdd

     Iil = -10 uA Vil = Vss

### 1.2   Reference Signal Characteristics

The reference signal characteristics shall be as follows:

Confidential                                                                                 NAV0065268

Reference signal frequency: 16.368640 MHz +/- 20 PPM

Reference signal output level: 1.0 V (minimum) p-p clipped sine wave

Specified External Load: 20 kOhm

Minimum waveform rise time: (10% to 90%) 25 ns

### 1.3 DC Power

All DC voltages required to power the VCO/PLL ASIC shall be derived from a conditioned DC power supply. The DC power forms available are:

3.3 V DC (Switching Regulator), 2.9 V DC (Linear Regulator) and 5.0 V DC.

The main DC power form shall be 2.9 V DC. The use of the 5.0 V DC power form is accepted in low current applications only (PLL charge pumps or similar circuits).

The VCO/PLL ASIC circuit shall have no requirement for power sequencing at startup.

## 2 OUTPUT CHARACTERISTICS

The signals produced by the VCO/PLL ASIC shall meet the following requirements:

### 2.1 GPS Frequencies

The synthesized frequencies for the GPS bands shall be derived from ratios given below:

Definitions: $f_c$ = Crystal Oscillator Frequency = 16.36864 MHz

$f_0 = f_c/1.6 = 10.230400$ MHz

Ratio_L1=154; Ratio_L2=120; Ratio_L5=115

IF_Offset=13.7

L1 1st LO = (Ratio_L1+IF_Offset) * $f_0$ = 1715.638081 MHz

L2 1st LO = (Ratio_L2+IF_Offset) * $f_0$ = 1367.804480 MHz

L5 1st LO = (Ratio_L5+IF_Offset) * $f_0$ = 1316.652480 MHz

GPS_IF = IF_Offset * $f_0$ = 140.156480 MHz

GPS 2nd LO = 2 * GPS_IF = 280.312960 MHz, or

GPS 2nd LO = 4 * GPS_IF = 560.625920 MHz

A/D Clock = 2.5 * $f_c$ = 40.921600 MHz

The derivation of the frequencies is an example; the frequencies in the RF ASIC do not need to be generated as shown above.

### 2.2 L-Band Frequencies

L-band (Inmarsat) is a channelized band from 1520 MHz to 1560 MHz with a 500 Hz or narrower step.

NOTES:

Confidential

500 Hz is an approximate number.

LB_CH is a channel frequency between 1520 and 1560 MHz.

LB_IF = 225.000 MHz.

LB 2nd LO = 2 * LB_IF = 450.000 MHz, or

LB 2nd LO = 4 * LB_IF = 900.000 MHz

OFFSET = 4.50 kHz.

LB 1st LO=LB_CH+LB_IF+OFFSET= LB_CH + 225.00450 MHz.

## 2.3 VCO/PLL ASIC Output Levels

The VCO/PLL output levels shall be consistent with the mixer LO drive requirements.

Oki shall provide the characteristics of the ASIC output pins (S-parameters) (see Section C.2) and specify an allowable range of parasitic board capacitances and review these with Navcom.

## 2.4 A/D Clock Output

The A/D clock (40.9 MHz) output characteristics shall be as follows:

   a) Sine wave with an output level between 1.5 V p-p and 2.9 V p-p

   b) The 7-th Harmonic of the clock shall be suppressed by more than 50 dB

   c) The output DC bias shall be halfway between ground and DC power supply

   d) The output stage of the A/D clock signal shall be configured as a triple-output buffer to meet the following loading requirements:

   (i)   Output 1:   RF-1 ASIC input capacitance + 10 pF of layout capacitance

   (ii)  Output 2:   RF-2 ASIC input capacitance + 10 pF of layout capacitance

   (iii) Output 3:   Digital ASIC input capacitance = 12 pF + 15 pF of layout capacitance

# 3  PERFORMANCE CHARACTERISTICS

## 3.1  Cross-Coupling

The cross-coupling between any of the VCO sections of the VCO/PLL Block shall be sufficiently low that the following Spurious Products requirements are satisfied.

## 3.2  Spurious Products

No Spurious products shall be observed in the 16 MHz passband of the GPS Baseband at the A/D input at the nominal Gain setting.

No Spurious products outside of the passband of the GPS Baseband higher than –20 dB below the passband noise level shall be observed at the A/D input at the nominal Gain setting (except for the A/D clock).

Confidential

Spectrum Analyzer settings:

Attenuation: 10 dB, Stop Freq=50 MHz, RBW=300 kHz, VBW=1.0 kHz, SWP=420 ms

No Spurious products shall be observed in the 9 kHz passband of the L-band Baseband at the A/D input at the nominal Gain setting.

No Spurious products outside of the passband of the L-band Baseband higher than −20 dB below the passband noise level shall be observed at the A/D input at the nominal Gain setting (except for the A/D clock).

Spectrum Analyzer settings:

Attenuation: 20 dB, Stop Freq=50 kHz, RBW=300 Hz, VBW=30 Hz, SWP=14 s

NOTES:

d) The Spurious Products are observed at the A/D input of the RF ASIC

e) All synthesizers should be locked to nominal frequencies

f) The measurement should be performed when the system is fully configured (L1, L2, L5 and Lband are enabled). A 37 dB LNA and a 12 dB RF amplifier should precede the RF input of the ASIC.

### 3.3 Phase Noise

The Phase Noise of the VCO/PLL ASIC outputs shall not exceed:

2.5 degrees RMS over the frequency bands L1 +/-16 MHz, L2 +/-16 MHz, L5 +/-16 MHz and 1540 +/-20 MHz when integrated over 10 Hz to 1 MHz offset

NOTE: The System requirement for the RMS Phase Noise added to the GPS signals is 3.0 degrees RMS, but the Design Goal is to keep the Phase Noise under 2.5 degrees RMS.

# 4  MISCELLANEOUS CHARACTERISTICS

### 4.1  Operating Temperature Range

The VCO/PLL ASIC Operating Temperature Range shall be from -40 degrees C to +85 degrees C.

### 4.2  Operating Power

The total power consumption for all three chips with all bands operational shall be no more than 1W (3.3 V Power Supply).

NOTE: The design goal for the total power consumption is 200-400 mW.

### 4.3  Storage Temperature

The chips shall not be damaged when stored in a non-operational mode within the temperature range of -50C to +105C.

Confidential

#### 4.4 Disabling the L1, L2, L5 and L-bands

A provision shall be made to independently disable DC power applied to the L1, L2, L5, and L-band circuits within the VCO/PLL ASIC.

#### 4.5 Packaging

The VCO/PLL ASIC shall be packaged in a 56-pin 0.5mm pitch QFN package no larger than 8 mm x 8 mm.

## SECTION C

## 1 ASIC PINOUTS

The pinouts of the RF ASIC shall be as illustrated in Figure 2 - Figure 4 below.



**Figure 2 RF-1 ASIC Pinouts**

Confidential

**RF2 chip**



**Figure 3  RF-2 ASIC Pinouts**

Confidential                                                                                    NAV0065273

# PLL chip



**Figure 4  PLL Pinouts**

Confidential

NAV0065274

## 2  ASIC I/O Characterization

The purpose of the table below is to list the ASIC pins that require S-parameter characterization

### RF - 1 ASIC

| Function | IN/OUT | Comments |
|---|---|---|
| RF_IN | IN | RF input |
| L1_BPF_IN | IN | LNA output |
| LB_BPF_IN | IN | LNA output |
| L1_BPF_OUT | OUT | Mixer input |
| LB_BPF_OUT | OUT | Mixer input |
| L1_SAW_IN | IN | Mixer output |
| L1_SAW_OUT | OUT | Demodulator input |
| LB_SAW_IN | IN | Mixer output |
| LB_SAW_OUT | OUT | Demodulator input |
| ADC_CLK | IN | |
| 560_MHz | IN | Differential |
| 900_MHz | IN | Differential |
| L1_1st_LO | IN | Differential |
| LB_1st_LO | IN | Differential |

### RF - 2 ASIC

| Function | IN/OUT | Comments |
|---|---|---|
| RF_IN | IN | RF input |
| L2_BPF_IN | IN | LNA output |
| L5_BPF_IN | IN | LNA output |
| L2_BPF_OUT | OUT | Mixer input |
| L5_BPF_OUT | OUT | Mixer input |
| L2_SAW_IN | IN | Mixer output |
| L2_SAW_OUT | OUT | Demodulator input |
| L5_SAW_IN | IN | Mixer output |
| L5_SAW_OUT | OUT | Demodulator input |
| ADC_CLK | IN | |
| 560_MHz | IN | Differential |
| 900_MHz | IN | Differential |
| L2_1st_LO | IN | Differential |
| L5_1st_LO | IN | Differential |

### VCO / PLL ASIC

| Function | IN/OUT | Comments |
|---|---|---|
| L1_1st_LO | OUT | Differential |
| L2_1st_LO | OUT | Differential |
| L5_1st_LO | OUT | Differential |
| LB_1st_LO | OUT | Differential |
| 560_MHz | OUT | Differential |
| 900_MHz | OUT | Differential |
| ADC_CLK | OUT | |

Confidential

NAV0065275

# Appendix A
# Noise Figure

The purpose of this Appendix is to add explanatory information about the Noise Figure requirements. This information is not part of the requirements. The subject is what happens to Noise Figure as a function of temperature and AGC control, particularly in the case of high temperature (e.g., +85C) and low AGC gain (e.g., 0 dB).

A simulation was performed based on the cascaded analysis spreadsheet. At present, we do not have measurement data at elevated temperatures, so we made an assumption that the noise performance of the RF ASIC stages will be degraded by 3 dB. It is highly unlikely that such degradation will actually occur, but this level of degradation was used to be conservative.

Examination of the cascaded analysis spreadsheet shows that in the region of low AGC settings the NF of the RF ASIC will be heavily dominated by the AGC stage (99% contribution). For example, for our Linear Technology chip (LT5546) at 0 dB gain the noise figure is 42 dB. So we re-ran the analysis assuming that the AGC stage Noise Figure gets degraded by 3 dB at +85 degrees C.

A graph of this simulation is shown in Figure 5 below. It shows the system NF performance (LNA included) versus AGC gain. The blue curve is system NF at room temperature, and the red curve is system NF at +85 deg C.



**Figure 5  Noise Figure vs. Gain**

As expected it starts to matter only in the region of low AGC settings. At the 0 dB AGC setting, a 3 dB degradation in the Noise Figure leads to approximately 1.5 dB degradation in the System Noise Figure.

Confidential                                                                                                       NAV0065276

This is not believed to be a problem. As we do not have a system requirement for NF degradation versus AGC, these degradation requirements are somewhat arbitrary.

When AGC is reduced below approximately 10 dB of AGC Gain (in a presence of a strong signal), the requirement for a low NF is usually less relevant. NF numbers below 10 dB at the lower end of the AGC range should be considered very good. We obtain these results since we have 61 dB of gain in front of the RF bandpass filters: 37 dB of LNA gain and 24 dB of RF front end gain.

As long as there is 24 dB of gain between the LNA output and RF bandpass filters (amount of RF gain used in the nominal design), the system NF should be pretty insensitive to how the gain is distributed between the RF ASIC and the RF board. The NF values specified in Section A, paragraph 3.5 were obtained assuming that the gain of the RF splitter/amplifier at the front end of the RF ASIC (internal ASIC gain only) is 12 dB; the RF amplifier external to the RF ASIC provides the remaining 12 dB. We think that the effect of possible ASIC Noise Figure degradation with temperature and low AGC gain does not lead to unacceptable system NF degradation.

Confidential

NAV0065278



NAVCOM
TECHNOLOGY
CONFIDENTIAL