EXHIBIT PX49

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| | |
|---|---|
| Message | |
| From: | Litton James D [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=LITTONJ] |
| Sent: | 5/19/2007 11:45:45 AM |
| To: | Galyean Paul [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=GALYEANP] |
| Subject: | RE: More R0 PCB Troubleshooting |

Paul, thanks..Yes, I knew that from your reporting...I meant tested during fabrication to see that the individual circuits worked as they should, but perhaps that was not feasible...you would think that simulations would have caught these very gross lapses....anyway, you were dead right to push the discrete version to completion for Gen V and Nova, given the risk of the RF ASICs but I never expected this much of a difference between good chips and the first cut...maybe Mark and Jacob were right to question OKI's RF capability but the other guys were also a very high risk course and unaffordable....Is OKI still looking to have a product from these chips for themselves...if not, it could get even stickier. Best regards JL

James D. Litton
Litton Consulting Group
4275 Rosario Rd.
Woodland Hills CA 91364
Telephone: 818 883 1849 (preferred)
Alternate: 818 883 0766
Fax: 818 883 0845
Mobile: 310 480 6281
Email: jlitton@navcomtech.com or jdl@littonconsultinggroup.com

The information contained in this message is intended only for the use of the designated individual or entity, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or duplication of this message and its attachments is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

---

**From:** Galyean Paul
**Sent:** Saturday, May 19, 2007 11:04 AM
**To:** Litton James D
**Subject:** RE: More R0 PCB Troubleshooting

Jim---

They didn't test them first, but that was by design. We got them to send us pre-ES chips as soon as they were produced so that we could test in parallel. This decision was a consequence of the nine month development delays. We figured we might as well find out how they worked as soon as possible.

Regards,

Paul

Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001



Trial Exhibit
PX49

E-mail: pgalyean@navcomtech.com



**From:** Litton James D
**Sent:** Saturday, May 19, 2007 10:55 AM
**To:** Galyean Paul
**Subject:** RE: More R0 PCB Troubleshooting

Wow, a disaster....sounds like some really serious fabrication issues...outputs missing and spurious signals at key test points....did they test it before sending them? Best Regards JL

James D. Litton
Litton Consulting Group
4275 Rosario Rd.
Woodland Hills CA 91364
Telephone: 818 883 1849  (preferred)
Alternate:   818 883 0766
Fax:           818 883 0845
Mobile:      310 480 6281
Email: jlitton@navcomtech.com or jdl@littonconsultinggroup.com

The information contained in this message is intended only for the use of the designated individual or entity, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or duplication of this message and its attachments is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

**From:** Galyean Paul
**Sent:** Saturday, May 19, 2007 10:28 AM
**To:** Litton James D
**Subject:** FW: More R0 PCB Troubleshooting

Jim—

FYI.

Regards,

Paul

Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001
E-mail: pgalyean@navcomtech.com

**From:** Galyean Paul
**Sent:** Saturday, May 19, 2007 10:28 AM
**To:** Zimmerman Bob; Frank Kenneth M (Phoenix International); Hay Curtis L; Mahoney Brian J
**Subject:** FW: More R0 PCB Troubleshooting

To all—

For those who might be interested in more details of the RF ASIC problems.

Regards,

Paul

Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001
E-mail: pgalyean@navcomtech.com



---

**From:** Makhinson Jacob
**Sent:** Friday, May 18, 2007 6:56 PM
**To:** Galyean Paul
**Cc:** Knight Jerry; Rentz Mark; Xia Yongping; Li David
**Subject:** More R0 PCB Troubleshooting

Paul,

I did more work with the four R0 boards that we have (serial # 05, 08, 09, 20). Here is a summary of preliminary findings regarding the performance of the RF ASIC chipset: (an LNA with a 37 dB gain has been connected to the RF input terminal of the PCB; L1, L5 and LB circuits have been disabled to avoid interference with the L2 signal chain).

Group A: Findings common to all 4 boards:

1. 40 MHz clock output is missing – all 3 outputs an all 4 boards (this is a triple buffer output) (please refer to PLL ASIC Diagram)
2. L1 PLL is not locked (VCO output is present – free running)
3. L5 PLL is not locked (VCO output is present – free running)
4. LB PLL is not locked (VCO output is present – free running)
5. 560 MHz PLL is locked – point G in a diagram
6. There is a noticeable Loop Voltage temperature drift (from power-on to "normal" temperature (couple of minutes)
7. RF signal has been observed at the input and output terminals of the RF filter in the L2 signal chain – points A and B in the RF2 ASIC diagram
Internal LNA (RF AMP L2 in the diagram) is functioning; the frequency response flatness is degraded;

Group B: Findings unique to some boards:

1. 900 MHz PLL is locked on boards # 05, 08, 20 – point H in a diagram
2. L2 PLL is locked on boards # 08, 09, 20 – point F in a diagram
3. There is no signal at the output of the 1st Mixer (point C) on boards # 05, 08, 09
4. A signal was observed at the mixer output (point C) on board # 20. This board was selected for further investigation. L2 signal chain has been studied since L2 is the only functioning 1st LO.

R0 PCB serial # 20 – findings:

1. The signal level at the mixer output (point C) is subject to considerable drift (vs. time or (and) temperature. At some point during the day (am) the signal level at the mixer output reached its nominal level – 10 dB higher than at point B (the mixer gain is approximately 10 dB). Through the rest of the day the mixer output signal drifted to a lower level (15 – 20 dB) and never recovered. A Spectrum Analyzer screenshot at point D (SAW filter output) is attached. The SAW filter 32 MHz Bandwidth and the sharp skirts can be observed.
2. The last measurement was performed at the Baseband signal output (A/D input) – point E. Since the Offset loop and AGC loop are not functioning, the Offset value was fixed half-way between supply and ground (1.45 V DC), and AGC was varied manually. The expected waveform – a flat 16 MHz section and fast fall-off due to the SAW filter and LPF Baseband filter is missing. A Baseband screenshot at Point E has been attached: the first plot was taken at a minimum AGS value, the second – at the maximum AGC value. There is surprisingly little change in signal level considering very wide AGC range.

Regards,

Jacob

