EXHIBIT PX56

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)



# RF ASIC Meeting
# 28 May 2008

Below are my notes from the meeting with Oki, Peregrine, and Tahoe RF on 5/28/08. I have attached the presentations from Tahoe RF, Peregrine, and Oki.

1) Those present were:

   NCT – Mark Rentz, Jerry Knight, Jacob Makhinson, Paul Galyean

   Oki – Mark Brown, Ruben Balbuena (telephone), Takahiro Kamei (telephone)

   Peregrine – Dan Nobbe, Claudio Anzil (new person, will be primary contact at Peregrine)

   Tahoe RF – Irshad Rasheed, Chris Schiller

2) The purpose of the meeting was primarily to present the revised schedule. It is shown below in Figure 1.



Figure 1 Revised RF ASIC Schedule

3) The schedule shows one spin, not two as we had assumed. The schedule for first prototypes in July 09 is approximately what we had expected (I have been guessing June). We have asked them to prepare a secondary schedule that shows the impact of a second spin (metal or silicon), and to provide an assessment of the probability of success on the first spin.



Confidential

NAV0045201


CONFIDENTIAL

4) We have indicated that we want, as before, to get uncharacterized chips in April rather than wait until July. We understand that we run the risk that they won't work for some simple reason, and that we will waste some time figuring that out (and perhaps cause management alarm unnecessarily). However, we might gain several months in our test program.

5) The VCOs are now regarded as the highest risk item. Peregrine has a library of VCO designs that they can make available if Tahoe RF wants to use one of them. The critical issue is minimizing phase noise.

6) We discussed the timing of when a production order would be placed. They understand that Deere has an extended test cycle, and that such an order will not immediately follow completion of engineering evaluation of the chips. We indicated that we would need more ES and risk parts than most customers to support this test cycle. We are to indicate how many chipsets are needed, and they are to indicate how many they can supply as ES or risk parts.

7) The organizational relationship between Oki, Peregrine, and Tahoe RF was discussed. The key point is that Tahoe RF has full design responsibility.

8) Characterization of the chips will be done on a production tester, rather than by probing of individual chips. This should provide better test coverage, as well as tune up the process for production. Agilent testers will be used.

9) We discussed how to measure the manufacturing test coverage. Because these are analog chips, the metrics for digital chips don't apply. We will come back to this issue later.

10) Fabrication of the chips will be at Oki's Miyazake facility in southern Japan, not in Australia at the Peregrine fab. Packaging will be done there also.

11) Power was discussed. Low phase noise in the VCOs tends to increase power, but there are other areas for power reduction. We indicated that if power went above the spec of 1W, that would be a problem we wanted to discuss.

12) Irshad cautions us to make sure we are comfortable with the lineup - once circuit designers start and system engineers are done, we don't want any more changes.

13) Tahoe asked for a formal go/no-go decision from NCT. This is not a contractual issue, as there is no requirement or allowance in the agreement for us to say yes or no once the contract is underway. It is just a desire for acknowledgement from us that we want Tahoe to proceed. Based on our earlier positions, I indicated that it would be a go, but that I would review this with management and respond accordingly.

14) There are several minor action items:
    a) Jacob to use lineup spreadsheet with interference to see if VGA range is OK.
    b) Need formal confirmation on volume pricing from Oki.
    c) Need to revise agreement with Oki to reflect the four chip solution and its pricing.

Confidential    NAV0045202

This document was produced in native format.

Confidential

NAV0045203

**Notes on RF ASIC meeting**                                                                                         Actions

1. New person from Peregrine - Claudio Anzil - will be taking over from Dan and Dan as main Peregrine contact.
2. Discussion of schedule and testing.
3. Characterization will be on production tester, not probing of individual chips - better approach. Package level. Plus abbreviated wafer testing before package testing. Will use Agilent for testers.
4. Fab will be at Oki in Japan, not Australia - 0.5 micron process - Miyazake facility.
5. VCOs are the highest risk issue - Peregrine has several options - discussed to add confidence to the process.
6. Need to tell Oki how many ES, risk samples we need.                                                               Paul
7. Jacob to use lineup spreadsheet with interference to see if VGA range is OK.
8. Power - more in VGAs, less in other areas - need to watch this to see that power doesn't go above 1W.
9. Need estimate and schedule for second respin - metal or silicon - before management meeting.                      Ruben
10. Ruben to advise how many ES/risk chips are possible.                                                             Ruben
11. NCT go give a go-no go decision.                                                                                 Paul
12. Need confirmation on volume pricing from Oki.                                                                    Ruben
13. Need to revise agreement with Oki.                                                                               Paul/Ruben
14. Mark to forward the presentations used today.                                                                    Mark Brown
15. Send contact information for NCT to Claudio.                                                                     Mark Brown
16. Irshad cautions us to make sure about lineup - once circuit designers start and system engineers are done, we don't want amy more changes.

canzil@psemi.com                                                                                                     Category