EXHIBIT PX71

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| From: | Ruben A. Balbuena [balbuena819@oki.com] |
|---|---|
| Sent: | 7/11/2005 2:23:32 PM |
| To: | Knight Jerry [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Knightj]; Galyean Paul [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Galyeanp] |
| CC: | Makhinson Jacob [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Jmakhinson]; Litton James D [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Littonj]; Lindsay Michael [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Lindsaym]; Zimmerman Bob [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=ZimmermanB] |
| Subject: | Initial result on feasibility of including BPF on chip |
| Attachments: | BPF_study050708.ppt |

Jerry, Paul,

I am attaching some slides showing the initial results of the feasibility study to include the LC BPF on chip as you requested, and based on the specs that Paul forwarded to us.

As you can see, it will be very difficult to meet the specs we got from you, and we are showing on slide 4 the performance of an optimum (or ideal) filter that we could design on paper, as well as for a more realistic and practical filter that we could achieve, according to our simulations.

Based on these results, our recommendation is still to have the BPF out side the chip.

Please revise the slides and we can discuss in more detail when we meet on Thursday.

Regards,

Ruben

-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-
Ruben A. Balbuena R.
Oki Semiconductor
Logic Marketing
Product Marketing Manager

Tel: 408-737-6226
Cell: 408-771-1247
E-Mail: balbuena819@oki.com
Web: http://www2.okisemi.com/us
-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-

Trial Exhibit

PX71

NAV0000469

**Oki Semiconductor** — the "Right Partner for a Digital World"

# Advanced GPS RF Chipset
## - Feasibility study to be integrated BPF -

### Oki Semiconductor
July, 2005

Confidential

NAV0000470

# Multi-band GPS Receiver



Oki Semiconductor — the "Right Partner for a Digital World"

# Oki Semiconductor
## the "Right Partner for a Digital World"

# GPS BPFs Request

## BPF L1 SPECIFICATIONS

| PARAMETER | Symbol | L1 | UNITS | COMMENTS |
|---|---|---|---|---|
| Nominal Center Frequency | $F_0$ | 1575 | MHz | $F_0 = (F_l + F_u)/2$ |
| Bandwidth  BW = $F_u$ - $F_l$ | BW | 150 | MHz | Maximum |
| Lower Passband Point | $F_l$ | 1500 | MHz | Maximum |
| Upper Passband Point | $F_u$ | 1650 | MHz | Minimum |
| Lower 40 dB Reject Point | $F_{lr}$ | 1070 | MHz | Maximum |
| Upper 40 dB Reject Point | $F_{ur}$ | 2080 | MHz | Minimum |
| Lower Stopband Rejection (100 MHz to $F_{lr}$) | $A_{lr}$ | 50 | dB | Minimum |
| Upper Stopband Rejection ($F_{ur}$ to 5 GHz) | $A_{ur}$ | 50 | dB | Minimum |
| Amplitude Flatness 1/ | $FL_0$ | 0.5 | dB p-p | Maximum |
| Amplitude Ripple 1/ | $R_0$ | 0.3 | dB p-p | Maximum |
| Group Delay in the Passband 1/ | GD | 5.0 | nS | Maximum |
| VSWR in the Passband 1/ | SW | 1.5:1 | (50 Ω) | Max, in/out |
| Input /Output Impedance | $Z_{in/out}$ | 50 | Ω | Nominal |
| Insertion Loss in the Passband | $L$ | 2 | dB | Maximum |

## BPF L5 SPECIFICATIONS

| PARAMETER | Symbol | L5 | UNITS | COMMENTS |
|---|---|---|---|---|
| Nominal Center Frequency | $F_0$ | 1176 | MHz | $F_0 = (F_l + F_u)/2$ |
| Bandwidth  BW = $F_u$ - $F_l$ | BW | 150 | MHz | Maximum |
| Lower Passband Point | $F_l$ | 1101 | MHz | Maximum |
| Upper Passband Point | $F_u$ | 1251 | MHz | Minimum |
| Lower 40 dB Reject Point | $F_{lr}$ | 850 | MHz | Maximum |
| Upper 40 dB Reject Point | $F_{ur}$ | 1700 | MHz | Minimum |
| Lower Stopband Rejection (100 MHz to $F_{lr}$) | $A_{lr}$ | 50 | dB | Minimum |
| Upper Stopband Rejection ($F_{ur}$ to 5 GHz) | $A_{ur}$ | 50 | dB | Minimum |
| Amplitude Flatness 1/ | $FL_0$ | 0.5 | dB p-p | Maximum |
| Amplitude Ripple 1/ | $R_0$ | 0.3 | dB p-p | Maximum |
| Group Delay in the Passband 1/ | GD | 7.0 | nS | Maximum |
| VSWR in the Passband 1/ | SW | 1.5:1 | (50 Ω) | Max, in/out |
| Input /Output Impedance | $Z_{in/out}$ | 50 | Ω | Nominal |
| Insertion Loss in the Passband | $L$ | 2 | dB | Maximum |

## BPF L2 SPECIFICATIONS

| PARAMETER | Symbol | L2 | UNITS | COMMENTS |
|---|---|---|---|---|
| Nominal Center Frequency | $F_0$ | 1227 | MHz | $F_0 = (F_l + F_u)/2$ |
| Bandwidth  BW = $F_u$ - $F_l$ | BW | 150 | MHz | Maximum |
| Lower Passband Point | $F_l$ | 1152 | MHz | Maximum |
| Upper Passband Point | $F_u$ | 1302 | MHz | Minimum |
| Lower 40 dB Reject Point | $F_{lr}$ | 720 | MHz | Maximum |
| Upper 40 dB Reject Point | $F_{ur}$ | 1750 | MHz | Minimum |
| Lower Stopband Rejection (100 MHz to $F_{lr}$) | $A_{lr}$ | 50 | dB | Minimum |
| Upper Stopband Rejection ($F_{ur}$ to 5 GHz) | $A_{ur}$ | 50 | dB | Minimum |
| Amplitude Flatness 1/ | $FL_0$ | 0.5 | dB p-p | Maximum |
| Amplitude Ripple 1/ | $R_0$ | 0.3 | dB p-p | Maximum |
| Group Delay in the Passband 1/ | GD | 7.0 | nS | Maximum |
| VSWR in the Passband 1/ | SW | 1.5:1 | (50 Ω) | Max, in/out |
| Input /Output Impedance | $Z_{in/out}$ | 50 | Ω | Nominal |
| Insertion Loss in the Passband | $L$ | 3 | dB | Maximum |

## BPF LB SPECIFICATIONS

| PARAMETER | Symbol | LB | UNITS | COMMENTS |
|---|---|---|---|---|
| Nominal Center Frequency | $F_0$ | 1542 | MHz | $F_0 = (F_l + F_u)/2$ |
| Bandwidth  BW = $F_u$ - $F_l$ | BW | 150 | MHz | Maximum |
| Lower Passband Point | $F_l$ | 1467 | MHz | Maximum |
| Upper Passband Point | $F_u$ | 1617 | MHz | Minimum |
| Lower 40 dB Reject Point | $F_{lr}$ | 970 | MHz | Maximum |
| Upper 40 dB Reject Point | $F_{ur}$ | 2170 | MHz | Minimum |
| Lower Stopband Rejection (100 MHz to $F_{lr}$) | $A_{lr}$ | 50 | dB | Minimum |
| Upper Stopband Rejection ($F_{ur}$ to 5 GHz) | $A_{ur}$ | 50 | dB | Minimum |
| Amplitude Flatness 1/ | $FL_0$ | 0.5 | dB p-p | Maximum |
| Amplitude Ripple 1/ | $R_0$ | 0.3 | dB p-p | Maximum |
| Group Delay in the Passband 1/ | GD | 5.0 | nS | Maximum |
| VSWR in the Passband 1/ | SW | 1.5:1 | (50 Ω) | Max, in/out |
| Input /Output Impedance | $Z_{in/out}$ | 50 | Ω | Nominal |
| Insertion Loss in the Passband | $L$ | 3 | dB | Maximum |

Confidential

NAV0000472

# Quick Study of Filter Performance

- The optimum (and optimistic) filter we could implement in this process would yield a response like this




- A more realistic view of the same filter:
  - IL of 4 to 4.5 dB
  - Attenuation specs not met
  - A more complex (larger) filter could help




# Recommendation

- The filters will be fairly large with approximately 4 or more high Q inductors per filter.
    - …Size penalty would be around 1.5mm$^2$ per filter.
- The GPS receivers will already contain many inductors, so adding more inductors will make coupling issues more pronounced.
- The Q we could achieve is just below what is needed to build these filters to spec.

**It would be recommended that these filters remain off chip.**