EXHIBIT PX75

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

# Nova ASICs

# Nova ASICs
# 19 Sept 05

Deere Proprietary and Confidential

Confidential

Trial Exhibit
PX75

NAV0045828

# Nova ASICs

- Background information supplied earlier.
- The Nova design is much better with the revised Digital ASIC and with the RF ASIC.
  - Both verbally approved by Sam Allen, and we have been proceeding on this basis while doing the paperwork.
  - Both lower recurring cost significantly, improve robustness, and enhance product marketability.
  - Deere Finance involved in decisions about what is capital vs. expense (all is capital).




Deere Proprietary and Confidential

# Digital ASIC – Switch to 0.13u

- Additional NavCom capital: $356,750
  - Total Capital: $761,750
  - Previously Approved AFE: $405,000
- Results in recurring cost reduction of $20 per ASIC
- Payback is 17,838 units shipped (starts in 2007, fully achieved in 2008, first year of projected AMS shipments).




Deere Proprietary and Confidential

# RF ASIC

- NavCom capital: $570,000
  - Total Cost: $1,480,000
  - Oki Contribution: $910,000
  - Oki retains ability to sell RF ASIC chips on the open market
- Results in recurring cost reduction of $39 per ASIC
- Payback is 14,616 units shipped (starts in 2007, fully achieved in 2008, first year of projected AMS shipments).
- Potential revenue stream from royalties on Oki sales of RF chipsets.




Deere Proprietary and Confidential

Confidential
NAV0045831

# Feb. 2005 Enterprise DCF

- Financial analysis showed a clear business case to proceed:
  - Capital - $2.2M (AMS $1.4M, NCT $.8M)
  - NRE - $12.5M (AMS $2.2M, NCT $6.8M, PIC $3.5M)
  - NPV - $7.1M
  - IRR - 31.2%
  - Discounted Cash Payout Time - 6.7 years




Deere Proprietary and Confidential

Confidential　　　NAV0045832

# Sep. 2005 DCF – Reflecting Impact of Proposed ASIC Changes Only

- Financial analysis continues to show a clear business case to proceed:
  - Capital – $3.1M (AMS $1.4M, NCT $1.7M)
  - NRE – $12.9M (AMS $2.2M, NCT $7.2M, PIC $3.5M)
  - NPV – $7.8M
  - IRR – 31.5%
  - Discounted Cash Payout Time – 6.6 years
- This reflects only the ASIC changes and is not a full rework of the DCF.




Deere Proprietary and Confidential

## Other Considerations

- We have assured Oki that we are going ahead with the 0.13 Digital ASIC and with the RF ASIC. They are working without a contractual basis, and are anxious to have it in place by the end of Sept.
- The Digital ASIC is impacting the overall program schedule.
- We must continue with the discrete RF design in parallel until there is full confidence in the RF ASIC. This impacts cost, schedule, and resources.
- NRE cost to do the 0.13u ASIC now is $761K. Doing the 0.15u ASIC now ($442K) and the 0.13u ASIC later ($761K) would cost $1,203K (there is little or no savings in doing the 0.15u ASIC first).




Deere Proprietary and Confidential

## Oki Sales of RF ASICs

- Oki has build some L1 GPS chips on their own and believes there is a market for these RF chips. Consequently, they are willing to absorb most of the NRE to gain the ability to sell the chips.
- We do not believe there is any significant disadvantage to Deere in allowing Oki to sell the chips, or that any competitors to NCT or Deere will gain an advantage by using these chips. The RF design is generic.
- We plan to license the design to Oki and to obtain royalties on their sale of the chips, potentially providing a recurring revenue stream.




Deere Proprietary and Confidential

# Digital ASIC – Risk Analysis

| Subsystem | Potential Failure | Probability (1-10) | Consequences (1-10) | Comments/Mitigation |
|---|---|---|---|---|
| GPS | L5 does not work | 2 | 2-7 | The simulator has been used extensively to test L5. There are no live signals. Any errors are probably small and may not make much difference. |
|  | L1 does not work | 1 | 10 | We are tracking on both the simulator and live signals. |
|  | L2 (present codes) does not work | 1 | 10 | We are tracking on both the simulator and live signals. |
|  | L2C does not work | 2 | 7 | The simulator has been used extensively to test L2C. There are no live signals. Any errors are probably small and may not make much difference. |
|  | L-band does not work | 1 | 10 | We are tracking on both the simulator and live signals. |
| Galileo | BOC codes are incorrect | 4 | 2-7 | Galileo codes are not formally defined, and will not be until 2008. The simulator cannot presently generate them, and there are no live signals. |
|  | Not enough memory for the memory codes | 2 | 2-7 | We might be unable to track any memory codes, or could have to settle for tracking fewer of them. Some space will be left around the codes to try to make any changes simpler should they be required. Memory could be expanded now at the expense of recurring cost, but the same concern would still exist. |
|  | Codes are different from what is expected | 3 | 3-7 | We might suffer some power loss or even be unable to track some signals. This could be important or trivial, depending on how much power is lost and what can't be tracked. |
| Process | 0.13u technology fails | 1 | 10 | Highly unlikely. 0.13 is not near the state of the art. It is widely used, and no problems are expected. |
|  | Timing is wrong | 1 | 1-10 | Low risk. Silicon is much faster than FPGA, and this is thoroughly simulated by Oki. |
|  | Power is too high | 1 | 1-8 | Very low risk. There is extensive modeling of this. The previous layout by Oki tested this. |
| Sys. Eng. | The ASIC design is basically faulty in some serious way | 1 | 1-7 | Low risk. There is enough FPGA testing for it to be extremely unlikely that the basic operations do not work. However, some features can only be simulated at present. There are sometimes software work-arounds for ASIC problems. |
|  | Cooperative tracking does not work | 2 | 8 | This is a major feature, but can only be simulated at present. This is partly a software and partly an ASIC feature. |
|  | Multipath mitigation does not work | 2 | 8 | This is a major feature, but can only be simulated at present. This is partly a software and partly an ASIC feature. |


JOHN DEERE

Deere Proprietary and Confidential


NAVCOM

# RF ASIC – Risk Analysis

| Subsystem | Potential Failure | Probability (1 - 10) | Consequences (1 - 10) | Comments/Mitigation |
|---|---|---|---|---|
| Signals Chips | Not enough usable AGC range | 2 | 2 - 7 | This condition would limit anti-jamming performance, with consequences ranging from minor to severe. Olli does not believe this is a problem, and sees no problem in providing the +10 to -40 dB range we have specified. |
| | Phase noise is too high | 2 | 2 - 9 | This condition would limit performance in multiple ways, and could range from minor to severe. |
| | A/Ds do not meet specs | 2 | 2 - 6 | This is not likely. It would cause a small to moderate loss of receiver performance. |
| | Power is too high | 2 | 5 | This is not likely. It would cause the Nova board to be slightly less competitive. |
| Synthesizer Chip | Synthesizer not stable | 3 | 10 | The synthesizer must be stable. If the noise level is too high, the chip could be unable to synthesize the necessary frequencies. The use of a common IF is the element of risk. |
| Process | The process technology is not adequate | 1 | 10 | Highly unlikely. RF chips and their underlying technology are fairly common. |
| Sys. Eng. | The three chip design is basically faulty in some serious way. | 1 | 1 - 7 | Low risk. Peregrine has built military RF chips, and there is nothing particularly challenging about this RF design. The only element of risk should be the synthesizer chip. |


JOHN DEERE

Deere Proprietary and Confidential


NAVCOM

# General Respin Considerations

- It is unlikely that the ASICs will not be usable. The testing is extensive, and the track record is very good.
- The Digital ASIC design is very flexible; it is designed to be configurable and manage any of the expected codes.
- There are often software workarounds for Digital ASIC problems, should they arise.
- In a few years, it will make economic sense to respin the ASIC for cost reasons (finer geometries quadratically reduce die sizes, hence ASIC costs).




Deere Proprietary and Confidential

## Galileo Respin Considerations

- We believe NCT has as much knowledge of the Galileo signal structure as our competitors; those with more knowledge are inside the Galileo consortium.
- Galileo processing is not likely to fail to work completely; there are 12 Galileo signals we may want to track, and the more likely scenario is that some signals are tracked with decreased sensitivity, or that some cannot be tracked.
- If some of the Galileo processing does not work, it might be ignored for several years, as there will not be operational Galileo signals for 3-5 years (first operational satellites are scheduled for 2008). An operational Galileo system will take several more years.
- In a few years, we will want to respin the ASIC for cost reasons, and Galileo could be corrected then if necessary.




Deere Proprietary and Confidential

# Digital ASIC Respin Considerations

- The Digital ASIC is not optional for Nova; it is an essential part. We need to build and validate it as soon as possible.
- The risk of a respin for the Digital ASIC is very low for standard GPS functionality and low for the new GPS signals; they are well defined.
- The extra time to resolve problems with the P(Y) processing in the Digital ASIC has provided an opportunity for additional verification.
- Cost of a respin could fall on NCT, OKI, or a combination.
- NCT would have engineering costs to diagnose the problems and redesign them whether or not we had to pay Oki.
- Oki respin cost would depend on what is wrong, what masks are affected – could be minor or significant.
- Earlier estimate (Jan 05) of these costs was $550 - $660K (very coarse estimate).


JOHN DEERE

Deere Proprietary and Confidential


NAVCOM

# RF ASIC Respin Considerations

- The Oki design team has done GPS RF ASICs before for more demanding military applications and they are very competent.
- The largest risk was removed when the bandpass filters were kept external to the ASIC.
- We are interacting very closely with Oki during this development.
- Cost of a respin could fall on OKI or a combination of NCT and Oki. However, the risk with the RF ASIC is more Oki's than ours; if they meet the specification, we should have a usable chipset.
- NCT would probably have engineering costs to help diagnose the problems whether or not we had to pay Oki.
- Oki respin cost would depend on what is wrong, what masks and chips are affected - could be minor or significant.
- A respin would delay the introduction of the RF ASIC and force completion and use of the discrete RF design (one of the reasons we need to build the ASICs as soon as possible).




Deere Proprietary and Confidential