EXHIBIT PX83

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

# Oki Semiconductor

785 North Mary Avenue
Sunnyvale, CA 94085-2909
Tel: 408-720-1900
Fax: 408-720-1918

**SHIP TO** 203140

NAVCOM TECHNOLOGY, INC.
20780 MADRONA AVENUE

TORRANCE CA 90503 US

**INVOICE**

| Invoice Number | Customer PO Number |
|---|---|
| 344706  RI | NCT12618 |
| **Invoice Date** | **Oki SO Number** |
| 01/20/06 | 592430  SO |
| **Payment Terms** | **Packing Slip Number** |
| NET THIRTY DAYS | 129286 |
| **Shipment Date** | **Airway Bill Number** |
| 01/20/06 | |
| **F.O.B.** | **Reference (SPSSL No.)** |
| FOB-SHIPPING PO | |
| **Carrier Number** | |
| SEE ITEM | |

**BILL TO** 203131

NAVCOM TECHNOLOGY, INC.
ATTN: ACCOUNTS PAYABLE
20780 MADRONA AVENUE

TORRANCE CA 90503 US

| Line No. | Oki Part Number / Customer Part Number | U/M | Quantity | Unit price | Extended Price |
|---|---|---|---|---|---|
| 4.001 | ICD-SK(NRE NOVA RF) | EA | 1 | 300,000.0000 | 300,000.00 |

ENTERED FEB 02 2006
30671

RECEIVED JAN 26 2006
BY:

JO-P103066 -2/2/06

OK Paul Hulgan
2/2/06    2/2/06

PAID FEB 07 2006
19289

Please Remit to: OKI SEMI-SF LOCKBOX
P.O. BOX 7060

SAN FRANCISCO    CA 94120

| | | |
|---|---|---|
| SUBTOTAL | 300,000.00 | USD |
| SALES TAXES | | USD |
| **AMOUNT DUE** | **300,000.00** | **USD** |

* CUSTOMERS WHOSE PAYMENTS ARE NOT RECEIVED WITHIN 45 DAYS OF INVOICE DATE MAY BE SUBJECT TO CREDIT HOLD

Trial Exhibit
PX83

Confidential    NAV0103527