EXHIBIT PX95

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

# Oki Semiconductor

785 North Mary Avenue
Sunnyvale, CA 94085-2909
Tel: 408-720-1900
Fax: 408-720-1918

| SHIP TO | 203140 |

NAVCOM TECHNOLOGY, INC.
20780 MADRONA AVENUE

TORRANCE CA 90503 US

**INVOICE**

NAV0090410

| Invoice Number | Customer PO Number |
|---|---|
| 356089  RI | NCT12618 |
| **Invoice Date** | **Oki SO Number** |
| 12/20/06 | 592430  SO |
| **Payment Terms** | **Packing Slip Number** |
| NET THIRTY DAYS | 145959 |
| **Shipment Date** | **Airway Bill Number** |
| 12/20/06 | |
| **F.O.B.** | **Reference (SPSSL No.)** |
| FOB-SHIPPING PO | |
| **Carrier Number** | |
| SEE ITEM | |

| BILL TO | 203131 |

NAVCOM TECHNOLOGY, INC.
ATTN: ACCOUNTS PAYABLE
20780 MADRONA AVENUE

TORRANCE CA 90503 US

| Line No. | Oki Part Number / Customer Part Number | U/M | Quantity | Unit price | Extended Price |
|---|---|---|---|---|---|
| 5.001 | ICD-SK(NRE NOVA RF) | EA | 1 | 120,000.0000 | 120,000.00 |

RECEIVED JAN 02 2007 BY: ...........

Please Remit to: OKI SEMI-SF LOCKBOX
P.O. BOX 7060
SAN FRANCISCO    CA 94120

| | |  |
|---|---|---|
| SUBTOTAL | 120,000.00 | USD |
| SALES TAXES | | USD |
| AMOUNT DUE | 120,000.00 | USD |

* CUSTOMERS WHOSE PAYMENTS ARE NOT RECEIVED WITHIN 45 DAYS OF INVOICE DATE MAY BE SUBJECT TO CREDIT HOLD

Trial Exhibit

PX95

Confidential