EXHIBIT PX131

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| | |
|---|---|
| **From:** | Ruben A. Balbuena <balbuena819@oki.com> |
| **Sent:** | Thursday, June 2, 2005 9:53 PM |
| **To:** | Jerry Knight (NavCom) <jknight@navcomtech.com>; James Litton (NavCom) <jlitton@navcomtech.com>; Mark Rentz (NavCom) <mrentz@navcomtech.com>; Jacob Makhinson (NavCom) <jmakhinson@navcomtech.com>; Paul Galyean (NavCom) <pgalyean@navcomtech.com> |
| **Cc:** | Muneyasu (OSC) <muneyasu328@oki.com>; Scott Inoue (OSC) <inoue381@oki.com>; Mark Brown (OSC SW) <mark.brown@oki.com>; Bruce McCaig (bmccaig@lecc.com) |
| **Subject:** | Revised proposal on A-GPS RF LSI |
| **Attach:** | NavComProposal_rev2.pdf |

Jim,

In response to your request of considering a completely customized proposal for the Advanced GPS chipset, I am attaching the revised version of our proposal.

Please have a look and if you have any additional questions or concerns, please let me know.

We are very excited on the potential for further collaboration between our companies.

Best regards,

_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_
Ruben A. Balbuena R.
Oki Semiconductor
Logic Marketing
Product Marketing Manager

Tel: 408-737-6226
Cell: 408-771-1247
E-Mail: balbuena819@oki.com
Web: http://www2.okisemi.com/us
_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_^_

CONFIDENTIAL

Oki Semiconductor

the Right Partner for a Digital World™

# Advanced GPS RF Chipset

Oki Semiconductor

June, 2005

CONFIDENTIAL

# Advanced GPS RF LSI - Details

- Proposal & Estimation
  - LNA & Input Diplexer are off chip
  - 12 bit A/Ds for L-band are off chip
  - All RF Chips use same die, each has metal option masks
    - Chip can support any two bands
      - RF-1: L1 & LO4
      - RF-2: L2 & L5
      - RF-3: E5B & E6 (For future development and not included in this proposal)
  - Package of all three chips will be 40 and/or 48pin Plastic QFN
    - 48pin QFN: 7.0 x 7.0 x 0.8 mm, 0.5mm pin pitch
    - 40pin QFN: 6.0 x 6.0 x 0.8 mm, 0.5mm pin pitch
    - Pb free (Green package)

OKI CONFIDENTIAL

CONFIDENTIAL



# Multi-band GPS Receiver




OKI CONFIDENTIAL

CONFIDENTIAL

Oki Semiconductor

the Right Partner for a Digital World

# Chip Partitioning Plan

RF-2
External
Filters
VCO/PLL

CONFIDENTIAL

Oki Semiconductor

the Right Partner for a Digital World

# A-GPS RF LSI – Business Proposal

- Multi chip solution (3)
  - RF-1 Chip: Dual Band receiver A (L1/LO4 bands)
  - RF-2 Chip: Dual Band receiver B (L2/L5 bands)
  - Multi VCO/PLL Chip
  - Package type: QFN
- Development cost
  - Total cost: $1.48M (See following pages for NRE charges)
- Development Schedule
  - Development and purchase agreement sing-off: 7/E/2005
  - Design kick-off (specs fixed until then): 7/E/2005
  - First samples delivery: 5/E/2006

OKI_LW_004156

OKI CONFIDENTIAL

CONFIDENTIAL

# Business Proposal - 1

- Chipset Price (FOB Sunnyvale)
  - Up to 50kp: $35
  - Over 50kp up to 200kp: $25
  - Over 200kp: $20

- NRE Charges
  - Oki will assume the majority ($910K) of the development cost if it can sell the chipset as a standard part to the market at large
  - Navcom NRE fee to be $570K
    - This will comprise the balance of the overall NRE for development. Also, this amount guarantees Navcom an exclusivity period of 6 months after first CS delivery
  - Oki will gain sales rights to other customers for chipset after the exclusivity period expires

- Terms and Conditions
  - No Cancellation, No Return
  - NRE payment
    - $340k upon contract sign-off
    - $230k upon delivery of first samples
  - Delivery of evaluation samples included

OKI CONFIDENTIAL

OKI_LW_004157

CONFIDENTIAL

# Business Proposal - 2

- Chipset Price (FOB Sunnyvale)
  - Up to 50kp: $35
  - Over 50kp up to 200kp: $25
  - Over 200kp: $20
- NRE Charges
  - NRE charges to NavCom will cover the full Development cost ($1.48M)
  - Customized parts based on Spec to be fixed by contract sign-off will be provided exclusively to NavCom
  - Any changes on specs after contract sign-off will have to be approved by both Oki and NavCom
    - Additional charges might be needed depending on extent of required changes
- Terms and Conditions
  - No Cancellation, No Return
  - NRE payment
    - $900k upon contract sign-off
    - $580k upon delivery of first samples
  - Delivery of evaluation samples included

OKI CONFIDENTIAL

OKI_LW_004158

CONFIDENTIAL

# A-GPS RF LSI – Others

- Q: Are there any NavCom Patents or IPs that need to be addressed before Oki can sell this chipset as standard parts?
  - More specifically referring to Starfire band (LO4)
- Oki would like to work in collaboration with NavCom for the promotion of chipset supporting StarFire to other customers
  - One model could be NavCom licensing Starfire technology/band and Oki selling the chipset to support it

OKI CONFIDENTIAL

OKI_LW_004159

CONFIDENTIAL

# A-GPS RF LSI – Questions from NavCom

- Q1: Are the output and input connected to the Lx band pass filter 50-ohm matched?
  - A1: The terminals connected to the Lx band pass filters are impedance matched to 50-ohm
- Q2: What's the feasibility of including the first stage BPF in the RF ASIC? If so, how will it affect the final specs of the device?
  - A2: See next slide
- Q3: What's the reason these BPFs are left as external parts?
  - A3: The reason for why they are not included inside the chip are basically two:

    - The current proposal has RF-1 supporting L1/L bands, and RF-2 L2/L5 bands. By leaving the BPFs external to the chip, easy mask changes will allow manufacture other derivative chips supporting different combinations of bands, such as L1/L2 bands, E5B/E6 bands, etc.

    - Integrating the BPF inside the chip will incur in additional cost to the total of the chip, and also increased dimensions.

OKI CONFIDENTIAL

OKI_LW_004160

CONFIDENTIAL

# A-GPS RF LSI – Questions from NavCom

- A2: The reason for the existence of these BPFs is based on the assumption that the external LNA+Diplexer to be connected at the RF input of the RF-x chip might not have a very good bandpass filtering (band selection) performance for both sets of bands (L1/L~1.5GHz and L2/L5~1.2GHz)

- Depending on NavCom's request, the following variations on design can be considered
  - **Option 1**

    Instead of providing 50-ohm-impedance-matched pins to connect to SAW filters, we an provide pins to connect to LC filters that, in this case, won't be impedance matched
  - **Option 2**

    No need for external BPF assuming that band selection is done at the LNA + Diplexer stage before the RF input of the chip

    Drawback: This will require external band selection and one separate RF input pin for each band. This is truer when the bands to be supported are on very different bandwidths, e.g. L1/L2 support in the same chip

OKI CONFIDENTIAL

OKI_LW_004161

CONFIDENTIAL

# A-GPS RF LSI – Questions from NavCom

- Design Options (Cont'd)
  - **Option 3**

    Include BPF inside the chip

    Drawback: It will add cost and size to the RF chipset cost. In addition, it will not allow different variations of the RF chips to support different combinations of multi-band
  - **Option 4**

    As we are currently proposing

- From Oki's perspective, either Options 1 or 4 will allow more flexibility to design derivative chipsets to support other bands in the future, and they also keep a lot of commonality between the design of RF-1 and RF-2 chips

OKI_LW_004162

CONFIDENTIAL

# A-GPS RF LSI – Questions from NavCom

- Q4: Where will the design team be located?
  - A4: Design will be done in collaboration between Oki Electric (Japan) and Peregrine Semiconductors (USA) using their locations in Japan and the US

- Q5: Who will be the technical point of contact and working interface?
  - A5: The main contact point in the US will be Ruben Balbuena, Product Marketing Manager for Oki Semiconductor
    - E-mail: balbuena819@oki.com
    - Phone: 408-737-6226
  - If needed, telephone conference or face-to-face meetings can be scheduled and include people responsible of design to address technical questions, concerns or