EXHIBIT PX165

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| From: | Ruben Balbuena [balbuena819@oki.com] |
|---|---|
| Sent: | 7/8/2008 12:00:14 PM |
| To: | Galyean Paul [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA03496] |
| Subject: | Letter regarding NOVA RF ASIC |
| Attachments: | RF_NOVA_Letter_080708.pdf |

Paul,

Please find attached the signed letter of notification regarding the NOVA RF ASIC project.

Additionally, I have set the following conference bridge for tomorrow's call at 2:30 PM.

Phone: 408-737-6262.
Conference ID: 664847#

Best regards,

------------------------------------------------
Ruben A. Balbuena
Senior Product Marketing Manager
OKI Semiconductor
Phone: (408) 737-6226
Cell: (408) 771-1247
E-mail: balbuena819@oki.com
http://www2.okisemi.com/

Δ π EXHIBIT 165
Deponent BALBUENA
Date 7/11/13 Rptr. SFB
WWW.DEPOBOOK.COM

Trial Exhibit
PX165

NAV0055532

# OKI

July 8, 2008

To: NavCom Technology
ATT: Mr. Craig Fawcett, CEO

Mr. Fawcett:

OKI Electric Industry Co., Ltd. has made a decision to spin off its Semiconductor division into a new company that will start operating as a separate entity on October 1st, 2008.

The management team of OKI has reviewed all current and future business opportunities. The NOVA RF ASIC project was also reviewed. As we have previously discussed, OKI has already spent over $1.4M on this project and we are expecting that the additional development effort will require at least $2.7M of additional funding. Due to the development resources required, and the technical risks that still remain, a decision has been made to discontinue this project.

OKI hereby provides notice of termination of the Development and Purchase Agreement C04719-VPA dated December 14, 2005, as amended on December 5, 2006, and would like to discuss the terms for such termination with you at your earliest convenience.

We would like to express our sincere gratitude for all your collaboration on this project.

Best regards,

Yuki Ushida
General Manager, SOS RF Solutions Venture Unit
Oki Electric Industry Co., Ltd.

Takabumi Asahi
President
Oki Semiconductor