EXHIBIT PX170

DECLARATION OF BRETT M.
SCHUMAN IN SUPPORT OF
PLAINTIFFS NAVCOM TECHNOLOGY,
INC. AND DEERE & COMPANY'S
RENEWED MOTION FOR PARTIAL
JUDGMENT AS A MATTER OF LAW
PURSUANT TO FED. R. CIV. P. 50(b)



## CERTIFICATION OF TRANSLATION

I, R. Blair Sly (Principal, ION Translations, LLC), hereby certify that the following translation is, to the best of my knowledge and belief, a true and accurate translation from Japanese into English.

Pages: OKI_LW_018166 – OKI_LW_018171

Please note that portions of the image of the above range of pages contain Japanese text that is not completely legible and therefore extracted text was referenced to confirm those portions of the source Japanese text.

R. Blair Sly
Principal
ION Translations, LLC
February 28, 2014

ION Ref. 7274

940 Dwight Way
Suite One
Berkeley, CA 94710
510.841.5000

Trial Exhibit

PX170

From: Scott Inoue <inoue381@oki.com>
Sent: Tuesday, May 17, 2005 7:10 PM
To: balbuena819@oki.com
Subject: RE: The Proposal to NavCom

This is Inoue.
As for the development cost, since we have to secure the outsourcing cost at least for this period,
I am going to make it $300K at the launching time, and $200K at the sampling time.
I shall post the requirements by the business headquarters sometime tomorrow.

===============================
Scott Inoue
Technology & Marketing Center
Oki Semiconductor
701 Palomar Airport Road, Suite 300
Carlsbad, CA 92009
Phone: 760-931-4754
Cell: 408-569-2683
Fax: 760-931-4850
E-mail:inoue381@oki.com
WWW.okisemi.com/us
===============================
> -----Original Message-----
> From: Ruben A. Balbuena [mailto:balbuena819@oki.com]
> Sent: Tuesday, May 17, 2005 3:56 PM
> To: 'Scott Inoue'
> Cc: Muneyasu (OSC)
> Subject: RE: The Proposal to NavCom
>
>
> Mr. Inoue.
>
> Here are some additional comments.
>
> Mr. Muneyasu pointed out something when I was having a discussion with him. There is something that we
have to clarify in terms of the development cost payment.
2
>
>What are the method and conditions for Oki to pay for the development to Peregrine? In other words, is the
whole amount be paid up front,
> or, will it be amortized?
> This may be a problem between Oki-J and Peregrine, but
> the conditions for the NRE payment have to be clarified between
> Oki-J and OSC.
> This will affect what kind of conditions OSC is going to present to NavCom.
>
> Also, as I told you on the phone earlier, if we can have Oki-J's current proposal by tomorrow,
> we will examine what OSC will propose to NavCom. Therefore,
> after having FOB-J issue the NRE and the product price,
> OSC will prepare the proposal to NavCom based on that.
>
> That is all. I would appreciate your cooperation.
>

> Ruben
>
> -----Original Message-----
> From: Ruben A. Balbuena
> Sent: Tuesday, May 17, 2005 2:29 PM
> To: Scott Inoue
> Cc: Muneyasu (OSC)
> Subject: RE: The Proposal to NavCom
>
> To Mr. Inoue,
>
> Thank you for your reply.
>
> I have some comments about the reply by Mr. Inoue.
>
> Since I have made comments about the commission by OSC and the agency, I did not
> copy this e-mail to Mr. Kamei;
> instead, I CCed Mr. Muneyasu. Please understand.
>
> > Since it costs $1.3M (Design & Fab) if it is 100% custom conditions,
> > if it is to be $500K, isn't that advantageous?
> > Specifically, assuming that the current BOM is $100, out of which the RF BOM is $60,
> > by using the Oki's RF LSI chipset ($35), there will be a cost reduction of $500K annually (20K units)
> > In other words, they can recover the ROI in one year.

>
> In terms of the ROI recovery and the system cost reduction, there may certainly be merits.
> However, if Oki is to sell it as a standard product, it will reject the NRE unless there is
> further merit.
>
> NavCom is certainly targeting the simplification of the system and cost reduction,
> butt also wants to maintain its distinctiveness vs. other GPS manufacturers.
Therefore, if other manufacturers obtain this chipset as a standard product,
> the differentiation will be reduced.
>
> Further, if it is a proposal only by Oki, it may be still advantageous,
> but there are proposals from two other companies,
> and they proposed custom products for NavCom.
> It is not clear what price range is set for the NRE,
> but, since it is only that a change is added to the existing product, I'd imagine that it won't be in the range of
$1M.
>
> > The reason we are not going with multiple proposals but only one is to clarify the proposal by Oki,
> > and at the same time, we want to see their reactions.
> > I believe it is better to start the negotiation without presenting conditions disadvantageous to Oki, such as
Exclusive, RR base selling, Modify right, etc.
> >
> > Of course, we are going to negotiate with them according to their reactions on that day.

> > Please let me consult with you about whether to prepare optional conditions on paper.
> > I will bring the negotiation rights.
>
> I understand what Mr. Inoue is saying.
> Before deciding whether to prepare the optional conditions on paper,
> could you explain its content?
> As I told you on the phone, if I can have it by tomorrow,
> I will review it
> at OSC.
>
> > If the reply is to be $560K, please understand that if it becomes a negotiation for an NRE Discount,
> > the first cut down target will be OSC 12%.
>
> Though I did not describe this in the e-mail yesterday, basically, we are supposed to
> pay a commission to the agencies.
> If this is also to be deleted, the negotiation between OSC's RSM and Rep is necessary before the negotiation
> with the customer.
> It may not be related to Oki-J much,
> but it means that the incentive is vital for Rep to operate as OSC.
>
> Also, I believe that the OSC commission is determined not by me, but by the upper management.
> Therefore,
> I need to obtain the content of the proposal to NavCom as soon as possible, and various matters must be
examined internally before going to the meeting with NavCom.
> That is all. I appreciate your cooperation.
>
> Ruben
> -----Original Message-----
> From: Scott Inoue [mailto:inoue381@oki.com]
> Sent: Tuesday, May 17, 2005 12:08 PM
> To: balbuena819@oki.com; 'Kamei (Oki-J)'
> Subject: RE: The Proposal to NavCom
>
> This is Inoue.
>
> I inserted my comments on the text as follows.
>
> > I have a several comments about the content of what was discussed on the phone with Mr. Inoue today.
> > First, the content we talked about on the phone is as follows.→ Mr. Inoue, if there are any errors, please
make corrections.
> >
> > 1. Peregrine Co. does not have sufficient resources to design the multi-chip advanced GPS RF LSI for
NavCom, so
> the plan is to outsource it to a Design House.
> > As a result of this, the design cost will double, from the previously quoted $500K to $1M.
> >
> > → Peregrine Co. has requested a ballpark quote from the Design House,
> so we should have their quote this week.
> $1M is only my guess. It is the outsourcing cost for 4-5 man-years.
>
> > → Oki will negotiate with Peregrine Co. so that Peregrine will be in charge of the design and the engineers
from Oki-J will participate in this.

CONFIDENTIAL

OKI_LW_018168

> > 2. The mask charge will increase from the previous quote of $300K to $350K.
> The prototype cost will remain unchanged at [$]300K. This is a correction.
>
> > 3. The business form to be proposed to NavCom is to receive only the half of the design cost from NavCom as an NRE, and the mask charge will be borne by Oki. Finished products will be sold to other customers as a standard product of Oki. This is what we will propose as the conditions.
>
> >
> > Allow me to make these comments and confirm the statements above:
> > 【Regarding Item 1】
- What are the reasons why the previously quoted design cost doubled? (I can imagine an increase to a certain extent, resulting from outsourcing, but it is surprising that it doubled.)
→ Instead of outsourcing, if resources within Peregrine Co. were increased (or Oki-J engineers were added), would the design cost be more than that?
>
> Since the previous quote was based on the assumption that two engineers at Peregrine were already included in the budget, if the whole thing is to be outsourced, the cost will double.
>
>
> > → Or, is it impossible technically and/or time-wise unless it is outsourced?
- If outsourced to a Design House, how are the design quality, progress, etc. going to be controlled? Is everything to be entrusted to the Design House?
>
> Peregrine will be in charge of the project management. Further, we are planning to ask them to do the whole design.
>
> > - When it is to be outsourced, it has to include the outsourcing company in the NDA when cooperating with NavCom.
> > [Regarding Item 3】
- What merits does this proposal (NRE: $500k, sold as standard products of Oki) bring to the customers? In other words, despite paying the $500K NRE, if Oki sells the products as its standard products, there is no advantage for NavCom.
>
> Since it costs $1.3M (Design & Fab) if it is 100% custom conditions,

> > if it is to be $500K, isn't it advantageous?
> > Specifically, assuming that the current BOM is $100, out of which RF BOM is $60,
> > by using the Oki's RF LSI chipset ($35), there will be a cost reduction of $500K annually (20K units)
> > In other words, they can recover the ROI in one year.

>→ Or, will there be some conditions placed that brings merits to NavCom, such as giving a one year exclusivity?
- If NavCom were to refuse this proposal, is there a room for negotiation?

>> > The reason we are not going with multiple proposals but only one is to clarify the proposal by Oki,
> > and at the same time, we want to see their reactions.
> > I believe it is better to start the negotiation without presenting conditions disadvantageous to Oki, such as Exclusive, RR base selling, Modify right, etc.
> >
> > Of course, we are going to negotiate with them according to their reactions on that day.
> > Please let me consult with you about whether to prepare Optional conditions on paper.
> > I will bring the negotiation rights.
>
> Development cost reduction negotiation: Due to the small mass production volume, it basically will not be reduced. However, if it is a small amount, we will accept per unit addition.
> Making them general-purpose products: We will consider setting up an exclusive period if they request it. (Currently, it is not clear
> whether it is important to them)
> However, according to the information so far, it is likely that the I/F specification can be sold as is to other companies,
> and in order to get internal approval for the product planning it is necessary to also sell this product to CSI Wireless and Novatel
> to increase revenue about threefold.
> We want to make the exclusive period as short as possible.

> During the previous visit, NavCom expected a specific business proposal. I feel like we did not give such a good impression since we could not present a business proposal. I believe it is necessary to prepare for the negotiation so that we can firmly present our positions during the meeting scheduled on 24th.
→ For instance, if the NRE negotiation is to be put on the table, will there be room for negotiation?
→ As I stated above, if NavCom does not sense any merits in this proposal, it will refuse to pay the NRE. Assuming such a scenario, I believe it is better to prepare several options so that we can negotiate on the spot as Bruce had talked about before,

> > As a reference, since the standard commission of OSC is 12%, if Oki-J is to directly collect the $500 NRE, the NRE for the customers will become $560K.
> If the reply is to be $560K, please understand that if it becomes a negotiation for an NRE Discount,
> > the first cut down target will be OSC12%.
>
> > That is all. I would appreciate your cooperation.
> >
> > Ruben

From: Scott Inoue <inoue381@oki.com>

Sent: Tuesday, May 17, 2005 7:10 PM

To: balbuena819@oki.com

Subject: RE: NavComへの提案


井上です。

開発費は、最低今期分の外注費を確保しなければならないため

着手時$300K、サンプル時$200Kとするつもりです。

明日中にビジネス本部からの条件を提示します。


====================================

Scott Inoue

Technology & Marketing Center

Oki Semiconductor

701 Palomar Airport Road, Suite 300

Carlsbad, CA 92009


Phone: 760-931-4754

Cell:   408-569-2683

Fax:    760-931-4850

E-mail:inoue381@oki.com

WWW.okisemi.com/us

====================================


> -----Original Message-----

> From: Ruben A. Balbuena [mailto:balbuena819@oki.com]

1

> Sent: Tuesday, May 17, 2005 3:56 PM

> To: 'Scott Inoue'

> Cc: Muneyasu (OSC)

> Subject: RE: NavComへの提案

>

>

> 井上様、

>

> 追加のコメントです。

>

> 先ほど宗安さんと話しまして指摘されたことがあります。開発費の支払いにつ

> いても

> 明確にしなければならないことがあります。

>

> OkiからPeregrineに開発を支払う方法、条件は如何でしょうか。すなわち、全

> 額を

> Upfrontで支払うのか、Amortizationしていただくのでしょうか。これは

> Oki-Jと

> Peregrineの間の問題かもしれませんが、Oki-JとOSCの間でNRE支払いの条件を

> 明確に

> しないといけません。これによって、OSCとしてどのような条件をNavComに提出

> する

> のか影響されます。

>

> また、先電話で話しましたが、明日までにOki－Jとして考えている提案をいた

> だい

> て、OSC社内でNavComへどのような形で提案するのか検討します。よって、

> NREや製品

> 価格をFOB-Jで出してもらって、それをベースにしてOSCでNavComへの提案を作

> 成しま

> す。

>

> 以上ですが、よろしくお願い致します。

>

> Ruben

>

> -----Original Message-----

> From: Ruben A. Balbuena

> Sent: Tuesday, May 17, 2005 2:29 PM

> To: Scott Inoue

> Cc: Muneyasu (OSC)

> Subject: RE: NavComへの提案

>

> 井上様、

>

> ご返答、ありがとうございます。

>

> 井上さんの返答についてコメントがあります。

>

> OSC及び代理店のコミッションについてコメントを入れていますので、本メール

> に亀

> 井さんを

＞コピーせず、宗安さんをCCで入れています。ご了承ください。

＞

＞＞100%のカスタム条件だと$1.3M(Design & Fab)かかるわけですから、

＞＞それが$500Kになるのであれば、価値はあるのでは？

＞＞具体的には、現在のBOMが$100で、其のうちRF BOMを$60と想定すると

＞＞これらをChip set $35のOki RF LSIにすることで年間（20K units)で$500Kの

＞コス

＞ト

＞＞ダウンです。

＞＞つまり、彼らも一年でROI回収できることになります。

＞

＞確かにROI回収及びシステムのコストダウンを考えてみるとメリットがあるかも

＞しれ

＞ませんが、

＞沖はスタンダード品で販売するなら、何かその上にメリットがない限りNREが拒

＞否さ

＞れるでしょう。

＞

＞NavComは確かにシステムの簡略化とコストダウンをターゲットとしていますが

＞、他の

＞GPSメーカと

＞の差別化も保持したいと思います。よって、他のメーカもこのChip Setをスタ

＞ンダー

＞ド品として手に

＞入れることになりましたら、その差別化縮まるでしょう。

＞

4

> 更に、今回沖のみの提案であればまだ有利であると思いますが、他社からの提
> 案もあ
> り、その
> 2社の提案ではNavComのカスタム製品にします。NREはどのような金額になって
> いるか
> わかり
> ませんが、既存の製品に変更を加えるだけだから$1M単位ではないと想像できま
> す。
>
> > 複数提案ではなく一本で行くのは、沖の提案を明確にするためであり、
> > かつ、彼らの反応をまず確認したい。
> > 最初から、Exclusive、RR base selling, Modify rightなど沖に不利な条件
> を出さ
> な
> > いで
> > 交渉を始めた方がよいと思っているからです。
> >
> > 当然、彼らから、当日状況に応じて交渉に応じるつもりです。
> > Optional conditionsをPaperで準備していくべきか、相談させてください。
> > 交渉権はもって行きます。
>
> 井上さんの趣旨を了解しました。Optional ConditionsをPaperで準備するか判
> 断する
> 前にその
> 内容を説明していただけませんか。昨日電話で話したように、明日までにいた

> だけれ

> ばOSCの

> 社内でReviewしたいと思います。

>

>> もし、$560Kで回答するのであれば、NRE Discount交渉になった場合の、

>> 最初のCut down対象がOSC12%になる事をご了承ください。

>

> 昨日のメールに記載しませんでしたが、基本的に代理店にもコミッションを支

> 払うこ

> とになっています。

> これも削除するなら、顧客と交渉する前にOSCのRSMとRepとの交渉をする必要が

> あり

> ます。Oki-Jと

> あまり関係ないことかもしれませんが、OSCとしてRepに活動してもらうために

> Incentiveが欠かせない

> ことです。

>

> また、OSCのコミッションについても、判断は小生ではなく上層部でされると思

> いま

> す。よって、

> NavComへの提案の内容をできるだけ早くいただいて、NavComとのミーティング

> に挑む

> 前に社内で

> いろいろな検討をしなければなりません。

>

> 以上ですが、よろしくお願い致します。

6

&gt;

&gt; Ruben

&gt; -----Original Message-----

&gt; From: Scott Inoue [mailto:inoue381@oki.com]

&gt; Sent: Tuesday, May 17, 2005 12:08 PM

&gt; To: balbuena819@oki.com; 'Kamei (Oki-J)'

&gt; Subject: RE: NavComへの提案

&gt;

&gt; 井上です。

&gt;

&gt; 下記の通り、文中にコメントします。

&gt;

&gt;&gt; 本日井上さんと電話で話した内容についていくつかコメントがあります。

&gt;&gt; まず、電話で聞いた内容が下記の通りです。→ 井上さん、誤りがありました

&gt;&gt; ら

&gt;&gt; 、訂

&gt;&gt; 正してください。

&gt;&gt;

&gt;&gt; 1. NavCom向けのマルチチップAdvanced GPS RF LSIを設計するために、

&gt;&gt; Peregrine社

&gt;&gt; はリソース不足であるため、外注のDesign Houseに依頼する予定です。これ

&gt;&gt; に

&gt;&gt; 伴い、

&gt;&gt; 以前見積もりしていた設計費は$500kから$1Mに倍増します。

&gt;&gt;      → Peregrine社はDesign Houseにおおよその見積もりを依頼しています

&gt;&gt; の

7

＞＞ で、今

＞＞ 週中に回答が来ます。

＞ $1Mはあくまで推測です。4-5人年の外注費用です。

＞

＞＞　　　　→ Okiは、Peregrine社が設計を取りまとめるように、そしてOki-Jの技

＞ 術

＞＞ 者も参

＞＞ 加するようにPeregrine社と交渉します。

＞＞ 2. マスクチャージは以前の見積もりから$300kから$350kに増加します。

＞

＞ 試作費用は、300Kのまま変わりません。訂正します。

＞

＞＞ 3. NavComに提案するビジネス形態は、設計費の半分のみをNREとして

＞ NavComか

＞＞ らいた

＞＞ だいて、マスクチャージはOkiが負担します。出来上がった製品はOkiの

＞＞ Standard製品

＞＞ としてその他のお客さんに販売します。提案するのはこの1つの形態だけです

＞ 。

＞＞

＞＞ 上記に対して、コメント及び確認をさせていただきます。

＞＞ 【項1に関して】

＞＞ - 以前見積もっていた設計費が倍増した理由は何故でしょうか。（外注に頼

＞ ん

＞＞ だらあ

＞＞ る程度増加することは想像できますが、倍になるとは驚きますね。）

8

＞＞　→外注に依頼せず、Peregrine社内でリソースを追加（あるいはOki-Jの技

＞術

＞＞者を

＞＞追加）してそれ以上の設計費がかかるのでしょうか。

＞

＞前回は、予算含めて既に確保しているPeregrine 2engneersを前提にしていまし

＞たの

＞で

＞丸ごと外注にすると約倍増します。

＞

＞

＞＞　→それとも技術的あるいは時間的に外注にしないと不可能でしょうか。

＞＞- Design Houseを利用したときに、設計の品質、進捗などはどのように管理

＞す

＞＞る予定

＞＞でしょうか。すべてDesign Houseに任せるのでしょうか。

＞

＞Project管理責任はPeregrineが担当します。更に、全体設計もお願いする予定

＞です。

＞

＞＞- 外注に依頼したときに、その外注を含んだNDAをNavComと提携する必要があ

＞り

＞＞ま

＞＞す。

＞＞

＞＞【項3に関して】

＞＞ - 本提案（NRE: $500k、沖のスタンダード製品として販売）はお客さんにと

＞ っ

＞＞ てどの

＞＞ ようなメリットがあるのでしょうか。すなわち、$500kのNREを払っているに

＞ も

＞＞ かかわ

＞＞ らず、沖はスタンダード品として他のお客さんに販売するならば、NavComと

＞ し

＞＞ て何の

＞＞ アドバンテージもありません。

＞

＞ 100%のカスタム条件だと$1.3M(Design & Fab)かかるわけですから、

＞ それが$500Kになるのであれば、価値はあるのでは？

＞ 具体的には、現在のBOMが$100で、其のうちRF BOMを$60と想定すると

＞ これらをChip set $35のOki RF LSIにすることで年間（20K units)で$500Kのコ

＞ スト

＞ ダウンです。

＞ つまり、彼らも一年でROI回収できることになります。

＞

＞＞ 　→ それとも、1年間のExclusivityを与えるとか、NavComにメリットとなる

＞ 条

＞＞ 件を

＞＞ つけるのでしょうか。

＞＞ - もし、NavComはこの提案を拒否した場合、交渉する余地があるのでしょう

＞ か

>＞。

>

> 複数提案ではなく一本で行くのは、沖の提案を明確にするためであり、

> かつ、彼らの反応をまず確認したい。

> 最初から、Exclusive、RR base selling, Modify rightなど沖に不利な条件を

> 出さな

> いで

> 交渉を始めた方がよいと思っているからです。

>

> 当然、彼らから、当日状況に応じて交渉に応じるつもりです。

> Optional conditionsをPaperで準備していくべきか、相談させてください。

> 交渉権はもって行きます。

>

> 開発費削減交渉：量産数量が少ないので、基本的には下げませんが、若干であ

> れば単

> 価上乗せも受け入れます。

> 汎用品化：Exclusive期間の設定要求があれば、考慮します。（現状、彼らにと

> って

> 重要か不明）

>         ただし、今までの情報では、I/F仕様もこのままで他社に売れる可能性

> も

> 高く、

>         かつ、商品企画を社内で承認を得るためには、CSI WIrelessやNovatelに

> も

> 本製品

> を売り、

> 　　Revenueを3倍程度にする必要もあります。

> 　　Exclusive期間は極力短くしたいところです。

>

> >　→ 前回の訪問のとき、NavComは具体的なビジネス提案を期待していました

> 。

> > その

> > ときにビジネス提案ができなかったことから、あまりいい印象を与えなかっ

> た

> > ような

> > 気がします。24日に予定されている打ち合わせでビジネス形態が確定できる

> よ

> > うに交

> > 渉の準備が必要と思います。

> >　→ たとえば、NREの交渉は机上しましたら、余地があるのでしょうか。

> >　→ しかし、上記のようにもしNavComが本提案にメリットを感じなければ、

> > NREの支

> > 払いは断るでしょう。このような場合を想定して、以前Bruceが話したように

> そ

> > の場

> > で交渉できるようにいくつかのオプションを用意したほうがいいと思います

> 。

> >

> > 因みに、参考としてOSCのスタンダードコミッションは12%であるため、

> Oki-Jは

> > $500

> > のNREをそのまま徴収するのであれば、お客さんに対するNREは$560kとなりま

> す

> > 。

>

> もし、$560Kで回答するのであれば、NRE Discount交渉になった場合の、

> 最初のCut down対象がOSC12%になる事をご了承ください。

>

> >

> > 以上ですが、よろしくお願い致します。

> >

> > Ruben

> >

> >

>

>

>

| From: | Scott Inoue <inoue381@oki.com> |
| --- | --- |
| Sent: | Tuesday, May 17, 2005 7:10 PM |
| To: | balbuena819@oki.com |
| Subject: | RE: NavComへの提案 |

井・・紊任后・・錫鮯w)開発費は、最低今期分の外注費を確保しなければならないため
着・・蠟・こ旭・ぢ、サンプル時$200Kとするつもりです。
明日中にビジネス本部からの・・魴錣鰗鸥跟雑します。

========================================
Scott Inoue
Technology & Marketing Center
Oki Semiconductor
701 Palomar Airport Road, Suite 300
Carlsbad, CA 92009

Phone: 760-931-4754
Cell: 408-569-2683
Fax: 760-931-4850
E-mail: inoue381@oki.com
WWW.okisemi.com/us
========================================

> -----Original Message-----
> From: Ruben A. Balbuena [mailto:balbuena819@oki.com]
> Sent: Tuesday, May 17, 2005 3:56 PM
> To: 'Scott Inoue'
> Cc: Muneyasu (OSC)
> Subject: RE: NavComへの提案
>
>
> 井・・緲諭☆・錫鮯w)・・錫鮯w)・・　函タ追加のコメントです。
>
> 先ほど宗安さんと話しまして指摘癭雹されたことがあります。開発費の支払いにつ
> いても
> 明確にしなければならないことがあります。
>
> OkiからPeregrineに開発を支払う癭雹方法、・・魴錣惑__燭任靴腓・迈擦・・垢覆錣繊∩鎌・錫鮯w)・・　函タ
額を
> Upfrontで支払う癭雹のか、Amortizationしていただくのでしょう癭雹か。これは
> Oki-Jと
> Peregrineの間の問題かもしれませんが、Oki-JとOSCの間でNRE支払いの・・魴錣鴾・錫鮯w)・・　函タ明確
に
> しないといけません。これによって、OSCとしてどのよう癭雹な・・魴錣鴾・令・闋に提出
> する
> のか影響されます。
>
> また、先電話で話しましたが、明日までにOki?Jとして考えている提案をいた
> だい
> て、OSC・・卞發・・令・闋へどのよう癭雹な形で提案するのか検討します。よって、
> NREや製品

CONFIDENTIAL

OKI_LW_018166

> 価格をFOB-Jで出してもらって、それをべ・跟札垢砲靴等・腕・ぢでNavComへの提案を作
> 成しま
> す。
>
> 以・・絭任垢・△荵蹐靴・エ蝿っ廚靴泙后・・錫鮎w)・・錫鮎w)・・ ミ・綷錫鮎w)・・錫鮎w)・・ ォ⑬⑬・厯蝪瘡
ヒ續麋飙⑬⑬Ⅷ碼暑u、芐・汝闃込吋玊迸閃 夕瘡碯綷甌碼暑u、芐・嗤銓込奕續籮溺 ヒ瘇 ッ桑 一旭・穏温
ホ夕碼暑u、芐・夬込噬阡侖侮阢縒碼暑u、芐・荼込藍銓増齦 ヲ腕迿錫鮎w)・・ ム・裙笏込準込令・闃への提
案
>
> 井・・緲諭☆・錫鮎w)・・錫鮎w)・・ 函タご返答、ありがとう瘂霤ございます。
>
> 井・・絭気鵑諒峻悊砲弔い膾灰瓮鵑筈・△蝿泙后・・錫鮎w)・・錫鮎w)・・ ヘ喘及び代理店のコミッションに
ついてコメントを入れていますので、本メ・跟札・錫鮎w)・・ 函に亀
> 井さんを
> コピ・跟擦擦此⊇^造気鵑騂・鍛で入れています。ご了・・気・世冗ぁ・錫鮎w)・・錫鮎w)・・ 、芐・碓衺のカ
スタム・・魴鍛世湸・け・宥偵皷芬 、瘂霤 卜痰・ぢかかるわけですから、
> >それが$500Kになるのであれば、価値はあるのでは?
> > 具体的には、現在のBOMが$100で、其のう瘂霤ちRF BOMを$60と想定すると
> >これらをChip set $35のOki RF LSIにすることで年間（20K units)で$500Kの
> コス
> ト
> >ダウ瘂霤ンです。
> >つまり、彼らも一年でROI回・・任④襪海筈砲覆蝿泙后・・錫鮎w)・・錫鮎w)・・ 函確かにROI回・・・擇
冐彎好膾爐離灰好肇瀬・逅札鵑鮃佑冂討澆襪肇瓮螢夆筈・△襪・瘇・錫鮎w)・・ 函タしれ
> ませんが、
> 沖はスタンダ・跟札鯎覆波稜笄垢襪覆幕・燭・修陲苳糸にメリットがない限りNREが拒
> 否さ
> れるでしょう瘂霤。
>
> NavComは確かにシステムの簡略化とコストダウ瘂霤をタ・跟札段奪筈筈靴討い泙垢・・錫鮎w)・・ 函
タ、側芐擦吏・錫鮎w)・・ ナ俘メ・跟札・漢・錫鮎w)・・ 函タの差別化も保持したいと思います。よって、側芐
擦離瓠・・カもこのChip Setをスタ
> ンダ・跟・・錫鮎w)・・ 函タ品として・・蝿・錫鮎w)・・ 函タ入れることになりましたら、その差別化縮まるで
しょう瘂霤。
>
> 更に、今回沖のみの提案であればまだ有利であると思いますが、側芐殺跟子からの提
> 案もあ
> り、その
> 2・・劼猟鵑討任・・令・闃のカスタム製品にします。NREはどのよう瘂霤な金額になって
> いるか
> わかり
> ませんが、既存の製品に変更を加えるだけだから$1M単位ではないと想像できま
> す。
>
> > 複数案ではなく一本で行くのは、沖の提案を明確にするためであり、
> > かつ、彼らの反応をまず確認したい。
> > 最初から、Exclusive、RR base selling, Modify rightなど沖に不利な・・魴・・錫鮎w)・・ 函タを出さ
> な
> > いで
> > 交・・弔鮖呂町迸・・荵い隼廚辰討い襪・猶任后・・錫鮎w)・・ 、芐纂碼暑u、芐・・・ 函タ当然、彼らから、
当日・・・靴鳳・犬童鬟苳残に応じるつもりです。

> > Optional conditionsをPaperで準備していくべきか、相談させてください。
> > 交・・銚△呂發辰胴圓④泙后・錫鮑w)・・錫鮑w)・・ 函丼・・紊気鵑陸跟資旨を了解しました。Optional
Conditionsをpaperで準備するか判
> 断する
> 前にその
> 内容を説明していただけませんか。昨日電話で話したよう癈電に、明日までにいた
> だけれ
> ばOSCの
> ・・卞發・・吶・纓したいと思います。
>
> > もし、$560Kで回答するのであれば、NRE Discount交・・弔砲覆辰職苓詞合の、
> > 最初のCut down対・・櫃・腕単段になる事をご了・気・世気ぁ・錫鮑w)・錫鮑w)・・ 函昨日のメ・跟札
襪傍VI楼靴泙擦鬼任靴燭・・露槝、紡娚・垢砲皀灰潯奪愬腑鵑飴・錫鮑w)・・ 函払う癈電こ
> とになっています。
> これも削除するなら、顧客と交・・弔垢訌阿・・腕・ぢのRSMとRepとの交・・弔鬚垢誑・廚・錫鮑w)・・ 函夕
あり
> ます。Oki-Jと
> あまり関係ないことかもしれませんが、OSCとしてRepに活動してもらう癈電ために
> Incentiveが欠かせない
> ことです。
>
> また、OSCのコミッションについても、判断は・・犬任呂覆・苓糸層部でされると思
> いま
> す。よって、
> NavComへの提案の内容をできるだけ早くいただいて、NavComとのミ・跟札膳・鶍・錫鮑w)・・ 函夕に挑
む
> 前に・・卞發・・錫鮑w)・・ 函夕いろいろな検討をしなければなりません。
>
> 以・・紊任垢・△茲蹐靴・エ蠅っ廚靴泙后・錫鮑w)・錫鮑w)・・ ミ・綣錫鮑w)・・ オ⑬⑬・曆蜴瘡 ヒ績黶娜
⑬⑬Ⅷ碣暑u、苓・汝闢込噬阡龠侮阨・檮瘙跟鏈暘阨絣険戦賽・闢歇碣暑u、苓・嚛銓込奕纈籬弱 ヒ瘟 ッ桑
ー旭・渦紺捲侏錫鮑w)・・ メ鏈 珉吾・若W厰戦賽・闢・・癈繪 ヲ・薜仏ъ碣暑u、苓・噛礑絅・ミ添 フ瘀亰・
ぢへの提案
>
> 丼・・紊任后・錫鮑w)・・錫鮑w)・・ 函夕王跟撒④猟未綸∧平罎縫灰瓮鵐箸靴泙后・錫鮑w)・・錫鮑w)・・
、苓・本日丼・・紊気鵑氾渡辰馬辰靴親睛討砲弔い討い・弔・灰瓮鵐箸・△蠅泙后・錫鮑w)・・ 、苓・まず、
電話で聞いた内容が王跟撒④猟未蠅任后・寇夕 函夕丼・・紊気鵐・踏蠅・△蠅泙靴・錫鮑w)・・ 函ら
> >、訂
> > 正してください。
> >
> > 1. NavCom向けのマルチチップAdvanced GPS RF LSIを設計するために、
> > Peregrine・・剱・錫鮑w)・・ 、苓・はリソ・跟札紘垳④任△襪燭瓠庵踏吏・偵皷芬 ニ阨黼に依頼する予定
です。これ
> に
> > 筈跟擦ぁ☆・錫鮑w)・・ 、苓・以前見積もりしていた設計費は$500kから$1Mに倍増します。
> >      → Peregrine・・劼・・偵皷芬 ニ阨黼におおよその見積もりを依頼しています
> の
> > で、今
> > 週中に回答が来ます。
> $1Mはあくまで推測です。4-5人年の外注費用です。
>
> >      → Okiは、Peregrine・・劼・澤廚鬢跟肢りまとめるよう癈電に、そしてOki-Jの技

> 術
> > ・・圓澄竕・錫鮑w)・・　、苳・加するよう瘢電にPeregrineに・劼噺鬢苳残します。
> > 2. マスクチャ・跟札犬楼柄阿慮・傻發蠅・・・こ旭・ぢから$350kに増加します。
>
> 試作費用は、300Kのまま変わりません。訂正します。
>
> > 3. NavComに提案するビジネス形態は、設計費の筈苳司・里澆鬐・厓・ぢとして
> NavComか
> > らいた
> > だいて、マスクチャ・跟札犬・・・・ぢが負担します。出来・・素・辰神宿複・・・・ぢの
> > Standard製品
> > としてその側苳擦里オ劼気鵑鉾稜笋靴泙后Ｄ鵤討垢襪里呂海吏・ぢつの形態だけです
> 。
> >
> > ・・綉④紡个靴董▲灰瓮鵄筏擇啌稜Γ翳気擦討い燭世④泙后・錫鮑w)・・　、苳・【項1に関して】
> > - 以前見積もっていた設計費が倍増した理由は何故でしょう瘢電か。（外注に頬
> ん
> > だらあ
> > る程度増加することは想像できますが、倍になるとは驚きますね。）
> >　　→　外注に依頼せず、Peregrine・・卞發妊蝓宗・・スを追加（あるいはOki-Jの技
> 術
> > ・・圓鬐・錫鮑w)・・　、苳・追加）してそれ以・素寮澤徔龝・・・襪里任靴腓・逅擦・・・錫鮑w)・・錫鮑w)・・
> 函夕前回は、予算含めて既に確保しているPeregrine 2engneersを前提にしていまし
> たの
> > で
> 丸ごと外注にすると約倍増します。
>
> >
> >　　→　それとも技術的あるいは時間的に外注にしないと不可能でしょう瘢電か。
> > - Design Houseを利用したときに、設計の品・・繊っ閉修覆匹呂匹里茲・逅擦亡浜・・錫鮑w)・・　函す
> > る予定
> > でしょう瘢電か。すべてDesign Houseに任せるのでしょう瘢電か。
>
> Project管理責任はPeregrineが担当します。更に、全体設計もお願いする予定
> です。
>
> > - 外注に依頼したときに、その外注を含んだNDAをNavComと提携する必要があ
> り
> > ま
> > す。
> >
> > 【項3に関して】
> > - 本提案（NRE: $500k、沖のスタンダ・跟札廟宿覆箸靴独稜筺砲呂オ劼気鵑砲漠・錫鮑w)・・　函っ
> > てどの
> > よう瘢電なメリットがあるのでしょう瘢電か。すなわち、$500kのNREを払っているに
> も
> > かかわ
> > らず、沖はスタンダ・跟札鰭覆箸靴洗・・のお客さんに販売するならば、NavComと
> し
> > て何の
> > アドバンテ・跟札犬發△蠅泙擦鵝・錫鮑w)・・錫鮑w)・・　ッ旭・ぢのカスタム・・魴鋊世漠・け・宥偵皴芬　、

瘀雹 卜痰・ぢかかるわけですから、
> それが$500Kになるのであれば、価値はあるのでは?
> 具体的には、現在のBOMが$100で、其のう瘀雹ちRF BOMを$60と想定すると
> これらをChip set $35のOki RF LSIにすることで年間（20K units)で$500Kのコ
> スト
> ダウ瘀雹です。
> つまり、彼らも一年でROI回・・・任④襪海箸砲覆蠅泙后・鍚鮱w)・・鍚鮱w)・・ 、茖・ → それとも、1年
間のExclusivityを与えるとか、NavComにメリットとなる
> ・・髯・鍚鮱w)・・ 、茖・件を
>> つけるのでしょう瘀雹か。
>> - もし、NavComはこの提案を拒否した・・豺隋・鬟茖残する勇茖暫呂・△襪里任靴腓・迯・・鍚鮱w)・・ 函
夕か
>>。
>
> 複数提案ではなく一本で行くのは、沖の提案を明確にするためであり、
> かつ、彼らの反応をまず確認したい。
> 最初から、Exclusive、RR base selling, Modify rightなど沖に不利な・鮖鐚髯・鍚鮱w)・・ 函夕出さな
> いで
> 交・・弔餝呂瓱進・・弈い隼廚辰討い襪・蕕任后・・鍚鮱w)・・鍚鮱w)・・ 函夕当然、彼らから、当日・・・靴
鳳・犬童鬟茖残に応じるつもりです。
> Optional conditionsをPaperで準備していくべきか、相談させてください。
> 交・・銚△呂發辰胴圓④泙后・鍚鮱w)・鍚鮱w)・・ 函夕開発費削減交・帖・婿鎖・未・茖晒ないので、基
本的には王跟擦欧泙擦鵑・▽跟祉干であ
> れば単
> 価・紘茖肢せも・・・影・譴泙后・鍚鮱w)・・ 函夕汎用品化：Exclusive期間の設定要求があれば、考慮し
ます。（現・・・・爐蕕砲漠・鍚鮱w)・・ 函夕って
> 重要か不明）
>  ただし、今までの・・霍鵑任連☆・逼等ぢ仕様もこのままで側茖殺跟子に売れる可能性
> も
> 高く、
> かつ、・・・迯刺粉靚茲鬟跟子内で・・鞠Γ鰆世襪燭瓱砲蓮☆・池・徂鰡跂韶やNovatelに
> も
> 本製品
> を売り、
> Revenueを3倍程度にする必要もあります。
> Exclusive期間は極力短くしたいところです。
>
>>  → 前回の訪問のとき、NavComは具体的なビジネス提案を期待していました
>。
>> その
>> ときにビジネス提案ができなかったことから、あまりいい印・・櫃鯵燭┐覆・・・鍚鮱w)・・ 函夕た
>> よう瘀雹な
>> 気がします。24日に予定されている打ち合わせでビジネス形態が確定できる
> よ
>> う瘀雹に交
>>・・弔僚猗・・・廚隼廚い泙后・・鍚鮱w)・・ 、茖・ → たとえば、NREの交・弔牢俉茖糸ましたら、勇茖
暫呂・△襪里任靴腓・迯擦・・鍚鮱w)・・ 、茖・ → しかし、・綉④里茲・迯擦砲發・・令・闢が本提案にメリ
ットを感じなければ、
>> NREの支
>> 払いは断るでしょう瘀雹。このよう瘀雹な・・豺腓鮱枋蠅靴董・柄・・択・・ぢが話したよう瘀雹に
> そ

＞＞の・・譌・錫鮑w)・・ 、荇・で交・・弔任④襪荵・近擦砲い・弔・離・廛彎腑鵑鯵儡佞靴燭曚・近擦・いい隼廚い泙・・錫鮑w)・・ 函夕。
＞＞
＞＞因みに、参考としてOSCのスタンダ・跟札疋灰潺奪彎腑鵑・渦・ぢであるため、
＞ Oki-Jは
＞＞$500
＞＞のNREをそのまま徴・・・垢襪里任△髱弌△才劼気鵑紡个垢・・厘・ぢは$560kとなりま
＞す
＞＞。
＞
＞もし、$560Kで回答するのであれば、NRE Discount交・・弔砲覆辰職荇詞合の、
＞最初のCut down対・・櫃・・腕単毆になる事をご了・・気・世気ぁ・錫鮑w)・・錫鮑w)・・ 、荇纂碣暑u、荇・・・函夕以・・紊任垢・△茲踖靴・エ蠅っ廚靴泙后・・錫鮑w)・・ 、荇纂碣暑u、荇・・・ ミ・綛錫鮑w)・・ 、荇纂碣暑u、荇・・・錫鮑w)・・錫鮑w)・・錫鮑w)・・錫鮑w)錫鮑w)w)鹿堆潰昭・塒名