EXHIBIT PX201

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| From: | Brian Hurst |
|---|---|
| Sent: | Monday, July 14, 2008 10:40 AM |
| To: | Georgina Peavey |
| Subject: | FW: Nova Shutdown Documents/Database |

FYI...

brian

-----Original Message-----
From: Ron Reedy
Sent: Monday, July 14, 2008 5:51 AM
To: Tanya Kadah
Cc: Brian Hurst; Rick Sanford
Subject: FW: Nova Shutdown Documents/Database

Tanya,

See below the PO number that we will receive Monday to close out the Navcom GPS program. As soon as you receive the PO, you can invoice the $132k as NRE.

Rick/Brian, this is the $132k I have in the NRE spreadsheet that I just sent out.

YEEHAW, this program is now officially dead and buried....r2

Best Regards
Ron Reedy
Founder & CTO
Peregrine Semiconductor
office: 858-731-9480
US mobile: 619-997-1761
Intl mobile: +1.858.699.8371
fax: 858.731.9499
r2@psemi.com


-----Original Message-----
From: T.Kamei [mailto:kamei452@oki.com]
Sent: Thursday, July 10, 2008 10:34 PM
To: Ron Reedy
Cc: Yuki Ushida; Anthony Maruko; Scott Inoue
Subject: RE: Nova Shutdown Documents/Database

Dear Ron-san,

I will issue PO soon. You can have the PO in Monday.
Please refer below.

1



CONFIDENTIAL

Trial Exhibit
PX201

PER_NAV_0030627

Number: P607-70012
Issue date: July 11, 2008
Description: NavCom chipset debug and redesign (Q1 FY08)
Amount: $132k

Please feel free to ask me if you may have any questions about this.

Best regards,
T.Kamei

-----Original Message-----
From: Ron Reedy [mailto:RReedy@psemi.com]
Sent: Friday, July 11, 2008 2:15 PM
To: Takahiro Kamei; Yuki Ushida; Anthony Maruko
Subject: FW: Nova Shutdown Documents/Database

Dear Kamei-san,

I am forwarding to you the final activity reports from TRF on the Navcom GPS project. This is the work done in June that we have discussed many times. It wraps up the project from our perspective and documents the status so that Navcom will have options to proceed if they choose to.

At this point, TRF is completely shut down and we have the status reports that would allow Navcom and TRF to pick up the project if they decide.

My understanding is that TRF has been told by Navcom that Navcom wanted to complete meetings with Oki to discuss the program. You are probably aware of this status more than I am.

I've also attached our quotation for the cost of the TRF activity in June. I had estimated the cost to you of about $130k, and as you can see including the proper shut down activity, the cost is $132,553.01, which is just the direct TRF costs. I have decided not to add in Peregrine's labor direct costs in June to keep Oki's expenses to a minimum.

I would like to request that you process this quotation as quickly as possible so I can invoice it and then pay TRF.

See you next week. I hope this is the end of this troublesome project...r2

Best Regards
Ron Reedy
Founder & CTO
Peregrine Semiconductor
office: 858-731-9480
US mobile: 619-997-1761
Intl mobile: +33.6.8361.8341 or +1.858.699.8371
fax: 858.731.9499
r2@psemi.com

CONFIDENTIAL

PER_NAV_0030628

-----Original Message-----
From: Irshad Rasheed [mailto:irasheed@tahoerf.com]
Sent: Monday, July 07, 2008 1:06 PM
To: Dan Nobbe; Ron Reedy
Subject: FW: Nova Shutdown Documents/Database

Ron,

Attached is the Nova Shutdown documentation as we discussed and agreed. With
this delivery we have completed all of the action items and deliverables on
this project. Please review and let me know if you've any questions. The package contains:

1) Presentations of status for the following activities:
   - Overview of status at shutdown
   - LNA redesign
   - ADC debug
   - 16 Mhz LPF redesign
   - VGA debug

2) Cadence databases for design and debug activities for:
   - RF chip
   - ADC chip

Also as we discussed, I'd appreciate if you could arrange for the final payment this week.

Thanks


-Irshad Rasheed
CEO/President, Tahoe RF Semiconductor Inc.,
T: 530.368.2498
F: 530.823.9787
E: irshad@tahoerf.com
www.tahoerf.com

CONFIDENTIAL

PER_NAV_0030629