EXHIBIT PX205

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| From: | Ruben Balbuena [balbuena819@oki.com] |
|---|---|
| Sent: | 5/15/2008 3:00:26 PM |
| To: | Galyean Paul [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA03496] |
| CC: | Lindsay Michael [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00049]; Ortyl Nicholas [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NO31921] |
| Subject: | RE: RF ASIC |

Paul,

I apologize for my late response to this request.

OKI-J has run analysis for both proposals from Tahoe RF on configuration of the chipset, and we run into the conclusion that the total cost for the chipset (either 3-chip or 4-chip) will remain at $35.00, same as the original price when we signed the agreement.

We can discuss the details during the call today.

Regards,

---

Ruben A. Balbuena
Senior Product Marketing Manager
OKI Semiconductor
Phone: (408) 737-6226
Cell: (408) 771-1247
E-mail: balbuena819@oki.com
http://www2.okisemi.com/

---

**From:** Galyean Paul [mailto:PGalyean@navcomtech.com]
**Sent:** Monday, May 12, 2008 2:31 PM
**To:** Ruben Balbuena
**Cc:** Lindsay Michael; Ortyl Nicholas
**Subject:** RF ASIC

Ruben—

I know Oki is looking at the issue of cost for chipsets in relation to the technical recommendation from Tahoe RF that four chips be used. From our perspective, if that is the right technical approach to meet the specifications, we can probably accept it, although to some extent it degrades one of our other needs (minimal real estate). However, we are not prepared to pay extra for it. The primary rationale for the chipset in the beginning was cost savings, and that remains true. I don't know how four chips in the proposed technology affects Oki's costs in comparison to the projected costs for three chips, but there will be strong resistance within Deere to increased cost for this chipset.

Regards,

Trial Exhibit
PX205

Paul

Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001
E-mail: pgalyean@navcomtech.com



fdpnmailgwapp3.dpn.deere.com made the following annotations
------------------------------------------------------------------------
CONFIDENTIALITY. This electronic mail and any files transmitted with it may contain information proprietary to NavCom Technology, Inc., or one of its affiliates, and are intended solely for the use of the individual or entity to whom they are addressed, shall be maintained in confidence and not disclosed to third parties without the written consent of the sender. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail. ------------------------------------------------------------------------