EXHIBIT PX217

DECLARATION OF BRETT M.
SCHUMAN IN SUPPORT OF
PLAINTIFFS NAVCOM TECHNOLOGY,
INC. AND DEERE & COMPANY'S
RENEWED MOTION FOR PARTIAL
JUDGMENT AS A MATTER OF LAW
PURSUANT TO FED. R. CIV. P. 50(b)

| From: | Knight Jerry [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=KNIGHTJ] |
|---|---|
| Sent: | 3/28/2005 11:00:07 AM |
| To: | Galyean Paul [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Galyeanp] |
| Subject: | FW: Navcom Technology Meeting |
| Attachments: | MultibandGPS.pdf |

Just in

-----Original Message-----
From: Bruce McCaig [mailto:bmccaig@lecc.com]
Sent: Sunday, March 27, 2005 12:59 PM
To: Knight Jerry
Subject: FW: Navcom Technology Meeting

Jerry,
Attached is the report. Oki would like to meet your team again, after they
construct final business proposal, by Late April / 2005. Once I get
specifics on the date, I will close the loop with you and see if this works
out with Navcom's scheduling of a meeting.

Regards,

Bruce McCaig
Luscombe Engineering
714-403-0713
www.lecc.com

-----Original Message-----
From: Ruben A. Balbuena [mailto:balbuena819@oki.com]
Sent: Friday, March 25, 2005 11:28 AM
To: 'Bruce McCaig'
Cc: 'Scott Inoue'; 'Patrick Marshall'; mark.brown@oki.com
Subject: RE: Navcom Technology Meeting

Bruce,

I apologize for the delay on sending the document for Navcom.

Oki-J has made an initial study to check the technical feasibility of
achieving NavCom's requirements for the integrated GPS RF LSI.

The attached document shows the initial results of this study, and we will
have a final report by the end of April that will also include a business
case proposal.

Please forward this information to NavCom and let them know that we would
like to have a face to face meeting at the end of April, or beginning of May
to address the business case and our technical proposal.

If you have questions, please let me know.

Best regards,

-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-
Ruben A. Balbuena R.
Oki Semiconductor
Logic Marketing
Product Marketing Engineer

Tel: 408-737-6226
Cell: 408-771-1247
E-Mail: balbuena819@oki.com
Web: http://www2.okisemi.com/us
-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-

-----Original Message-----
From: Mark Brown [mailto:mark.brown@oki.com]

**Trial Exhibit**

**PX217**



Confidential

NAV0068599

Sent: Thursday, March 24, 2005 10:44 PM
To: 'Ruben Balbuena'
Cc: 'Scott Inoue'; 'Patrick Marshall'; 'Bruce McCaig'
Subject: RE: Navcom Technology Meeting

Ruben,

Please provide OKI/J report to Bruce. He wants to use it as a reason to
visit Navcom and collect more data. Thanks!

-----Original Message-----
From: Mark Brown [mailto:mark.brown@oki.com]
Sent: Friday, March 18, 2005 10:03 AM
To: 'Bruce McCaig'
Cc: 'Ruben Balbuena'; 'Scott Inoue'; 'Patrick Marshall'
Subject: RE: Navcom Technology Meeting


Bruce,

I spoke with Scott Inoue. He said the evaluation report is complete, but he
wants an engineer in Japan to explain a few items. Ruben will receive it
next week and forward to you. It sounds like it is in a presentation
format. Once you get it, let us know how you want to present it (i.e. via
email or in person).

-----Original Message-----
From: Bruce McCaig [mailto:bmccaig@lecc.com]
Sent: Sunday, February 27, 2005 1:07 PM
To: Mark Brown
Cc: Ruben Balbuena; Scott Inoue; Takahiro Kamai; Doug Canterbury; Patrick
Marshall
Subject: Navcom Technology Meeting


Mark,
  Below are my notes on the Navcom Technology Meeting last Thursday.  As you
know, the goal of this meeting was for Oki to meet with the Navcom
engineering and program management staff and have a "first step" discussion
on the feasibility of Oki Semiconductor doing a Custom RF design utilizing
Oki Semiconductor's engineering resources and SOI process technology.  The
motivation of such a business relationship, would be for Oki to gain access
into the other GPS bands, so that they could ultimately come out with a
suite of GPS receivers to serve the wireless marketplace, in automotive,
portable and farming equipment markets, not to mention the obvious business
opportunity of supplying chips to Navcom's AGPS program, which at full
volume could exceed multiple millions of dollars in sales revenue.

Attendees:
Navcom Technology Inc, Jerry Knight, Mgr. AGPS, Paul Galyeon, Program
Manager AGPS, Jacob Makhinson, Sr. RF Engineer, Mark Rentz, Sr. Systems
Engineer

Oki Semiconductor, Scott Inoue, VP Wireless Systems, Takahiro Kamei, Sr.
Mgr, LSI, Ruben Balbuena, Staff Applications Engineer.

Luscombe Engineering, Bruce McCaig, Regional Sales Manager.

Meeting Agenda:

1)Navcom Advanced GPS RF ASIC Project.
- Review simplified RF Section Block Diagram.
- Discuss Detail RF Section.
- Specific Frequencies / Values.
- RF Section Performance Drivers.
- Reasons for the integrations from Navcom's perspective.
- Schedules & Milestones.

2) Key discussion points & actions Items:

- The Advanced GPS program will have a life span of ten years.
- RF Section initially discretely implemented, thus Navcom is motivated to
incorporate as much of the analog circuitry into a custom ASIC to insure

product availability, versus EOL scenarios.
- Multiple bands will need to be integrated, such as L1, L2 L5, L5A, L5B, E6 and L Band.
- Program is funded by John Deere and will eventually be incorporated into all John Deere products.
- Production is slated for 2006. Initially the RF portion will consist of discrete components and Navcom will merge Analog ASIC, without it impacting product launch.
- Production 2006 40,000 units, going to 200,000 units over time per year.
- Navcom has many patents that are revolved around this AGPS system. Mostly algorithmic in nature.
- Navcom is looking for a design partner. The level of the design interface has not been determined. John Deere may want to hold on to it's IP from this custom RF ASIC, or may be motivated to share this technology with Oki, based on some value proposition TBD.
- Oki's feeling is that the SOI is a good candidate for this design.

Actions
1) Oki Semiconductor to review specification (Kamai-san)

2) Oki to evaluate it's technology and determine if it has the capability from a technology perspective. Key issue is Noise figure. ( Feasibility report by mid / march based on internal VCO performance data that will be available by that time). Additionally, Kamei-san, will evaluate the level of integration that is available, based on Band selections. This data will be provided to Navcom via email. (Scott / Kamei-san).

3) Oki to visit again in April to present final technical capabilities. (Scott / Kamei-san)

4. Investigate John Deere potentials (B. Mccaig).

5. Navcom to discuss with John Deere, to what level will this interface be from a business perspective and advise Oki. (Paul Gayleon / Jerry knight / Bruce McCaig)

Regards,

Bruce McCaig
Luscombe Engineering
714-403-0713
www.lecc.com

Confidential

OKI

# Feasibility Study
# of
# Multi-band GPS Receiver

## Mar. 2005

## Silicon Solutions Company,
## Oki Electric Industry Co., Ltd

OKI CONFIDENTIAL

NAV0068602

Confidential

# OKI

# Introduction

- Initial technical concerns based on NavCom's requirements for Multiband GPS RF LSI

  - Achieve target System Noise figure < 2.5dB

  - Achieve target System Phase Noise < 2.5deg rms

  - Achieve AGC Range > 50dB

- We are presenting the result of the study on the technical feasibility to achieve the above target requirements

OKI CONFIDENTIAL

Confidential

OKI

Oki, / Network Solutions
for a Global Society

# Technical Feasibility

| Blocks | Specification | Projection | Recommend |
|--------|--------------|------------|-----------|
| LNA | System Noise Figure < 2.5 dB | LNA > 2.0 dB | External |
| VCO/PLL | System Phase Noise < 2.5 deg rms | C/N <-82dBc/Hz (PLL BW = 100 KHz) C/N <-70dBc/Hz (PLL BW = 400 KHz) *C/N(ML8142) = -75dBc/Hz > 16 MHz (~ BW x 40) | Frac-N PLL Ref. = 16.36864 MHz |
| AGC | >50 dB | > 55 dB | Step Attenuator + Gain Controlled LNA |

**OKI CONFIDENTIAL**

/er-1.0   3

NAV0068604

OKI

Oki, Network Solutions
for a Global Society

# Technical Feasibility - Details

## System Noise Figure < 2.5dB

- Testing done with existing ML8142 shows LNA's NF = 3dB
- Even with improvements the internal LNA's NF would be 1.5 ~ 2.0dB
- To achieve System NF < 2.5dB a LNA NF = 1dB is required
- Therefore, we recommend use of external LNA to achieve target System NF

## System Phase Noise < 2.5deg rms

- In order to achieve this PN, we need a VCO with C/N = -82dBc/Hz (PLL BW=100kHz)
- Existing ML8142's VCO has C/N = -75dBc/Hz (PLL BW = 16 MHz*1/40), making it unfeasible to achieve PN < 2.5deg
- However, by using a Frac-N PLL, we can obtain a PLL BW = 400kHz, and obtain a C/N < -70dBc/Hz at the VCO allowing a PN < 2.5deg
- By using this method we can achieve the target System PN of 2.5deg rms

### OKI CONFIDENTIAL

*Ver-1.0* **4**

NAV0068605

Confidential

OKI

# Technical Feasibility – Details

## • AGC Range > 50dB

- • We already have a test device using a step attenuator and gain controlled LNA that achieves AGC range > 55dB

- • The ML8150 (Digital TV Tuner) uses this step attenuator + gain controlled LNA and we will port it to the Multiband GPS RF chip

- • Achieving this AGC range won't be an issue

OKI CON FIDENTIAL

# OKI

*Oki, Network Solutions for a Global Society*

# Experimental Results of ML8142



OKI CONFIDENTIAL

Confidential

# OKI

Oki, *Network Solutions for a Global Society*

# Experimental Results of ML8150



**OKI CONFIDENTIAL**

Confidential

# Detailed RF Section

Oki, Network Solutions for a Global Society



Navcom Proprietary

OKI CONFIDENTIAL

OKI

# Conclusion

- By leaving the LNA external to the LSI, the System Noise Figure < 2.5dB can be achieved

- By using a Fract-N PLL we can achieve the System Phase Noise < 2.5deg rms at a reference freq of 16.36864MHz

- Using a step attenuator will allow us to achieve the AGC Range > 50dB

- Next steps:
  - Final result of technical feasibility study as well as proposal on business scenario will be ready by the end of April
  - We would like to have a face to face meeting again at the end of April to present the above

OKI CONFIDENTIAL

NAV0068610