EXHIBIT PX218

DECLARATION OF BRETT M.
SCHUMAN IN SUPPORT OF
PLAINTIFFS NAVCOM TECHNOLOGY,
INC. AND DEERE & COMPANY'S
RENEWED MOTION FOR PARTIAL
JUDGMENT AS A MATTER OF LAW
PURSUANT TO FED. R. CIV. P. 50(b)

| From: | Bruce McCaig [bmccaig@lecc.com] |
|---|---|
| Sent: | 4/29/2005 11:17:08 AM |
| To: | Knight Jerry [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=KNIGHTJ]; Galyean Paul [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=GALYEANP] |
| Subject: | Presentation for NavCom |
| Attachments: | MultibandGPS_rev2 0.pdf |

Jerry,
 Here's the copy of the Oki presentation you asked for.

Regards,

Bruce McCaig
Luscombe Engineering
714-403-0713
www.lecc.com



Goto, Yoko
EXHIBIT 219
DATE 09-09-13
REPORTER JB
Planet Depos, LLC

**Trial Exhibit**

**PX218**

NAV0068670

NAV0068671

OKI

# Feasibility Study of Multi-band GPS Receiver
## &lt;Ver.2&gt;

## Apr. 2005
## Silicon Solutions Company,
## Oki Electric Industry Co., Ltd

OKI CONFIDENTIAL

# Agenda

1. Explain Oki's feasibility study
2. Chip Partitioning Plan
3. Discussion
   - Spec
   - Development Schedule
   - Custom or Standard prod?
   - NRE
4. Future Collaboration NavCom&Oki ex) Products for consumer market
5. Wrap up

OKI CONFIDENTIAL

OKI

# Introduction

- Initial technical concerns based on NavCom's requirements for Multiband GPS RF LSI

  - Achieve target System Noise figure < 2.5dB
  - Achieve target System Phase Noise < 2.5deg rms
  - Achieve AGC Range > 50dB

- We are presenting the result of the study on the technical feasibility to achieve the above target requirements

OKI CONFIDENTIAL

NAV0068673

Confidential

# Technical Feasibility

Oki, Network Solutions for a Global Society

| Blocks | Specification | Projection | Recommend |
|---|---|---|---|
| LNA | System Noise Figure < 2.5 dB | LNA > 2.0 dB | External |
| VCO/PLL | System Phase Noise < 2.5 deg rms | C/N < -82dBc/Hz (PLL BW = 100 KHz) C/N <-70dBc/Hz (PLL BW = 400 KHz) *C/N(ML8142) = -75dBc/Hz > 16 MHz (~ BW x 40) | Frac-N PLL Ref. = 16.36864 MHz |
| AGC | >50 dB | > 55 dB | Step Attenuator + Gain Controlled LNA |

OKI CONFIDENTIAL

Confidential

# Technical Feasibility – Details

## • System Noise Figure < 2.5dB

- Testing done with existing ML8142 shows LNA's NF = 3dB
- Even with improvements the internal LNA's NF would be 1.5 ~ 2.0dB
- To achieve System NF < 2.5dB a LNA NF = 1dB is required
- Therefore, we recommend use of external LNA to achieve target System NF

## • System Phase Noise < 2.5deg rms

- In order to achieve this PN, we need a VCO with C/N = -82dBc/Hz (PLL BW=100kHz)
- Existing ML8142's VCO has C/N = -75dBc/Hz (PLL BW = 16 MHz*1/40), making it unfeasible to achieve PN < 2.5deg
- However, by using a Frac-N PLL, we can obtain a PLL BW = 400kHz, and obtain a C/N < -70dBc/Hz at the VCO allowing a PN < 2.5deg
- By using this method we can achieve the target System PN of 2.5deg rms

OKI CONFIDENTIAL

Confidential

# Technical Feasibility - Details

## AGC Range > 50dB

- We already have a test device using a step attenuator and gain controlled LNA that achieves AGC range > 55dB

- The ML8150 (Digital TV Tuner) uses this step attenuator + gain controlled Amplifier and we will port it to the Multiband GPS RF chip

- Achieving this AGC range won't be an issue

OKI CONFIDENTIAL

Confidential

# OKI

## Experimental Results of ML8142

Oki, Network Solutions for a Global Society



NAV068677

Confidential

# Experimental Results of ML8150

Oki, Network Solutions for a Global Society



OKI CONFIDENTIAL

# OKI

# Chip Partitioning Plan

## Receiver Chip-1



### Receiver Chip-2 n2com Proprietary

### VCO/PLL Chip

OKI CONFIDENTIAL

Confidential

# OKI

## Conclusion

- By leaving the LNA external to the LSI, the System Noise Figure < 2.5dB can be achieved

- By using a Fract-N PLL we can achieve the System Phase Noise < 2.5deg rms at a reference freq of 16.36864MHz

- Using a step attenuator will allow us to achieve the AGC Range > 50dB

- Dual band receiver chip + VCO/PLL chip solution will reduce risk of sensitivity issues

- Dual band receiver chip allows metal option for certain receiving bands

OKI CONFIDENTIAL

Confidential

**OKI**

# Milestone

- **Today** :: **Discussion our feasibility study**
  :: **Discussion business plan**

- **Mid May.** :: **Detail technical discussion**

- **End Jun.** :: **Fix development spec.**
  **(Top level & Block specifications)**

  :: **Fix development schedule**

- **End Jul.** :: **Sign a contract**
  :: **Design kick-off**

  "

  "

- **(TBD)** :: **Prototype samples**

OKI CO''''DENTIAL

Confidential



# Further Questions

1. Need IP3 or P1dB and NF specifications as a function of RX level (AGC setting)
2. Temperature range, Power supply voltage?
3. Need selectivity requirements for LPFs
   - External RF preselector and IF SAW, so just anti-alias function?
   - Tuning or high-order response required?
4. External 12 bit A/D is acceptable?
5. 40Mbps~4bit A/D output format (CMOS, LVDS, multiplexed)?
6. Synthesizers (we need further feasibility about phase noise)
   - Integer-N synth for L1, L2, L5 would ensure spec or not?
     - 3 Frac-N synths would cost extra 0.5 mm^2
     - Frac-N would ensure better noise performance and common PD frequencies
   - Close to integer for E5b and E6
   - L-band PLL should be Frac-N
   - A/D clock PLL is integer-N

**OKI CONFIDENTIAL**

Confidential