EXHIBIT PX228

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

## Nova RF ASIC
## Justification

In FY05, NCT has worked on a Tech Council project for the development of an RF ASIC to be used in the Nova Advanced GPS/GNSS Engine and in subsequent GPS/GNSS products based on the Nova Engine.

After considering various design characteristics, and meeting with several potential partners/vendors for the chip, a down-selection was made to Oki Semiconductor. The rationale for this decision was given in earlier documents and is not repeated here, but Oki's ability to do the engineering involved as well as the chip fabrication is important.

The Oki design involves three chips, one for the L1/L-band frequency range, one for the L2/L5 frequency band, and one synthesizer/PLL chip. Collectively, these are referred to as the 'RF ASIC", but there are actually three chips involved.

There are strong technical and economic reasons for using the RF ASIC instead of the present discrete design:

- Cost is decreased significantly.
- The parts count is greatly reduced (increased reliability and easier manufacturing).
- The Nova board size is decreased.
- Power is decreased.

The reduced parts cost and count are very large considerations:

- The present RF board has 870 passive components.
- Using the RF ASIC cuts down the number of passives from 870 to 373.
- We will also eliminate 15 transistors, 13 varicaps and 21 miscellaneous ICs.
- The total cost of saved parts is $74.
- The cost of the RF ASIC is $35.
- The net parts savings is $39.
- Additional saving will come from the PCB simplification.

The cost to NCT for the development of the RF ASIC is $570K. Oki estimates the total cost of the project at $1,480K, but are covering the excess above $570K themselves in return for being allowed to sell the resulting chips on the open market.

The NRE paid to Oki is not the complete cost of putting the RF ASIC technology into Nova in place of the discrete design. NCT will incur additional engineering costs in supporting this development, in the test and evaluation of the chips, and in the re-design and testing to insert them onto the Nova board, and these costs must be considered as well. We estimate these costs at $400K (fully burdened).

Trial Exhibit

PX228

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NAV0045821

The $970K of total cost is recovered in approximately 25,000 Nova boards, less than two years of the AMS Gen5 production. NCT volumes will ensure that this quantity is reached before two years.