EXHIBIT PX261

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

Message

**From:** Knight Jerry [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=KNIGHTJ]
**Sent:** 5/31/2005 1:37:13 PM
**To:** Galyean Paul [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Galyeanp]
**Attachments:** RF ASIC Vendor Selection.ppt

Trial Exhibit
PX261

NAV0082332

# RF ASIC Vendor Selection

May 31, 2005

NAV0082333

# Companies

- Maxim
    - Modify existing CMOS GPS RF ASIC
    - Foundry by Maxim
    - Maxim has long history of GPS RF products
- OKI
    - Partner with Peregrine for new SOI design
    - Foundry by OKI
    - OKI has a short history with GPS RF
- Jazz
    - New CMOS of SiGe design by KT Micro.
    - Foundry by Jazz
    - Jazz is a high volume wafer house
        - KT micro is a 10 person So. Cal. RF ASIC design house
        - Jazz minimum production order is 25 wafers (50 K parts)
        - Jazz does not typically provide wafer testing, packaging support, etc.

NAV0082334

# Maxim Propoal

- Maxim has an existing L1 RF ASIC that marginally fits Nova requirements
    - An L2 modification is planned, but no corporate commitment
- Maxim will modify design to meet NavCom's requirements:
    - Two types of ASIC:
        - L1/L-band
        - L2/L5
    - 1 ASIC per band in receiver
    - $750K development
    - Maxim will sell parts with 5% royalty to NavCom
    - Estimated cost $5-8 per ASIC ($20-$32 total)
- Schedule TBD (estimated 12 to 18 mo.)

# OKI Proposal

- New design based upon existing GPS SOI RF ASIC
- 4 different ASIC proposed
  - Frequency Synthesizer
  - L1/L-band (L-band A/D off chip)
  - L2/L5
  - E5B/E6 – future project
- Total cost $1480K
  - Cost to NavCom $570 K
  - OKI would add chips to their standard product line
  - Chip Set Cost
    - $35 @50K,
    - $25 50K to 200K
    - $20 >200K
- Schedule: 10 Months to first samples
- OKI would also like to explore strategy to add StarFire to their product line
  - Additional meetings are planned by NavCom to discuss this strategy

NAV0082336

# Jazz Proposal

- All new design
  - KT Micro will modify existing RF IC sections to meet requirements
  - 1 chip for L1, L-band, L2, L5
- Jazz will produce chips
  - Jazz has proposed several ways to meet NavCom's "low-volume" requirements
  - TBD: Jazz will identify another partner company for testing and packaging
- Cost $1960K
- Chip cost TBD
- Schedule: ~70 weeks to first samples

# Detailed Comparison (1)

| Criteria | Maxim | Oki Semiconductor | Jazz Semiconductor |
|---|---|---|---|
| Organization | In house: N. Cal | In house, in Japan | KT Micro in Orange County |
| Process | CMOS or Bi-polar | SOI: Good for multi-band | CMOS, .18um |
| Experience | Extensive RF IC product line | One L1 GPS RFIC. OKI's history is as a digital house. | Existing library of synthesizers, mixers, A/D's, etc. No GPS chips. |
| Architecture | Maxim's design is marginal fit to NavCom's architecture. Maxim will modify design to fully meet NavCom's needs. | Very close to current Nova RF. Three chips. | Very close to current Nova RF. One chip. |

NAV0082338

# Detailed Comparison (2)

| Criteria | Maxim | Oki Semiconductor | Jazz Semiconductor |
|---|---|---|---|
| Engineering Interface | Unknown. | At least one layer removed. | KT micro engineers have been very accessible |
| Schedule | ~1 year to first parts | ~10 mo. To first parts | ~70 weeks to first parts |
| Chip Set | 1 ASIC per RF band<br>E5B, E6 TBD | 3 chips<br>E5B or L6 future chip | 1 chip for all 4 frequencies<br>No E5B or L6 |
| Development | Maxim's RF IC development process | OKI standard RFIC development. (Previously, Oki prototyped sub-sections before building full ASIC) | At least two stages of MPW-shuttle prototypes will be used to verify sub-section designs |

NAV0082339