EXHIBIT PX270

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| | |
|---|---|
| From: | Galyean Paul [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=GALYEANP] |
| Sent: | 5/19/2007 10:50:32 AM |
| To: | balbuena819@oki.com |
| CC: | Dan Losser [dlosser@peregrine-semi.com]; Dan Nobbe [dnobbe@peregrine-semi.com]; fujita336@oki.com; Lindsay Michael [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Lindsaym]; Fawcett Craig [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Fawcettc]; Makhinson Jacob [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Jmakhinson]; Rentz Mark [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Rentzm]; Knight Jerry [/O=NAVCOM/OU=TORR.NAVCOM.COM/CN=RECIPIENTS/CN=Knightj] |
| Subject: | FW: More R0 PCB Troubleshooting |
| Attachments: | RF_2_ASIC_Diagram.ppt; PLL_ASIC_Diagram.ppt; PCB_SN20_PointD.pdf; PCB_SN20_Basband_Output.pdf |

Ruben—

Unfortunately, I am sorry to report that our finding is the same as yours: the RF ASICs have major failures and are not operative. We were hoping that the test structure you used initially with the chips in sockets was responsible for the results you found, but we have similar results with chips soldered to our R0 test boards.

The types of failures on the four R0 boards we have tested to date are extensive and are not the kind of failures that we can mitigate externally, as we could with the digital ASIC. At this point, I do not think there is any likelihood that testing is the problem; we believe the chips are faulty.

I am forwarding below some of Jacob Makhinson's initial findings. We will provide more details in subsequent communications, but the message below will give you a sense of our test results so far.

Obviously, this is a major problem for us. I don't know where you are in your new test process, and we will continue to investigate with some additional boards, but it appears to me that we now have confirmation that the chips are not operative.

We will need to talk during this coming week about how we should proceed. I am thinking that you and I should talk on Monday, and perhaps later in the week have a larger conversation to address what we collectively should do next.


Regards,

Paul


Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001
E-mail: pgalyean@navcomtech.com



Confidential

Trial Exhibit
PX270

NAV0069831

**From:** Makhinson Jacob
**Sent:** Friday, May 18, 2007 6:56 PM
**To:** Galyean Paul
**Cc:** Knight Jerry; Rentz Mark; Xia Yongping; Li David
**Subject:** More R0 PCB Troubleshooting

Paul,

I did more work with the four R0 boards that we have (serial # 05, 08, 09, 20). Here is a summary of preliminary findings regarding the performance of the RF ASIC chipset: (an LNA with a 37 dB gain has been connected to the RF input terminal of the PCB; L1, L5 and LB circuits have been disabled to avoid interference with the L2 signal chain).

Group A: Findings common to all 4 boards:

1. 40 MHz clock output is missing – all 3 outputs an all 4 boards (this is a triple buffer output) (please refer to PLL ASIC Diagram)
2. L1 PLL is not locked (VCO output is present – free running)
3. L5 PLL is not locked (VCO output is present – free running)
4. LB PLL is not locked (VCO output is present – free running)
5. 560 MHz PLL is locked – point G in a diagram
6. There is a noticeable Loop Voltage temperature drift (from power-on to "normal" temperature (couple of minutes)
7. RF signal has been observed at the input and output terminals of the RF filter in the L2 signal chain – points A and B in the RF2 ASIC diagram
Internal LNA (RF AMP L2 in the diagram) is functioning; the frequency response flatness is degraded;

Group B: Findings unique to some boards:

1. 900 MHz PLL is locked on boards # 05, 08, 20 – point H in a diagram
2. L2 PLL is locked on boards # 08, 09, 20 – point F in a diagram
3. There is no signal at the output of the 1st Mixer (point C) on boards # 05, 08, 09
4. A signal was observed at the mixer output (point C) on board # 20. This board was selected for further investigation. L2 signal chain has been studied since L2 is the only functioning 1st LO.

R0 PCB serial # 20 – findings:

1. The signal level at the mixer output (point C) is subject to considerable drift (vs. time or (and) temperature. At some point during the day (am) the signal level at the mixer output reached its nominal level – 10 dB higher than at point B (the mixer gain is approximately 10 dB). Through the rest of the day the mixer output signal drifted to a lower level (15 – 20 dB) and never recovered. A Spectrum Analyzer screenshot at point D (SAW filter output) is attached. The SAW filter 32 MHz Bandwidth and the sharp skirts can be observed.
2. The last measurement was performed at the Baseband signal output (A/D input) – point E. Since the Offset loop and AGC loop are not functioning, the Offset value was fixed half-way between supply and ground (1.45 V DC), and AGC was varied manually. The expected waveform – a flat 16 MHz section and fast fall-off due to the SAW filter and LPF Baseband filter is missing. A Baseband screenshot at Point E has been attached: the first plot was taken at a minimum AGS value, the second – at the maximum AGC value. There is surprisingly little change in signal level considering very wide AGC range.

Regards,

Confidential
NAV0069832

Jacob




Confidential
NAV0069835





