EXHIBIT PX278

DECLARATION OF BRETT M.
SCHUMAN IN SUPPORT OF
PLAINTIFFS NAVCOM TECHNOLOGY,
INC. AND DEERE & COMPANY'S
RENEWED MOTION FOR PARTIAL
JUDGMENT AS A MATTER OF LAW
PURSUANT TO FED. R. CIV. P. 50(b)

 **Nobbe, Dan W. (Vol. 01) - 06/20/2013**          1 CLIP  (RUNNING 00:30:26.256)

 Could you please state your full name and ...



DN_01                    **77 SEGMENTS  (RUNNING 00:30:26.256)**

**1. PAGE 14:12 TO 14:13  (RUNNING 00:00:07.509)**

          12                    DAN WILLIAM NOBBE,
          13   having been first duly sworn, testified as follows:

**2. PAGE 14:19 TO 14:22  (RUNNING 00:00:10.615)**

          19        Q.  Could you please state your full name and
          20   address?
          21        A.  Dan William Nobbe, 3407 Royal Woods Drive,
          22   Crystal Lake, Illinois 60014.

**3. PAGE 16:22 TO 16:24  (RUNNING 00:00:05.909)**

          22        Q.  Do you understand that you're here to testify
          23   today on behalf of Peregrine Semiconductor Corporation?
          24        A.  I do.

**4. PAGE 17:12 TO 17:15  (RUNNING 00:00:11.614)**

          12        Q.  Mr. Nobbe, do you understand that you're here
          13   today to testify on the topics listed in the areas of
          14   testimony subject to Peregrine's objections?
          15        A.  I do.

**5. PAGE 20:15 TO 20:19  (RUNNING 00:00:17.990)**

          15        Q.  What is your current position at Peregrine?
          16        A.  VP of RF integration.
          17        Q.  And what are your job responsibilities?
          18        A.  I lead the research of next generation products
          19   for Peregrine.

**6. PAGE 21:05 TO 21:17  (RUNNING 00:00:53.232)**

          05        Q.  And did you have any prior titles at Peregrine?
          06        A.  I did.
          07        Q.  And what were those?
          08        A.  VP of engineering.
          09        Q.  Any titles other than VP of engineering?
          10        A.  As I recall, I was director of design center.
          11        Q.  And what were your responsibilities as VP of
          12   engineering?
          13        A.  I managed and led all development activities for
          14   Peregrine.  IC development activities, I should say.
          15        Q.  And did that include involvement in the NOVA RF
          16   ASIC project?
          17        A.  It did.

**7. PAGE 46:22 TO 46:24  (RUNNING 00:00:15.717)**

          22        Q.  Okay.  Did Peregrine do and feasibility studies
          23   in connection with the RF -- NOVA RF ASIC project?
          24        A.  Yes.

**8. PAGE 47:19 TO 47:21  (RUNNING 00:00:14.622)**

          19        Q.  All right.  When were those feasibility studies
          20   performed?
          21        A.  Generally, 2005 to 2006 time frame.

> **Trial Exhibit**
>
> **PX278**

**9. PAGE 49:09 TO 49:11 (RUNNING 00:00:10.465)**

```
09      Q.  Were there any problems identified that could
10  not be resolved through trade-offs, in making
11  engineering decisions?
```

**10. PAGE 49:13 TO 49:14 (RUNNING 00:00:02.924)**

```
13      THE WITNESS:  Problems that can -- what did you
14  say, could not be --
```

**11. PAGE 49:16 TO 49:16 (RUNNING 00:00:02.041)**

```
16      Q.  That could not be -- be resolved.
```

**12. PAGE 49:18 TO 49:19 (RUNNING 00:00:01.611)**

```
18      THE WITNESS:  So what would -- not that I
19  recall.
```

**13. PAGE 49:22 TO 49:24 (RUNNING 00:00:06.743)**

```
22      Q.  Mr. Nobbe, I've handed you what's been marked as
23  Exhibit 3.  Could you take a moment and review that
24  document?
```

**14. PAGE 49:25 TO 50:04 (RUNNING 00:00:14.489)**

```
25      A.  Okay.
00050:01    Q.  Do you recognize this document, Mr. Nobbe?
02      A.  Vaguely, yes.
03      Q.  Where -- where do you recognize it from?
04      A.  Well, it -- apparently I created it in 2005.
```

**15. PAGE 51:06 TO 51:14 (RUNNING 00:00:51.475)**

```
06      Q.  And then internal page 5, there's a heading that
07  says "Questions about the chipset and specifications."
08  And then the statement below that says, "Certain that
09  the chipset is feasible in this technology."  What
10  technology does that refer to?
11      A.  Based on information in the document, the
12  previous page, internal page 4, Assumption 1 says,
13  "Assume quarter micron process," which would be quarter
14  micron UltraCMOS process, at the time.
```

**16. PAGE 52:05 TO 52:05 (RUNNING 00:00:01.999)**

```
05      Q.  Did you believe it would work?
```

**17. PAGE 52:07 TO 52:09 (RUNNING 00:00:06.437)**

```
07      THE WITNESS:  If I recall, I believe the -- this
08  technology was capable of realizing the functions
09  required for the chipset.
```

**18. PAGE 57:22 TO 57:23 (RUNNING 00:00:07.122)**

```
22      Q.  Who -- who performed the design work on the NOVA
23  RF ASIC project?
```

**19. PAGE 57:25 TO 57:25 (RUNNING 00:00:01.330)**

```
25      THE WITNESS:  At what time?
```

**20. PAGE 58:02 TO 58:21 (RUNNING 00:01:51.047)**

```
02      Q.  Around the 2005 time frame, starting in the 2005
03  time frame.
04      A.  "Design work" meaning -- what -- what type
05  design work?
06      Q.  The initial steps of going from the spec to
07  something that could be built.
```

```
08      A.  Okay.  So ACCO, Oki, and Peregrine is involved
09 in system design but -- but not the circuit design.  And
10 to some extent NavCom was involved in the sense that
11 they were participating in the system level trade-offs.
12      Q.  What's the difference between system design and
13 chip design?
14      A.  System circuit, yeah.  System design is
15 describing the requirements of a certain circuit block,
16 for example, an amplifier or a filter.  And you can run
17 calculations and simulations based on its gain and other
18 parameters that are associated with that block.  Circuit
19 design is then taking those block specifications and
20 realizing it at a transistor level, transistor level
21 design as opposed to block level design.
```

**21. PAGE 59:23 TO 59:24 (RUNNING 00:00:04.506)**

```
23      Q.  I've handed you what's been marked as Exhibit 6.
24 Can you take a moment and look that over?
```

**22. PAGE 59:25 TO 60:08 (RUNNING 00:00:23.865)**

```
      25      A.  Okay.
00060:01      Q.  Do you recognize this document?
      02      A.  Yes.
      03      Q.  From where do you recognize this document?
      04      A.  From many years ago.
      05      Q.  Did you -- did you work on putting this document
      06 together?
      07      A.  I believe I participated in the creation of this
      08 document.
```

**23. PAGE 60:16 TO 61:04 (RUNNING 00:01:10.105)**

```
      16      Q.  Then at internal page 5, there's a discussion of
      17 specifications and architecture.  The last bullet point
      18 says, "Generally NavCom is willing to let us implement
      19 the chipset how we see fit."
      20          What does that refer to?
      21      A.  It's a pretty broad statement.  I think it --
      22 when I read it in conjunction with the subsequent
      23 statements, as I recall, NavCom has profound system
      24 expertise but had limited IC expertise, and their goal
      25 was to take the -- the system that they had, which was
00061:01 comprised of multiple chips from different -- many
      02 different vendors, and ask, you know, Oki/Peregrine/ACCO
      03 to -- to take this overall system and realize it in the
      04 form of integrated circuits.
```

**24. PAGE 81:24 TO 82:02 (RUNNING 00:00:16.479)**

```
      24      Q.  When were first prototypes received?
      25      A.  Sometime in 2007.
00082:01      Q.  Spring 2007?
      02      A.  It looks that way.
```

**25. PAGE 82:24 TO 82:25 (RUNNING 00:00:03.267)**

```
      24      Q.  First of all, was -- were the prototype chips
      25 functional?
```

**26. PAGE 83:02 TO 83:09 (RUNNING 00:00:18.755)**

```
      02          THE WITNESS:  "Functional" meaning did they turn
      03 on or what -- what --
      04 BY MS. WALSH:
      05      Q.  Did they -- well, did they turn on?
      06      A.  Yes.
      07      Q.  Did they perform the functions that they were
      08 intended to perform?
```

```
      09      A.  Generally, yes.
```

**27. PAGE 83:10 TO 83:12 (RUNNING 00:00:04.712)**

```
      10      Q.  Was there any aspect in which they did not
      11 perform the functions that they were intended to
      12 perform?
```

**28. PAGE 83:15 TO 83:19 (RUNNING 00:00:06.611)**

```
      15         THE WITNESS:  They may not have met
      16 specification requirements.
      17 BY MS. WALSH:
      18      Q.  Sorry.  What was that?
      19      A.  They didn't meet specification requirements.
```

**29. PAGE 91:07 TO 91:09 (RUNNING 00:00:08.505)**

```
      07      Q.  I've handed you what's been marked as
      08 Exhibit 12.  Do you recognize that document, Mr. Nobbe,
      09 or that document and its attachment?
```

**30. PAGE 91:10 TO 91:17 (RUNNING 00:00:17.010)**

```
      10      A.  My name is on it, so I vaguely recall its
      11 contents, yes.
      12      Q.  And your name is in the "to" field.  Correct?
      13      A.  That's correct.
      14      Q.  Any reason to think you didn't receive this
      15 e-mail attachment around -- on or about September 11,
      16 two thousand --
      17      A.  No reason to assume otherwise.
```

**31. PAGE 92:10 TO 92:11 (RUNNING 00:00:07.885)**

```
      10      Q.  At the time, did you have any difficulty getting
      11 ACCO to respond regarding the NavCom debug?
```

**32. PAGE 92:12 TO 92:18 (RUNNING 00:00:29.320)**

```
      12      A.  It's what the e-mail indicates.  I don't recall
      13 exactly.
      14      Q.  ACCO eventually discontinued work on the NOVA RF
      15 ASIC project.  Correct?
      16      A.  Correct.
      17      Q.  And when did that happen?
      18      A.  As I recall, towards the end of 2007.
```

**33. PAGE 93:05 TO 93:13 (RUNNING 00:00:39.515)**

```
      05      Q.  Second to last sentence in the first paragraph
      06 of the same e-mail says, "Finally an official statement
      07 of what we've been expecting for a while."
      08         Was there anything leading up to this e-mail
      09 that indicated that they were going to discontinue work
      10 on the RF -- the NOVA RF ASIC project?
      11      A.  As I recall and as this e-mail kind of
      12 indicates, the responsiveness was diminishing over time,
      13 pulling away from the program.
```

**34. PAGE 107:10 TO 107:12 (RUNNING 00:00:12.286)**

```
      10      Q.  At the outset of the NOVA RF ASIC project, were
      11 you aware of a deadline by which Oki would deliver
      12 prototype chips to NavCom?
```

**35. PAGE 107:14 TO 108:02 (RUNNING 00:00:39.089)**

```
      14         THE WITNESS:  Oki deadline.  No, I was not aware
      15 of an Oki deadline.
      16 BY MS. WALSH:
      17      Q.  But was there a target date by which NavCom
```

```
       18   would receive prototype chips?
       19        A.  I'm aware of requests from NavCom and the
       20   target.
       21        Q.  I'm sorry.  What was that?
       22        A.  We were aware of the requests from NavCom and --
       23   and a target date, but I don't know what -- what their
       24   agreement said.
       25        Q.  Did -- did NavCom receive prototype chips by the
00108:01   target date?
       02        A.  No, I don't believe so.
```

**36. PAGE 110:20 TO 110:21  (RUNNING 00:00:08.436)**

```
       20        Q.  Were you aware of any impact of delays in the
       21   NOVA RF ASIC project on NavCom's business?
```

**37. PAGE 110:23 TO 111:01  (RUNNING 00:00:08.579)**

```
       23             THE WITNESS:  By "business" you mean --
       24   BY MS. WALSH:
       25        Q.  Did -- did NavCom need to hit a particular
00111:01   product cycle?
```

**38. PAGE 111:03 TO 111:05  (RUNNING 00:00:08.743)**

```
       03             THE WITNESS:  I don't know what they needed to
       04   do.  They did talk about deadlines to hit certain
       05   milestones that they were interested in, yes.
```

**39. PAGE 116:09 TO 116:10  (RUNNING 00:00:06.767)**

```
       09        Q.  Was there any difficulty in getting funding for
       10   Tahoe RF's work on the NOVA RF ASIC project?
```

**40. PAGE 116:12 TO 117:02  (RUNNING 00:01:15.859)**

```
       12             THE WITNESS:  Can you narrow down that question
       13   at all?
       14   BY MS. WALSH:
       15        Q.  Were there inner -- any interruptions in funding
       16   for Tahoe RF, any times where there wasn't money for
       17   them to continue?
       18        A.  As I recall, yes, there were.
       19        Q.  When were those?
       20        A.  I don't remember the exact times.
       21        Q.  Around December of 2007?
       22        A.  Looks like that could have been one of those
       23   times.
       24        Q.  Any others?
       25        A.  I -- I think so.
00117:01        Q.  And the funding was to come from Oki.  Correct?
       02        A.  Correct.
```

**41. PAGE 117:06 TO 117:07  (RUNNING 00:00:05.250)**

```
       06        Q.  I've handed you what's been marked as
       07   Exhibit 17.  Can you take a moment and look that over?
```

**42. PAGE 117:09 TO 117:15  (RUNNING 00:00:29.217)**

```
       09        Q.  Do you recognize this document?
       10        A.  I do.
       11        Q.  And where do you recognize this document from?
       12        A.  In preparation for deposition.
       13        Q.  Anything other than that?
       14        A.  I don't recall receiving it on this date, but
       15   I -- I am copied -- I'm on the carbon copy list there.
```

**43. PAGE 118:12 TO 118:14  (RUNNING 00:00:12.127)**

```
       12             Was Tahoe RF told to stop work on the NOVA RF
```

```
13  ASIC project around the beginning of 2008?
14      A.  I believe so.
```

**44.  PAGE 123:06 TO 123:17 (RUNNING 00:00:44.019)**

```
06      Q.  But did you hear anything from NavCom that would
07  indicate that they were increasingly concerned about the
08  schedule?
09      A.  We did have discussions about the schedule and
10  what we'd do to hold or, you know, recover as much
11  schedule as possible -- as possible.
12      Q.  Were those discussions with NavCom?
13      A.  NavCom, Oki, Tahoe RF, and Peregrine, yes.
14      Q.  And when you say "recover the schedule," what --
15  what do you mean by that?
16      A.  Just trying to shorten any remaining development
17  time as much as possible and --
```

**45.  PAGE 126:11 TO 126:13 (RUNNING 00:00:07.742)**

```
11      Q.  What was Oki's reaction to the proposal to
12  increase the involvement of Tahoe RF in the NOVA RF ASIC
13  project?
```

**46.  PAGE 126:15 TO 126:18 (RUNNING 00:00:08.556)**

```
15          THE WITNESS:  "Reaction"?
16  BY MS. WALSH:
17      Q.  Did they accept the proposal?
18      A.  I don't believe so.
```

**47.  PAGE 126:25 TO 127:02 (RUNNING 00:00:08.700)**

```
25      Q.  Okay.  What was -- what was Peregrine's
00127:01  impression of -- of Oki's management in the NOVA RF ASIC
02  project at this time?
```

**48.  PAGE 127:04 TO 127:19 (RUNNING 00:00:58.803)**

```
04          THE WITNESS:  "Impression" --
05  BY MS. WALSH:
06      Q.  Were things going smoothly?  Were things not
07  going smoothly?
08      A.  Generally not going smoothly.
09      Q.  Why -- why were things not going smoothly in --
10  in terms of the management?
11      A.  I -- I -- I don't know why.  Why was Oki doing
12  what they're doing?  I -- I don't know.
13      Q.  Can you give me some examples of things not
14  going smoothly?
15      A.  Providing some funding, not having funding,
16  providing funding, not having funding, not clear concise
17  plan how to address the program.
18      Q.  How to address the program in terms of what?
19      A.  How to move forward.
```

**49.  PAGE 131:02 TO 131:03 (RUNNING 00:00:06.082)**

```
02      Q.  Mr. Nobbe, I've handed you what's been marked as
03  Exhibit 20.  Do you recognize this document?
```

**50.  PAGE 131:04 TO 131:09 (RUNNING 00:00:14.369)**

```
04      A.  Not from memory, no.
05      Q.  Does your name appear in the "to" field up top?
06      A.  It does.
07      Q.  Any reason to believe that you didn't receive
08  this e-mail chain on April 2nd, 2008?
09      A.  No.
```

**51. PAGE 135:09 TO 135:11 (RUNNING 00:00:07.694)**

```
09       Q.  Did Peregrine -- did Peregrine internally want
10   to continue working on the NOVA RF ASIC project at this
11   time?
```

**52. PAGE 135:13 TO 135:23 (RUNNING 00:00:43.930)**

```
13           THE WITNESS:  I'd say it's a pretty -- I have a
14   pretty complex response to that.
15   BY MS. WALSH:
16       Q.  Okay.
17       A.  We wanted Oki to be successful because we wanted
18   them -- I've stated earlier, we wanted them to adopt the
19   UltraCMOS process and be a fabricator for us, and we
20   wanted them to be successful in this program.  I also
21   think that several of us in Peregrine were frustrated by
22   the -- the starts and stops, and just the program wasn't
23   going smoothly.
```

**53. PAGE 137:03 TO 137:04 (RUNNING 00:00:05.402)**

```
03           MS. WALSH:  I've handed you what's been marked
04   as Exhibit 21.  Do you recognize this document?
```

**54. PAGE 137:05 TO 137:14 (RUNNING 00:00:22.098)**

```
05           THE WITNESS:  I do.
06   BY MS. WALSH:
07       Q.  And what is it?
08       A.  It's a series of e-mail communications.
09       Q.  And does your name appear at the top in the "to"
10   field?
11       A.  It does.
12       Q.  Any reason to believe that you didn't receive
13   this e-mail chain on April 7th?
14       A.  No reason.
```

**55. PAGE 138:21 TO 139:05 (RUNNING 00:00:31.875)**

```
21       Q.  And then in the second line it says, "Truth is
22   they asked us to do this project overall."  Again, does
23   they refer it Oki?
24       A.  Yes.
25       Q.  And "this project" refers to the NavCom GPS?
00139:01     A.  Yes, I believe so.
02       Q.  And then it says, "We weren't interested, as I'm
03   sure you recall."
04           Was Peregrine interested in doing NOVA RF ASIC
05   project?
```

**56. PAGE 139:07 TO 140:02 (RUNNING 00:01:13.565)**

```
07           THE WITNESS:  A question of was Peregrine
08   interested in the NOVA project is very broad.
09   BY MS. WALSH:
10       Q.  But what are you referring to when you say, "We
11   weren't interested"?
12       A.  We would refer to is at the start of the program
13   Oki asked us if we would do the entire design, and we
14   said, no, we -- we were not interested.
15       Q.  Why did Peregrine not want to do the project
16   overall?
17       A.  As I recall, we had a small co- -- you know, a
18   smaller company, had limited design resources, and we've
19   had to put a lot of -- you know, contribute --
20   contribute or, you know, tie up a lot of design
21   resources on this one project, and we wouldn't have
22   sales as a result, so it would be very, very little
```

```
        23  return on investment for Peregrine.
        24      Q.  Are you saying you wouldn't have sales of -- of
        25  an end product, is --
 00140:01      A.  Right.  Because it would have been Oki's
        02  product.
```

**57. PAGE 141:10 TO 141:11 (RUNNING 00:00:04.876)**

```
        10      Q.  Mr. Nobbe, do you recognize this document that's
        11  been marked as Exhibit 22?
```

**58. PAGE 141:12 TO 141:20 (RUNNING 00:00:18.955)**

```
        12      A.  I do.
        13      Q.  And what is it?
        14      A.  It's a thread of e-mail communications.
        15      Q.  And does your e-mail appear in the "to" field at
        16  the top e-mail there?
        17      A.  It does.
        18      Q.  Any reason to believe that you didn't receive
        19  this e-mail on May 1st?
        20      A.  No reason.
```

**59. PAGE 144:12 TO 144:21 (RUNNING 00:00:42.129)**

```
        12      Q.  And then the last sentence in this e-mail says,
        13  "If you showed this block diagram to any RF guy and
        14  asked if they could be 100 percent spec compliant in one
        15  spin, you would find zero percent would say they could."
        16          What does this block diagram refer to?
        17      A.  I believe in the context of this e-mail, I'm
        18  referring to the block diagrams of the NavCom chipset.
        19      Q.  And then what does "100 percent spec compliant"
        20  mean?
        21      A.  That would imply ready for mass production.
```

**60. PAGE 144:22 TO 145:12 (RUNNING 00:01:08.879)**

```
        22      Q.  And then next sentence after that says, "I
        23  expected it to be functional, then a redesign to get
        24  spec compliance."
        25          What did you expect to be functional?
 00145:01      A.  What is "it?"  It is the chipset, the NavCom
        02  chipset.
        03      Q.  And then what does -- what does "functional"
        04  mean in that context?
        05      A.  It just means that it won't meet 100 percent --
        06  it won't meet all of the specifications, but you put
        07  signals through it.  Each block will perform its
        08  function relatively well, and -- and you can do some
        09  testing with it.
        10      Q.  Were the prototype chips for the NOVA RF ASIC
        11  program functional, as you just defined it?
        12      A.  No.
```

**61. PAGE 145:13 TO 145:16 (RUNNING 00:00:19.182)**

```
        13      Q.  No?  What portions were not functional?
        14      A.  As I recall, the mixer was unstable, and the
        15  VCOs were not working properly.  There may have been
        16  others.
```

**62. PAGE 159:05 TO 159:06 (RUNNING 00:00:05.632)**

```
        05      Q.  Mr. Nobbe, I've handed you what's been marked as
        06  Exhibit 25.  Do you recognize this document?
```

**63. PAGE 159:07 TO 159:12 (RUNNING 00:00:23.495)**

```
        07      A.  Yes.
```

```
08      Q.  Where do you recognize this document from?
09      A.  It's an e-mail that was sent to me.
10      Q.  Any reason to think that you didn't receive this
11 e-mail on June 6th, 2008?
12      A.  No.
```

**64. PAGE 160:02 TO 160:05 (RUNNING 00:00:13.931)**

```
02      Q.  And then on the second page, first full
03 sentence, "In the recent months we, parentheses, PSC and
04 Tahoe RF, close paren, have been living hand-to-mouth."
05          What does that statement refer to?
```

**65. PAGE 160:07 TO 160:08 (RUNNING 00:00:04.338)**

```
07          THE WITNESS:  I believe it refers to the
08 start-and-stop nature of funding on the program.
```

**66. PAGE 164:11 TO 164:12 (RUNNING 00:00:04.822)**

```
11      Q.  I've handed you what been marked as Exhibit 27.
12 Do you recognize this document?
```

**67. PAGE 164:13 TO 164:21 (RUNNING 00:00:53.288)**

```
13      A.  It's an e-mail thread between Claudio Anzil and
14 myself.
15      Q.  Any reason to think that you didn't receive this
16 e-mail chain, Thursday June 12, 2008?
17      A.  No.
18      Q.  Based on this e-mail, did you ask Mr. Anzil to
19 compare the changes in the specifications for the NOVA
20 RF ASIC project?
21      A.  It looks that way.
```

**68. PAGE 165:07 TO 165:14 (RUNNING 00:00:33.683)**

```
07          (Exhibit 28 marked)
08          MS. BALDWIN:  Thank you.
09 BY MS. WALSH:
10      Q.  This is the native printout of Bates No. 22 --
11 excuse me -- PR, underscore, NAV, underscore, 0026686
12 dash 001.  So I'll represent to you that this is
13 attached to the e-mail that you just received.  It's the
14 native version.
```

**69. PAGE 165:25 TO 166:07 (RUNNING 00:00:27.072)**

```
25          Q.  Mr. Nobbe, do you recognize the top e-mail
00166:01 there?
02      A.  Not from memory.
03      Q.  Are you copied on that e-mail?
04      A.  Yes, I am.
05      Q.  Any reason to believe that you didn't -- you
06 weren't copied on this e-mail on June 13, 2008?
07      A.  No.
```

**70. PAGE 166:14 TO 166:23 (RUNNING 00:00:45.907)**

```
14      Q.  Did Mr. Anzil per- -- perform an analysis of
15 changes from the NOVA R -- RF ASIC specification from
16 Version 9 to Version 25?
17      A.  Well, apparently, yes.
18      Q.  Your correspondence in Exhibit 27 refers to an
19 analysis of the spec changes between Version 9 and
20 Version 25.  Correct?
21      A.  Correct.
22      Q.  And then at Column H, the heading reads, "Impact
23 rating."  What does that refer to?
```

**71. PAGE 166:25 TO 167:06  (RUNNING 00:00:23.603)**

```
    25          THE WITNESS:  Well, it's titled "Impact rating."
00167:01 I don't -- I think in the previous e-mail thread Claudio
    02 and I were discussing the scoring factor, and was that
    03 fair to me, how he scored it.
    04 BY MS. WALSH:
    05    Q.  But five is highest.  Correct?
    06    A.  That's what this says, yes.
```

**72. PAGE 167:10 TO 167:20  (RUNNING 00:00:35.417)**

```
    10          (Exhibit 29 marked)
    11          MS. BALDWIN:  Thank you.
    12 BY MS. WALSH:
    13    Q.  Mr. Nobbe, I've handed you what been marked as
    14 Exhibit 29.  Do you recognize this document?
    15    A.  Not from memory.
    16    Q.  Are you copied on this e-mail string?
    17    A.  Yes, I am.
    18    Q.  Any reason that you believe that you didn't
    19 receive this e-mail on June 15, 2008?
    20    A.  No.
```

**73. PAGE 168:17 TO 168:18  (RUNNING 00:00:06.953)**

```
    17    Q.  Did Mr. Reedy stated that the -- the NOVA RF
    18 ASIC project was underfunded?
```

**74. PAGE 168:20 TO 169:10  (RUNNING 00:01:44.599)**

```
    20          THE WITNESS:  Looks that way, yes.
    21 BY MS. WALSH:
    22    Q.  Did you agree that NOVA RF ASIC project was
    23 underfunded?
    24    A.  Yes.
    25          (Exhibit 30 marked)
00169:01          MS. BALDWIN:  Thank you.
    02 BY MS. WALSH:
    03    Q.  I'll hand you what's been marked Exhibit 30.  Do
    04 you recognize this document?
    05    A.  Not from memory.
    06    Q.  Does your name appear in the "to" field?
    07    A.  It does.
    08    Q.  Any reason to believe you didn't receive this
    09 e-mail on June 25, 2008?
    10    A.  No.
```

**75. PAGE 172:13 TO 172:15  (RUNNING 00:00:05.799)**

```
    13    Q.  I've handed you what's been marked as
    14 Exhibit 33.  Could you take a moment and review that
    15 document?
```

**76. PAGE 172:16 TO 173:05  (RUNNING 00:01:01.816)**

```
    16    A.  Okay.
    17    Q.  Do you recognize this document?
    18    A.  I do.
    19    Q.  And is that your name in the "from" line there?
    20    A.  It is.
    21    Q.  And any reason to think you didn't send this
    22 e-mail string on July 14, 2008?
    23    A.  No.
    24    Q.  Starting with the first e-mail from Mr. Balbuena
    25 to Mr. Galyean, the first sentence in this second
00173:01 paragraph says, "Oki has found difficulty on further
    02 pursuing the design of the NOVA RP ASIC project and
    03 decided to cancel any further efforts."
```

```
04          Does that represent Oki stopping its efforts on
05  the NOVA RF ASIC project?
```

**77.  PAGE 173:07 TO 173:25  (RUNNING 00:01:17.266)**

```
07          THE WITNESS:  Mr. Balbuena's words says "cancel
08  further efforts."  Not clear what further efforts, but
09  it does -- does imply that, yes.
10  BY MS. WALSH:
11      Q.  Did you say there -- there were further --
12      A.  No, it doesn't -- it doesn't really say what
13  further efforts.  I mean, it doesn't say we are
14  canceling the program.  He says canceling further
15  efforts.  It's a little -- little vague, but I believe
16  that's the intended message of that statement.
17      Q.  Okay.  And then the next e-mail up from that is
18  sent by you.  It says, "Oki -- Oki has found difficulty.
19  I know I'd feel good reading this if I was Paul
20  Galyean."
21          What did you mean by that statement?
22      A.  I think that was a sarcastic set of statements
23  after the end of a long program.  Difficulty, question,
24  "question" meaning just a lot of explanation there, just
25  difficulty.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:30:26.256)**