EXHIBIT PX279

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

#  Goto, Yoko (Vol. 01) - 09/09/2013     1 CLIP (RUNNING 00:12:03.783)

YOKO GOTO, ...

YG_01     62 SEGMENTS (RUNNING 00:12:03.783)     

**1. PAGE 14:03 TO 14:04 (RUNNING 00:00:02.665)**

```
03  Q:   Can you please state your full name for the
04       record.
```

**2. PAGE 14:05 TO 14:05 (RUNNING 00:00:06.742)**

```
05  A:   It's Yoko Goto, Y-o-k-o, G-o-t-o.
```

**3. PAGE 33:17 TO 33:18 (RUNNING 00:00:04.461)**

```
17  Q:   Did you have any personal involvement in the
18       NavCom RF ASIC project?
```

**4. PAGE 33:22 TO 33:22 (RUNNING 00:00:06.838)**

```
22  THE WITNESS:  No.
```

**5. PAGE 39:16 TO 39:17 (RUNNING 00:00:06.901)**

```
16  Q:   What types of analyses did Oki perform on the
17       NavCom specification for the NOVA RF ASIC project?
```

**6. PAGE 39:20 TO 39:24 (RUNNING 00:00:29.433)**

```
20  THE WITNESS:  Analysis was done to tell if it
21  is possible to do the development of the RF ASIC.
22  THE CHECK INTERPRETER:  "Analysis was done so
23  as to judge the feasibility of doing the development of
24  the RF ASIC."
```

**7. PAGE 40:02 TO 40:03 (RUNNING 00:00:05.279)**

```
02  Q:   Did Oki conduct any other analyses other than
03       feasibility studies?
```

**8. PAGE 40:06 TO 40:10 (RUNNING 00:00:35.534)**

```
06  THE WITNESS:  Any other analyses?  The
07  analysis on the engineering feasibility and the analysis
08  on the business feasibility were conducted.
09  THE CHECK INTERPRETER:  "Technical feasibility
10  and business feasibility analyses were done."
```

**9. PAGE 41:24 TO 41:25 (RUNNING 00:00:05.257)**

```
24  Q:   How many feasibility studies were performed
25       for the NOVA RF ASIC project?
```

**10. PAGE 42:02 TO 42:04 (RUNNING 00:00:26.407)**

```
02  THE WITNESS:  I don't know as to the specific
03  number of times that it was performed, but there were
04  multiple times of feasibility studies performed.
```

**11. PAGE 42:06 TO 42:07 (RUNNING 00:00:04.087)**

```
06  Q:   What was the -- when was the first feasibility
07       study performed?
```

**12. PAGE 42:08 TO 42:10 (RUNNING 00:00:16.494)**

```
08  A:   The first feasibility study was performed in
```

**Trial Exhibit**

**PX279**

```
                09   March.
                10   Q:   March of what year?
```

**13. PAGE 42:11 TO 42:13 (RUNNING 00:00:05.969)**

```
                11   A:   That was 2005.
                12   Q:   When was the second feasibility study
                13    performed?
```

**14. PAGE 42:14 TO 42:18 (RUNNING 00:00:36.093)**

```
                14   A:   I don't know what -- constitutes the second time;
                15    I don't know the definition. But the renewed version
                16    was submitted -- after March, in April.
                17   THE CHECK INTERPRETER:   "An updated version
                18    was submitted in April, following March."
```

**15. PAGE 42:20 TO 42:22 (RUNNING 00:00:09.366)**

```
                20   Q:   After the feasibility study from April
                21    of 2005, when was the next feasibility study performed
                22    for the NOVA RF ASIC project?
```

**16. PAGE 42:24 TO 43:07 (RUNNING 00:00:51.405)**

```
                24   THE WITNESS:   The result of the feasibility
                25    study was submitted to NavCom in April 2005. And
         00043:01    several times -- well, Oki sent technical questions to
                02    NavCom, and then NavCom responded to those questions.
                03    So there were several communications going back and
                04    forth.
                05    And Oki made a proposal on the development
                06    based on the result of the feasibility study in
                07    June 2005.
```

**17. PAGE 58:17 TO 58:18 (RUNNING 00:00:07.089)**

```
                17   Q:   Did Oki conduct any analyses regarding the
                18    cost to develop the NOVA RF ASIC project?
```

**18. PAGE 58:21 TO 58:23 (RUNNING 00:00:03.069)**

```
                21   THE WITNESS:   Yes.
                22   BY MS. SCHER:
                23   Q:   What did Oki do?
```

**19. PAGE 58:24 TO 58:25 (RUNNING 00:00:21.837)**

```
                24   A:   It received a quotation from Peregrine.
                25   Q:   When did Oki receive a quote from Peregrine?
```

**20. PAGE 59:01 TO 59:03 (RUNNING 00:00:14.195)**

```
         00059:01   A:   It was December 2005.
                02   Q:   Did Oki receive any other quotes from
                03    Peregrine, other than the one in December 2005?
```

**21. PAGE 59:04 TO 59:06 (RUNNING 00:00:08.298)**

```
                04   A:   I don't know.
                05   Q:   What was the quote from Peregrine that Oki
                06    received in December of 2005?
```

**22. PAGE 59:07 TO 59:07 (RUNNING 00:00:13.321)**

```
                07   A:   It was about the design fee by ACCO.
```

**23. PAGE 71:18 TO 71:20 (RUNNING 00:00:06.068)**

```
                18   Q:   Did Oki ever conduct a feasibility study that
                19    confirmed that Oki could build the chipset?
                20       (Clarification by the check interpreter.)
```

**24. PAGE 71:21 TO 71:24 (RUNNING 00:00:25.452)**

```
21  THE WITNESS:  Without that, I don't believe an
22  agreement could be entered into; therefore, I believe
23  there was such a thing, however, I can't tell exactly
24  which one that was.
```

**25. PAGE 72:12 TO 72:13 (RUNNING 00:00:03.573)**

```
12  Q:   When did Oki first consider terminating the
13  contract?
```

**26. PAGE 72:14 TO 72:16 (RUNNING 00:00:13.518)**

```
14  A:   It was June 2008.
15  Q:   Did Oki ever consider terminating the contract
16  before June of 2008?
```

**27. PAGE 72:18 TO 72:18 (RUNNING 00:00:01.505)**

```
18  THE WITNESS:  No.
```

**28. PAGE 72:20 TO 72:20 (RUNNING 00:00:03.378)**

```
20  Q:   When did Oki decide to terminate the contract?
```

**29. PAGE 72:21 TO 72:23 (RUNNING 00:00:14.655)**

```
21  A:   It was June 30th, 2008.
22  Q:   When did Oki inform NavCom that it was
23  terminating the contract?
```

**30. PAGE 72:24 TO 73:01 (RUNNING 00:00:14.121)**

```
   24  A:   That was June 30th, 2008.
   25  Q:   What is the person's name at Oki who made the
00073:01  final decision to terminate the contract?
```

**31. PAGE 73:02 TO 73:02 (RUNNING 00:00:03.141)**

```
02  A:   Mr. Ushida.
```

**32. PAGE 73:03 TO 73:04 (RUNNING 00:00:04.910)**

```
03  Q:   What factors did Oki consider in deciding to
04  terminate the contract?
```

**33. PAGE 73:05 TO 73:11 (RUNNING 00:00:44.203)**

```
05  A:   It took into consideration of the budget
06  required for the chipset development for the new four
07  chips, and also the ROI analysis was done.
08  Q:   Aside from the budget required for the
09  four-chipset and the ROI analysis, are there any other
10  factors that Oki considered in deciding to terminate the
11  contract?
```

**34. PAGE 73:12 TO 73:14 (RUNNING 00:00:25.795)**

```
12  A:   The matter that the chipset of four chips
13  would not be able to be sold to other customers was
14  taken into consideration.
```

**35. PAGE 74:23 TO 74:25 (RUNNING 00:00:08.062)**

```
23  Q:   Did Oki ever tell NavCom that Oki wanted to
24  substitute the original NavCom/Oki contract with a new
25  contract?
```

**36. PAGE 75:04 TO 75:04 (RUNNING 00:00:02.176)**

```
04  THE WITNESS:  I don't know.
```

**37. PAGE 75:12 TO 75:13 (RUNNING 00:00:05.498)**

```
12  Q:   Did Oki intend to cancel the original contract
13   and replace it with a new contract?
```

**38. PAGE 75:16 TO 75:20 (RUNNING 00:00:13.112)**

```
16  THE WITNESS:  I don't know.
17  BY MS. SCHER:
18  Q:   Did Oki ever do anything through its conduct
19   to show NavCom that Oki intended to cancel the original
20   contract and replace it with a new contract?
```

**39. PAGE 75:23 TO 75:23 (RUNNING 00:00:02.245)**

```
23  THE WITNESS:  I don't know.
```

**40. PAGE 82:09 TO 82:10 (RUNNING 00:00:03.807)**

```
09  MS. SCHER:  I'm handing the court reporter a
10   document to be marked next in line. And for the record,
```

**41. PAGE 82:15 TO 82:17 (RUNNING 00:00:01.333)**

```
15       (Exhibit Plaintiffs' 219 was marked for
16       identification and attached to the
17       transcript.)
```

**42. PAGE 82:20 TO 82:22 (RUNNING 00:00:14.730)**

```
20  Q:   Do you have any reason to doubt that this is
21   an e-mail string, the last e-mail of which is from Osamu
22   Yanaga to Mr. Kamei, dated March 8th, 2006?
```

**43. PAGE 82:23 TO 82:23 (RUNNING 00:00:01.803)**

```
23  A:   No.
```

**44. PAGE 84:19 TO 84:20 (RUNNING 00:00:05.529)**

```
19  MS. SCHER:  I'm handing the court reporter a
20   document to be marked next in line, I think it's 220.
```

**45. PAGE 84:25 TO 85:02 (RUNNING 00:00:09.794)**

```
       25  Q:   Do you have any reason to doubt that this is
00085:01   an e-mail string ending in an e-mail from Yanaga to
       02   Ushida, dated June 2nd, 2006?
```

**46. PAGE 85:05 TO 85:05 (RUNNING 00:00:01.997)**

```
05  THE WITNESS:  No.
```

**47. PAGE 85:07 TO 85:17 (RUNNING 00:00:33.206)**

```
07  Q:   And I'm looking at the extracted text version.
08   At the bottom of the second page it reads: "At 12:12.
09   06/06/02+900, Osamu Yanaga wrote," and the e-mail from
10   Yanaga goes on to the third page.
11   Mr. Yanaga writes:
12   "There is no one who would like to support
13   this project. Naturally, it is reasonable
14   to say: Please do not take a business
15   trip associated with NavCom project as
16   Mr. Taya said earlier."
17   Do you see that?
```

**48. PAGE 86:03 TO 86:03 (RUNNING 00:00:02.032)**

```
03  MS. SCHER:  It's on page 3.
```

**49. PAGE 86:05 TO 86:05 (RUNNING 00:00:02.733)**

```
05  THE WITNESS:  Yes.
```

**50. PAGE 86:07 TO 86:08 (RUNNING 00:00:06.742)**

```
07  Q:   Why didn't anyone at Oki want to support the
08   NavCom RF ASIC project in June of 2006?
```

**51. PAGE 86:11 TO 86:11 (RUNNING 00:00:30.700)**

```
11  THE WITNESS:  I don't know. But I remember
```

**52. PAGE 86:17 TO 86:22 (RUNNING 00:00:15.704)**

```
17  Q:   Mr. Yanaga goes on:
18   "It may be required for us to pay the
19   penalty. Nonetheless, would it be better
20   to terminate the project?"
21   Why did Mr. Yanaga want to terminate the
22   agreement in June of 2006?
```

**53. PAGE 86:25 TO 86:25 (RUNNING 00:00:02.994)**

```
25  THE WITNESS:  I don't know.
```

**54. PAGE 93:08 TO 93:10 (RUNNING 00:00:05.788)**

```
08  MS. SCHER:  I'm handing the witness a document
09   that's already been marked in this case as Plaintiffs'
10   Exhibit 112.
```

**55. PAGE 93:16 TO 93:18 (RUNNING 00:00:08.981)**

```
16  Q:   Do you have any reason to doubt that
17   Exhibit 112 is an e-mail from Ruben Balbuena to Paul
18   Galyean, dated June 30th, 2008?
```

**56. PAGE 93:21 TO 93:21 (RUNNING 00:00:02.753)**

```
21  THE WITNESS:  No, I don't.
```

**57. PAGE 97:12 TO 97:13 (RUNNING 00:00:10.089)**

```
12  Q:   Had Oki had any conversations with attorneys
13   about this matter by June 30th, 2008?
```

**58. PAGE 97:16 TO 97:16 (RUNNING 00:00:01.992)**

```
16  THE WITNESS:  Yes.
```

**59. PAGE 98:01 TO 98:02 (RUNNING 00:00:10.264)**

```
00098:01  Q:   Did Oki conduct an ROI analysis regarding the
      02   three -- three-chip chipset?
```

**60. PAGE 98:03 TO 98:03 (RUNNING 00:00:01.568)**

```
03  A:   Yes.
```

**61. PAGE 98:10 TO 98:11 (RUNNING 00:00:06.392)**

```
10  Q:   Describe the ROI analysis that Oki performed
11   regarding the three-chip chipset.
```

**62. PAGE 98:12 TO 98:15 (RUNNING 00:00:30.700)**

```
12  A:   I don't know the -- details, but the analysis was
13   regarding whether or not the investment done during the
14   development could be recovered by the profits which
15   could be generated during the manufacturing stage.
```


### Goto, Yoko (Vol. 02) - 09/10/2013     1 CLIP (RUNNING 00:24:25.276)

 MS. SCHER:  I'm handing the court reporter a ...

YG_02     69 SEGMENTS  (RUNNING 00:24:25.276)     

**1. PAGE 135:20 TO 135:21  (RUNNING 00:00:04.571)**

```
20  Q:   What was ACCO's role in the NavCom RF ASIC
21       project?
```

**2. PAGE 135:22 TO 135:24  (RUNNING 00:00:23.338)**

```
22  A:   ACCO was in charge of designing.
23  Q:   If ACCO was in charge of designing, then what
24       was Peregrine in charge of?
```

**3. PAGE 135:25 TO 136:06  (RUNNING 00:00:59.927)**

```
        25  A:   Because ACCO was a subcontractor of the
  00136:01       designing for Peregrine, the development was made by
        02       Peregrine/ACCO; it was also made by Oki.
        03       THE CHECK INTERPRETER:  You know -- well, it's
        04       kind of fine tuning, but: "ACCO was doing subcontracted
        05       design work for Peregrine, so development was done by
        06       Peregrine, ACCO, and Oki, as well."
```

**4. PAGE 140:12 TO 140:13  (RUNNING 00:00:05.273)**

```
12  MS. SCHER:  I'm handing the court reporter a
13  document to be marked Exhibit 222.
```

**5. PAGE 140:21 TO 140:23  (RUNNING 00:00:09.032)**

```
21  Q:   This is an e-mail from Taya Takashi to
22       Mr. Yanaga, dated June 5th, 2006, regarding the budget
23       for NavCom, correct?
```

**6. PAGE 141:01 TO 141:05  (RUNNING 00:00:14.072)**

```
00141:01  THE WITNESS:  That's what it says here.
      02  BY MS. SCHER:
      03  Q:   Do you have any reason to doubt that this is a
      04       true and correct copy of an e-mail from Taya Takashi to
      05       Mr. Yanaga, dated June 5th, 2006?
```

**7. PAGE 141:08 TO 141:08  (RUNNING 00:00:01.655)**

```
08  THE WITNESS:  No.
```

**8. PAGE 141:10 TO 141:17  (RUNNING 00:00:23.628)**

```
10  Q:   In this e-mail, Takashi -- Taya Takashi writes
11       to Mr. Yanaga:
12       "Regarding the NavCom project, the proper
13       budget has not been allocated even as of
14       now."
15       What is the basis for your previous testimony
16       that the budget had already been allocated internally
17       when Oki entered into the contract?
```

**9. PAGE 141:20 TO 141:25  (RUNNING 00:00:33.899)**

```
20  THE WITNESS:  Since this is the first time for
21  me to see this e-mail and I did not review this, so I
22  don't know very well.
23  And even with respect to what is written here,
```

```
                24   as far as I can tell from this e-mail, it doesn't even
                25   describe any background, so I don't know.
```

**10. PAGE 153:04 TO 153:05 (RUNNING 00:00:08.041)**

```
                04   MS. SCHER:  I'm handing the court reporter a
                05   document to be marked next in line, which is 223.
```

**11. PAGE 153:10 TO 153:13 (RUNNING 00:00:13.654)**

```
                10   Q:   Do you have any reason to doubt that this is a
                11   true and correct copy of an e-mail string, the last
                12   e-mail of which is from Taya Takashi to Mr. Kamei, dated
                13   June 11th, 2008?
```

**12. PAGE 153:16 TO 153:16 (RUNNING 00:00:02.274)**

```
                16   THE WITNESS:  No.
```

**13. PAGE 162:14 TO 162:16 (RUNNING 00:00:06.124)**

```
                14   MS. SCHER:  I'm handing the witness what's
                15   already been marked in this case as Plaintiffs'
                16   Exhibit 105.
```

**14. PAGE 162:22 TO 162:24 (RUNNING 00:00:09.385)**

```
                22   Q:   Do you have any reason to doubt that this is a
                23   letter dated April 4th, 2008, from Mr. Ushida and
                24   Mr. Asahi to Mr. Fawcett?
```

**15. PAGE 162:25 TO 162:25 (RUNNING 00:00:02.740)**

```
                25   A:   No, I don't.
```

**16. PAGE 164:14 TO 165:01 (RUNNING 00:00:48.058)**

```
                14   Q:   The third paragraph of the letter reads:
                15   "Oki Electric Industry Co., Ltd. and Oki
                16   Semiconductor (thereafter referred as Oki)
                17   are committed to make the best effort
                18   possible to solve in a timely manner all
                19   technical issues arisen during the design
                20   process, and as such, we have evaluated
                21   the current responsibility structure and
                22   made adjustments to improve the
                23   communication flow."
                24   My question is, what are the technical issues
                25   that arose during the design process that are referred
          00165:01   to in this letter?
```

**17. PAGE 165:02 TO 165:06 (RUNNING 00:00:56.052)**

```
                02   A:   This was referring to the technical content
                03   discussed among NavCom, Oki, Peregrine, and Tahoe during
                04   the design review meeting on March 26th, 2008.
                05   Q:   What are the specific technical issues that
                06   this letter is referring to?
```

**18. PAGE 165:09 TO 165:15 (RUNNING 00:01:09.197)**

```
                09   THE WITNESS:  Those were about the bug or bugs
                10   found during the analysis of the engineering proposal
                11   which was sent from Oki to NavCom in December 2007.
                12   And in addition to that, it was about the
                13   re-spin or redesigning of the product discussed during
                14   the conference call among Oki, NavCom, Peregrine, and
                15   Tahoe on February 21st, 2008.
```

**19. PAGE 166:01 TO 166:03 (RUNNING 00:00:09.890)**

```
          00166:01   Q:   How did Oki plan to fix the bugs found during
```

```
         02   the analysis of the engineering prototype sent to NavCom
         03   in December of 2007?
```

**20. PAGE 166:09 TO 166:16 (RUNNING 00:00:56.933)**

```
         09   THE WITNESS:  I don't know -- specifically how
         10   this was going to be resolved technically; however, Oki,
         11   Peregrine, Tahoe, and NavCom were to find out the
         12   solution for this by having the discussions among them.
         13   BY MS. SCHER:
         14   Q:   How did Oki plan to solve the technical issue
         15   of the re-spin/redesign discussed during the conference
         16   call of February 21st, 2008?
```

**21. PAGE 166:19 TO 168:03 (RUNNING 00:04:32.461)**

```
         19   THE WITNESS:  During the conference call -- on
         20   February 21st, 2008, the analysis on the technical
         21   issues associated with a multiple number of bugs found
         22   in the sample or the engineering prototype, Oki
         23   submitted those to NavCom at that time.
         24   And several numbers or several items of the
         25   solutions had been found.
00167:01   THE CHECK INTERPRETER:  "With respect to
         02   engineering prototypes that Oki had supplied to NavCom
         03   in December of 2007, a number of bugs/technical issues
         04   came to the floor in the meeting that was held -- on a
         05   telephone conference that was held on February 21st,
         06   2008.
         07   And with respect to a number of those bugs and
         08   technical issues, analysis had been done. And with
         09   respect to a number of the items, Oki had a solution for
         10   them."
         11   THE WITNESS:  However, in this conference call
         12   on February 21st, 2008, all the -- relevant parties,
         13   including NavCom, Peregrine, Tahoe, and Oki, had the
         14   same opinion that all layers -- all the layers needed to
         15   be -- re-spun --
         16   THE CHECK INTERPRETER:  "Needed to be
         17   redesigned."
         18   THE WITNESS:  -- needed to be redesigned in
         19   order to satisfy the chip performance required in the
         20   remaining specifications and also to resolve the
         21   remaining problems.
         22   THE CHECK INTERPRETER:  "In the telephone
         23   conference of February 21st, 2008, the relevant
         24   parties -- namely, NavCom, Peregrine, Tahoe, and Oki --
         25   agreed that with respect to solving all of the remaining
00168:01   problems and to come up with a chip that would meet the
         02   target specifications, that an all-layer redesign would
         03   be required."
```

**22. PAGE 170:14 TO 170:16 (RUNNING 00:00:11.177)**

```
         14   Did Oki add any Oki engineers to work on the
         15   NavCom RF ASIC project as part of its commitment on
         16   April 4th, 2008?
```

**23. PAGE 170:17 TO 170:17 (RUNNING 00:00:04.898)**

```
         17   A:   If it added?
```

**24. PAGE 170:18 TO 170:23 (RUNNING 00:00:19.884)**

```
         18       (Clarification by the check interpreter.)
         19   THE WITNESS:  Is it after the letter of April
         20   4th, is that what you're asking about?
         21   BY MS. SCHER:
         22   Q:   Yes, as part of Oki's commitment described in
```

                     23   this letter, on or about April 4th, 2008?

**25. PAGE 170:24 TO 170:25 (RUNNING 00:00:21.725)**

                     24   A:   It did not add any new engineers as the
                     25    addition by Oki.

**26. PAGE 171:01 TO 171:02 (RUNNING 00:00:06.116)**

           00171:01   MS. SCHER:  I'm handing the witness what's
                  02    been premarked in this case as Plaintiffs' Exhibit 125.

**27. PAGE 171:07 TO 171:13 (RUNNING 00:00:28.802)**

                  07   Q:   Exhibit 125 is an e-mail from Paul Galyean to
                  08    Ruben Balbuena, dated December 19th, 2005, attaching the
                  09    NavCom/Oki agreement for the RF ASIC chipset.
                  10    Do you have any reason to doubt that
                  11    Exhibit 125 is an e-mail from Paul Galyean to
                  12    Ruben Balbuena, dated December 19th, 2005, attaching the
                  13    NavCom/Oki agreement for the RF ASIC chipset?

**28. PAGE 171:16 TO 171:23 (RUNNING 00:00:33.771)**

                  16   THE WITNESS:  No, I don't.
                  17   BY MS. SCHER:
                  18   Q:   Turn to Schedule C, which is on page
                  19    OKI_LW_008262. At the bottom of the page it says:
                  20    "Payment Terms."
                  21    "Number 1: Initial payment of $300,000
                  22    immediately due and payable at the time of signing this
                  23    agreement."

**29. PAGE 173:05 TO 173:06 (RUNNING 00:00:06.160)**

                  05   Q:   NavCom paid Oki the initial $300,000 NRE
                  06    payment, correct?

**30. PAGE 173:07 TO 173:09 (RUNNING 00:00:09.012)**

                  07   A:   Yes.
                  08   Q:   NavCom also paid Oki the second payment listed
                  09    here, correct?

**31. PAGE 173:10 TO 173:13 (RUNNING 00:00:13.540)**

                  10   A:   Yes.
                  11   Q:   Oki never asked NavCom to make the third
                  12    payment because Oki never delivered engineering
                  13    prototypes, correct?

**32. PAGE 173:16 TO 173:20 (RUNNING 00:00:20.335)**

                  16   THE WITNESS:  Oki delivered the engineering
                  17    prototype to NavCom.
                  18   BY MS. SCHER:
                  19   Q:   Did Oki ask NavCom to make the third payment
                  20    listed here?

**33. PAGE 173:24 TO 174:02 (RUNNING 00:00:27.589)**

                  24   THE WITNESS:  Oki did deliver the engineering
                  25    prototype, but Oki did not request the third payment.
           00174:01   BY MS. SCHER:
                  02   Q:   Why didn't Oki request the third payment?

**34. PAGE 174:10 TO 174:10 (RUNNING 00:00:02.568)**

                  10   THE WITNESS:  I don't know.

**35. PAGE 174:19 TO 174:22 (RUNNING 00:00:22.140)**

                  19   Q:   Yes. If you turn to Section 2.5.2, which is

```
           20   on page OKI_LW_008265, which says: "Additional NRE
           21   Charges," my question is, did Oki ever ask NavCom to pay
           22   additional NRE charges?
```

**36. PAGE 174:25 TO 175:04 (RUNNING 00:00:44.471)**

```
           25   THE WITNESS:  With respect to the agreement
  00175:01   entered into on December 14th, 2005, Oki never asked
       02   NavCom to bear the new development cost.
       03   THE CHECK INTERPRETER:  "To bear new
       04   additional development cost."
```

**37. PAGE 182:23 TO 182:25 (RUNNING 00:00:10.560)**

```
           23   Q:   Did Oki perform any analysis to determine
           24   whether any of the changes increased the cost to Oki of
           25   designing and developing the chipset?
```

**38. PAGE 183:04 TO 183:04 (RUNNING 00:00:02.286)**

```
           04   THE WITNESS:  I don't know.
```

**39. PAGE 183:08 TO 183:10 (RUNNING 00:00:08.602)**

```
           08   Did Oki perform any analysis to determine
           09   whether any of the changes would make the specification
           10   more difficult to meet?
```

**40. PAGE 183:13 TO 183:13 (RUNNING 00:00:02.265)**

```
           13   THE WITNESS:  I don't know.
```

**41. PAGE 187:03 TO 187:05 (RUNNING 00:00:07.951)**

```
           03   Q:   How many sets of sample RF ASICs did Oki
           04   deliver to NavCom during the course of its work on the
           05   RF ASIC project?
```

**42. PAGE 187:07 TO 187:08 (RUNNING 00:00:14.938)**

```
           07   THE WITNESS:  30 sets in April 2007, 30 sets
           08   in December 2007; those were delivered.
```

**43. PAGE 189:13 TO 189:14 (RUNNING 00:00:04.458)**

```
           13   Q:   What did Oki do to test the first set of
           14   sample chips?
```

**44. PAGE 189:15 TO 189:17 (RUNNING 00:00:11.151)**

```
           15   A:   Are you asking about what was done
           16   specifically?
           17   Q:   Yes.
```

**45. PAGE 189:18 TO 189:20 (RUNNING 00:00:32.126)**

```
           18   A:   Oki performed the test on the property or
           19   properties of the GPS chipset.
           20   Q:   What were the results of those tests?
```

**46. PAGE 189:21 TO 189:25 (RUNNING 00:00:38.165)**

```
           21   A:   They satisfied some specifications, but there
           22   were also some which did not satisfy the specifications.
           23   THE CHECK INTERPRETER:  "They satisfied some
           24   of the specifications, but not some of the
           25   specifications."
```

**47. PAGE 190:06 TO 190:06 (RUNNING 00:00:03.710)**

```
           06   Q:   What specifications were not satisfied?
```

**48. PAGE 190:07 TO 190:09  (RUNNING 00:00:20.598)**

```
07  A:   There were some problems associated with the
08   function or functions or PLL.
09  Q:   Anything else?
```

**49. PAGE 190:10 TO 190:13  (RUNNING 00:00:50.623)**

```
10  A:   The tuning curve of VCO was different from the
11   simulation. And there was also the self-oscillation by
12    VCO.
13  Q:   Anything else?
```

**50. PAGE 190:14 TO 190:14  (RUNNING 00:00:09.690)**

```
14  A:   The problem of spurious was also seen.
```

**51. PAGE 190:15 TO 190:17  (RUNNING 00:00:01.138)**

```
15       (Clarification by the check interpreter.)
16  BY MS. SCHER:
17  Q:   Anything else?
```

**52. PAGE 190:18 TO 190:18  (RUNNING 00:00:02.569)**

```
18  A:   That's it.
```

**53. PAGE 190:24 TO 191:01  (RUNNING 00:00:08.156)**

```
24  Q:   Were all of the problems that were identified
25   in the first set of sample chips fixed in the second set
00191:01   of sample chips?
```

**54. PAGE 191:03 TO 191:16  (RUNNING 00:01:37.807)**

```
03  THE WITNESS:  The problem associated with the
04   first sample set, well, the problem of the
05   self-oscillation in the first one -- was caused by the
06   short-circuit -- it was believed to caused by the
07   short-circuit.
08   However, in the second sample set, some of
09   them satisfied the specifications; however, it's not
10   that all of them satisfied the specifications.
11  THE CHECK INTERPRETER:  "With respect to the
12   problems in the first sample set and with respect to the
13   matter of self-oscillation that was believed to be
14   caused by a short-circuit, with respect to the second
15   sample set, a number of specifications were met, but not
16   all specifications were met."
```

**55. PAGE 191:18 TO 191:19  (RUNNING 00:00:05.573)**

```
18  Q:   What specifications were not met by the second
19   set of sample chips?
```

**56. PAGE 191:20 TO 191:20  (RUNNING 00:00:10.615)**

```
20  A:   38 bugs were discovered.
```

**57. PAGE 191:23 TO 191:24  (RUNNING 00:00:06.447)**

```
23  Q:   Were the functions of the PLL satisfied with
24   the second set of sample chips?
```

**58. PAGE 191:25 TO 191:25  (RUNNING 00:00:11.150)**

```
25  A:   With respect to PLL, 14 bugs were discovered.
```

**59. PAGE 192:01 TO 192:03  (RUNNING 00:00:08.548)**

```
00192:01  Q:   So to confirm, the second set of sample chips
      02   did not meet the specification regarding the functions
      03   of PLL?
```

**60. PAGE 192:04 TO 192:04 (RUNNING 00:00:01.966)**

```
04  A:   Correct.
```

**61. PAGE 195:23 TO 195:24 (RUNNING 00:00:05.434)**

```
23  Q:   Oki's attorneys reviewed the NavCom/Oki
24       agreement before Oki signed it, correct?
```

**62. PAGE 196:07 TO 196:10 (RUNNING 00:00:12.997)**

```
07  THE WITNESS:  Are you referring to the
08       agreement on December 14th, 2005?
09  BY MS. SCHER:
10  Q:   Yes.
```

**63. PAGE 196:11 TO 196:17 (RUNNING 00:00:24.302)**

```
11  A:   Was your question about whether or not there
12       was a consultation with my attorneys?
13  THE CHECK INTERPRETER:  Not "my attorneys,"
14       but: "Was your question about whether or not Oki had
15       consulted its attorneys?"
16  MS. SCHER:  Yes. Not the content of what
17       transpired, just whether or not it happened.
```

**64. PAGE 196:21 TO 196:22 (RUNNING 00:00:07.624)**

```
21  THE WITNESS:  I believe there was a
22       consultation made.
```

**65. PAGE 199:11 TO 199:12 (RUNNING 00:00:06.961)**

```
11  Q:   Did Oki ever deliver a set of chips to NavCom
12       that met all of the specifications?
```

**66. PAGE 199:15 TO 199:18 (RUNNING 00:00:22.696)**

```
15  THE WITNESS:  Do you mean the ones that would
16       satisfy the specifications of Version 25?
17  BY MS. SCHER:
18  Q:   Yes.
```

**67. PAGE 199:19 TO 199:19 (RUNNING 00:00:01.782)**

```
19  A:   No.
```

**68. PAGE 199:21 TO 199:22 (RUNNING 00:00:06.475)**

```
21       Was it NavCom's fault that the second set of
22       sample chips did not meet the specifications?
```

**69. PAGE 200:01 TO 200:01 (RUNNING 00:00:03.521)**

```
00200:01  THE WITNESS:  I don't know.
```

**TOTAL: 2 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:36:29.059)**