EXHIBIT PX281

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

Navcom Technology v OKI Semiconductor



## Fujita, Ken (Vol. 01) - 06/27/2013 [Fujita, Ken]    1 CLIP (RUNNING 00:12:11.504)

GRACE LIU, Lead Interpreter herein, and TOYU ...

KF_01      69 SEGMENTS (RUNNING 00:12:11.504)



**1. PAGE 8:06 TO 8:14 (RUNNING 00:00:19.207)**

```
06            GRACE LIU, Lead Interpreter herein, and TOYU
07   YAZAKI, Check Interpreter herein, after having been duly
08   sworn and/or affirmed by the Consular Officer to
09   interpret from English into Japanese and from Japanese
10   back into English, interpreted the following:
11            KEN FUJITA,
12   being first duly sworn and/or affirmed by the
13   Consular Officer to tell the truth, the whole truth and
14   nothing but the truth, testified as follows:
```

**2. PAGE 11:05 TO 11:06 (RUNNING 00:00:02.119)**

```
05      Q.   Could you please state your full name and
06   address.
```

**3. PAGE 11:07 TO 11:11 (RUNNING 00:01:29.752)**

```
07      A.   It's Ken Fujita, K-e-n, F-u-j-i-t-a.  It's
08   6-Chome, 6-C-h-o-m-e, 39-12, Higashi-machi,
09   H-i-g-a-s-h-i, hyphen, m-a-c-h-i, Jindaiji,
10   J-i-n-d-a-i-j-i, Chofu-shi, C-h-o-f-u, hyphen, s-h-i,
11   Tokyo, T-o-k-y-o.
```

**4. PAGE 29:03 TO 29:04 (RUNNING 00:00:03.648)**

```
03      Q.   When did you first start working on the NOVA
04   RF ASIC project?
```

**5. PAGE 29:05 TO 29:06 (RUNNING 00:00:17.038)**

```
05      A.   It was 2006.
06      Q.   Early in 2006 or later in 2006?
```

**6. PAGE 29:07 TO 29:07 (RUNNING 00:00:04.171)**

```
07      A.   It was early in 2006.
```

**7. PAGE 29:08 TO 29:09 (RUNNING 00:00:04.285)**

```
08      Q.   How did you start working on the NOVA RF ASIC
09   project?
```

**8. PAGE 29:11 TO 29:15 (RUNNING 00:00:23.739)**

```
11           THE WITNESS:  I was ordered to design the
12   oscillation circuit.
13   BY MS. WALSH:
14      Q.   Who ordered you to design the oscillation
15   circuit?
```

**9. PAGE 29:16 TO 29:16 (RUNNING 00:00:02.668)**

```
16      A.   Mr. Ito.
```

**10. PAGE 29:17 TO 29:18 (RUNNING 00:00:06.041)**

```
17      Q.   And by "oscillation circuit," do you mean the
18   "voltage-controlled oscillator"?
```

Trial Exhibit

**PX281**

**11. PAGE 29:19 TO 29:19 (RUNNING 00:00:03.065)**

```
19      A.      Yes, I mean that.
```

**12. PAGE 29:20 TO 29:21 (RUNNING 00:00:04.247)**

```
20      Q.      Who at Oki did you report to on the NOVA RF
21   ASIC project?
```

**13. PAGE 29:23 TO 29:24 (RUNNING 00:00:06.604)**

```
23              THE WITNESS:  That was Mr. Shuji Ito.
24   BY MS. WALSH:
```

**14. PAGE 29:25 TO 30:01 (RUNNING 00:00:04.460)**

```
25      Q.      Did anyone else at Oki work with you on the
00030:01   NOVA RF ASIC project?
```

**15. PAGE 30:02 TO 30:03 (RUNNING 00:00:06.406)**

```
02      A.      Yes, there was.
03      Q.      Who was that?
```

**16. PAGE 30:04 TO 30:05 (RUNNING 00:00:09.081)**

```
04      A.      That was Mr. Shuji Ito.
05      Q.      Anyone besides Mr. Ito?
```

**17. PAGE 30:06 TO 30:06 (RUNNING 00:00:02.747)**

```
06      A.      No one else.
```

**18. PAGE 32:11 TO 32:12 (RUNNING 00:00:07.565)**

```
11      Q.      In your work on the NOVA RF ASIC project, did
12   Mr. Ito participate in designing the VCO?
```

**19. PAGE 32:13 TO 32:13 (RUNNING 00:00:05.018)**

```
13      A.      No, he did not participate.
```

**20. PAGE 37:23 TO 37:24 (RUNNING 00:00:05.143)**

```
23      Q.      In 2007, were you working on any projects
24   besides the NOVA RF ASIC project?
```

**21. PAGE 37:25 TO 37:25 (RUNNING 00:00:09.435)**

```
25      A.      Yes, I was working -- yes, I was working.
```

**22. PAGE 38:01 TO 38:02 (RUNNING 00:00:04.921)**

```
00038:01    Q.      In 2007, were you working on anything besides
      02   the NOVA RF ASIC project?
```

**23. PAGE 38:03 TO 38:04 (RUNNING 00:00:06.805)**

```
03      A.      Yes, I was.
04      Q.      What were you working on?
```

**24. PAGE 38:05 TO 38:05 (RUNNING 00:00:07.023)**

```
05      A.      I was managing my team.
```

**25. PAGE 45:18 TO 45:19 (RUNNING 00:00:03.902)**

```
18      Q.      Was there a schedule associated with the NOVA
19   RF ASIC project?
```

**26. PAGE 45:20 TO 45:20 (RUNNING 00:00:02.779)**

```
20      A.      Yes, there was.
```

**27. PAGE 45:21 TO 45:21 (RUNNING 00:00:03.157)**

```
21      Q.   Did the NOVA RF ASIC project stay on schedule?
```

**28. PAGE 45:22 TO 45:22 (RUNNING 00:00:02.269)**

```
22      A.   No.
```

**29. PAGE 48:25 TO 49:01 (RUNNING 00:00:06.978)**

```
   25         Q.   During your work on the NOVA RF ASIC project,
00049:01   did you have any difficulty contacting ACCO?
```

**30. PAGE 49:02 TO 49:03 (RUNNING 00:00:05.526)**

```
02      A.   Yes.
03      Q.   What were those difficulties?
```

**31. PAGE 49:04 TO 49:07 (RUNNING 00:00:15.307)**

```
04      A.   There was a wall between us in terms of the
05   language or languages.
06           THE CHECK INTERPRETER:  "There was a language
07   barrier."
```

**32. PAGE 49:14 TO 49:15 (RUNNING 00:00:04.173)**

```
14      Q.   Any difficulties with ACCO, aside from the
15   language barrier?
```

**33. PAGE 49:16 TO 49:16 (RUNNING 00:00:03.282)**

```
16      A.   I don't recall.
```

**34. PAGE 65:06 TO 65:07 (RUNNING 00:00:04.096)**

```
06      Q.   Are you familiar with a company called:
07   "RFCT"?
```

**35. PAGE 65:08 TO 65:09 (RUNNING 00:00:09.814)**

```
08      A.   Does that stand for RF Chip Technologies?
09      Q.   Yes, it does.
```

**36. PAGE 65:10 TO 65:10 (RUNNING 00:00:05.913)**

```
10      A.   I know -- I know it very well.
```

**37. PAGE 65:11 TO 65:12 (RUNNING 00:00:04.847)**

```
11      Q.   Did RFCT do any testing of the engineering
12   samples?
```

**38. PAGE 65:13 TO 65:15 (RUNNING 00:00:15.718)**

```
13      A.   It did.
14      Q.   Did Oki engage RFCT to perform testing on the
15   engineering samples?
```

**39. PAGE 65:16 TO 65:16 (RUNNING 00:00:02.536)**

```
16      A.   It did.
```

**40. PAGE 65:17 TO 65:22 (RUNNING 00:00:16.367)**

```
17      Q.   Why did Oki engage RFCT to perform testing on
18   the engineering samples?
19           THE CHECK INTERPRETER:  When you say,
20   "engaged," do you mean, "hire"?
21           MS. WALSH:  Yes.
22           THE CHECK INTERPRETER:  Thank you.
```

**41. PAGE 65:24 TO 66:03 (RUNNING 00:00:28.689)**

```
24           THE WITNESS:  It's not that we hired them.  It
```

```
         25      was outsourced, it's not, quote, unquote:  "Hire."
00066:01         BY MS. WALSH:
      02            Q.    Why did Oki outsource testing on the
      03         engineering samples to RFCT?
```

**42. PAGE 66:02 TO 66:03 (RUNNING 00:00:05.936)**

```
      02            Q.    Why did Oki outsource testing on the
      03         engineering samples to RFCT?
```

**43. PAGE 66:04 TO 66:05 (RUNNING 00:00:07.116)**

```
      04            A.    That was because we did not have any resources
      05         in our company.
```

**44. PAGE 66:06 TO 66:06 (RUNNING 00:00:04.412)**

```
      06            Q.    What resources did RFCT have that Oki did not?
```

**45. PAGE 66:07 TO 66:10 (RUNNING 00:00:25.572)**

```
      07            A.    Oki was lacking the human resources which were
      08         familiar with the RF circuit.
      09                  THE CHECK INTERPRETER:  "Which knew well about
      10         the" -- or:  "Who knew well about the RF circuit."
```

**46. PAGE 76:05 TO 76:06 (RUNNING 00:00:07.452)**

```
      05            Q.    Did anyone else, besides you at Oki, work on
      06         the design of the NOVA RF ASIC chipset?
```

**47. PAGE 76:09 TO 76:09 (RUNNING 00:00:02.649)**

```
      09                  THE WITNESS:  No.
```

**48. PAGE 76:25 TO 77:02 (RUNNING 00:00:11.460)**

```
         25      Q.    Mr. Fujita, I've handed you what's been marked
00077:01         as Exhibit 119, can you take a moment and look over this
      02         document and tell me if you recognize it.
```

**49. PAGE 77:03 TO 77:06 (RUNNING 00:00:15.972)**

```
      03            A.    I'm finished reading it.  I don't recognize
      04         this.
      05            Q.    Does your name in the e-mail address appear in
      06         the from field of the top e-mail?
```

**50. PAGE 77:07 TO 77:09 (RUNNING 00:00:09.250)**

```
      07            A.    Yes.
      08            Q.    Any reason to think that you did not send this
      09         e-mail on June 2nd, 2007?
```

**51. PAGE 77:10 TO 77:10 (RUNNING 00:00:02.193)**

```
      10            A.    No.
```

**52. PAGE 78:21 TO 78:24 (RUNNING 00:00:22.631)**

```
      21            Q.    And then numeral two states:  "Currently the
      22         main item of Oki Semiconductor Co. (OSC) in USA is to
      23         avoid claim for compensation by NavCom"; who did you
      24         learn that information from?
```

**53. PAGE 78:25 TO 79:01 (RUNNING 00:00:10.367)**

```
         25      A.    I learned that from the e-mail from
00079:01         Ruben Balbuena.
```

**54. PAGE 85:10 TO 85:12 (RUNNING 00:00:08.918)**

```
      10            Q.    Mr. Fujita, I've handed you what's been marked
      11         as Exhibit 121, can you take a moment and review it and
```

```
             12    tell me whether or not you recognize that document.
```

**55. PAGE 85:13 TO 85:15 (RUNNING 00:00:06.811)**

```
             13    A.   I finished reading it.
             14    Q.   And do you recognize this document,
             15    Mr. Fujita?
```

**56. PAGE 85:16 TO 85:18 (RUNNING 00:00:09.772)**

```
             16    A.   I don't recognize this.
             17    Q.   Does your name and e-mail address appear at
             18    the from field on the top of the document?
```

**57. PAGE 85:19 TO 85:21 (RUNNING 00:00:10.485)**

```
             19    A.   It does appear there.
             20    Q.   Is there any reason for you to believe that
             21    you didn't send this e-mail on June 28, 2007?
```

**58. PAGE 85:22 TO 85:22 (RUNNING 00:00:02.204)**

```
             22    A.   No.
```

**59. PAGE 86:24 TO 87:04 (RUNNING 00:00:26.244)**

```
             24    Q.   If you flip to the second page, the first
             25    sentence of the paragraph that begins at the top of that
    00087:01   page reads:  "We are trying to improve communication
             02    between Oki, Peregrine, and ACCO"; were you aware of
             03    difficulties in trying to communicate on the NOVA RF
             04    ASIC project between Oki, Peregrine, and ACCO?
```

**60. PAGE 87:05 TO 87:07 (RUNNING 00:00:14.254)**

```
             05    A.   I was aware.
             06    Q.   What were those difficulties in communicating
             07    between Oki, Peregrine, and ACCO?
```

**61. PAGE 87:08 TO 87:12 (RUNNING 00:00:55.109)**

```
             08    A.   Since Oki did not directly consign the
             09    designing of the circuit to ACCO, therefore, it could
             10    not ask things to ACCO; that was the difficult.
             11         THE CHECK INTERPRETER:  "Therefore, it could
             12    not make requests to ACCO, and that was the difficulty."
```

**62. PAGE 88:13 TO 88:14 (RUNNING 00:00:05.485)**

```
             13    Q.   Did that communication cause difficulties in
             14    the NOVA RF ASIC project?
```

**63. PAGE 88:17 TO 88:17 (RUNNING 00:00:02.378)**

```
             17         THE WITNESS:  I don't know.
```

**64. PAGE 89:02 TO 89:03 (RUNNING 00:00:05.907)**

```
             02    Q.   Do you recall anything else about
             03    communication problems between Oki, ACCO, and Peregrine?
```

**65. PAGE 89:05 TO 89:08 (RUNNING 00:00:27.273)**

```
             05         THE WITNESS:  One obstacle was that since
             06    there was the time differences and the three companies
             07    could not be in the same conference call at the same
             08    time.
```

**66. PAGE 89:15 TO 89:16 (RUNNING 00:00:05.559)**

```
             15    Q.   Did the language difference between Oki, ACCO,
             16    and Peregrine cause any difficulties in communication?
```

**67. PAGE 89:17 TO 89:19 (RUNNING 00:00:11.074)**

```
17      A.   To me, it caused some difficulties.
18           THE CHECK INTERPRETER:  "For me, that was the
19 difficulty."
```

**68. PAGE 89:21 TO 89:21 (RUNNING 00:00:02.741)**

```
21      Q.   What difficulty did it cause?
```

**69. PAGE 89:22 TO 89:24 (RUNNING 00:00:21.739)**

```
22      A.   I could talk about the technical issues, but
23 when it comes to the detailed communications of our
24 minds, it was difficult for me.
```

📁 **Fujita, Ken (Vol. 02) - 06/28/2013**      1 CLIP (RUNNING 00:00:11.310)

🎬 At this time, around March 19th, 2008, did the ...



**KF_02**      2 SEGMENTS (RUNNING 00:00:11.310)

**1. PAGE 124:21 TO 124:22 (RUNNING 00:00:04.494)**

```
21      Q.   When was the last time you recall working on
22 the NOVA RF ASIC project?
```

**2. PAGE 124:23 TO 124:23 (RUNNING 00:00:06.816)**

```
23      A.   That was in early 2008.
```

**TOTAL: 2 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:12:22.814)**