EXHIBIT PX282

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

 **Balbuena, Ruben (Vol. 01) - 07/11/2013**　　　　　　　　1 CLIP  (RUNNING 00:12:47.374)

 Good morning, Mr. Balbuena. ...

RB_01　　　　　　　32 SEGMENTS  (RUNNING 00:12:47.374)

**1. PAGE 11:09 TO 11:20  (RUNNING 00:00:14.900)**

```
09                    RUBEN BALBUENA,
10     having been administered an oath, was examined and
11     testified as follows:
12
13             VIDEO OPERATOR:  Counsel.
14                      EXAMINATION
15     BY MR. SCHUMAN:
16         Q    Good morning, Mr. Balbuena.
17         A    Good morning.
18         Q    Could you state your full name for the
19     record, please.
20         A    Ruben Alfredo Balbuena Rojas.
```

**2. PAGE 19:20 TO 20:03  (RUNNING 00:00:14.384)**

```
   20         Q    You're currently employed by ROHM
   21     Semiconductor USA, correct?
   22         A    Yes.
   23         Q    And you started there in April 2009,
   24     correct?
   25         A    Yes.
00020:01       Q    And before that you were employed by Oki
   02     Semiconductor, right?
   03         A    Yes.
```

**3. PAGE 26:15 TO 26:20  (RUNNING 00:00:20.720)**

```
   15         Q    What was your role, Mr. Balbuena, in the
   16     negotiation of the contract between Oki and NavCom
   17     for the RF ASIC project?
   18         A    I was the main contact point within Oki
   19     discussing the terms with both NavCom and also
   20     internally with our headquarters in Japan.
```

**4. PAGE 27:02 TO 27:07  (RUNNING 00:00:11.633)**

```
   02         Q    Do you have any independent decision-making
   03     authority regarding the terms that would be in the
   04     contract between Oki and NavCom?
   05         A    No.
   06         Q    You were more like an interface?
   07         A    That's right.
```

**5. PAGE 28:19 TO 28:25  (RUNNING 00:00:17.484)**

```
   19         Q    Do you know whether Oki asked anyone
   20     outside of Oki to review the NavCom spec before
   21     signing the contract?
   22         A    Yes.
   23         Q    And -- and isn't it correct that Oki asked
   24     Peregrine Semiconductor to review the spec?
   25         A    Yes.
```

**6. PAGE 29:21 TO 29:24  (RUNNING 00:00:12.126)**

```
   21              Did Peregrine ever tell Oki that the
   22     chipset specified by NavCom in that spec could not
   23     be built?
```

Trial Exhibit

PX282

```
            24      A    No.
```
**7. PAGE 69:17 TO 69:23  (RUNNING 00:00:24.884)**

```
            17      Q    Do you recall whether Oki made any
            18 suggestions to NavCom regarding the design for the
            19 ASIC that were accepted by NavCom?
            20      A    One specifically, to separate the chipset
            21 into three.  That was Oki's proposal.  Originally
            22 they wanted discussion to make all integrated
            23 device.
```
**8. PAGE 83:20 TO 83:25  (RUNNING 00:00:14.641)**

```
            20      Q    At any point during the project, do you
            21 recall receiving -- do you recall hearing from
            22 anyone within Oki that the NavCom specification was
            23 not feasible?
            24      A    No, I don't remember.  I don't remember
            25 receiving such a feedback.
```
**9. PAGE 84:22 TO 84:25  (RUNNING 00:00:08.435)**

```
            22      Q    The court reporter has handed you
            23 Plaintiffs' Exhibit 137, Mr. Balbuena.  Take your
            24 time to review it, and when you're done, let me know
            25 if you recognize it.
```
**10. PAGE 85:01 TO 85:06  (RUNNING 00:00:11.224)**

```
   00085:01      A    I don't specifically remember this one
         02 document.
         03      Q    Do you have any reason to doubt that it's
         04 an accurate copy of an email that you sent to Paul
         05 Galyean on September 20th, 2005?
         06      A    No, I don't.
```
**11. PAGE 85:08 TO 86:11  (RUNNING 00:01:40.454)**

```
            08           Did you make the changes to the development
            09 agreement that are reflected in the attachment to
            10 the email?
            11      A    I believe so.
            12      Q    And those changes would be reflected in
            13 track changes, right?
            14      A    Let me check.
            15      Yes.
            16      Q    In your cover email, Mr. Balbuena, you say
            17 please -- this is the second paragraph -- you say:
            18           "Please review it and also provide
            19      an update on the current status for
            20      approving this Development Agreement
            21      within NCT and JD."
            22           NCT is NavCom, right?
            23      A    NavCom Technologies, yes.
            24      Q    Who is JD?
            25      A    John Deere.
   00086:01      Q    And what was your understanding of John
         02 Deere's role in the NavCom RF ASIC project?
         03      A    I believe John Deere was the parent company
         04 of NavCom.
         05      Q    And what was your understanding of their
         06 role specifically with the NavCom RF ASIC?
         07      A    The NavCom will develop the A-GPS modules
         08 to be used in the John Deere tractors.
         09      Q    So the chipset was going to be incorporated
         10 into Deere products, right?
         11      A    Yes.
```

**12. PAGE 86:21 TO 86:23  (RUNNING 00:00:06.833)**

```
        21      Q   Mr. Balbuena, the court reporter has handed
        22   you Exhibit 138.  Take your time to review it, and
        23   when you're done, let me know if you recognize it.
```

**13. PAGE 86:24 TO 87:04  (RUNNING 00:00:15.331)**

```
        24      A   I don't specifically remember this
        25   exchange.
 00087:01      Q   Do you have any reason to doubt it's an
        02   accurate copy of an email exchange between you and
        03   Mr. Galyean in September of 2005?
        04      A   No, I don't.
```

**14. PAGE 90:09 TO 90:16  (RUNNING 00:00:33.184)**

```
        09      Q   Okay.  Moving to the first of the two
        10   attachments in Exhibit 138, a document entitled
        11   "Comments on Draft RF ASIC Agreement," do I
        12   understand correctly that you interlineated your
        13   responses by saying A1, A2, A3, that the text that
        14   appears next to those indicators are your responses
        15   to his questions?
        16      A   I believe so.
```

**15. PAGE 90:22 TO 91:08  (RUNNING 00:00:47.810)**

```
        22      Q   Okay.  Turning to -- I'll refer to the
        23   Bates numbers, page 003030.  Comment 7.  This is
        24   Mr. Galyean's comment:
        25          "We need in this Development
 00091:01       Agreement to recognize what all of us
        02      understand about the fact that there
        03      will be some variations from the initial
        04      specification, and that this in
        05      intentional and designed to give Oki
        06      some latitude to do the best design."
        07          And then he suggests some language which is
        08   lengthy and I won't read into the record.
```

**16. PAGE 91:09 TO 91:17  (RUNNING 00:00:25.565)**

```
        09          And in your response to that comment --
        10   before I get to your response, do you recall having
        11   any discussion with Mr. Galyean about the comment
        12   he's making here in No. 7?
        13      A   No, I don't recall it.
        14      Q   Do you recall discussing within Oki
        15   Mr. Galyean's comment about changes to the
        16   specification?
        17      A   I don't recall.
```

**17. PAGE 91:18 TO 91:23  (RUNNING 00:00:13.723)**

```
        18      Q   In your response you say:
        19          "OK.  Addition, language and
        20      changes accepted.  Modified in latest
        21      version."
        22          And that was your response to him, right?
        23      A   Seems so, yes.
```

**18. PAGE 100:10 TO 100:12  (RUNNING 00:00:08.214)**

```
        10      Q   The court reporter has handed you
        11   Exhibit 140.  Take your time to review it, and when
        12   you're done, let me know if you recognize it.
```

**19. PAGE 100:13 TO 100:19 (RUNNING 00:00:18.931)**

```
          13      A    Okay.  I don't specifically remember this
          14   email.
          15      Q    Do you have any reason to doubt this is an
          16   accurate copy of an email you sent to various folks
          17   at NavCom and Oki on October 22nd, 2000 -- sorry, on
          18   October 26th, 2005?
          19      A    No, I don't.
```

**20. PAGE 119:23 TO 120:01 (RUNNING 00:00:07.874)**

```
          23      Q    Mr. Balbuena, the court reporter has handed
          24   you Plaintiffs' Exhibit 148.  Take your time to
          25   review it, and when you're done, let me know if you
  00120:01   recognize it.
```

**21. PAGE 120:02 TO 120:08 (RUNNING 00:00:11.097)**

```
          02      A    Okay.
          03      Q    Do you recognize this email?
          04      A    I don't recognize this email.
          05      Q    Do you have any reason to doubt that you
          06   received it from Paul Galyean on September 9th,
          07   2006?
          08      A    No, I don't.
```

**22. PAGE 124:05 TO 124:07 (RUNNING 00:00:05.324)**

```
          05      Q    Take your time to review Exhibit 149, Mr.
          06   Balbuena, and when you're done, let me know if you
          07   recognize it.
```

**23. PAGE 124:08 TO 124:14 (RUNNING 00:00:16.385)**

```
          08      A    Okay.
          09      Q    Do you recognize this email exchange?
          10      A    I do not remember this specific exchange.
          11      Q    Do you have any reason to doubt that it's
          12   an accurate copy of an email exchange between you
          13   and Paul Galyean in November 2006?
          14      A    I don't.
```

**24. PAGE 138:02 TO 138:03 (RUNNING 00:00:05.973)**

```
          02      Q    Take your time to review Exhibit 153, and
          03   when you're done, let me know if you recognize it.
```

**25. PAGE 138:04 TO 139:11 (RUNNING 00:01:54.265)**

```
          04      A    Okay.
          05      Q    Do you recognize Exhibit 153?
          06      A    I do not remember it.
          07      Q    Okay.  Do you have any reason to doubt that
          08   Exhibit 153 is an accurate copy of an email exchange
          09   between you and Mark Brown and others from May of
          10   2007?
          11      A    No, I don't.
          12      Q    This is in part you forwarding to a number
          13   of others within Oki Mr. Galyean's email that we
          14   looked at in Exhibit 152, right?
          15      A    Yes.
          16      Q    And you forwarded it to somebody named Todd
          17   Bartol.  Who is Todd Bartol?
          18      A    He was in that email as well.  He replaced
          19   Michael Brown as head of sales within Oki
          20   Semiconductor USA.
          21      Q    And who was Takabumi Asahi?
          22      A    Also listed in the email.  He replaced
          23   Mr. Masahara Osawa as president of Oki Semiconductor
```

```
            24   USA.
            25        Q    And who is Michael Gershowitz?
   00139:01        A    He was my newly appointed supervisor as
            02   listed also in the same email.
            03        Q    And you sent this email to those folks with
            04   high importance, right?
            05        A    That's right.
            06        Q    Why did you do that?
            07        A    I couldn't tell from my recollection, but
            08   from what I see on the email, because of the urgency
            09   of the matter.
            10        Q    You were escalating the problem, right?
            11        A    Exactly.
```

**26. PAGE 149:13 TO 150:07 (RUNNING 00:00:55.558)**

```
            13        Q    Do you recognize Exhibit 157?
            14        A    I don't have a recollection of this email.
            15        Q    Would you agree with me that Exhibit 157
            16   represents you forwarding Mr. Galyean's email, which
            17   we previously looked at at Exhibit 156, to Mr. Kamei
            18   and others within Oki?
            19        A    Yes.
            20        Q    And then some further discussion amongst
            21   Oki employees regarding the email, right?
            22        A    Yes.
            23        Q    And you forwarded Mr. Galyean's email to
            24   Mr. Kamei and Mr. Fujita, copying Mr. Takabumi and
            25   others with high importance, right?
   00150:01        A    Yes.
            02        Q    And why did you do that?
            03        A    I don't remember, but I am assuming because
            04   of the urgency of the matter.
            05        Q    And because of the content of what Mr.
            06   Galyean conveyed to you in his email, right?
            07        A    Yes.
```

**27. PAGE 150:08 TO 150:11 (RUNNING 00:00:16.619)**

```
            08        Q    You summarize for Mr. Kamei and Mr. Fujita
            09   Mr. Galyean's email, and then after that you offer
            10   some of your own perspective, right?
            11        A    Yes.
```

**28. PAGE 150:12 TO 150:20 (RUNNING 00:00:35.067)**

```
            12        Q    And near the bottom of the email, and this
            13   is on page 14121, the Bates -- by referring to the
            14   Bates number, you also are questioning here what's
            15   going on with Peregrine and ACCO, right?
            16        A    I assume so.
            17        Q    Right.  And you also make reference to a
            18   promise that Oki made to NavCom at a meeting earlier
            19   in June, don't you?
            20        A    It's mentioned -- it's mentioned here, yes.
```

**29. PAGE 151:02 TO 151:18 (RUNNING 00:00:44.335)**

```
            02        Q    And what is -- what are you referring to
            03   when you say it's written here?
            04        A    It says in the bracket -- it's says that we
            05   are doing:
            06             "We're going to do our best effort
            07        to analyze the root cause of the issues
            08        and that we will get Peregrine and ACCO
            09        involved from the beginning of the
            10        process."
            11             That's what it says that we promised.
            12        Q    At the meeting on June 6th?
```

```
           13      A      And that's what I'm reading from the email.
           14      Q      Right.
           15      A      Yes.
           16      Q      And this is June 27th, and you're emailing
           17   Kamei and others saying you don't know what ACCO and
           18   Peregrine are doing at this point, right?
```

**30. PAGE 151:20 TO 151:22 (RUNNING 00:00:07.075)**

```
           20             THE WITNESS:  This is related to the
           21   previous email also.  We still don't have -- this is
           22   Exhibit No. 155.
```

**31. PAGE 151:24 TO 152:02 (RUNNING 00:00:06.892)**

```
           24      Q      Right.
           25      A      "We (OSC) still don't have a clear
     00152:01          view of what is currently happening at
           02          Peregrine and ACCO."
```

**32. PAGE 163:21 TO 164:02 (RUNNING 00:00:20.434)**

```
           21      Q      Do you recognize Exhibit 161?
           22      A      I do not remember seeing this email.
           23      Q      Do you have any reason, Mr. Balbuena, to
           24   dispute that Exhibit 161 is an internal email
           25   exchange between you and others at Oki in advance of
     00164:01   the May 30th meeting that Oki had with NavCom?
           02      A      I don't.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:12:47.374)**