EXHIBIT DX-1024

DECLARATION OF BRETT M.
SCHUMAN IN SUPPORT OF
PLAINTIFFS NAVCOM TECHNOLOGY,
INC. AND DEERE & COMPANY'S
RENEWED MOTION FOR PARTIAL
JUDGMENT AS A MATTER OF LAW
PURSUANT TO FED. R. CIV. P. 50(b)

**From:** Galyean Paul
**Sent:** Wednesday, March 12, 2008 11:53 AM
**To:** Stahlbaum Jeffery W; Frank Kenneth M (Phoenix International); Dauner Krista; Reibel Chip
**Subject:** Bharat's staff meeting
**Attachments:** Advanced GNSS Presentation 18 Mar.ppt; image001.gif; header.htm

To all—

Attached is a draft for review tomorrow.


Regards,

Paul

Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001
E-mail: pgalyean@navcomtech.com <mailto:pgalyean@navcomtech.com>





Confidential

NAV0075596

Intelligent
Mobile
Equipment
Technologies

# Advanced GNSS Status
# (Focus on Gen5 Issues)

Paul Galyean, Ken Frank, Jeff Stahlbaum
18 March 08



JOHN DEERE

Extending human capabilities through machine intelligence

NAV0075597



- **Problems have delayed the DV3 build.**
  - Scheduled to start 1/29, first part (11 units) started 2/14 (PCBs late).
  - These units were urgently needed for PVV testing.
  - Second part of DV3 (52 units) on hold for L-band problem.

Intelligent Mobile Equipment Technologies

## Impact of Gen5 Issues



- **Logic for a difficult decision:**
  - We aren't ready to continue the DV3 build yet (L-band problem).
  - DV3 won't be field tested during the spring planting season in North America. We want a full season (planting, harvest) before product launch.
  - We need limited PVV between DV3 and DV3a, full PVV between DV3a and PVB, and rooftop and coop testing after PVB..
  - iTCs are working well; there is no driving need to replace them yet.

- **The schedule changes:**
  - Shift DV3a to May – permits all design changes to be included in DV3a prior to PVB.
  - Shift PVB to August – permits full PVV on DV3a, no engineering changes anticipated.
  - Limited production build in November – no conflict with high rate iTC production.
  - Customer deliveries in ~June 09 rather than Feb. 09 – permits testing during spring planting in North America.

# Revised Gen5 Schedule



Confidential



- **L-band Problem**
  - Signal/Noise ratio appears to be too low.
  - We have found nothing wrong with the hardware.
  - We believe that this is a problem with the signal processing software and/or with the StarFire signal structure and/or with metrology (or some interacting combination of these).
  - There are variances in the broadcast StarFire signal that may (or may not) be contributing to the problem.

- **Resolution Plan**
  - Engineers from NCT, IVS, PIC, and two RF consultants assembled last week at NCT.
  - Key tests conducted to accurately measure S/N.
  - Key metrology problems identified.

Intelligent Mobile Equipment Technologies

# Gen5 Program Status



- **Documentation.**
    - All requirements documents complete (PGS, SRS, SRD, HRD).
    - PVV plan being updated to support latest build plans.
    - Design documents complete (HDD, SDD).
    - MRD complete and in review.
    - Full review of documentation will occur before Phase 3 re-do.
- **FMEAs**
    - SFMEA current and all RPNs over 100 assigned.
    - PFMEA current and all RPNs over 100 assigned.
    - MFMEA current and all RPNs below 100.
    - DFMEA – completion in Mar. 08.
- **Progress by DV3a build.**
    - L-band spur.
    - ESD protection for external antenna port.
    - Validation of long term use of conductive o-rings for noise suppression.
    - Finalization of HASS profile.
    - Full manufacturing test.
    - Full JDQ tests on DV3.
    - Conduct vibration analysis to assess implement mounting of receiver.
- **Proposed Project Scope Changes – PCR required**
    - 1 pps capability required for future radio synchronization (leader/follower and other applications).
    - Inclusion of incremental iTC features (e.g., 3P-RTK and 400 MHz radio)

Intelligent Mobile Equipment Technologies

Confidential



Backup Slides

Intelligent Mobile Equipment Technologies

JOHN DEERE

Extending human capabilities through machine intelligence


The StarFire receiver family is the cornerstone of John Deere GNSS technology and IVS products. The StarFire iTC product lifespan is expected to continue through 2008 and into 2009, at which time the StarFire 3000 (Gen5) Advanced GNSS Receiver will replace it. The StarFire 3000 receiver will be the pre-eminent GNSS receiver for agricultural applications.



Intelligent Mobile Equipment Technologies

Confidential

## Recent Accomplishments



- L1, L2, L-band receiver sensitivity validated and is very good.
- Multi-satellite tracking working well (further increases receiver sensitivity)
- Shading performance is significantly better than iTC.
- Inertial performance is very good.
- Glonass hardware has been validated. 
- The software is operating well.
- PIC reflow profile is compatible with the Gen5 parts.
- No problems found by PIC Design Analysis.
- Transition to PIC Mentor Graphics schematic/layout toolset nearing completion.
- High risk JDQ tests passed.

Intelligent Mobile Equipment Technologies



- **Excellent sensitivity results on L1 C/A.**
  - Should make a big difference in shading performance.

| Receiver | Cycle Slip Threshold (dB-Hz) | Drop Lock Threshold (dB-Hz) |
|---|---|---|
| iTC (Gen.4) | 35 | 33 |
| SF-2050 (StarLight engine) | 35 | 32 |
| Trimble SPS 850 | not measured | 31 |
| Novatel DL-V3 | 34 | 30 |
| Nova (multi-sat track off) | 31 | 26 |
| Nova (multi-sat track on) | 28 | 26 |

Confidential


- **Excellent sensitivity results on L2.**
  - Should make a big difference in shading performance.

| Receiver | L2 Cycle Slip Threshold (L2 C/No dB-Hz) | L2 Drop Lock Threshold (L2 C/No dB-Hz) |
|---|---|---|
| iTC (Gen.4) | No results | No results |
| SF-2050 (StarLight engine) | 28 | 28 |
| Novatel | 27 | 27 |
| Nova (multi-sat track off) | 27 | 25 |
| Nova (multi-sat track on) | 25 | 25 |

Confidential

# Simulator Shading Performance



NAV0075609

# RF ASIC



- **RF ASIC schedule continues to slip.**
    - Now scheduled to get 2nd respin chips Nov. 08.
    - Oki/Peregrine/Tahoe evaluations of 1st respin chips show serious problems remain.
    - Preliminary NCT testing of 1st respin chips confirms substantial problems.
    - Plan at present is still to insert RF ASICs into Gen5 in FY09.
    - We do not yet have confidence that we will get usable chips.
- **Action Plan**
    - NCT to communicate concerns about eventual success to Oki.
    - Internal NCT management meeting to consider options – Mar. 5.
    - Team Design Review (Oki, Peregrine, Tahoe RF, NCT) - Mar. 26
    - Management review with Oki - Mar. 28.
    - Decision on direction to follow management review.

Confidential


- **For some time, the algorithms have worked well on the simulator, but not as well on live signals.**
  - There appeared to be three classes of signals - we have not understood the physics.

- **In a meeting on the GPS III L1C signals, Stanford showed data about GPS signal characteristics that were unknown to the audience (and to us).**
  - These characteristics may account for our difficulties with advanced multipath mitigation, but this is not confirmed.
  - They may also relate to biases in the GPS signals that we have not been able to understand for a long time, but this is also not confirmed.
  - We have made plans to collect data with a Stanford directional antenna.

Intelligent Mobile Equipment Technologies



- **Base station antenna.**
  - Discussions completed about contractual issues.
  - Tests of first prototype antenna are very good.
  - Now testing three pilot antennas.
- **Rover antenna.**
  - No recent efforts due to other priorities.
  - Prototype antenna from Orban showed exceptional performance in anechoic chamber.
  - IVS may have requirements for a hardened antenna that differ from NCT rover requirements.

NAV0075612



NAV0075613

# Gen5 Phase 3 DCF


JOHN DEERE

| Financial Summary | IRR | NPV (000s) |
|---|---|---|
| Gen 5 Phase 3 | 16% | 2,708 |
| | | |
| NPV Breakeven in Years | | 8.5 |
| | | |
| Gen 5 Phase 2 | 23% | 7,622 |
| AFE Metrics | 28% | 11,911 |
| Nova Phase 2 | 29% | 12,142 |

### NPV Recon Summary - Gen 5 Phase 2 to Gen 5 Phase 3 (000s)

| | |
|---|---|
| Gen 5 Phase 2 NPV | 7,622 |
| | |
| Increase in cost for Gen 5 Receiver due to Glonass | (3,041) |
| Decrease in SF2 subscription renewal rate (100% to 60%) | (2,828) |
| Decrease in cost for current iTC Receiver | (1,917) |
| Updates in Navcom products (volumes, pricing, costs) | (1,904) |
| Change in SF1/SF2 Split (from 55/45 to 60/40) | (1,007) |
| Increase in Gen 5 Capital/Expense  (primarily expense) | (973) |
| Decrease in upgrade rate to SF2 (from 20% to 10% over 4 years) | (947) |
| Addition of Glonass Capital & Expense | (838) |
| Increase in cost for Gen 5 Receiver (excluding Glonass) | (641) |
| Change in Inventory calculation | 310 |
| Change in Gen5 volumes (lower initial volumes, +5% higher death curve) | 3,169 |
| Changes in Gen5 MDPs (too low initial MDPs, -2.5% red. vs -5%) | 5,703 |
| | |
| Gen 5 Phase 3 NPV | 2,708 |

Intelligent Mobile Equipment Technologies

NAV0075614

# Gen5 Phase 3 DCF


JOHN DEERE

## Gen5 Phase 3 Review Feb 08

### Capital

| | Original | Delta for RF ASIC | Delta for Glonass | Total | AFE | Change |
|---|---|---|---|---|---|---|
| Sapphire (Nova) | $746 | $0 | $303 | $1,049 | $708 | -$341 |
| Gen5 | $947 | $18 | $0 | $965 | $840 | -$125 |
| SF-3050 (Box) | $528 | $18 | $0 | $546 | $332 | -$214 |
| Smart Antenna Phase 1 | $260 | $18 | $0 | $278 | $0 | -$278 |
| Smart Antenna Phase 2 | $220 | $18 | $0 | $238 | $476 | $238 |
| ASICs | $1,332 | $0 | $0 | $1,332 | $1,332 | $0 |
| Antennas | $50 | $0 | $0 | $50 | $149 | $99 |
| **Total** | $4,083 | $72 | $303 | $4,458 | $3,837 | -$621 |

### NRE

| | Original | Delta for RF ASIC | Delta for Glonass | Total | AFE | Change |
|---|---|---|---|---|---|---|
| Sapphire (Nova) | $14,660 | $0 | $0 | $14,660 | $13,359 | -$1,301 |
| Gen5 | $7,187 | $1,155 | $1,773 | $10,115 | $6,248 | -$3,867 |
| SF-3050 (Box) | $1,254 | $40 | $20 | $1,314 | $1,709 | $395 |
| Smart Antenna Phase 1 | $1,054 | $20 | $20 | $1,094 | $0 | -$1,094 |
| Smart Antenna Phase 2 | $917 | $0 | $0 | $917 | $2,150 | $1,233 |
| ASICs | $997 | $109 | $0 | $1,106 | $649 | -$457 |
| Antennas | $1,068 | $0 | $0 | $1,068 | $785 | -$283 |
| **Total** | $27,137 | $1,324 | $1,813 | $30,274 | $24,900 | -$5,374 |

Confidential
Intelligent Mobile Equipment Technologies

NAV0075615

# Program Scorecard – Gen5


JOHN DEERE

GEN5

| | | | |
|---|---|---|---|
| NRE Performance | 98.10% | Full DCF update underway to reflect many changes, including Glonass, manufacturing issues, Nova non-production, RF ASICs, revised software estimates. Completion in January. |
| Capital Performance | 98.81% | |
| Product Cost | | Target cost is high with expensive inertials part, increased cost of discrete RF front end, and larger PCB to accommodate Glonass. Current cost is $1,046 without Glonass, $1,146 with Glonass. |
| Quality of Cost | 98% | |
| Reliability | | Driven by noise problem on DVG1, resolved on DVG2. |
| Risk | 2.11 / 9 | |
| Schedule | | Schedule for DV3 in Jan 08 on track. Phase 3 review shifted to Feb 13th because of scheduling conflicts. |
| Requirements | | In place. |
| Resources | | We have had a shortage of RF resources over the last few months, will continue for several more. Consultants are being used to supplement our RF resources. |
| Software (NCT) | | DV3 software on schedule. |
| Software (IVS) | | DV3 software on schedule. |
| Electrical | | |
| Mechanical | | Mechanical design issues resolved with decision to use hat coupler for HASS testing. |
| Manufacturing | | DVG2 (second build with Glonass) completed and in test. <br><br> Builds prior to DV2 all had problems. In part, these are due to lack of correct feeders. DV2 and DVG2 had few problems. PIC plans to have all build issues addressed by DV3 build. <br><br> Extra builds to try to build DV3 from PIC system, and to use PCBs from production intent vendor. |
| PVV | | Significant testing is ongoing and additional results will be understood prior to Phase 3 close. |
| Antenna | | |
| Inertials | | Autotrac and inertials trials ongoing. Good results so far. |
| RF ASIC | | Oki, Peregrine, Tahoe Semiconductor working on RF ASICs. First re-spin chips received (not tested yet), second re-spin chips due Aug 08. |
| Glonass | | Gen5 DV3 will contain Glonass hardware. Software comes later. |

Intelligent Mobile Equipment Technologies

Confidential

# Program Scorecard – Nova/Sapphire



NOVA

| | | |
|---|---|---|
| NRE Performance | 90.47% | |
| Capital Performance | 61.36% | GNSS simulator cost was higher than estimated. Simulator is essential to these developments. |
| Product Cost | | N/A - product no longer being released to production |
| Quality of Cost | | N/A - product no longer being released to production |
| Reliability | | N/A - product no longer being released to production |
| Risk | | N/A - product no longer being released to production |
| Schedule | | N/A - product no longer being released to production |
| Requirements | | N/A - product no longer being released to production |
| Resources | | We have had a shortage of RF resources over the last few months, will continue for several more. Consultants are being used to supplement our resources. |
| Software | | NCT PVV assisting with extended engineering testing of Beta code. We are augmenting test resources. |
| Electrical | | |
| Mechanical | | |
| Manufacturing | | All builds to date have had serious problems. We have not yet reviewed the manufacturing results on the Nova D3b build. |
| PVV | | PVV plan in place. |
| Antennas | | Base station not progressing very rapidly, but prototypes due shortly. Rover prototype shows exceptional anechoic chamber performance. |

Confidential

# Gen5 Program Risks



| # | Title | Unit | Cost | Capital | Reliability | Mfg Inpt Qual | Serviceability | Function Appearance Interface | Support & Mktg |
|---|-------|------|------|---------|-------------|---------------|----------------|-------------------------------|----------------|
| 1 | Digital / RF Board | *PC | L | L | M | H | L | H | L |
| 2 | Antenna Board | *PC | L | L | L | L | L | L | L |
| 4 | Mechanical Hardware | *PC | L | L | L | L | L | M | L |
| 5 | Software | *PC | L | L | L | L | L | M | L |
| 6 | Receiver Shroud | *PC | L | L | L | L | L | L | L |
| 7 | IMU Development | *PC | L | L | M | M | L | M | L |
| 8 | LNA Shielding | *PC | L | L | H | H | L | H | L |
| 9 | Component Availability (Build) | *PC | L | L | L | H | L | L | L |
| 10 | Manufacturing Readiness (Tooling) | *PC | L | L | L | H | L | L | L |

| Risk Severity | Ratings | Totals | | | | | | |
|---------------|---------|--------|--|--|--|--|--|--|
| **2.38** | Unrated | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (1) Low | 9 | 9 | 6 | 4 | 9 | 4 | 9 |
| | (5) Medium | 0 | 0 | 2 | 1 | 0 | 3 | 0 |
| | (10) High | 0 | 0 | 1 | 4 | 0 | 2 | 0 |
| | **Average** | 1.0 | 1.0 | 2.89 | 5.44 | 1.0 | 4.33 | 1.0 |

Intelligent Mobile Equipment Technologies

NAV0075618



**Prior Gen5 Schedule**

*Nova Phase 2 (Aug 06)*
*Gen5 Phase 2 (Dec 06)*
*Nova Phase 3 (Jul 07)*
*Gen5 Phase 3 (Feb 08)*
*Gen5 Phase 4 (Sep 08)*
*Gen5 Phase 5 (Jan 09)*

Oct 05 | Jan 06 | Apr 06 | Jul 06 | Oct 06 | Jan 07 | Apr 07 | Jul 07 | Oct 07 | Jan 08 | Apr 08 | Jul 08 | Oct 08 | Jan 09 | Apr 09

Digital ASIC TDP complete (Oct 05)

RF ASIC TDP Complete (Dec 05)

First Nova build (Apr 06)

Nova D2 (May 07)

Gen5 DV1 (Jun 07)

Nova D3a (Sep 07)

Gen5 DV2 (Oct 07)

Gen5 DVG1a (Nov 07)

Nova D3b (Dec 07)

Gen5 DVG2 (Jan 08)

Gen5 DV3 (Mar 08)

Gen5 DV3a (May 08)

Gen5 DV3b (Mar 08)

Gen5 announced (July 08)

Gen5 DV3a (May 08)

Gen5 PVB (Aug 08)

Gen5 Production Ramp-up (Oct 08)

Gen5 ship to customers (Feb 09)

Confidential

NAV0075620

