EXHIBIT DX-1030

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)



# RF ASIC Meeting
# April 18, 2008

Below are my notes on the RF ASIC meeting with Tahoe RF, Peregrine, and Oki. Those attending were:

NCT: Jerry Knight, Mark Rentz, jacob Makhinson, Paul Galyean

Oki: Ruben Balbuena

Tahoe RF: Irshad Rasheed, Jack Kennedy, Chris Schiller

Peregrine: Dan Nobbe

1) The purpose of the meeting was to answer technical questions and provide guidance to Tahoe RF on the specifications. I will not try to go into those details, but I believe the meeting was very useful to Tahoe in understanding the requirements and design tradeoffs.

2) It is clear that a lot of redesign is necessary, and that the repairs are not superficial. Tahoe RF particularly noted the problems in the PLL chip.

3) Jacob had made several changes to the specification, primarily to clarify its intent and indicate the more important points. There will need to be a few more changes and a formal amendment to the agreement in a while. The present spec contains information particular to the present design that will need to be changed.

4) Tahoe proposed several technical changes that we need to consider. They suggest, for instance, that a 163 MHz clock be used rather than the present 40.9 MHz clock, as there are advantages in spur suppression. We have to determine whether this will work with the digital ASIC. If so, it is a good technical change.

5) There was discussion about division of the functionality into different chip architectures and about the pinout and chip packages. There are complex tradeoffs here involving real estate, recurring cost, and functionality. Some changes are necessary for the chips to work (e.g., increased pin count). We will need to consider and respond to these issues.

- One proposal would increase the chip count to four rather than three, and another one would retain three chips but divide the functionality differently. While this may on the surface seem disadvantageous to us, that is not clear when all the tradeoffs are considered.

- It may be advantageous to use WSP (wafer scale packaging) or BGA chips rather than the present packages. This has to be considered along with the architectural question above.

- We made it clear that it is not in our interest to have the recurring cost increased, as the most fundamental reason for doing the chips is cost savings, and having that erode would be very difficult for us.

6) Tahoe raised the issue of power consumption. The suggestion was made that we might reduce power 30% at the cost of four additional months of schedule. We need to respond to this.

DEFENDANT'S EXHIBIT DX-1030

Exhibit 30
Wit 30(6)(6) P.6.
R. Alossi, RPR, CCRR, CSR 13497

Confidential

NAV0044949



7) Ruben Balbuena (Oki) was very quiet throughout the meeting, almost never responding. Some of these considerations would increase their cost, but some may be necessary to get working chips. I expect they will have an opinion if some of these proposed changes significantly increase their costs.

8) We have, at Tahoe RF's request, set up weekly telephone meetings for the next six weeks.

9) The schedule for Oki/Tahoe RF to deliver a revised schedule is now May 22 rather than May 15, due to the two weeks slip in this technical meeting (this meeting was postponed because of NCT's needs).

10) We are tentatively proposing that the next meeting with Oki senior management occur on 5/23, the day after we receive the revised schedule.

Confidential                                                              NAV0044950