EXHIBIT DX-1031

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

This document was produced in native format.




Confidential

NAV0064858

### Notes from RF ASIC design review 4/18/08

| # | Action | Date Required | Who |
|---|---|---|---|
| 1 | Provide BOM. | 4/21/08 | Paul |
| 2 | Send out new draft spec once Jacob marks it up. | 4/22/08 | Jacob |
| 3 | Consider the 163 MHz clock change. Do we have an acceptable divider chip? Will the digital ASIC work with this? | 4/22/08 | Jerry |
| 4 | Tahoe RF to do the comparison between present 3-chip architecture, a 4-chip architecture, and a 3 chip architecture with all RF sections in one chip (may be difficult). Oki to look at price issue. | 4/25/2008 - Tahoe 5/1/08 - Oki | Tahoe, Oki |
| 5 | NCT to consider issues associated with WXP or BGA packaging. | 4/23/08 | Jacob |
| 6 | 30% reduction in power might be possible with 4 months additional schedule. 10% might be easy. Present power is 0.9W. NCT to advise | 4/23/08 | Paul |
| 7 | Set up telephone meetings Thursday at 3:30 for next 6 weeks. | 4/21/08 | Paul |
| 8 | Date for revised schedule is now 5/22, due to our slip of the review meeting. Schedule management meeting on 5/23. | 4/21/08 | Paul |
| 9 | We will need to deal with the draft amendment to the agreement once it is settled. | TBD | Paul, Ruben |
| 10 | Distribute action list. | 4/21/08 | Paul |