EXHIBIT DX-1051

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| | |
|---|---|
| From: | Galyean Paul [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA03496] |
| Sent: | 4/24/2008 4:15:14 PM |
| To: | 'Ruben Balbuena' [balbuena819@oki.com]; 'Dan Nobbe (dnobbe@psemi.com)' [dnobbe@psemi.com]; Dan Losser (Peregrine Semiconductor) [dlosser@peregrine-semi.com]; Irshad Rasheed [irasheed@tahoerf.com]; Jack Kennedy (jkennedy@tahoerf.com) [jkennedy@tahoerf.com]; Chris Schiller (cschiller@tahoerf.com) [cschiller@tahoerf.com]; Makhinson Jacob [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00115]; Rentz Mark [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00003]; Knight Jerry [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00048] |
| CC: | Ortyl Nicholas [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NO31921] |
| Subject: | RF ASIC Action items |
| Attachments: | Action Items from Tahoe RF ASIC Meetings 24 Apr 08.xls |




NAV0057665

```
From: "Galyean Paul" <Microsoft Exchange Server>
Date: Thu, 24 Apr 2008 23:15:14 +0000
To: "'Ruben Balbuena'" <balbuena819@oki.com>; "Dan Nobbe
(dnobbe@psemi.com)" <dnobbe@psemi.com>; "Dan Losser (Peregrine
Semiconductor)" <dlosser@peregrine-semi.com>; "Irshad Rasheed"
<irasheed@tahoerf.com>; "jack kennedy" <jkennedy@tahoerf.com>; "chris
schiller" <cschiller@tahoerf.com>; "Makhinson Jacob"
<JMakhinson@navcomtech.com>; "Rentz Mark" <MRentz@navcomtech.com>;
"Knight Jerry" <JKnight@navcomtech.com>;
CC: "Ortyl Nicholas" <nortyl@navcomtech.com>;
Subject: RF ASIC Action items
Attachments: Action Items from Tahoe RF ASIC Meetings 24 Apr
08.xls;image001.gif;header.htm;
```

To alló

Attached are the action items from the discussion today.


Regards,

Paul

Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001
E-mail: pgalyean@navcomtech.com <mailto:pgalyean@navcomtech.com>

This document was produced in native format.

Confidential

NAV0057666

| # | Notes from RF ASIC design review 4/18/08 | Date Required | Who | Notes 4/24/08 |
|---|---|---|---|---|
| 1 | Provide BOM. | 4/21/08 | Paul | Closed. |
| 2 | Send out new draft spec once Jacob marks it up. | 4/22/08 | Jacob | Closed. |
| 3 | Consider the 163 MHz clock change. Do we have an acceptable divider chip? Will the digital ASIC work with this? | 4/22/08 | Jerry | Closed. |
| 4 | Tahoe RF to do the comparison between present 3-chip architecture, a 4-chip architecture, and a 3 chip architecture with all RF sections in one chip (may be difficult). Oki to look at price issue. | 4/25/2008 - Tahoe 5/1/08 - Oki | Tahoe, Oki | Can't combine RF1 and RF2. Could go with four chips: PLL, RF1, RF2, A2D is feasible. Will discuss more fully next week. |
| 5 | NCT to consider issues associated with WXP or BGA packaging. | 4/23/08 | Jacob | Chris to send his pinout, Paul to send Jacob's pinout. Try to resolve by next week. Landing pad to be sent by Ruben also. |
| 6 | 30% reduction in power might be possible with 4 months additional schedule. 10% might be easy. Present power is 0.9W. NCT to advise | 4/23/08 | Paul | NCT has an interest. Tahoe to respond in two weeks with some preliminary options. |
| 7 | Set up telephone meetings Thursday at 3:30 for next 6 weeks. | 4/21/08 | Paul | Closed. |
| 8 | Date for revised schedule is now 5/22, due to our slip of the review meeting. Schedule management meeting on 5/23. | 4/21/08 | Paul | NCT will schedule this for 5/28. Closed. |
| 9 | We will need to deal with the draft amendment to the agreement once it is settled. | TBD | Paul, Ruben | |
| 10 | Distribute action list. | 4/21/08 | Paul | Closed. |

| # | Action Items Meeting 4/24/08 | Date Required | Who | |
|---|---|---|---|---|
| 1 | Gain flatness - Jacob to revise the spec to reflect recent discussions on this. | 4/29/08 | Jacob | |
| 2 | Tahoe to resolve minor discrepance in lineup spreadsheet distributed today. | 4/25/08 | Jack | Irshad asked if we are OK with the lineup spreadsheet format. We believe this is fine. |
| 3 | Examine and comment on the compression points in the spreadsheet. | 4/29/08 | Jacob | |