EXHIBIT DX-1053

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| From: | Galyean Paul [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA03496] |
|---|---|
| Sent: | 5/8/2008 5:14:51 PM |
| To: | 'Ruben Balbuena' [balbuena819@oki.com]; Irshad Rasheed [irasheed@tahoerf.com]; Chris Schiller [cschiller@tahoerf.com]; Jack Kennedy (jkennedy@tahoerf.com) [jkennedy@tahoerf.com]; Rentz Mark [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00003]; Makhinson Jacob [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00115]; Knight Jerry [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00048]; Dan Losser (Peregrine Semiconductor) [dlosser@peregrine-semi.com]; 'Dan Nobbe (dnobbe@psemi.com)' [dnobbe@psemi.com] |
| CC: | Ortyl Nicholas [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NO31921] |
| Subject: | RF ASIC Action List |
| Attachments: | Action Items from Tahoe RF ASIC Meetings 8 May 08.xls |



NAVCOM TECHNOLOGY
CONFIDENTIAL



DEFENDANT'S EXHIBIT
DX-1053



Exhibit 53
Wit 30(b)(6) P.6.
R. Alossi, RPR, CCRR, CSR 13497

NAV0070322

```
From: "Galyean Paul" <Microsoft Exchange Server>
Date: Fri, 09 May 2008 00:14:51 +0000
To: "'Ruben Balbuena'" <balbuena819@oki.com>; "Irshad Rasheed"
<irasheed@tahoerf.com>; "Chris Schiller" <cschiller@tahoerf.com>;
"jack kennedy" <jkennedy@tahoerf.com>; "Rentz Mark"
<MRentz@navcomtech.com>; "Makhinson Jacob"
<JMakhinson@navcomtech.com>; "Knight Jerry" <JKnight@navcomtech.com>;
"Dan Losser (Peregrine Semiconductor)" <dlosser@peregrine-semi.com>;
"Dan Nobbe (dnobbe@psemi.com)" <dnobbe@psemi.com>;
CC: "Ortyl Nicholas" <nortyl@navcomtech.com>;
Subject: RF ASIC Action List
Attachments: Action Items from Tahoe RF ASIC Meetings 8 May
08.xls;image001.gif;header.htm;image002.gif;
```

To alló

Here is the action list resulting from the meeting today.

Regards,

Paul

Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001
E-mail: pgalyean@navcomtech.com <mailto:pgalyean@navcomtech.com>

This document was produced in native format.

Confidential

NAV0070323

## Notes from RF ASIC design review 4/18/08

| # | Item | Date Required | Who | Notes 4/24/08 |
|---|---|---|---|---|
| 1 | Provide BOM. | 4/21/08 | Paul | Closed. |
| 2 | Send out new draft spec once Jacob marks it up. | 4/22/08 | Jacob | Closed. |
| 3 | Consider the 163 MHz clock change. Do we have an acceptable divider chip? Will the digital ASIC work with this? | 4/22/08 | Jerry | Closed. |
| 4 | Tahoe RF to do the comparison between present 3-chip architecture, a 4-chip architecture, and a 3 chip architecture with all RF sections in one chip (may be difficult). Oki to look at price issue. | 4/25/2008 - Tahoe 5/1/08 - Oki | Tahoe, Oki | Can't combine RF1 and RF2. Could go with four chips: PLL, RF1, RF2, A2D is feasible. Will discuss more fully next week. |
| 5 | NCT to consider issues associated with WXP or BGA packaging. | 4/23/08 | Jacob | Chris to send his pinout, Paul to send Jacob's pinout. Try to resolve by next week. Landing pad to be sent by Ruben also. |
| 6 | 30% reduction in power might be possible with 4 months additional schedule. 10% might be easy. Present power is 0.9W. NCT to advise | 5/22/08 | Paul | NCT has an interest. Tahoe to respond in two weeks with some preliminary options. |
| 7 | Set up telephone meetings Thursday at 3:30 for next 6 weeks. | 4/21/08 | Paul | Closed. |
| 8 | Date for revised schedule is now 5/22, due to our slip of the review meeting. Schedule management meeting on 5/23. | 4/21/08 | Paul | NCT will schedule this for 5/28. Closed. |
| 9 | We will need to deal with the draft amendment to the agreement once it is settled. | TBD | Paul, Ruben | |
| 10 | Distribute action list. | 4/21/08 | Paul | Closed. |

## Action Items Meeting 4/24/08

| # | Item | Date Required | Who | |
|---|---|---|---|---|
| 1 | Gain flatness - Jacob to revise the spec to reflect recent discussions on this. | 4/29/08 | Jacob | Done. |
| 2 | Tahoe to resolve minor discrepancy in lineup spreadsheet distributed today. | 4/25/08 | Jack | Irshad asked if we are OK with the lineup spreadsheet format. We believe this is fine. |
| 3 | Examine and comment on the compression points in the spreadsheet. | 4/29/08 | Jacob | |

## Action Items Meeting 5/1/08

| # | Item | Date Required | Who |
|---|---|---|---|
| 1 | Spur definition in transition areas of baseband - needs to be defined | 5/22/08 | Jacob |

## Action Items Meeting 5/8/08

| # | Item | Date Required | Who | Notes |
|---|---|---|---|---|
| 1 | Tahoe needs a decision on 3 vs. 4 chips. | ASAP | Ruben | Lack of a decision will shortly hold up progress. Tahoe is proceeding on the basis of a 4 chip solution. If we have to go back to a 3 chip solution, it will set the schedule and work back. Tahoe and Peregrine agree that a 4 chip solution is best. We have to address the business issues involved. |
| 2 | Examine the proposed pinouts. Can we make this work? | 5/27/08 | Jacob | This is feasible from NCT's perspective. We need to examine the pinouts in detail. There could be minor changes in pin locations. |
| 3 | Tahoe to talk to Oki about ESD pads - they may have been a problem in the prior chips. | 5/9/08 | Chris | Try to resolve by next week. |
| 4 | Jerry to review slide 16 - any issues here? | 5/9/08 | Jerry | |
| 5 | Should there be a requirement related to the differences between the clocks? Need this to be stable over time? | 5/9/08 | Jerry | Tahoe would like to put 45 degree phase differences between Frac-N outputs. See slide 16. |
| 6 | NCT needs to buy in at the detailed level on the Nova Respecification Summary. | 5/27/08 | Jacob | We will carefully check this against the cascaded gain spreadsheet. |