EXHIBIT DX-1054

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| Field | Value |
|---|---|
| From: | Galyean Paul [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA03496] |
| Sent: | 5/15/2008 6:26:06 PM |
| To: | Irshad Rasheed [irasheed@tahoerf.com]; Jack Kennedy (jkennedy@tahoerf.com) [jkennedy@tahoerf.com]; Chris Schiller [cschiller@tahoerf.com]; Ruben Balbuena [balbuena819@oki.com]; 'Dan Nobbe (dnobbe@psemi.com)' [dnobbe@psemi.com]; Dan Losser (Peregrine Semiconductor) [dlosser@peregrine-semi.com]; Knight Jerry [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00048]; Rentz Mark [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00003]; Makhinson Jacob [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00115]; Ortyl Nicholas [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NO31921] |
| Subject: | RF ASIC action list |
| Attachments: | Action Items from Tahoe RF ASIC Meetings 15 May 08.xls |




NAV0070494

This document was produced in native format.

Confidential

NAV0070495

### Notes from RF ASIC design review 4/18/08

| # | Item | Date Required | Who | Notes 4/24/08 |
|---|---|---|---|---|
| 1 | Provide BOM. | 4/21/08 | Paul | Closed. |
| 2 | Send out new draft spec once Jacob marks it up. | 4/22/08 | Jacob | Closed. |
| 3 | Consider the 163 MHz clock change. Do we have an acceptable divider chip? Will the digital ASIC work with this? | 4/22/08 | Jerry | Closed. |
| 4 | Tahoe RF to do the comparison between present 3-chip architecture, a 4-chip architecture, and a 3 chip architecture with all RF sections in one chip (may be difficult). Oki to look at price issue. | 4/25/2008 - Tahoe 5/1/08 - Oki | Tahoe, Oki | Closed. Go with 4 chip design |
| 5 | NCT to consider issues associated with WXP or BGA packaging. | 4/23/08 | Jacob | Closed. Go with 4 chip design |
| 6 | 30% reduction in power might be possible with 4 months additional schedule. 10% might be easy. Present power is 0.9W. NCT to advise | 5/22/08 | Ruben | NavCom is interested if significant reduction can be achieved with a minor schedule delay and minamal additional cost. Waiting for input on size of power savings, cost and schedule from OKI |
| 7 | Set up telephone meetings Thursday at 3:30 for next 6 weeks. | 4/21/08 | Paul | Closed. |
| 8 | Date for revised schedule is now 5/22, due to our slip of the review meeting. Schedule management meeting on 5/23. | 4/21/08 | Paul | |
| 9 | We will need to deal with the draft amendment to the agreement once it is settled. | TBD | Paul, Ruben | |
| 10 | Distribute action list. | 4/21/08 | Paul | Closed. |

### Action Items Meeting 4/24/08

| # | Item | Date Required | Who | |
|---|---|---|---|---|
| 1 | Gain flatness - Jacob to revise the spec to reflect recent discussions on this. | 4/29/08 | Jacob | Done. |
| 2 | Tahoe to resolve minor discrepancy in lineup spreadsheet distributed today. | 4/25/08 | Jack | Closed. NavCom does not see any problems in the lineup spreadsheet |
| 3 | Examine and comment on the compression points in the spreadsheet. | 4/29/08 | Jacob | |

### Action Items Meeting 5/1/08

| # | Item | Date Required | Who |
|---|---|---|---|
| 1 | Spur definition in transition areas of baseband - needs to be defined | 5/22/08 | Jacob |

### Action Items Meeting 5/8/08

| # | Item | Date Required | Who | Notes |
|---|---|---|---|---|
| 1 | Tahoe needs a decision on 3 vs. 4 chips. | ASAP | Ruben | Closed. We will go with 4 chip design. There will be no change in chips set cost. New pricing: PLL $10.00 (unchanged), RF1 and RF2 $9.50, A/D $6.00 total cost $35.00, no change in total. |
| 2 | Examine the proposed pinouts. Can we make this work? | 5/27/08 | Jacob | Closed. This will be re-reviewed when the final pin out is available. |
| 3 | Tahoe to talk to Oki about ESD pads - they may have been a problem in the prior chips. | 5/9/08 | Chris | Closed: High Freqency ESD pads are present in chip. (A new action item will be opened to test ESD) |
| 4 | Jerry to review slide 16 - any issues here? | 5/9/08 | Jerry | Closed. No problem as long as the relative phase shifts does not vary with process or temperature. |
| 5 | Should there be a requirement related to the differences between the clocks? Need this to be stable over time? | 5/9/08 | Jerry | Closed. No problem as long as the relative phase shifts does not vary with process or temperature. |
| 6 | NCT needs to buy in at the detailed level on the Nova Respecification Summary. | 5/27/08 | Jacob | Closed: NavCom does not see any problems with the lineup. This will be re-reviewed when final line-up is available. |

### Action Items Meeting 5/8/08

| # | Item | Date Required | Who | Notes |
|---|---|---|---|---|
| 1 | OKI will test ESD protection of current chips and report the results to NavCom for review | ASAP | Ruben | ESD structures are present on the chips. Protection levels will be measured |