EXHIBIT DX-1055

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| From: | Knight Jerry [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00048] |
|---|---|
| Sent: | 5/15/2008 5:23:01 PM |
| To: | Galyean Paul [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA03496] |
| Subject: | RE: RF ASIC |
| Attachments: | Action Items from Tahoe RF ASIC Meetings 15 May 08.xls |

The meeting went well. We decided to go with the 4 chip design after OKI quoted no change in price. The update action item list is attached. I have marked changed cells yellow. Only one action item for OKI. Chris verified appropriate ESD structures are present. OKI will measure the ESD performance of existing chips and report the results to NavCom and Tahoe.

---

**From:** Galyean Paul
**Sent:** Thursday, May 15, 2008 4:28 PM
**To:** Makhinson Jacob; Rentz Mark; Knight Jerry
**Subject:** FW: RF ASIC

To all—

FYI.

Jerry, how did the discussion today go?

Regards,

Paul

Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001
E-mail: pgalyean@navcomtech.com



---

**From:** Ruben Balbuena [mailto:balbuena819@oki.com]
**Sent:** Thursday, May 15, 2008 3:00 PM
**To:** Galyean Paul
**Cc:** Lindsay Michael; Ortyl Nicholas
**Subject:** RE: RF ASIC



DEFENDANT'S EXHIBIT DX-1055



Exhibit 55
Wit 30(b)(6) P.G.
R. Alossi, RPR, CCRR, CSR 13497

Paul,

I apologize for my late response to this request.

OKI-J has run analysis for both proposals from Tahoe RF on configuration of the chipset, and we run into the conclusion that the total cost for the chipset (either 3-chip or 4-chip) will remain at $35.00, same as the original price when we signed the agreement.

We can discuss the details during the call today.

Regards,

---

Ruben A. Balbuena
Senior Product Marketing Manager
OKI Semiconductor
Phone: (408) 737-6226
Cell: (408) 771-1247
E-mail: balbuena819@oki.com
http://www2.okisemi.com/

---

**From:** Galyean Paul [mailto:PGalyean@navcomtech.com]
**Sent:** Monday, May 12, 2008 2:31 PM
**To:** Ruben Balbuena
**Cc:** Lindsay Michael; Ortyl Nicholas
**Subject:** RF ASIC

Ruben—

I know Oki is looking at the issue of cost for chipsets in relation to the technical recommendation from Tahoe RF that four chips be used. From our perspective, if that is the right technical approach to meet the specifications, we can probably accept it, although to some extent it degrades one of our other needs (minimal real estate). However, we are not prepared to pay extra for it. The primary rationale for the chipset in the beginning was cost savings, and that remains true. I don't know how four chips in the proposed technology affects Oki's costs in comparison to the projected costs for three chips, but there will be strong resistance within Deere to increased cost for this chipset.

Regards,

Paul

Paul Galyean
NavCom Technology Inc.
A John Deere Company
Tel: 310-381-2602
Cell: 310-480-7261
Fax: 310-381-2001
E-mail: pgalyean@navcomtech.com

Confidential
NAV0070480



fdpnmailgwapp3.dpn.deere.com made the following annotations
---------------------------------------------------------------------
CONFIDENTIALITY. This electronic mail and any files transmitted with it may contain information proprietary to NavCom Technology, Inc., or one of its affiliates, and are intended solely for the use of the individual or entity to whom they are addressed, shall be maintained in confidence and not disclosed to third parties without the written consent of the sender. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail. ---------------------------------------------------------------------

This document was produced in native format.

Confidential

NAV0070482

### Notes from RF ASIC design review 4/18/08

| # | Item | Date Required | Who | Notes 4/24/08 |
|---|------|---------------|-----|---------------|
| 1 | Provide BOM. | 4/21/08 | Paul | Closed. |
| 2 | Send out new draft spec once Jacob marks it up. | 4/22/08 | Jacob | Closed. |
| 3 | Consider the 163 MHz clock change. Do we have an acceptable divider chip? Will the digital ASIC work with this? | 4/22/08 | Jerry | Closed. |
| 4 | Tahoe RF to do the comparison between present 3-chip architecture, a 4-chip architecture, and a 3 chip architecture with all RF sections in one chip (may be difficult). Oki to look at price issue. | 4/25/2008 - Tahoe 5/1/08 - Oki | Tahoe, Oki | Closed. Go with 4 chip design |
| 5 | NCT to consider issues associated with WXP or BGA packaging. | 4/23/08 | Jacob | Closed. Go with 4 chip design |
| 6 | 30% reduction in power might be possible with 4 months additional schedule. 10% might be easy. Present power is 0.9W. NCT to advise | 5/22/08 | Ruben | NavCom is interested if significant reduction can be achieved with a minor schedule delay and minamal additional cost. Waiting for input on size of power savings, cost and schedule from OKI |
| 7 | Set up telephone meetings Thursday at 3:30 for next 6 weeks. | 4/21/08 | Paul | Closed. |
| 8 | Date for revised schedule is now 5/22, due to our slip of the review meeting. Schedule management meeting on 5/23. | 4/21/08 | Paul | |
| 9 | We will need to deal with the draft amendment to the agreement once it is settled. | TBD | Paul, Ruben | |
| 10 | Distribute action list. | 4/21/08 | Paul | Closed. |

### Action Items Meeting 4/24/08

| # | Item | Date Required | Who | |
|---|------|---------------|-----|---|
| 1 | Gain flatness - Jacob to revise the spec to reflect recent discussions on this. | 4/29/08 | Jacob | Done. |
| 2 | Tahoe to resolve minor discrepancy in lineup spreadsheet distributed today. | 4/25/08 | Jack | Closed. NavCom does not see any problems in the lineup spreadsheet |
| 3 | Examine and comment on the compression points in the spreadsheet. | 4/29/08 | Jacob | |

### Action Items Meeting 5/1/08

| # | Item | Date Required | Who | |
|---|------|---------------|-----|---|
| 1 | Spur definition in transition areas of baseband - needs to be defined | 5/22/08 | Jacob | |

### Action Items Meeting 5/8/08

| # | Item | Date Required | Who | |
|---|------|---------------|-----|---|
| 1 | Tahoe needs a decision on 3 vs. 4 chips. | ASAP | Ruben | Closed. We will go with 4 chip design. There will be no change in chips set cost. New pricing: PLL $10.00 (unchanged), RF1 and RF2 $9.50, A/D $6.00 total cost $35.00, no change in total. |
| 2 | Examine the proposed pinouts. Can we make this work? | 5/27/08 | Jacob | Closed. This will be re-reviewed when the final pin out is available. |
| 3 | Tahoe to talk to Oki about ESD pads - they may have been a problem in the prior chips. | 5/9/08 | Chris | Closed: High Freqency ESD pads are present in chip. (A new action item will be opened to test ESD) |
| 4 | Jerry to review slide 16 - any issues here? | 5/9/08 | Jerry | Closed. No problem as long as the relative phase shifts does not vary with process or temperature. |
| 5 | Should there be a requirement related to the differences between the clocks? Need this to be stable over time? | 5/9/08 | Jerry | Closed. No problem as long as the relative phase shifts does not vary with process or temperature. |
| 6 | NCT needs to buy in at the detailed level on the Nova Respecification Summary. | 5/27/08 | Jacob | Closed: NavCom does not see any problems with the lineup. This will be re-reviewed when final line-up is available. |

### Action Items Meeting 5/8/08

| # | Item | Date Required | Who | |
|---|------|---------------|-----|---|
| 1 | OKI will test ESD protection of current chips and report the results to NavCom for review | ASAP | Ruben | ESD structures are present on the chips. Protection levels will be measured |