EXHIBIT DX-1061

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| From: | Galyean Paul <PGalyean@navcomtech.com> |
|---|---|
| Sent: | Wednesday, May 28, 2008 6:34 PM |
| To: | Ruben Balbuena <balbuena819@oki.com>; 'Dan Nobbe (dnobbe@psemi.com)'; Dan Losser (Peregrine Semiconductor) <dlosser@peregrine-semi.com>; Claudio Anzil (canzil@psemi.com); Mark Brown <mark.brown@oki.com>; Irshad Rasheed <irasheed@tahoerf.com>; Chris Schiller <cschiller@tahoerf.com>; Jack Kennedy (jkennedy@tahoerf.com) |
| Cc: | Knight Jerry <JKnight@navcomtech.com>; Makhinson Jacob <JMakhinson@navcomtech.com>; Rentz Mark <MRentz@navcomtech.com>; Ortyl Nicholas <NOrtyl@navcomtech.com> |
| Subject: | RD ASIC Action List |
| Attach: | header.htm; Action Items from Tahoe RF ASIC Meetings 28 May 08.xls |

To all—

Attached is the updated action list. I closed several items that we have agreed on, and added the ones from today's meeting. We didn't discuss the dates for some of the new items, so I added my estimates.

Regards,

Paul

Paul Galyean

NavCom Technology Inc.

A John Deere Company

Tel: 310-381-2602

Cell: 310-480-7261

Fax: 310-381-2001

E-mail: pgalyean@navcomtech.com



fdpnmailgwapp3.dpn.deere.com made the following annotations
----------------------------------------------------------------------
CONFIDENTIALITY. This electronic mail and any files transmitted with it may contain information proprietary to NavCom Technology, Inc., or one of its affiliates, and are intended solely for the use of the individual or entity to whom they are addressed, shall be maintained in confidence and not disclosed to third parties without the written consent of the sender. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail. ----------------------------------------------------------------------

CONFIDENTIAL





OKI_LW_005376

CONFIDENTIAL

OKI_LW_005377

DOCUMENT

PLACEHOLDER

This document provided in native format.

CONFIDENTIAL

OKI_LW_005378

### Notes from RF ASIC design review 4/18/08

| # | Item | Date Required | Who | Notes |
|---|------|---------------|-----|-------|
| 1 | Provide BOM. | 4/21/08 | Paul | Closed. |
| 2 | Send out new draft spec once Jacob marks it up. | 4/22/08 | Jacob | Closed. |
| 3 | Consider the 163 MHz clock change. Do we have an acceptable divider chip? Will the digital ASIC work with this? | 4/22/08 | Jerry | Closed. |
| 4 | Tahoe RF to do the comparison between present 3-chip architecture, a 4-chip architecture, and a 3 chip architecture with all RF sections in one chip (may be difficult). Oki to look at price issue. | 4/25/2008 - Tahoe<br>5/1/08 - Oki | Tahoe, Oki | Closed. Go with 4 chip design |
| 5 | NCT to consider issues associated with WXP or BGA packaging. | 4/23/08 | Jacob | Closed. Go with 4 chip design |
| 6 | 30% reduction in power might be possible with 4 months additional schedule. 10% might be easy. Present power is 0.9W. NCT to advise | 5/22/08 | Ruben | NavCom is interested if significant reduction can be achieved with a minor schedule delay and minamal additional cost. Waiting for input on size of power savings, cost and schedule from OKI.<br><br>5/22/08 - we will drop the idea of power reduction for this chipset. The complexity of achieving it and the programmatic issues it raises indicate that this shoudl not be pursued. |
| 7 | Set up telephone meetings Thursday at 3:30 for next 6 weeks. | 4/21/08 | Paul | Closed. |
| 8 | Date for revised schedule is now 5/22, due to our slip of the review meeting. Schedule management meeting on 5/23. | 4/21/08 | Paul | |
| 9 | We will need to deal with the draft amendment to the agreement once it is settled. | TBD | Paul, Ruben | Closed, same item as on 5/28/08. |
| 10 | Distribute action list. | 4/21/08 | Paul | Closed. |

### Action Items Meeting 4/24/08

| # | Item | Date Required | Who | Notes |
|---|------|---------------|-----|-------|
| 1 | Gain flatness - Jacob to revise the spec to reflect recent discussions on this. | 4/29/08 | Jacob | Done. |
| 2 | Tahoe to resolve minor discrepancy in lineup spreadsheet distributed today. | 4/25/08 | Jack | Closed. NavCom does not see any problems in the lineup spreadsheet |
| 3 | Examine and comment on the compression points in the spreadsheet. | 4/29/08 | Jacob | |

### Action Items Meeting 5/1/08

| # | Item | Date Required | Who | Notes |
|---|------|---------------|-----|-------|
| 1 | Spur definition in transition areas of baseband - needs to be defined | 5/23/08 | Jacob | Done. |

### Action Items Meeting 5/8/08

| # | Item | Date Required | Who | Notes |
|---|------|---------------|-----|-------|
| 1 | Tahoe needs a decision on 3 vs. 4 chips. | ASAP | Ruben | Closed. We will go with 4 chip design. There will be no change in chips set cost. New pricing: PLL $10.00 (unchanged), RF1 and RF2 $9.50, A/D $6.00 total cost $35.00, no change in total. |
| 2 | Examine the proposed pinouts. Can we make this work? | 5/27/08 | Jacob | Closed. This will be re-reviewed when the final pin out is available. |
| 3 | Tahoe to talk to Oki about ESD pads - they may have been a problem in the prior chips. | 5/9/08 | Chris | Closed: High Freqency ESD pads are present in chip. (A new action item will be opened to test ESD) |
| 4 | Jerry to review slide 16 - any issues here? | 5/9/08 | Jerry | Closed. No problem as long as the relative phase shifts does not vary with process or temperature. |
| 5 | Should there be a requirement related to the differences between the clocks? Need this to be stable over time? | 5/9/08 | Jerry | Closed. No problem as long as the relative phase shifts does not vary with process or temperature. |
| 6 | NCT needs to buy in at the detailed level on the Nova Respecification Summary. | 5/27/08 | Jacob | Closed: NavCom does not see any problems with the lineup. This will be re-reviewed when final line-up is available. |

### Action Items Meeting 5/15/08

| | | | | |
|---|---|---|---|---|
| 1 | OKI will test ESD protection of current chips and report the results to NavCom for review | ASAP | Ruben | ESD structures are present on the chips. Protection levels will be measured |

### Action Items Meeting 5/22/08

| | | | | |
|---|---|---|---|---|
| 1 | Jacob to examine the pinouts and provide final confirmation that 4 chip approach is OK. | 5/27/08 | Jacob | Done - four chip approach is OK. |

### Action Items Meeting 5/28/08

| | | | |
|---|---|---|---|
| 1 | Need to tell Oki how many ES/risk samples we will need. | 6/13/08 | Paul |
| 2 | Ruben to advise how many ES/risk chips are possible. | 6/13/08 | Ruben |
| 3 | Need estimate and schedule for second respin - metal or silicon - before management meeting on June 2. | 5/30/08 | Ruben |
| 4 | NCT go give a go-no go decision. | 6/2/08 | Paul |
| 5 | Need confirmation on volume pricing from Oki. | 5/30/08 | Ruben |
| 6 | Need to revise agreement with Oki. | TBD | Paul/Ruben |
| 7 | Mark to forward the presentations used today. | 5/29/08 | Mark Brown |
| 8 | Send contact information for NCT to Claudio Anzil. | 5/29/08 | Mark Brown |