EXHIBIT DX-1065

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

# OKI
*Open up your dreams*

# GPS Chipset Re-design &lt;2p0&gt;

## NOVA RF ASIC PROJECT

30 May 2008

Oki Electric Industry Co., Ltd.





© Copyright 2008 Oki Electric Industry Co., Ltd.
Confidential

S OKI CONFIDENTIAL

NAV0044710



# Development fee

- **Original Agreement**
  - NOVA RF ASIC is a custom design. However, in exchange for the rights to sell to other customers after an exclusivity period, OKI agreed to bear most of the development fee (NRE to be bear by NavCom was $570k out of $1.48M)

- **Re-design effort**
  - The technical hurdle has proven to be higher than expected, and the development fee had increased
  - OKI has already spent $1.6M for the design efforts so far, and the total development fee will easily go over $3M
  - OKI has analyzed the business situation and there are almost no chances that the new design can be sold to other customers



# Request

- **OKI is requesting NavCom to bear part of the additional development fee**
  - Excluding prototyping fees, the additional development fee (excluding the already spent $1.6M) will reach $2.57M

  - OKI is requesting NavCom to bear half of the above amount (i.e. $1.28M). Counting the $420K already paid as partial NRE, the remaining portion would be $860k

  - If going with discrete PLL/VCO the additional development fee amounts to $1.91M, and half of that amount to be bear by NavCom would be $955k
    - Counting the $420k already paid as partial NRE, the remaining portion would be $535k

  - OKI relinquishes any sales rights to the chipset to other customers



# Development Fee for NOVA RF ASIC 2p0

|  |  | Fee (4-chip) |
|---|---|---|
| Design NRE | RF1/RF2 | $550k |
|  | ADC | $340k |
|  | PLL/VCO | $320k |
| DV/Czn NRE | RF1 | $140k |
|  | RF2 | $140k |
|  | ADC | $140k |
|  | PLL/VCO | $140k |
| Prod. Tooling per chip | RF1 | $200K |
|  | RF2 | $200K |
|  | ADC | $200K |
|  | PLL/VCO | $200K |
| IC Fab. Cost |  | (Fab) |
| Total Proj. Cost |  | $2.57M + (Fab) |



# Development Fee for NOVA RF ASIC 2p0 (Option)

|  |  | Fee (w/o PLL/VCO) |
|---|---|---|
| Design NRE | RF1/RF2 | $550k |
|  | ADC | $340k |
| DV/Czn NRE | RF1 | $140k |
|  | RF2 | $140k |
|  | ADC | $140k |
| Prod. Tooling per chip | RF1 | $200K |
|  | RF2 | $200K |
|  | ADC | $200K |
| IC Fab. Cost |  | (Fab) |
| Total Proj. Cost |  | $1.91M + (Fab) |

The above assumes using discrete solution for PLL/VCO block