EXHIBIT DX-1169

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

| | |
|---|---|
| **Message** | |
| From: | Ruben Balbuena [balbuena819@oki.com] |
| Sent: | 2/21/2008 2:40:32 PM |
| To: | Galyean Paul [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA03496]; Dan Nobbe (Peregrine) [dnobbe@peregrine-semi.com]; Todd Bartol [bartol333@oki.com] |
| CC: | Mark Brown [mark.brown@oki.com]; Dan Losser (Peregrine) [dlosser@peregrine-semi.com]; Rentz Mark [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00003]; Makhinson Jacob [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00115]; Knight Jerry [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NA00048]; Ichiei Kaizuma [kaizuma558@oki.com]; Takabumi Asahi [asahi328@oki.com]; T.Kamei [kamei452@oki.com] |
| Subject: | Slides for today's call |
| Attachments: | NOVAGPS_Update_080221.ppt |

Paul,

Please find attached the slides for today's call with Craig.

Participants from our side will be:
Oki Semiconductor:
Todd Bartol, VP of Sales.
Mark Brown, Regional Sales Director, Western Area.
Ruben Balbuena, Sr, Product Marketing Manager.

Peregrine Semiconductor:
Dan Nobbe, VP of Engineering.

Regards,

-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-
   Ruben A. Balbuena R.
   Oki Semiconductor
   Logic Business Development
   Sr. Product Marketing Manager

   E-Mail: balbuena819@oki.com
   Phone: 408-737-6226
   Cell: 408-771-1247
   Web: http://www2.okisemi.com
-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-^-

DEFENDANT'S EXHIBIT
DX-1169

NAV0081288



# NavCom NOVA RF ASIC
## - Status Update -

OKI Semiconductor

February 21, 2008

OKI CONFIDENTIAL

© 2008 Oki Semiconductor Company - All Rights Reserved



# Status as of last Management Call (8/8/07)

- Major Technical Issues
  - RF Chips showing instability on L1, L2 and L5 Bands
    - Self oscillation not allowing to perform further testing
  - PLL Chip not locking at correct frequencies

- Minor Technical Issues
  - LNA gain issue, return loss, RF Mixer Conversion Gain (RF Chips)
  - PLL default register values (40-MHz Clock), flicker noise (PLL Chip)

- Address above issues with Metal Layer Mask Changes only to provide samples by Dec 07

- Other items that needed further simulations to be performed before Tape Out
  - VGA noise figure, gain variation (RF Chips)
  - PLL phase noise, VCO output level (PLL Chip)

**OKI CONFIDENTIAL**

© 2008 Oki Semiconductor Company - All Rights Reserved



# Milestones after Aug Call

- Design Resources Switched from ACCO to Tahoe RF to provide better local support (Sep 07)

- Tape Out of Metal Layer Mask Re-design completed on 10/17/07
  - Additional simulations are performed even after TO to make some time before parts are available for evaluation

- Samples based on new Metal Layer Mask shipped out on 12/28/07 to all parties involved in evaluation

- First results of evaluation available Jan 8, 2008

**OKI CONFIDENTIAL**

© 2008 Oki Semiconductor Company - All Rights Reserved



# Status as of Feb 21, 2008

- Major Technical Issues
  - RF Chips showing instability on L1, L2 and L5 Bands → **FIXED**
    - LB Band might still show some instability but we are able to evaluate the whole system now
  - PLL Chip not locking at correct frequencies → **FIXED**
    - L5 Band not oscillating, but workaround to generate same frequency is available

- Minor Technical Issues
  - LNA gain issue, return loss, RF Mixer Conversion Gain (RF Chips) → **FIXED**
    - Some additional testing is needed and tweaking might be needed to improve performance
  - PLL default register values (40-MHz Clock), flicker noise (PLL Chip) → **FIXED**

**OKI CONFIDENTIAL**

© 2008 Oki Semiconductor Company - All Rights Reserved

Confidential NAV0081292



# Status as of Feb 21, 2008 (Cont'd)

- Initial Results of Sample Evaluation
  - Might need to improve overall performance of LNA Design
  - Need to improve phase noise values of VCOs
  - Need additional testing on LNA and PLL Performance to address potential issues before next re-design

- All-layer re-design is needed to solve remaining issues and improve overall performance of chips to meet target specifications

OKI CONFIDENTIAL

© 2008 Oki Semiconductor Company - All Rights Reserved



# Tentative Schedule for All-layer Re-spin

| Item | Finish Date | Comments |
|---|---|---|
| Design Verification of current chips | 3/7/08 | |
| Bench Characterization | 3/20/08 | |
| Current Design Debugging | 3/26/08 | Assumes Debug of yet to be found 1 major and 2 minor issues |
| Redesign to Tape Out | 7/25/08 | |
| Delivery of new samples | 11/15/08 | |

OKI CONFIDENTIAL

© 2008 Oki Semiconductor Company - All Rights Reserved

Confidential    NAV0081294