EXHIBIT J

DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS NAVCOM TECHNOLOGY, INC. AND DEERE & COMPANY'S RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NAVCOM TECHNOLOGY, INC., AND
DEERE & COMPANY,

        Plaintiffs,

  vs.                         Case No. 5:12-cv-04175 EJD

OKI ELECTRIC INDUSTRY CO.,
LTD.; and DOES 1 through 10,
inclusive,

        Defendants.

---

DEPOSITION OF PAUL GALYEAN

Page 1 to 262

Los Angeles, California

Wednesday, August 21, 2013

DATE: Wednesday, August 21, 2013

TIME: 9:07 a.m.

LOCATION: Law Offices of Morgan, Lewis & Bockius
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071

REPORTED BY: Rich Alossi, RPR, CCRR, CSR

MBreporting
111 Deerwood Road, Suite 200
San Ramon, California 94583
(925) 989-6080:

```
 1                      :::APPEARANCES:::

 2

 3

 4   FOR THE PLAINTIFF:

 5       MORGAN, LEWIS & BOCKIUS LLP
         BY:  BRETT M. SCHUMAN, Attorney at Law
 6       One Market, Spear Street Tower
         San Francisco, California 94105
 7       (415) 442-1024
         bschuman@morganlewis.com
 8

 9

10

11   FOR THE DEFENDANT OKI ELECTRIC INDUSTRY CO., LTD.:

12       NAGASHIMA & HASHIMOTO
         BY:  MARC R. LABGOLD, Ph.D., Attorney at Law
13       12007 Sunrise Valley Drive, Suite 110
         Reston, Virginia 20191
14       (703) 901-8860

15

16

17   ALSO PRESENT:

18       TARYN M. WAITER, NAGASHIMA & HASHIMOTO
         STEVE WILSON, JOHN DEERE
19       PATRICIA HARRIS, JOHN DEERE
         TREVOR ASFALL, VIDEOGRAPHER
20

21

22

23

24

25
```

```
 1                  ::: INDEX OF EXAMINATIONS :::

 2   EXAMINATION BY:                                      PAGE

 3        BY MR. LABGOLD                                   10

 4        BY MR. SCHUMAN                                  255

 5

 6                   ::: INDEX OF EXHIBITS :::

 7   NUMBER           DESCRIPTION                         PAGE

 8   Exhibit 3        30(b)(6) Deposition Notice for
                      Paul Galyean                         10
 9
     Exhibit 4        Email from Paul Galyean to Ruben
10                    Balbuena, December 5, 2006,
                      "Amendment 1"                        18
11
     Exhibit 5        Summary of RF ASIC Vendor Meetings   21
12
     Exhibit 6        RF ASIC Vendor Comparison            26
13
     Exhibit 7        Email from James Litton to Paul
14                    Galyean,
                      May 19, 2007, "RE: More R0 PCB
15                    Troubleshooting"                     29

16   Exhibit 8        Email Chain from Nicholas Ortyl,
                      May 5, 2008, "FW: Action Items
17                    from May 1 RF ASIC Teleconference"   31

18   Exhibit 9        NavCom Confidential NOVA ASICs
                      Document                             34
19
     Exhibit 10       Cover Letter from Paul Galyean to
20                    Bharat Vedak, September 19, 2005     39

21   Exhibit 11       RF ASIC Status Paper                 41

22   Exhibit 12       Email from Mark Rentz to Paul
                      Galyean,
23                    July 18, 2005, "RF ASIC Slides for
                      NOVA Review"                         48
24
     Exhibit 13       Email from Chip Reibel to Paul
25                    Galyean, August 8, 2007, "NOVA-Gen
                      5 Update DEMtg 8-09-07d.ppt"         52
```

| | | | |
|---|---|---|---|
| 1 | Exhibit 68 | Email from Jacob Makhinson to Paul Galyean, June 11, 2008, "Updated Block Diagram for RF ASIC Specification" | 230 |
| 2 | | | |
| 3 | | | |
| | Exhibit 69 | Email from Nicholas Ortyl to Jeffery Stahlbaum, June 14, 2008, "RE: StarFire 3000 Overview 06_12_08.ppt" | 231 |
| 4 | | | |
| 5 | | | |
| 6 | Exhibit 70 | Email from Jacob Makhinson to Paul Galyean, June 16, 2008, "Updated Block Diagram (GLONASS Included) for the RF ASIC Specification | 235 |
| 7 | | | |
| 8 | | | |
| | Exhibit 71 | Email Chain from Paul Galyean, April 22, 2008, "FW: Revised RF ASIS Specifications" | 236 |
| 9 | | | |
| 10 | | | |
| | Exhibit 72 | RF ASIC Specification, June 18, 2008, Version 1.1 | 238 |
| 11 | | | |
| 12 | Exhibit 73 | Email Chain from Ruben Balbuena, October 25, 2005, "RE: ASIC Agreements" | 242 |
| 13 | | | |
| 14 | Exhibit 74 | Oki RF ASIC Agreement Briefing for AMS and PIC, December 6, 2005 | 248 |
| 15 | | | |
| | Exhibit 75 | NavCom NOVA Chipset Specification Changes Version 9 to 25 Spreadsheet | 254 |
| 16 | | | |

17

18

19    INSTRUCTIONS NOT TO ANSWER

20           PAGE      LINE

21            13        13

22           174         2

23           174        11

24           176        20

25

|  |  |  |
|---|---|---|
|  | 1 | LOS ANGELES, CALIFORNIA; WEDNESDAY, AUGUST 21, 2013 |
|  | 2 | 9:07 A.M. - 6:13 P.M. |
|  | 3 |  |
|  | 4 | THE VIDEOGRAPHER: Good morning, everyone. We |
| 09:07 | 5 | are now on the record. This begins the deposition |
|  | 6 | of Mr. Paul Galyean. |
|  | 7 | Today's date is August 21st, 2013, and the |
|  | 8 | time now is 9:07 A.M. The location of this |
|  | 9 | deposition is 300 South Grand Avenue, in |
| 09:07 | 10 | Los Angeles, California. |
|  | 11 | My name is Trevor Asfall. I'm a legal |
|  | 12 | videographer, and I represent MBreporting. Will all |
|  | 13 | counsel please identify yourself for the record, |
|  | 14 | beginning with the taking attorney. |
| 09:07 | 15 | MR. LABGOLD: Marc Labgold from Nagashima & |
|  | 16 | Hashimoto, representing Oki Electric. And with me |
|  | 17 | is our paralegal, Taryn Waiter. |
|  | 18 | MR. SCHUMAN: Brett Schuman from Morgan Lewis |
|  | 19 | representing the Plaintiffs NavCom Technology and |
| 09:08 | 20 | Deere and Company. |
|  | 21 | MS. HARRIS: I'm Patricia Harris from Deere |
|  | 22 | and Company's legal department. |
|  | 23 | THE VIDEOGRAPHER: Thank you. Will the court |
|  | 24 | reporter please administer the oath. |
|  | 25 | // |

1  PAUL GALYEAN,
2  having been first duly sworn by the
3  Certified Shorthand Reporter to
4  tell the truth, the whole truth,
5  and nothing but the truth,
6  testified as follows:
7  EXAMINATION BY MR. LABGOLD
8  THE VIDEOGRAPHER: Counsel, you may proceed.
9  BY MR. LABGOLD:
09:08  10  Q  Thank you. Good morning, Mr. Galyean.
11  A  Good morning, Mr. Labgold.
12  MR. LABGOLD: Let me hand you a document we've
13  marked as Defendants' Exhibit Number 3. And this is
14  the 30(b)(6) Deposition Notice.
09:08  15  (Defendants' Exhibit 3 was marked for
16  identification by the court reporter and is
17  attached hereto.)
18  BY MR. LABGOLD:
19  Q  Have you seen this before?
09:08  20  A  I have.
21  Q  And is it your understanding that you will
22  be testifying here on behalf of the plaintiffs with
23  regard to the categories set forth herein?
24  A  It is.
09:08  25  Q  And are you here to testify with regard

```
         1   to -- well, let me ask you.  Are there any of the
         2   categories in Schedule A that you are not prepared
         3   to testify concerning?
         4        A    No.
09:08    5        Q    Okay.  And what did you do to prepare for
         6   your deposition?
         7        A    I met with counsel on Monday and Tuesday
         8   of this week.
         9        Q    And did you do anything else to prepare
09:09   10   specifically with any -- with regard to any of the
        11   categories?
        12        A    No.
        13        Q    Did you review any documents?
        14        A    We did, with counsel, on Monday and
09:09   15   Tuesday.
        16        Q    Okay.  Did you speak to any current NavCom
        17   employees?
        18        A    Present at the meetings on Monday and
        19   Tuesday with counsel were Mr. Steve Wilson, in the
09:09   20   room.  And we spoke with other NavCom employees
        21   during those two days.
        22        Q    And who do you -- who did you speak with?
        23        A    We spoke with Mr. Mark Rentz, with Mr.
        24   Jacob Makhinson, and with Mr. Rick Grefsrud.
09:09   25        Q    And how do you spell his last name?
```

1  version that would be used for an amendment?

2  A  Yes.

3  Q  And the parties agreed that it was

4  significantly different enough from 19 to require an

12:18  5  amendment; correct?

6  A  Right.

7  Q  Now, at this point, as of April 2008, you

8  had realized that whichever design was going to go

9  forward, if it was going to go forward with Oki, it

12:19  10  was going to be sufficiently different from what was

11  in Version 25 as to require an amendment to the

12  agreement; correct?

13  A  Correct.  So for instance, if we had --

14  you've mentioned the four-chip solution proposed by

12:19  15  Tahoe, which was -- which we grudgingly accepted.

16  That was a sufficiently sufficient change that it

17  would have to be documented in the specification

18  change and amended with the contract.

19  But you know, every time we change a comma

12:19  20  or fill in some minor value because of engineering

21  work, it's not worth it to the parties to go through

22  the formal process of amending the agreement for

23  those reasons.  It has to be of enough significance

24  to make it -- or enough cumulative significance to

12:20  25  make it worthwhile.

|  |  |
|---|---|
|  | 1 that would have been consequential damages and |
|  | 2 excluded under the agreement. That was my |
|  | 3 non-lawyer interpretation. |
|  | 4    Q  Was NavCom able to deliver a Gen5 product, |
| 18:13 | 5 notwithstanding Oki's failure to deliver the RF |
|  | 6 ASIC? |
|  | 7    A  We were, yes. |
|  | 8    MR. SCHUMAN:  Thank you.  Do you have anything |
|  | 9 further? |
| 18:13 | 10   MR. LABGOLD:  Nothing further for me at this |
|  | 11 time, subject to my reservation. |
|  | 12   MR. SCHUMAN:  Okay.  And in our view this |
|  | 13 concludes the depositions of NavCom and Deere. |
|  | 14   THE VIDEOGRAPHER:  This concludes today's |
| 18:13 | 15 deposition.  Total number of media used will be |
|  | 16 five, and we are off the record the 6:13 P.M. |
|  | 17   THE REPORTER:  Mr. Schuman, did you need the |
|  | 18 rough and the transcript of this? |
|  | 19   MR. SCHUMAN:  That would be great. |
|  | 20      (The deposition was concluded |
|  | 21       at 6:13 P.M.) |
|  | 22 |
|  | 23 |
|  | 24 |
|  | 25 |

::: DECLARATION OF WITNESS :::

'EL

I hereby declare that I am the deponent in the within matter; that I have read the foregoing deposition and know the contents thereof, and I declare that the same is true of my knowledge except as to the matters which are therein stated upon my information or belief, and as to those matters, I believe them to be true.

I declare, under the penalties of perjury of the State of California that the foregoing is true and correct.

Executed this _17TH_ day of _SEPTEMBER_ _2013_, at _SAN PEDRO_ (City), _CALIFORNIA_ (State).

_Paul Galyean_
PAUL GALYEAN

# ERRATA SHEET

Paul Galyean

August 21, 2013 Deposition

*NavCom v. Oki Electric*

The following are corrections which I have made to my transcript:

| PAGE # | LINE # | CORRECTION | REASON FOR CORRECTION |
|---|---|---|---|
| 183 | 7 | "two" to "to" | transcription error |
| 192 | 5 | "old band" to "L-band" | transcription error |
| 247 | 23 | "nd" to "and" | transcription error |

_Paul Galyean_ (signature)
Paul Galyean

17 SEPT 2013
Date

```
1   STATE OF CALIFORNIA      )
                             )  ss.
2   COUNTY OF LOS ANGELES    )

3

4        I, Rich Alossi, Registered Professional Reporter,

5   California Certified Shorthand Reporter Number 13497, do

6   hereby certify:

7        That prior to being examined, the witness

8   named in the foregoing proceedings was by me duly sworn;

9        That said proceedings were taken before me at

10  the time and place therein set forth and were taken by

11  me in stenographic shorthand and thereafter transcribed

12  into typewritten form under my direction and supervision;

13       That the dismantling of this transcript will

14  void the Reporter's certificate;

15       Before completion of the deposition, review of

16  the transcript was [   ] was not [ XX ] requested.  If

17  requested, any changes made by the deponent and

18  provided to the Reporter during the period allowed are

19  appended hereto.

20       IN WITNESS WHEREOF, I hereunto subscribe my

21  name this 2nd day of September, 2013.

22

23

24             RICH ALOSSI, RPR, CCRR, CSR
               CSR NO. 13497
25
```