MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMAN (SBN 189247)
bschuman@morganlewis.com
RACHEL M. WALSH (SBN 250568)
rwalsh@morganlewis.com
RYAN L. SCHER (SBN 244706)
rscher@morganlewis.com
JEREMY N. LATEINER (SBN 238472)
jlateiner@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Plaintiffs
NavCom Technology, Inc. and Deere & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD. and DOES ONE THROUGH TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO STAY BRIEFING ON OKI'S MOTIONS FOR FEES & COSTS [DKT. NOS. 333-3 & 333-22] PURSUANT TO CIV. L.R. 6-3**<br><br>Courtroom: 4<br>Judge: Hon. Edward J. Davila |

SCHUMAN DECL. ISO
ADMIN MOT. TO STAY BRIEFING
5:12-CV-04175 EJD

DB2/ 25153630.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Brett M. Schuman, declare:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Plaintiffs NavCom Technology, Inc. ("NavCom") and Deere & Company ("Deere") in this case. I am duly licensed and admitted to practice before this Court. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could testify competently thereto. I make this declaration in support of Plaintiffs' Administrative Motion to Stay Briefing on Oki's Motions for Fees and Costs [Dkt. Nos. 333-3 & 333-22] Pursuant to Civ. L.R. 6-3.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email exchange between me and Marc Labgold, counsel for Oki, wherein I repeatedly requested Oki's stipulation to Plaintiffs' request to change the time for Oki's attorneys' fees and costs motions. Oki declined to so stipulate.

3. Pursuant to Civil L.R. 6-3(5), the following time modifications have been made in this case:

   a. On April 8, 2013, the Court granted the parties' joint stipulation for a one-day continuance, and continued a hearing set for April 15, 2013 to April 16, 2013 (Dkt. No. 76);

   b. On May 28, 2013, the Court granted Oki's motion to postpone the deadline to complete private mediation to October 1, 2013 (Dkt. No. 81);

   c. On September 27, 2013, the Court granted the parties' joint stipulation to postpone the deadline to complete private mediation to November 22, 2013 (Dkt. No. 96); and

   d. On March 21, 2014, the Court issued an order, *sua sponte*, continuing the pretrial conference and modifying the trial schedule (Dkt. No. 236).

I declare under penalty of perjury under the laws of the United States that the foregoing is correct and true.

Executed on this 13th day of June, 2014, at San Francisco, California.

*/s/Brett M. Schuman*
Brett M. Schuman

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25153630.1