| | |
|---|---|
| **From:** | Schuman, Brett M. |
| **Sent:** | Friday, June 13, 2014 9:49 AM |
| **To:** | Marc R. Labgold, Ph.D |
| **Cc:** | David A. Makman; Patrick Hoeffner; Walsh, Rachel M.; Scher, Ryan Lindsay; Lateiner, Jeremy N.; Andrew Russell |
| **Subject:** | RE: Motion Schedule |

Marc,
Plaintiffs continue to believe that it would be most efficient for the court and the parties to defer the briefing on Oki's motions for fees and costs until after the Court rules on Plaintiffs' post-trial motions.  Please let us know if Oki will stipulate to delay the opposition/reply briefing until after the Court's ruling on Plaintiffs' motions, pursuant to NDCA LR 6-2.  If so, we will send you a stipulation for your review.  If not, we plan to file an administrative motion pursuant to NDCA LR 6-3 asking the court to order the change.  Please let us have your response by COB today.
Thanks.
Brett
Brett M. Schuman
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: 415.442.1024 | Main: 415.442.1000 | Fax: 415.442.1001 bschuman@morganlewis.com | www.morganlewis.com
Assistant: Mary C. Wong | 415.442.1029 | mcwong@morganlewis.com -----Original Message-----
From: Schuman, Brett M.
Sent: Wednesday, June 04, 2014 3:33 PM
To: 'Marc R. Labgold, Ph.D'
Cc: David A. Makman; Patrick Hoeffner; Walsh, Rachel M.; Scher, Ryan Lindsay; Lateiner, Jeremy N.; Andrew Russell
Subject: RE: Motion Schedule

We are filing our Rule 50(b) motion tomorrow, for reasons that will become clear when you see it.  We can discuss the further briefing schedule for that and the other motions afterwards.  We are not unwilling to discuss coordinating the briefing to the extent possible, but I do not understand Oki's position that the parties should spend the time and money briefing an attorney's fees motion that would be moot if the court grants relief on either of plaintiffs' post-trial motions.
Brett
Brett M. Schuman
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: 415.442.1024 | Main: 415.442.1000 | Fax: 415.442.1001 bschuman@morganlewis.com | www.morganlewis.com
Assistant: Mary C. Wong | 415.442.1029 | mcwong@morganlewis.com

-----Original Message-----
From: Marc R. Labgold, Ph.D [mailto:mlabgold@labgoldlaw.com]
Sent: Wednesday, June 04, 2014 3:21 PM
To: Schuman, Brett M.
Cc: Marc R. Labgold, Ph.D.; David A. Makman; Patrick Hoeffner; Walsh, Rachel M.; Scher, Ryan Lindsay; Lateiner, Jeremy N.; Andrew Russell
Subject: Re: Motion Schedule

Brett,

Had not heard back so wanted to make sure you received the prior email.  Please advise.

Marc


On Jun 4, 2014, at 7:23 AM, Marc R. Labgold, Ph.D <mlabgold@labgoldlaw.com> wrote:

> I was referring to the latter.  When we made our oral motion, you suggested that our briefing be on the same schedule as your Rule 50(b).  So any Rule 50/59 motion you file and our motion for fees/costs would be due 28 days from entry of judgment.
>
> Marc
> On Jun 3, 2014, at 5:54 AM, Schuman, Brett M. <bschuman@morganlewis.com> wrote:
>
>> Are you asking us to file plaintiffs' motions before they are due, or asking for an EOT for Oki's attorney's fees motion so that Oki can file its motion when plaintiffs' file theirs?
>> Brett
>> Brett M. Schuman
>> Morgan, Lewis & Bockius LLP
>> One Market, Spear Street Tower | San Francisco, CA 94105-1126
>> Direct: 415.442.1024 | Main: 415.442.1000 | Fax: 415.442.1001
>> bschuman@morganlewis.com | www.morganlewis.com
>> Assistant: Mary C. Wong | 415.442.1029 | mcwong@morganlewis.com
>>
>> -----Original Message-----
>> From: Marc R. Labgold, Ph.D [mailto:mlabgold@labgoldlaw.com]
>> Sent: Monday, June 02, 2014 7:26 AM
>> To: Schuman, Brett M.
>> Cc: Marc R. Labgold, Ph.D.; David A. Makman; Patrick Hoeffner; Walsh,
>> Rachel M.; Scher, Ryan Lindsay; Lateiner, Jeremy N.; Andrew Russell
>> Subject: Re: Motion Schedule
>>
>> Brett,
>>
>> We would prefer that the attorney fees motion be filed at the same time as any Rule 50/59 motion, as you originally proposed, to avoid any undue delay in the overall schedule of post-trial/appeal.  Please advise.
>>
>> Marc
>>
>>
>> On May 27, 2014, at 5:52 PM, Schuman, Brett M. <bschuman@morganlewis.com> wrote:
>>
>>> Marc,
>>> Plaintiffs will be filing Rule 50 and 59 motions that, depending on how the court rules, could impact Oki's proposed motion for attorney's fees.  Accordingly, plaintiffs propose that under Local Rule 54-5(a), the parties agree that Oki's proposed motion be delayed until after the court rules on plaintiffs' motions.  This would minimize the burden on the court and the parties.  Please let us know if you agree and, if so, we can prepare a proposed stipulation.
>>> Thanks.
>>> Brett
>>> Brett M. Schuman
>>> Morgan, Lewis & Bockius LLP
>>> One Market, Spear Street Tower | San Francisco, CA 94105-1126
>>> Direct: 415.442.1024 | Main: 415.442.1000 | Fax: 415.442.1001
>>> bschuman@morganlewis.com | www.morganlewis.com

```
>>> Assistant: Mary C. Wong | 415.442.1029 | mcwong@morganlewis.com
>>>
>>> -----Original Message-----
>>> From: Marc R. Labgold, Ph.D [mailto:mlabgold@labgoldlaw.com]
>>> Sent: Thursday, May 22, 2014 9:53 AM
>>> To: Schuman, Brett M.
>>> Cc: Marc R. Labgold, Ph.D.; David A. Makman; Patrick Hoeffner;
>>> Walsh, Rachel M.; Scher, Ryan Lindsay; Lateiner, Jeremy N.; Andrew
>>> Russell
>>> Subject: Re: Motion Schedule
>>>
>>> Brett,
>>>
>>> Thank you for your proposal, which we are considering in light of the Court's recent orders.  It may simply be more practical to have our motion due 14 days after the entry of judgment as provided for under the Federal Rules.  Please advise.
>>>
>>> In this regard, please let me know if Plaintiffs are willing to meet and confer in an effort to reach agreement on the attorney fees and and costs and thereby obviate the need to incur further expense and impose further burden on the Court when there is no legal basis for opposing an award in this case.
>>>
>>> Finally, please let me know if you are willing to provide your firm's billing rates for this matter and the total amount of fees and costs Plaintiffs incurred in litigating this case.  Obviously if you are going to contest the reasonableness of Defendant's fees, Plaintiffs' expenditures are an objective measure.
>>>
>>> With best regards,
>>>
>>> Marc
>>>
>>>
>>> On May 20, 2014, at 1:54 PM, Schuman, Brett M. <bschuman@morganlewis.com> wrote:
>>>
>>>> The first available hearing date is September 12, 2014, but Ms. Garcia says the judge could advance the hearing date after he gets the papers.  We propose the following briefing schedule for all motions:
>>>> Thursday, June 5 - Opening briefs & supporting papers Thursday,
>>>> June
>>>> 19 - Opposition briefs & supporting papers Thursday, June 26 -
>>>> Reply briefs & supporting papers Brett Brett M. Schuman Morgan,
>>>> Lewis & Bockius LLP One Market, Spear Street Tower | San Francisco,
>>>> CA
>>>> 94105-1126
>>>> Direct: 415.442.1024 | Main: 415.442.1000 | Fax: 415.442.1001
>>>> bschuman@morganlewis.com | www.morganlewis.com
>>>> Assistant: Mary C. Wong | 415.442.1029 | mcwong@morganlewis.com
>>>>
>>>> -----Original Message-----
>>>> From: Marc R. Labgold, Ph.D [mailto:mlabgold@labgoldlaw.com]
>>>> Sent: Monday, May 19, 2014 2:05 PM
>>>> To: Schuman, Brett M.
>>>> Cc: Marc R. Labgold, Ph.D.; David A. Makman; Patrick Hoeffner
>>>> Subject: Motion Schedule
>>>>
>>>> Brett,
>>>>
```

>>>> I am writing concerning the briefing schedule for our motion for attorney fees.  In Court you suggested it be on the same schedule as Rule 50(b) motions.  If that is still your preference, we will propose that to the Court as instructed.  Please advise.
>>>>
>>>> With best regards,
>>>>
>>>> Marc
>>>>
>>>>
>>>>
>>>> DISCLAIMER
>>>> This e-mail message is intended only for the personal use of the
>>>> recipient(s) named above.  This message may be an attorney-client
>>>> communication and as such privileged and confidential and/or it may
>>>> include attorney work product.
>>>> If you are not an intended recipient, you may not review, copy or
>>>> distribute this message.  If you have received this communication
>>>> in error, please notify us immediately by e-mail and delete the
>>>> original message.
>>>
>>
>