UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD. and DOES ONE THROUGH TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO STAY BRIEFING ON OKI'S MOTIONS FOR FEES & COSTS [DKT. NOS. 333-3 & 333-22] PURSUANT TO CIV. L.R. 6-3**<br><br>Courtroom: 4<br>Judge: Hon. Edward J. Davila |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMIN MOT. TO STAY BRIEFING
5:12-CV-04175 EJD

Plaintiffs NavCom Technology, Inc. ("NavCom") and Deere & Company ("Deere," together, "Plaintiffs") moved for an Order to stay the briefing on Oki Electric Industry Co., Ltd.'s ("Oki") motions for fees and costs (Dkt. Nos. 333-3 (Attorneys' Fees) & 333-22 (Bill of Costs)) (the "Motion").

Based on the papers filed in support of the Motion, and upon good cause shown, the Court **GRANTS** the Motion as follows:

Oki's motions for fees and costs (Dkt. Nos. 333-3 & 333-22) are taken off calendar, and all further briefing and deadlines associated with these motions are stayed. Oki may re-file these motions within 14 days after the resolution of Plaintiffs' Rule 50(b) and Rule 59 motions.

**IT IS SO ORDERED.**

Date: _____, 2014

_____
Hon. Edward J. Davila
United States District Court

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
ADMIN MOT. TO STAY BRIEFING
5:12-CV-04175 EJD