MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMAN (SBN 189247)
bschuman@morganlewis.com
RACHEL M. WALSH (SBN 250568)
rwalsh@morganlewis.com
RYAN L. SCHER (SBN 244706)
rscher@morganlewis.com
JEREMY N. LATEINER (SBN 238472)
jlateiner@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:   415.442.1001

Attorneys for Plaintiffs
NavCom Technology, Inc. and Deere & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD. and DOES ONE THROUGH TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO OKI ELECTRIC INDUSTRY CO., LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Courtroom: 4<br>Judge:  Hon. Edward J. Davila |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25173583.1

SCHUMAN DECL. ISO PLAINTIFFS' OPP. TO
OKI'S MOTION FOR FEES & COSTS
5:12-CV-04175 EJD

I, Brett M. Schuman, declare:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Plaintiffs NavCom Technology, Inc. ("NavCom") and Deere & Company ("Deere") in this case. I am duly licensed and admitted to practice before this Court. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could testify competently thereto. I make this declaration in support of Plaintiffs NavCom Technology, Inc. and Deere & Company's Opposition to Oki Electric Industry Co., Ltd.'s (Oki) Motion for Attorneys' Fees and Costs.

2. "J. Zimmerman," described in Oki's motion as a "Former Litigation Services Attorney" (Dkt. No. 333-3 at 6), was not admitted pro hac vice to represent Oki in this case. Plaintiffs never interacted with him during the course of the litigation, and were unaware he/she did any work on the case prior to receipt of Oki's motion.

3. Plaintiffs never interacted with Mr. Steven Bryan (Dkt. No. 333-3 at 5) during the course of the litigation and were unaware he did any work on the case prior to receipt of Oki's motion.

4. Mr. Reuben J. Stob (Dkt. No. 333-3 at 6) was not admitted pro hac vice to represent Oki in this case. Plaintiffs never interacted with him during the course of the litigation, and were unaware he did any work on the case prior to receipt of Oki's motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is correct and true.

Executed on this 25th day of June, 2014, at San Francisco, California.

                                                */s/Brett M. Schuman*
                                                Brett M. Schuman

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25173583.1

1

SCHUMAN DECL. ISO PLAINTIFFS' OPP. TO OKI'S MOTION FOR FEES & COSTS
5:12-CV-04175 EJD