United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHONOLOGY, INC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OKI ELECTRIC INDUSTRY CO, LTD,<br><br>　　　　　Defendant. | Case No.　5:12-cv-04175 EJD<br><br>**ORDER RE: HEARING ON NOVEMBER 5, 2014** |

　　　　With regard to the hearing scheduled for November 5, 2014, the court orders as follows:

　　　　1.　　Each side's total presentation shall be limited to 45 minutes for all motions.

　　　　2.　　The majority of the parties' argument should be focused on Plaintiffs' Renewed Motion for Judgment as a Matter of Law and Motion for New Trial (Docket Item Nos. 330, 343). The court does not require extensive argument concerning Defendant's Motion for Judgment as a Matter of Law or Motion for Attorney's Fees and Costs (Docket Item Nos. 332, 333). The parties shall prepare their arguments accordingly.

　　　　**IT IS SO ORDERED.**

Dated:  November 4, 2014



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-cv-04175 EJD
ORDER RE: HEARING ON NOVEMBER 5, 2014