# EXHIBIT A

# SUPPORTING DOC. NO. 19

 County Legal & Notary Service
111 North Market Street, Suite 116
San Jose, CA 95113
(408) 564-7360    Fax  (408) 564-7460

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date:  8/9/12

Inv #:      7010067
SP#:
Client Code:  LA60

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA  94025
Attn: YOLANDA UGAY
Atty:  MICHAEL A. LADRA, ESQ.

Case No.: 112CV227117
Court : SANTA CLARA COUNTY SUPERIOR
COURT, DOWNTOWN SUPERIOR
Plaintiff : NAVCOM TECHNOLOGY, INC., ET AL.

Defendant : OKI SEMICONDUCTOR AMERICA, INC., ET
AL.

Ref. No.: 051918-0001

DOCUMENT(S):  NOTICE OF ADVERSE PARTY AND COURT OF FILING OF NOTICE OF REMOVAL

REPORT:   PICK UP: AT CLIENT'S OFFICE; ; SDR - SAME DAY RETURN FILE: SANTA CLARA COUNTY SUPERIOR COURT, DOWNTOWN SUPERIOR -
COMPLETED ON: 8/9/2012 @ 3:26PM; DOCUMENT(S) RETURNED TO CLIENT ON: 8/9/2012

RECEIVED

ACCOUNTING DEPT.

30494

FEES AND COSTS:     1      PICK UP @ CLIENT'S OFFICE (NO CHARGE)                                                                    0.00
                    1      COURT SERVICE - SANTA CLARA SUPERIOR                                                              87.00
                    .5     HOUR(S) - FILING / WAITING / COURT TIME ($45/HR)                                          22.50
                    1      DIRECT RETURN TO CLIENT'S OFFICE - SAN JOSE, CA TO MENLO PARK, CA (NOMINAL       65.00

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$174.50**

 County Legal & Notary Service
111 North Market Street, Suite 116
San Jose, CA 95113
(408) 564-7360    Fax  (408) 564-7460

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date:  **8/8/12**

Inv #:     7010040
SP#:
Client Code: **LA60**

Case No.: CV12-04175 HRL
Court : U. S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA - SAN JOSE
Plaintiff : NAVCOM TECHNOLOGY, INC., ET AL.

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
Attn: YOLANDA UGAY
Atty: MICHAEL A. LADRA, ESQ.

Defendant : OKI SEMICONDUCTOR AMERICA, INC., ET
AL.

Ref. No.: 051918-0000

DOCUMENT(S):  NOTICE OF REMOVAL; FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT & LOCAL
RULE 3-16 DISCLOSURE; PROOF OF SERVICE; CIVIL COVER SHEET

REPORT:   PICK UP: AT CLIENT'S OFFICE; ; SDR - SAME DAY RETURN FILE: U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA - SAN
JOSE - COMPLETED ON: 8/8/2012 @ 3:10PM; DOCUMENT(S) RETURNED TO CLIENT ON: 8/8/2012

RECEIVED

AUG 1 6 2012

ACCOUNTING DEPT.

30494

| FEES AND COSTS: | | | |
|---|---|---|---|
| 1 | PICK UP @ CLIENT'S OFFICE (NO CHARGE) | | 0.00 |
| 1 | COURT SERVICE - U.S.D.C. SAN JOSE | | 87.00 |
| .5 | HOUR(S) - FILING / WAITING / COURT TIME ($45/HR) | | 22.50 |
| 1 | DIRECT RETURN TO CLIENT'S OFFICE - SAN JOSE, CA TO MENLO PARK, CA (NOMINAL FEE) | | 65.00 |

**Fee Advance**              350.00
**Fee Advance Charge**        35.00

DUE AND PAYABLE UPON RECEIPT      **Invoice Total:**      **$559.50**

# SUPPORTING DOC. NO. 20

From: **Marc R. Labgold, Ph.D** mlabgold@labgoldlaw.com
Subject: Fwd: Pay.gov Payment Confirmation: CAND CM ECF
Date: June 11, 2013 at 11:50 AM
To: TARYN WAITER twaiter@labgoldlaw.com
Cc: Marc R. Labgold, Ph.D mlabgold@labgoldlaw.com

Begin forwarded message:

From: paygovadmin@mail.doc.twai.gov
Subject: Pay.gov Payment Confirmation: CAND CM ECF
Date: June 11, 2013 11:46:45 AM EDT
To: "mlabgold@labgoldlaw.com" <mlabgold@labgoldlaw.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 25B4DOUN
Agency Tracking ID: 0971-7762933
Transaction Type: Sale
Transaction Date: Jun 11, 2013 11:46:44 AM

Account Holder Name: Marc Labgold
Transaction Amount: $305.00
Billing Address: 2257 Compass Point Lane
City: Reston
State/Province: VA
Zip/Postal Code: 20191
Country: USA
Card Type: AmericanExpress
Card Number: ███████████

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.