# EXHIBIT B

# SUPPORTING DOC. NO. 8

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00002107

**MAKE CHECKS PAYABLE TO:**

David Makman
Makman & Matz
655 Mariner's Island Boulevard
Suite 306
San Mateo, CA 94404

Phone:

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Tax ID: 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
Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 05-07-2014
DATE DELIVERED: 05-07-2014

Case Style: CV-12-4175-EJD, Navcom & Deere v OKI, et al.,
Transcript of Proceedings held on 4/21/14(89pgs),4/22/14 (215d),4/23/14 (178),4/25/14(36),4/28/14(91),4/29/14(212),4/30/14(126/252),5/1/14 (102/205),5/5/14(40/79),5/6/14(107/215),5/7/14 (153) & 5/8/14 (28) Original divided by parties, ASCII, PDF, Realtime x 2,5/1 four realtimes

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 213 | 6.05 | 1,288.65 | 640 | 1.20 | 768.00 | | | | 2,056.65 |
| Hourly | 860 | 7.25 | 6,235.00 | 2598 | 1.20 | 3,117.60 | | | | 9,352.60 |
| Realtime | 1738 | 3.05 | 5,300.90 | 1738 | 1.20 | 2,085.60 | | | | 7,386.50 |

Misc. Desc.

MISC. CHARGES:

TOTAL: 18,795.75

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $18,795.75

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: [signature]

DATE: 05-09-2014

(All previous editions of this form are cancelled and should be destroyed)