# EXHIBIT C

# SUPPORTING DOC. NO. 1

# INVOICE



## MBreporting, Inc.
111 Deerwood Road, Suite 200
San Ramon, California 94583
(o) 925-989-6080   (f) 925-264-1957
depos@MBreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6714 | 9/8/2013 | 1735 |

| Job Date | Case No. | |
|---|---|---|
| 8/22/2013 | 5:12-CV-04175 EJD | |

| Case Name | |
|---|---|
| NavCom. vs. Oki Electric | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Marc R. Labgold, Ph.D.
Nagashima & Hashimoto
12007 Sunrise Valley Drive, Suite 110
Reston, VA 20191

ORIGINAL AND ONE CERTIFIED TRANSCRIPT (videotaped):

| | | | | |
|---|---|---|---|---|
| Paul Galyean | 154.00 Pages | @ | 4.60 | 708.40 |
| Certificate (O+1) | 1.00 | @ | 35.00 | 35.00 |
| Electronic Exhibits (200/300) | 1.00 | @ | 150.00 | 150.00 |
| Rough Draft | 146.00 Pages | @ | 1.25 | 182.50 |
| ASCII, Condensed & Word Index | 1.00 | @ | 0.00 | 0.00 |
| Thank you for going green! (email delivery) | 1.00 | @ | 0.00 | 0.00 |
| Videotaped Deposition | 154.00 Pages | @ | 0.25 | 38.50 |
| Parking | 1.00 | @ | 0.00 | 0.00 |
| | | TOTAL DUE >>> | | $1,114.40 |

We thank you for choosing MBreporting for your depositions.
It's always a pleasure doing business with you.

**Tax ID:** 45-5179572

*Please detach bottom portion and return with payment.*

Marc R. Labgold, Ph.D.
Nagashima & Hashimoto
12007 Sunrise Valley Drive, Suite 110
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 1735 | BU ID | : 1-MAIN |
| Case No. | : 5:12-CV-04175 EJD | | |
| Case Name | : NavCom. vs. Oki Electric | | |

Invoice No. : 6714          Invoice Date : 9/8/2013
**Total Due : $ 1,114.40**

Remit To: **MB Reporting, Inc.**
          **111 Deerwood Road, Suite 200**
          **San Ramon, CA 94583**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# SUPPORTING DOC. NO. 2

# INVOICE



**MBreporting, Inc.**
111 Deerwood Road, Suite 200
San Ramon, California 94583
(o) 925-989-6080   (f) 925-264-1957
depos@MBreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6713 | 9/4/2013 | 1742 |
| **Job Date** | **Case No.** | |
| 8/21/2013 | 5:12-CV-04175 EJD | |
| **Case Name** | | |
| NavCom. vs. Oki Electric | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Marc R. Labgold, Ph.D.
Nagashima & Hashimoto
12007 Sunrise Valley Drive, Suite 110
Reston, VA  20191

| ORIGINAL AND ONE CERTIFIED TRANSCRIPT (videotaped): | | | | |
|---|---|---|---|---|
| Paul Galyean 30(b)(6) | 262.00 Pages | @ | 4.60 | 1,205.20 |
| Certificate (O+1) | 1.00 | @ | 35.00 | 35.00 |
| Electronic Exhibits (400/500) | 1.00 | @ | 150.00 | 150.00 |
| Rough Draft | 247.00 Pages | @ | 1.25 | 308.75 |
| Thank you for going green! (email delivery) | 1.00 | @ | 0.00 | 0.00 |
| ASCII, Condensed & Word Index | 1.00 | @ | 0.00 | 0.00 |
| Videotaped Deposition | 262.00 Pages | @ | 0.25 | 65.50 |
| | **TOTAL DUE >>>** | | | **$1,764.45** |

Thank you for choosing MBreporting.  We appreciate your business.

**Tax ID:** 45-5179572

*Please detach bottom portion and return with payment.*

Marc R. Labgold, Ph.D.
Nagashima & Hashimoto
12007 Sunrise Valley Drive, Suite 110
Reston, VA  20191

Job No.    :  1742         BU ID      : 1-MAIN
Case No.   :  5:12-CV-04175 EJD
Case Name  :  NavCom. vs. Oki Electric

Invoice No. :  6713          Invoice Date  :9/4/2013
**Total Due  :  $ 1,764.45**

Remit To: **MB Reporting, Inc.**
          **111 Deerwood Road, Suite 200**
          **San Ramon, CA  94583**

| **PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                        Phone#: |
| Billing Address: |
| Zip:                    Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

# SUPPORTING DOC. NO. 3

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Marc R. Labgold, Ph.D., Esq. | | |
|---|---|---|---|
| | Nagashima & Hashimoto | | |
| | 12007 Sunrise Valley Drive | | |
| | Suite 110 | | |
| | Reston, VA, 20191 | | |

| | |
|---|---|
| **Invoice #:** | CA1839176 |
| **Invoice Date:** | 8/31/2013 |
| **Balance Due:** | $1,358.45 |

| | |
|---|---|
| **Case:** | Navcom Technology Inc. v. OKI Electric Industry Co. Ltd. |
| **Job #:** | 1703559 \| Job Date: 8/8/2013 \| Delivery: Normal |
| **Billing Atty:** | Marc R. Labgold, Ph.D., Esq. |
| **Location:** | Veritext San Diego |
| | 402 West Broadway \| Suite 700 \| San Diego, CA 92101 |
| **Sched Atty:** | Ryan Scher, Esq.  \| Morgan Lewis & Bockius LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Satoru Inoue | Certified Transcript | Page | 200.00 | $660.00 |
| | Exhibits | Per Page | 493.00 | $320.45 |
| | Rough Draft | Page | 174.00 | $261.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $1,358.45 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,358.45 |

**TERMS:**   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA1839176 |
| **Job #:** | 1703559 |
| **Invoice Date:** | 8/31/2013 |
| **Balance:** | $1,358.45 |

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Marc R. Labgold, Ph.D., Esq. | **Invoice #:** | CA1839227 |
| Nagashima & Hashimoto | **Invoice Date:** | 8/31/2013 |
| 12007 Sunrise Valley Drive | **Balance Due:** | $243.00 |
| Suite 110 | | |
| Reston, VA, 20191 | | |

| | |
|---|---|
| **Case:** | NavCom Technology Inc., et al v. Oki Electric Industry Company |
| **Job #:** | 1712475 \| Job Date: 8/22/2013 \| Delivery: None |
| **Billing Atty:** | Marc R. Labgold, Ph.D., Esq. |
| **Location:** | Veritext |
| | 707 Wilshire Blvd  \| 35th floor \| Los Angeles, CA 90017 |
| **Sched Atty:** | Marc R. Labgold, Ph.D., Esq. \| Nagashima & Hashimoto |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| None given | Cancellation Fee | 1 | 1.00 | $225.00 |
| | Parking Expense | Per hour | 1.00 | $18.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $243.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $243.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA1839227 |
| **Job #:** | 1712475 |
| **Invoice Date:** | 8/31/2013 |
| **Balance:** | $243.00 |

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Marc R. Labgold, Ph.D., Esq.<br>Nagashima & Hashimoto<br>12007 Sunrise Valley Drive<br>Suite 110<br>Reston, VA, 20191 | **Invoice #:** | SF1833519 |
| | **Invoice Date:** | 8/27/2013 |
| | **Balance Due:** | $722.25 |

| | |
|---|---|
| **Case:** | Navcom Technology Inc. v. OKI Electric Industry Co. Ltd. |
| **Job #:** | 1703637 \| Job Date: 8/9/2013 \| Delivery: Normal |
| **Billing Atty:** | Marc R. Labgold, Ph.D., Esq. |
| **Location:** | Covington & Burling LLP |
| | 9191 Towne Centre Drive \| 6th Floor \| San Diego, CA 92122 |
| **Sched Atty:** | Ryan Scher, Esq.  \| Morgan Lewis & Bockius LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Ronald Reedy | Certified Transcript | Page | 120.00 | $396.00 |
| | Exhibits | Per Page | 45.00 | $29.25 |
| | Rough Draft | Page | 120.00 | $180.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $722.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $722.25 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**  SF1833519<br>**Job #:**  1703637<br>**Invoice Date:**  8/27/2013<br>**Balance:**  $722.25 |





PAID
9/25
CHECK 2322

707 Wilshire Boulevard, Suite 3500
Los Angeles, CA  90017
Phone: (973) 410-4049

**Bill To:**  Marc R. Labgold, Ph.D., Esq.
Nagashima & Hashimoto
12007 Sunrise Valley Drive
Suite 110
Reston, VA 20191

**Remit To:**  Veritext Corp
P.O. Box 71303
Chicago, IL 60694-1303

## Statement of Account

| Statement Date: 9/16/2013 | | | | Page 1 of 1 | | Total Balance Due: | | $2,323.70 |
|---|---|---|---|---|---|---|---|---|
| Invoice# | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged (Days) | Balance Due |
| SF1833519 | 8/27/13 | 1703637 | 8/9/13 | Navcom Technology In vs | Marc R. Labgold, Ph.D., Esq. | C | 20 | $722.25 |
| CA1839176 | 8/31/13 | 1703559 | 8/8/13 | Navcom Technology In vs | Marc R. Labgold, Ph.D., Esq. | C | 16 | $1,358.45 |
| CA1839227 | 8/31/13 | 1712475 | 8/22/13 | NavCom Technology In vs | Marc R. Labgold, Ph.D., Esq. | O | 16 | $243.00 |
| | | | | | | | TOTAL: | $2,323.70 |

| Current | 31-60 Days | 61-90 days | >90 days | Total |
|---|---|---|---|---|
| $2,323.70 | $0.00 | $0.00 | $0.00 | $2,323.70 |

Make check payable to:

Veritext Corp
P.O. Box 71303
Chicago, IL 60694-1303

VISA, MASTERCARD &
AMERICAN EXPRESS ACCEPTED

Fed. Tax ID: 20-3132569

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.



707 Wilshire Boulevard, Suite 3500
Los Angeles, CA  90017
Phone: (973) 410-4049

**Bill To:**   Patrick J Hoeffner, Esq
Nagashima & Hashimoto
12007 Sunrise Valley Drive
Suite 110
Reston, VA 20191

**Remit To:**   Veritext Corp
P.O. Box 71303
Chicago, IL 60694-1303

## Statement of Account

| Statement Date: 9/16/2013 | | | | Page 1 of 1 | | | Total Balance Due: | | $1,597.60 |
|---|---|---|---|---|---|---|---|---|---|
| Invoice# | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged (Days) | Balance Due | |
| CA1798745 | 7/17/13 | 1685343 | 6/20/13 | Navcom Technology In vs | Patrick J Hoeffner, Esq | C | 61 | $1,597.60 | |
| | | | | | | | **TOTAL:** | $1,597.60 | |

| Current | 31-60 Days | 61-90 days | >90 days | Total |
|---|---|---|---|---|
| **$0.00** | **$0.00** | **$1,597.60** | **$0.00** | **$1,597.60** |

Make check payable to:

Veritext Corp
P.O. Box 71303
Chicago, IL 60694-1303

VISA, MASTERCARD &
AMERICAN EXPRESS ACCEPTED

Fed. Tax ID: 20-3132569

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.

# SUPPORTING DOC. NO. 4

# I**N**VOICE



**MBreporting, Inc.**
111 Deerwood Road, Suite 200
San Ramon, California 94583
(o) 925-989-6080   (f) 925-264-1957
depos@MBreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6702 | 8/27/2013 | 1744 |
| **Job Date** | **Case No.** | |
| 8/21/2013 | 5:12-CV-04175 EJD (HRL) | |
| **Case Name** | | |
| Navcom Technology, Inc. vs. Oki Electric Industry Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Marc R. Labgold, Ph.D.
Nagashima & Hashimoto
12007 Sunrise Valley Drive, Suite 110
Reston, VA  20191

| Videographer | | | | | |
|---|---|---|---|---|---|
| Paul Galyean 30(b)(6) | | | | | |
| Videographer (2-hour minimum) | 1.00 | Hours | @ | 90.00 | 270.00 |
| Additional Hours | 6.00 | Hours | @ | 90.00 | 540.00 |
| Hourly (after 6:00 p.m.) | 1.30 | Hours | @ | 135.00 | 175.50 |
| Breakdown (after 6:00 p.m.) 30 minutes | 0.50 | Hours | @ | 135.00 | 67.50 |
| Parking | 1.00 | | @ | 0.00 | 39.15 |
| Setup (1 hour) | 1.00 | Hours | @ | 90.00 | 90.00 |
| Media: DVDs | 5.00 | Disks | @ | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | | **$1,182.15** |

Thank you for booking your deposition with MBreporting.



PAID
9/13
CHECK 2315

**Tax ID:** 45-5179572

*Please detach bottom portion and return with payment.*

Marc R. Labgold, Ph.D.
Nagashima & Hashimoto
12007 Sunrise Valley Drive, Suite 110
Reston, VA  20191

Job No.     : 1744          BU ID      : 1-MAIN
Case No.    : 5:12-CV-04175 EJD (HRL)
Case Name   : Navcom Technology, Inc. vs. Oki Electric
              Industry Co.
Invoice No. : 6702          Invoice Date : 8/27/2013
**Total Due : $ 1,182.15**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **MB Reporting, Inc.**
          **111 Deerwood Road, Suite 200**
          **San Ramon, CA  94583**

# I N V O I C E



**MBreporting, Inc.**
111 Deerwood Road, Suite 200
San Ramon, California 94583
(o) 925-989-6080   (f) 925-264-1957
depos@MBreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6699 | 8/27/2013 | 1745 |
| **Job Date** | **Case No.** | |
| 8/22/2013 | 5:12-CV-04175 EJD (HRL) | |
| **Case Name** | | |
| Navcom Technology, Inc. vs. Oki Electric Industry Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Marc R. Labgold, Ph.D.
Nagashima & Hashimoto
12007 Sunrise Valley Drive, Suite 110
Reston, VA  20191

Videographer
  Paul Galyean

| | | | | |
|---|---|---|---|---|
| Setup & Breakdown | 1.50  Hours | @ | 90.00 | 135.00 |
| Videographer (2-hour minimum) | 1.00  Hours | @ | 90.00 | 270.00 |
| Additional Hours | 4.30  Hours | @ | 90.00 | 387.00 |
| Parking | 1.00 | @ | 39.15 | 39.15 |
| Media: DVDs | 3.00  Disks | @ | 0.00 | 0.00 |
| | **TOTAL DUE >>>** | | | **$831.15** |

Thank you for booking your deposition with MBreporting.



PAID
9/13
CHECK 2315

**Tax ID:** 45-5179572

*Please detach bottom portion and return with payment.*

Marc R. Labgold, Ph.D.
Nagashima & Hashimoto
12007 Sunrise Valley Drive, Suite 110
Reston, VA  20191

Job No.     : 1745          BU ID        : 1-MAIN
Case No.   : 5:12-CV-04175 EJD (HRL)
Case Name  : Navcom Technology, Inc. vs. Oki Electric
                   Industry Co.

Invoice No. : 6699          Invoice Date : 8/27/2013
**Total Due  : $ 831.15**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **MB Reporting, Inc.**
               **111 Deerwood Road, Suite 200**
               **San Ramon, CA  94583**

# SUPPORTING DOC. NO. 6

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

PAID 8/19
CHECK 2304

# VERITEXT
## LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Marc R. Labgold, Ph.D., Esq.<br>Nagashima & Hashimoto<br>12007 Sunrise Valley Drive<br>Suite 110<br>Reston, VA, 20191 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:**<br>**Agency #:** | CA1791564<br>7/30/2013<br>$936.40<br>1675076 |

| | |
|---|---|
| **Case:** | Navcom Technology Inc. v. OKI Electric Industry Co. Ltd. |
| **Job #:** | 1675036 \| Job Date: 6/13/2013 \| Delivery: Normal |
| **Billing Atty:** | Marc R. Labgold, Ph.D., Esq. |
| **Location:** | Guy Renzi and Associates |
| | 2277 State Hwy 33 \| Suite 410 \| Trenton, NJ 08690 |
| **Sched Atty:** | Rachel M. Walsh, Esq. \| Morgan Lewis & Bockius LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Takabumi Asahi | Certified Transcript | Page | 87.00 | $291.45 |
| | Exhibits | Per Page | 133.00 | $86.45 |
| | Realtime Services | Page | 87.00 | $195.75 |
| | Rough Draft | Page | 87.00 | $195.75 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Equipment Rental | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

**Notes:** Equipment Rental - Laptop

| | |
|---|---|
| **Invoice Total:** | $936.40 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $936.40 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA1791564 |
| **Job #:** | 1675036 |
| **Invoice Date:** | 7/30/2013 |
| **Balance:** | $936.40 |

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

PAID
8/19
CHECK 2303

**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Marc R. Labgold, Ph.D., Esq. | | | |
|---|---|---|---|---|
| | Nagashima & Hashimoto | **Invoice #:** | CA1810487 | |
| | 12007 Sunrise Valley Drive | **Invoice Date:** | 7/29/2013 | |
| | Suite 110 | **Balance Due:** | $1,575.50 | |
| | Reston, VA, 20191 | | | |

| | |
|---|---|
| **Case:** | Navcom Technology Inc. v. OKI Electric Industry Co. Ltd. |
| **Job #:** | 1675326 \| Job Date: 7/11/2013 \| Delivery: Normal |
| **Billing Atty:** | Marc R. Labgold, Ph.D., Esq. |
| **Location:** | Morgan Lewis & Bockius |
| | 2 Palo Alto Square, 3000 El Camino Real \| Suite 700 \| Palo Alto, CA 94306 |
| **Sched Atty:** | Brett M. Schuman, Esq. \| Morgan Lewis & Bockius LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 223.00 | $735.90 |
| | Exhibits | Per Page | 541.00 | $351.65 |
| | Exhibits - Color | Per Page | 2.00 | $3.00 |
| Ruben Balbuena | Realtime Services | Page | 223.00 | $367.95 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,575.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,575.50 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA1810487 |
| **Job #:** | 1675326 |
| **Invoice Date:** | 7/29/2013 |
| **Balance:** | $1,575.50 |

# SUPPORTING DOC. NO. 7



# INVOICE

 

PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51671 | 7/18/2013 | 35671 |
| **Job Date** | **Case No.** | |
| 6/25/2013 | 5:12-CV-04175-EJD | |
| **Case Name** | | |
| NavCom Technology Inc., et al -v- Oki Electric Industry Co., Ltd. | | |
| **Payment Terms** | | |
| Due upon receipt | | |



Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo,  102-0093

---

TRANSCRIPT WITH INDEX OF:

Yuki Ushida, Volume 1

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,500.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 48.00 Pages | 12.00 |
| | **TOTAL DUE >>>** | **$1,712.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

---

Tax ID:

*Please detach bottom portion and return with payment.*

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo,  102-0093

Invoice No.   :   51671
Invoice Date  :   7/18/2013
**Total Due**    :   **$ 1,712.00**

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

Job No.     :   35671
BU ID       :   81-JAP-R
Case No.    :   5:12-CV-04175-EJD
Case Name   :   NavCom Technology Inc., et al -v- Oki
                Electric Industry Co., Ltd.







**PLANET DEPOS**
ASIA
WITNESSES ::::::::
888.433.3767 | WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51674 | 7/18/2013 | 35672 |

| Job Date | Case No. | |
|---|---|---|
| 6/26/2013 | 5:12-CV-04175-EJD | |

| Case Name | | |
|---|---|---|
| NavCom Technology Inc., et al -v- Oki Electric Industry Co., Ltd. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**PAID**

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo, 102-0093

TRANSCRIPT WITH INDEX OF:

Yuki Ushida, Volume 2

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,500.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 22.00 Pages | 5.50 |
| | TOTAL DUE >>> | $1,705.50 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo, 102-0093

| | | |
|---|---|---|
| Invoice No. | : | 51674 |
| Invoice Date | : | 7/18/2013 |
| **Total Due** | : | **$ 1,705.50** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | : | 35672 |
| BU ID | : | 81-JAP-R |
| Case No. | : | 5:12-CV-04175-EJD |
| Case Name | : | NavCom Technology Inc., et al -v- Oki Electric Industry Co., Ltd. |

 ORIGINAL

# INVOICE



PLANET DEPOS
ASIA

888.433.3767  WWW.PLANETDEPOS.COM

 AMERICAN REALTIME
Your Local Court Reporting Agency Around The World

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52586 | 7/18/2013 | 35673 |
| **Job Date** | **Case No.** | |
| 6/27/2013 | 5:12-CV-04175-EJD | |
| **Case Name** | | |
| NavCom Technology Inc., et al -v- Oki Electric Industry Co., Ltd. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo,  102-0093

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Ken Fujita, Volume 1 | | 0.00 |
| Reporter Daily Minimum | | 1,500.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 37.00 Pages | 9.25 |
| | **TOTAL DUE >>>** | **$1,709.25** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo,  102-0093

Invoice No.   :  52586
Invoice Date  :  7/18/2013
**Total Due**   :  **$ 1,709.25**

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

Job No.     :  35673
BU ID       :  81-JAP-R
Case No.    :  5:12-CV-04175-EJD
Case Name   :  NavCom Technology Inc., et al -v- Oki Electric Industry Co., Ltd.

 **ORIGINAL**

# INVOICE



PLANET DEPOS
ASIA
Washington Japan
988.433.3767 | WWW.PLANETDEPOS.COM

 AMERICAN REALTIME
Your Local Court Reporting Agency Around The World

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51682 | 7/18/2013 | 35674 |
| **Job Date** | **Case No.** | |
| 6/28/2013 | 5:12-CV-04175-EJD | |
| **Case Name** | | |
| NavCom Technology Inc., et al -v- Oki Electric Industry Co., Ltd. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo, 102-0093

 **PAID**

TRANSCRIPT WITH INDEX OF:

Ken Fujita, Volume 2

    Reporter Daily Minimum                                   1,500.00

    Realtime Hook-up fee                                          200.00

                                      **TOTAL DUE >>>**     **$1,700.00**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo, 102-0093

Invoice No.   :  51682
Invoice Date  :  7/18/2013
**Total Due**     :  **$ 1,700.00**

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD 20850**

Job No.     :  35674
BU ID      :  81-JAP-R
Case No.    :  5:12-CV-04175-EJD
Case Name  :  NavCom Technology Inc., et al -v- Oki
                 Electric Industry Co., Ltd.

# SUPPORTING DOC. NO. 11

PAID 10/29 CHECK 2340

# INVOICE

 

PLANET DEPOS
ASIA
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

AMERICAN REALTIME
Your Local Court Reporting Agency Around The World

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 56371 | 10/9/2013 | 42348 |
| Job Date | Case No. | |
| 9/10/2013 | 5:12-CV-04175-EJD | |
| Case Name | | |
| NavCom Technology Inc., et al -v- Oki Electric Industry Co., Ltd. | | |
| Payment Terms | | |
| Due upon receipt | | |

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo,   102-0093

TRANSCRIPT WITH INDEX OF:

Yoko Goto, 30(b)(6), Volume 2

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,500.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 219.00  Pages | 54.75 |
| | TOTAL DUE >>> | **$1,754.75** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo,   102-0093

| Invoice No. | : | 56371 |
|---|---|---|
| Invoice Date | : | 10/9/2013 |
| **Total Due** | : | **$1,754.75** |

Remit To:   **Planet Depos – Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| Job No. | : | 42348 |
|---|---|---|
| BU ID | : | 81-JAP-R |
| Case No. | : | 5:12-CV-04175-EJD |
| Case Name | : | NavCom Technology Inc., et al -v- Oki Electric Industry Co., Ltd. |

PAID
10 29
CHECK 2241

# INVOICE



PLANET DEPOS
ASIA
You make it happen.

AMERICAN REALTIME
Your Local Court Reporting Agency Around The World

888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 56369 | 10/9/2013 | 42347 |
| **Job Date** | **Case No.** | |
| 9/9/2013 | 5:12-CV-04175-EJD | |
| **Case Name** | | |
| NavCom Technology Inc., et al -v- Oki Electric Industry Co., Ltd. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo,   102-0093

TRANSCRIPT WITH INDEX OF:

Yoko Goto, 30(b)(6), Volume 1

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,500.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 1,026.00  Pages | 256.50 |
| | **TOTAL DUE >>>** | **$1,956.50** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Marc R. Labgold, Ph.D., Esquire
Nagashima & Hashimoto
Hirakawa-Cho KS Building, 2nd Floor
2-4-14, Hirakawa-Cho, Chiyoda-Ku
Tokyo,   102-0093

| | | |
|---|---|---|
| Invoice No. | : | 56369 |
| Invoice Date | : | 10/9/2013 |
| **Total Due** | : | **$1,956.50** |

Remit To:   **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 42347 |
| BU ID | : | 81-JAP-R |
| Case No. | : | 5:12-CV-04175-EJD |
| Case Name | : | NavCom Technology Inc., et al -v- Oki Electric Industry Co., Ltd. |

# SUPPORTING DOC. NO. 12



707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Phone: (973) 410-4049

**Bill To:**  Patrick J Hoeffner, Esq
Nagashima & Hashimoto
12007 Sunrise Valley Drive
Suite 110
Reston, VA 20191

**Remit To:**  Veritext Corp
P.O. Box 71303
Chicago, IL 60694-1303

## Statement of Account

| Statement Date: 11/12/2013 | | | | Page 1 of 1 | | | Total Balance Due: | $964.00 |
|---|---|---|---|---|---|---|---|---|
| Invoice# | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged (Days) | Balance Due |
| SF1882911 | 10/29/13 | 1744478 | 10/17/13 | Navcom Technology In vs | Patrick J Hoeffner, Esq | C | 14 | $964.00 |
| | | | | | | | TOTAL: | $964.00 |

| Current | 31-60 Days | 61-90 days | >90 days | Total |
|---|---|---|---|---|
| $964.00 | $0.00 | $0.00 | $0.00 | $964.00 |

Make check payable to:

Veritext Corp
P.O. Box 71303
Chicago, IL 60694-1303

VISA, MASTERCARD &
AMERICAN EXPRESS ACCEPTED

Fed. Tax ID: 20-3132569

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.