# EXHIBIT D1

# SUPPORTING DOC. NO. 14

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| 8/19/2013 | 468871 | Sales Order #356234 |

| Customer |
|---|
| 3045 Law Offices of Marc R. Labgold, P.C. |



**Bill To**

Accounts Payable
Law Offices of Marc R. Labgold, P.C.
12007 Sunrise Valley Drive
Suite 110
Reston VA 20191

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-9926

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 468871 | 3045 Law Offices of Marc R. Labgold, P.C. | Net 30 | 9/18/2013 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| Oki-Navcom | 8/19/2013 | 10:37 am | Sales Order #356234 | 8/19/2013 |

| Contact | Job Detail |
|---|---|
| 3045 Law Offices of Marc R. Labgold, P.C. : Marc R. Labgold, Ph. D<br>703-901-8860 | Create production volume from emailed document<br>Email delivery<br><br>Vol: OKI_LW_003<br>Range: OKI_LW_0026766 - OKI_LW_0026783<br>1 document, 18 pages |
| **Caller**<br>Marc Lapgold | |
| **Parcels Division**<br>Production Center | |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 0.5 | Hours Technical Support 8am-6pm | 100.00 | 50.00 |
| 18 | Pages OCR | 0.03 | 0.54 |
| 1 | Email Delivery | 5.00 | 5.00 |
| | | **Total** | **$55.54** |

NOTICE:  Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client").  To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising.  Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# SUPPORTING DOC. NO. 15

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/16/2014 | 509812 | Sales Order #388578 |

| Customer |
|---|
| 2773 Shaw Keller LLP |

**Bill To**

Accounts Payable
Shaw Keller LLP
300 Delaware Ave
2nd Floor
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
**Wilmington DE 19899**
**(302) 658-9926**

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 509812 | 2773 Shaw Keller LLP | Net 30 | 5/16/2014 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 10003.06 | 4/11/2014 | 9:17 am | Sales Order #388578 | 4/16/2014 |

| Contact |
|---|
| 2773 Shaw Keller LLP : Dominic Fanelli 302.298.0707 dfanelli@shawkeller.com |

| Caller |
|---|
| Dominic Fanelli |

**Job Detail**

Access client's network remotely & un-zip/organize data
Create new Concordance production databases and load multiple volumes
Technical support to apply field structure and persistent tags
Import images and any corresponding text/native data
Tag imported volume & re-index database

Databases: Oki Electric Production, Navcom Production, and Third Party Production

| Parcels Division |
|---|
| Production Center |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 6 | Hours Technical Support 8am-6pm | 100.00 | 600.00 |
| | | **Total** | **$600.00** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

ORIGINAL

# SUPPORTING DOC. NO. 16

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/15/2013 | 445670 | Sales Order #338156 |

**Customer**
3045 Law Offices of Marc R. Labgold, P.C.

**Bill To**
Accounts Payable
Law Offices of Marc R. Labgold, P.C.
12007 Sunrise Valley Drive
Suite 110
Reston VA 20191

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

*Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.*

---

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 445670 | 3045 Law Offices of Marc R. Labgold, P.C. | Net 30 | 5/15/2013 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| Navcom/Oki Denki | 4/12/2013 | 3:55 pm | Sales Order #338156 | 4/15/2013 |

**Contact**
3045 Law Offices of Marc R.
Labgold, P.C. : Marc R. Labgold,
Ph. D
703-901-8860

**Caller**
Marc Labgold

**Parcels Division**
Virtual Docket

**Job Detail**
Import .2 GB of native data
Process & image .2 GB of uncompressed & deduped data
Concordance export with OCR
FTP delivery

Vol: OKI_LW_002
Range: OKI_LW_024516 - OKI_LW_026765
190 documents, 1,023 pages
(Processing billed in increments of .1 GB)

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.2 | GB Processed - PreDiscovery | 100.00 | 20.00 |
| 0.2 | GB Processed - Image Deliverable | 450.00 | 90.00 |
| 1,023 | Pages OCR | 0.03 | 30.69 |
| 1 | FTP Delivery | 50.00 | 50.00 |

**Total** $190.69

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/15/2013 | 445669 | Sales Order #337705 |

**Customer**
3045 Law Offices of Marc R. Labgold, P.C.

**Bill To**
Accounts Payable
Law Offices of Marc R. Lagbold, P.C.
12007 Sunrise Valley Drive
Suite 110
Reston VA 20191

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

---

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 445669 | 3045 Law Offices of Marc R. Labgold, P.C. | Net 30 | 5/15/2013 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| Navcom/Oki Denki | 4/10/2013 | 11:20 am | Sales Order #337705 | 4/15/2013 |

**Contact**
3045 Law Offices of Marc R. Labgold, P.C. : Marc R. Labgold, Ph. D
703-901-8860

**Caller**
Marc Labgold

**Job Detail**
Import .1 GB of native data
Process & image .1 GB of uncompressed & deduped data
Concordance export with OCR
FTP delivery

Vol: OKI_LW_001
Range: OKI_LW_017000 - OKI_LW_024515
602 documents, 7,516 pages
(Processing billed in increments of .1 GB)

**Parcels Division**
Virtual Docket

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.1 | GB Processed - PreDiscovery | 100.00 | 10.00 |
| 0.1 | GB Processed - Image Deliverable | 450.00 | 45.00 |
| 1 | FTP Delivery | 50.00 | 50.00 |

**Total** $105.00

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# SUPPORTING DOC. NO. 17

15/005/2



# Invoice

**evolvediscovery**

Accounts Receivable | 611 Mission Street, 4th Floor | San Francisco, CA 94105
Tax ID: 27-0759787
Phone: 415.398.8600    Fax: 1.866.488.1032

| DATE | INVOICE # |
|---|---|
| 3/29/2013 | 310673 |

| BILL TO | SHIP TO |
|---|---|
| Latham & Watkins<br>Attn: Patrick Higgins<br>140 Scott Drive<br>Menlo Park, CA 94025 | Latham & Watkins<br>Accounts Payable<br>140 Scott Drive<br>Menlo Park, CA 94025 |

RECEIVED MAR 29 2013 ACCOUNTING DEPT.

| CLIENT MATTER NUMBER | TERMS | DUE DATE | REP | DELIVERY DATE |
|---|---|---|---|---|
| Oki Electric Industry Co. | Net 30 | 4/28/2013 | VW | 3/8/2013 |

05/9/8 - 0001

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Case Name: Oki Electric Industry Co. Ltd |  |  |
|  | Process client provided DVD to Concordance. Convert emails to HTML. Scan client provided hard copy documents to Concordance. Process client provided DVD to Concordance. Convert emails to HTML. |  |  |
|  | Client provided 1 DVD and hard copy documents<br>Custodians: Takaburmi Asahi; Ruben Balbuena; Ken Fujita; Hiroshi Nagai; Shingo Matsui |  |  |
| 0.39 | Full Electronic File/Document Loading Fee. Processing all supported files to Tiff (Included- De-Duplication by collection, metadata and full text extraction) per GB | 450.00 | 175.50 |
| 700 | Document Scanning | 0.11 | 77.00 |
| 700 | OCR | 0.025 | 17.50 |
|  | Client provided 1 DVD<br>Custodians: Takaburmi Asahi; Ruben Balbuena; Ken Fujita; Hiroshi Nagai |  |  |
| 1 | Full Electronic File/Document Loading Fee. Processing all supported files to Tiff (Included: De-Duplication by collection, metadata and full text extraction) - Minimum Charge | 95.00 | 95.00 |
|  | Client provided 1 DVD. Volume: TAHOE001<br>Custodians: Kennedy; Rasheed; Saint; Schiller; Shaw |  |  |
| 1.2 | Full Electronic File/Document Loading Fee. Processing all supported files to Tiff (Included- De-Duplication by collection, metadata and full text extraction) per GB | 450.00 | 540.00 |
|  | Customer Courtesy Discount Approved by Sam Chi *pre-negotiated flat fee of $350 | -190.00 | -190.00 |
| 3.66 | Project Management Consulting - | 145.00 | 530.70 |
|  | Sales Tax | 8.625% | 0.00 |

We appreciate your business.

**TOTAL**    $1,245.70

I have authorized and received this order

Judy Nguyen  30494
Print Name
_signature_
Signature

**NOTICE OF ASSIGNMENT & PAYMENT INSTRUCTIONS**
This invoice has been assigned to Gateway Acceptance Co.
ALL PAYMENTS MUST BE SENT DIRECTLY TO:
Gateway Acceptance Co
P.O. Box 4053  Concord, CA 94524
Payment to any other party, including your vendor, will not discharge your legal obligation to pay Gateway. If you question or dispute any part of this invoice, contact Gateway immediately at (925) 405-1513.

Invoice 131202947
Practice Technology Charges

| Date | Name | Quantity | Amount | Description |
|---|---|---|---|---|
| 3/1/2013 | PATRICK J HIGGINS | 1.3 | 351.00 | PRACTICE SUPPORT<br>CONFER WITH R. STOB REGARDING DOCUMENT PRODUCTION SPECIFICATIONS INCLUDING SEARCHES TO IDENTIFY PRODUCTION SET |
| 3/3/2013 | PATRICK J HIGGINS | 0.1 | 27.00 | PRACTICE SUPPORT<br>EMAIL COMMUNICATIONS WITH R. STOB TO DISCUSS UPCOMING DOCUMENT PRODUCTION |
| 3/4/2013 | GARY SOULIER | 0.9 | 243.00 | PRACTICE SUPPORT<br>PERFORM QUALITY CHECKS ON THE PROCESSING AND LOADING OF NEW DOCUMENTS FROM VOLUME OKI_LW_001 ADDED TO THE OKI ELECTRIC REVIEW DATABASE FROM |
| 3/4/2013 | PATRICK J HIGGINS | 1.8 | 486.00 | PRACTICE SUPPORT<br>CONFER WITH R. STOB REGARDING DOCUMENT PRODUCTION SPECIFICATIONS INCLUDING SEARCHES TO IDENTIFY PRODUCTION SET; EMAIL COMMUNICATIONS WITH OUTSIDE VENDOR TO DISCUSS EXCEPTION DOCUMENTS; PREPARE INSTRUCTIONS FOR PSC TO CREATE DOCUMENT PRODUCTION DELIVERABLE |
| 3/4/2013 | JAMES BEDDOME | 3 | 810.00 | PRACTICE SUPPORT<br>PREPARE OKI_LW_001 DOCUMENT PRODUCTION SET INCLUDING [IMAGE EXPORT, BATES STAMPING, NATIVE RENAMING, LOAD FILE CREATION]; CREATE OKI_ELECTRIC_PRODUCTION CONCORDANCE DATABASE; LOAD OKI_LW_001 PRODUCTION DOCUMENT SET INTO OKI_ELECTRIC_PRODUCTION CONCORDANCE DATABASE FOR ATTORNEY REVIEW |
| 3/5/2013 | PATRICK J HIGGINS | 1.1 | 297.00 | PRACTICE SUPPORT<br>PHONE CALL WITH R. STOB TO DISCUSS PRODUCTION STATUS; ENCRYPT DATA AND PREPARE PRODUCTION MEDIA; CONFER WITH A. REGOLI TO CONFIRM PROCESSING SPECIFICATIONS IN REGARDS TO THIRD PARTY DATA; PREPARE INSTRUCTIONS FOR VENDOR ESI PROCESSING |
| 3/7/2013 | GARY SOULIER | 1 | 270.00 | PRACTICE SUPPORT<br>PERFORM QUALITY CHECKS ON NEW DOCUMENTS ADDED TO THE PEREGRINE PRODUCTION DATABASE FROM PEREGRINE |
| 3/7/2013 | EDWARD JOHNSON | 0.8 | 216.00 | PRACTICE SUPPORT<br>LOAD PRODUCTION DOCUMENT SET INTO DATABASE FOR ATTORNEY REVIEW (PEREGRINE) |
| 3/7/2013 | PATRICK J HIGGINS | 0.5 | 135.00 | PRACTICE SUPPORT<br>EMAIL COMMUNICATIONS WITH OUTSIDE VENDOR TO |

| Date | Name | Hours | Amount | Category / Description |
|---|---|---|---|---|
| | | | | DISCUSS STATUS OF THIRD PARTY DATA; COPY DATA TO SERVER; RESEARCH NATIVE DOCUMENT PRODUCTION FILE TYPES |
| 3/8/2013 | KAREN NGUYEN | 0.3 | 81.00 | PRACTICE SUPPORT<br>PERFORM QUALITY CHECK ON A DOCUMENT SET LOADING INTO PRODUCTION DATABASE FOR ATTORNEY REVIEW |
| 3/8/2013 | GARY SOULIER | 0.8 | 216.00 | PRACTICE SUPPORT<br>LOAD ADDITIONAL DATA FROM VOLUME NAV001 TO EXISTING RECORDS IN THE PLAINTIFFS PRODUCTION DATABASE |
| 3/8/2013 | PATRICK J HIGGINS | 0.2 | 54.00 | PRACTICE SUPPORT<br>EMAIL COMMUNICATIONS WITH A. REGOLI AND OUTSIDE VENDOR TO DISCUSS PRODUCTION STATUS; DOWNLOAD PRODUCTION DATA AND COPY TO SERVER |
| 3/8/2013 | TAMERA GOODMAN | 2.3 | 621.00 | PRACTICE SUPPORT<br>LOAD ADDITIONAL DATA TO EXISTING RECORDS IN THE REVIEW DATABASE; MAP FIELDS FROM LOAD FILE TO DATABASE; TROUBLESHOOT INDEXING ISSUE |
| 3/13/2013 | PATRICK J HIGGINS | 0.2 | 54.00 | PRACTICE SUPPORT<br>EMAIL COMMUNICATIONS WITH A. REGOLI TO DISCUSS PRODUCTION DATABASE STATUS |
| 3/28/2013 | PATRICK J HIGGINS | 1 | 270.00 | PRACTICE SUPPORT<br>EMAIL AND PHONE COMMUNICATIONS WITH J. NGUYEN AND D. FAAS TO DISCUSS DATA TRANSFER; MEETING WITH J. NGUYEN AND D. FAAS TO DISCUSS DATA TRANSFER; LOCATE DATA AND EMAIL DATA AND SHARE LOCATIONS TO M. HEMAIDAN |

**Total 4,131.00**

# SUPPORTING DOC. NO. 23

# Invoice




| Date | Invoice # | Created From |
|---|---|---|
| 9/7/2013 | 472126 | Sales Order #358699 |

**Customer**
3045 Law Offices of Marc R. Labgold, P.C.

**Bill To**
Accounts Payable
Law Offices of Marc R. Labgold, P.C.
12007 Sunrise Valley Drive
Suite 110
Reston VA 20191

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

---

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 472126 | 3045 Law Offices of Marc R. Labgold, P.C. | Net 30 | 10/7/2013 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| Navcom/Oki Denki | 9/6/2013 | 8:23 am | Sales Order #358699 | 9/7/2013 |

**Contact**
3045 Law Offices of Marc R. Labgold, P.C. : Marc R. Labgold, Ph. D
703-901-8860

**Caller**
Marc Labgold

**Parcels Division**
Virtual Docket

**Job Detail**
Import emailed data & image
Concordance export with OCR
Email delivery

Vol: OKI_LW_004
Range: OKI_LW_026784 - OKI_LW_026835
9 documents, 52 pages

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.5 | Hours Technical Support 8am-6pm | 100.00 | 50.00 |
| 1 | Email Delivery | 5.00 | 5.00 |
| 19 | Pages OCR | 0.02 | 0.38 |

**Total** $55.38

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# SUPPORTING DOC. NO. 24

# Invoice



PAID 8/19
CHECK 2305

| Date | Invoice # | Created From |
|---|---|---|
| 8/2/2013 | 466242 | Sales Order #353951 |

**Customer**
3045 Law Offices of Marc R. Labgold, P.C.

**Bill To**
Accounts Payable
Law Offices of Marc R. Labgold, P.C.
12007 Sunrise Valley Drive
Suite 110
Reston VA 20191

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

*Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.*

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 466242 | 3045 Law Offices of Marc R. Labgold, P.C. | Net 30 | 9/1/2013 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| Oki-Navcom | 7/31/2013 | 12:19 pm | Sales Order #353951 | 8/2/2013 |

| Contact | Job Detail |
|---|---|
| 3045 Law Offices of Marc R. Labgold, P.C. : Marc R. Labgold, Ph. D  703-901-8860 | Technical support for analyzing production volume & applying date values to attachments of emails<br>Blowback "OKI_LW_001" volume x1 in chronological order per supplied dates |

**Caller**
Marc Labgold

**Parcels Division**
Virtual Docket

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Hours Technical Support 8am-6pm | 100.00 | 100.00 |
| 16,068 | Pages Printed 8.5x11 B&W - Stapled/Clipped | 0.12 | 1,928.16 |

| | Total | $2,028.16 |
|---|---|---|

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.