# EXHIBIT D2

# SUPPORTING DOC. NO. 25



Remit to:
P.O. Box 3173
Wichita, KS  67201-3173
877-876-7706

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2014 | B116267 |
| Tax ID - 27-2325900 | |

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To | Ship To |
|---|---|
| Shaw Keller LLP<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801 | Shaw Keller LLP<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| SJ011190 | Net 30 | 5/30/2014 | DE SJ | | Navcom Tech Inc. v ... | Mark Rigney |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 1,393 | Blowback Printing - w/ Assembly | 0.10 | 139.30T |
| 5,362 | Blowback Printing - Color (8.5x11) | 0.89 | 4,772.18T |
| 51 | Custom Tabs | 0.50 | 25.50T |
| 14 | 3" - View D-Ring Binder | 12.00 | 168.00T |
| | PX and DX exhibits for the witness binder x 7 | | |

Thank you for your business.

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---:|
| **Subtotal** | $5,104.98 |
| **Sales Tax  (8.75%)** | $446.69 |
| **Invoice Total** | $5,551.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,551.67 |



**Remit to:**
P.O. Box 3173
Wichita, KS  67201-3173
877-876-7706

# Invoice

| Date | Invoice # |
|---|---|
| 4/22/2014 | B114902 |
| Tax ID - 27-2325900 | |

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To | Ship To |
|---|---|
| Shaw Keller LLP<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801 | Shaw Keller LLP<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| SJ011070 | Net 30 | 5/22/2014 | DE SJ | | Navcom Tech Inc. v ... | Dominic Fanelli |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,320 | Blowback Printing - Batch Native File (per page) | 0.10 | 132.00T |
| 5 | Velo Bind | 2.50 | 12.50T |
| | Navcom Technology Inc. v OKI Electric Ind. | | |

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | $144.50 |
| **Sales Tax  (8.75%)** | $12.64 |
| **Invoice Total** | $157.14 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $157.14 |



| | Remit to: | **Invoice** | |
|---|---|---|---|
| | P.O. Box 3173 | | |
| | Wichita, KS 67201-3173 | Date | Invoice # |
| | 877-876-7706 | 4/22/2014 | B114904 |
| *Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City* | | Tax ID - 27-2325900 | |
| *Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC* | | | |

| Bill To | Ship To |
|---|---|
| Shaw Keller LLP<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801 | Shaw Keller LLP<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| SJ011073 | Net 30 | 5/22/2014 | DE SJ | | Navcom Tech Inc. v … | Dominic Fanelli |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 15,001 | Photocopying - Heavy Litigation | 0.16 | 2,400.16T |
| 3,395 | Color Copies 8.5x11 | 0.89 | 3,021.55T |
| 1,225 | Index Tabs | 0.25 | 306.25T |
| 7 | 1" - View D-Ring Binder | 10.00 | 70.00T |
| 7 | 2" - View D-Ring Binder | 10.00 | 70.00T |
| 7 | 3" - View D-Ring Binder | 12.00 | 84.00T |
| 7 | 4" - View D-Ring Binder | 15.00 | 105.00T |

| | | |
|---|---|---:|
| | **Subtotal** | $6,056.96 |
| **Signature:** | **Sales Tax (8.75%)** | $529.98 |
| TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received. | **Invoice Total** | $6,586.94 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $6,586.94 |



**Remit to:**
P.O. Box 3173
Wichita, KS  67201-3173
877-876-7706

# Invoice

| Date | Invoice # |
|---|---|
| 4/22/2014 | B114906 |
| Tax ID - 27-2325900 | |

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To | Ship To |
|---|---|
| Shaw Keller LLP<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801 | Shaw Keller LLP<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| SJ011080 | Net 30 | 5/22/2014 | DE SJ | | Navcom Tech Inc. v … | Dominic Fanelli |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 6,240 | Photocopying - Auto Feed Litigation | 0.08 | 499.20T |
| 30 | GBC Bind | 2.50 | 75.00T |

| | |
|---|---|
| **Subtotal** | $574.20 |
| **Sales Tax  (8.75%)** | $50.24 |
| **Invoice Total** | $624.44 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $624.44 |

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.

# SUPPORTING DOC. NO. 26

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/16/2014 | 509910 | Sales Order #388594 |

**Customer**
2773 Shaw Keller LLP

**Bill To**
Accounts Payable
Shaw Keller LLP
300 Delaware Ave
2nd Floor
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

---

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 509910 | 2773 Shaw Keller LLP | Net 30 | 5/16/2014 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| Oki Deere | 4/11/2014 | 10:18 am | Sales Order #388594 | 4/16/2014 |

| Contact | Job Detail |
|---|---|
| 2773 Shaw Keller LLP : Dominic Fanelli 302.298.0707 dfanelli@shawkeller.com | Blowback DX & PX Exhibits x3<br>Color for color<br>Create custom labels per exhibit<br>Insert copies into labeled manila folders<br>"DX & PX Exhibits" |

**Caller**

**Parcels Division**
Production Center

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 11,526 | Pages Printed 8.5x11 B&W - Stapled/Clipped | 0.12 | 1,383.12 |
| 6,534 | Pages Printed 8.5x11 Color | 1.00 | 6,534.00 |
| 461 | Custom Labels | 1.00 | 461.00 |
| 461 | Manila Folder (LTR.) | 0.30 | 138.30 |
| 10 | Redwell (LTR.) | 2.25 | 22.50 |
| | | **Total** | **$8,538.92** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

ORIGINAL

# SUPPORTING DOC. NO. 27

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| 4/16/2014 | 509911 | Sales Order #388598 |

**Customer**
2773 Shaw Keller LLP



**BIL To**
Accounts Payable
Shaw Keller LLP
300 Delaware Ave
2nd Floor
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

---

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 509911 | 2773 Shaw Keller LLP | Net 30 | 5/16/2014 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| Oki Deere | 4/11/2014 | 10:25 am | Sales Order #388598 | 4/16/2014 |

| Contact | Job Detail |
|---|---|
| 2773 Shaw Keller LLP :<br>Dominic Fanelli<br>302.298.0707<br>dfanelli@shawkeller.com | Blowback DX & PX Exhibits x1<br>Color for color<br>Create custom tabs per exhibit<br>Insert into binders with custom covers & spines<br>"DX & PX Exhibits" |

**Caller**

**Parcels Division**
Production Center

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3,842 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 576.30 |
| 2,178 | Pages Printed 8.5x11 Color | 1.00 | 2,178.00 |
| 461 | Custom Tabs | 1.00 | 461.00 |
| 7 | 4" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 18.00 | 126.00 |
| 14 | Custom Insert/Spine | 1.00 | 14.00 |
| | | **Total** | **$3,355.30** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

ORIGINAL