# EXHIBIT D3

# SUPPORTING DOC. NO. 31



**inData.**
225 E. Germann Road
Suite 310
Gilbert AZ 85297
(480) 497-8595

# Invoice

Page 1 of 4
Date: 5/31/2014
Invoice #: INV316

Terms
Due Date: 5/31/2014
PO #:
Project: CU11228: PRJ0001 Nav...

**Bill To**
Law Offices of Marc R. Labgold, P.C.
12007 Sunrise Valley Drive, Suite 110
Reston VA 20191

**Ship To**
Law Offices of Marc R. Labgold, P.C.
12007 Sunrise Valley Drive, Suite 110
Reston VA 20191

| Date | Item | Qty | Emp. | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | Billable Group | | | RE: Navcom v OKI<br><br>May 2014 Invoice<br><br>Billable Expenses | | |
| 5/4/2014 | | | BEH | Meal - Billable: lunch | | 8.35 |
| 5/3/2014 | | | BEH | Supplies - Billable: Room Supplies | | 12.79 |
| 5/4/2014 | | | BEH | Meal - Billable: Dinner | | 12.46 |
| 5/3/2014 | | | BEH | Meal - Billable: Lunch | | 8.35 |
| 5/5/2014 | | | BEH | Meal - Billable: Lunch | | 17.03 |
| 5/8/2014 | | | BEH | Transportation - Billable: Airport parking | | 337.50 |
| 5/8/2014 | | | BEH | Mileage - Billable: From Airport | | 51.52 |
| 5/8/2014 | | | BEH | Transportation - Billable: Flight to SLC | | 472.00 |
| 5/5/2014 | | | BEH | Meal - Billable: Dinner | | 14.46 |
| 5/7/2014 | | | BEH | Transportation - Billable: Cab to Airport | | 19.00 |
| 5/8/2014 | | | BEH | Meal - Billable: Lunch | | 6.08 |
| 5/7/2014 | | | BEH | Meal - Billable: Dinner | | 18.76 |
| 5/6/2014 | | | BEH | Meal - Billable: Dinner | | 8.60 |
| 5/9/2014 | | | BEH | Meal - Billable: Meals at Hotel | | 53.04 |



# Invoice

Page 2 of 4
Date: 5/31/2014
Invoice #: INV316

| Date | Item | Qty | Emp. | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | End of Group | | | Total Billable Expenses | | 1,039.94 |
| | Billable Group | | | Billable Time | | |
| 5/1/2014 | CON-TRIAL-SER | 12 | BEH | Tested videos and made new clip reports, saved videos to both laptops, arrived at court and set up equipment, spent day in court running trialdirector and equipment, backed up the days changes to external drive, answered emails, saved back up. | 195.00 | 2,340.00 |
| 5/2/2014 | CON-TRIAL-SER | 8 | BEH | Received new exhibits, saved to hard drive, made changes to exhibits, answered emails, sent exhibits to tech for plaintiffs, compressed database, ran a query in database for all galyean exhibits. | 195.00 | 1,560.00 |
| 5/3/2014 | CON-TRIAL-SER | 9.25 | BEH | Received new exhibit from plaintiffs, added to hard drive, added to case in trialdirector, went through the clips and finished trimming the segments, watched videos again for accuracy, created new tables in database, received notes for closing, worked on timetable, saved changes to external drive, ran a backup. | 195.00 | 1,803.75 |
| 5/4/2014 | CON-TRIAL-SER | 11.5 | BEH | worked on transcript error for galyean with the video not showing the transcript along with audio, removed timecodes for two segments and re stamped them, ran database compression, received closing instructions from Marc, worked on closing powerpoint, created new jpg's of exhibits for closing, added highlights to jpg's, made changes to the galyean video, created new clip report, sent clip report to team, sent powerpoint to team, saved to external drive. | 195.00 | 2,242.50 |
| 5/5/2014 | CON-TRIAL-SER | 13 | BEH | Ran through the videos and exhibits to be used in court, made back ups of videos, made sure correct clip reports were printed, copied videos to secondary laptop, arrived at court, set up equipment, spent day running trialdirector in court, removed excess video clips from case, changed layout of closing slides, made changes to slides, sent to Marc for review, received new instructions for slides, created new slides including the galyean transcript slides, converted to pdf and sent to team, saved ppt file and | 195.00 | 2,535.00 |



# Invoice

Page 3 of 4
Date: 5/31/2014
Invoice #: INV316

| Date | Item | Qty | Emp. | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | gave to Marc, saved back up of entire case, created new ccs for video clips, saved to external drive. | | |
| 5/6/2014 | CON-TRIAL-SER | 16.25 | BEH | Arrived in court, set up equipment, ran trialdirector and equipment during motion hearings, ran database query for all transcript items clip reports and exhibits, created back up of case, cleaned up trialdirector, removed unused demonstrative and motion documents, removed unused video clips, compressed database after cleaning, worked with team on closing slides, created new slides and callouts, listened to closing run though, made changes to slides, saved to hard drive, created back up, saved to external drive and transferred to secondary laptop. | 195.00 | 3,168.75 |
| 5/7/2014 | CON-TRIAL-SER | 8 | BEH | Trial Technology Consulting | 195.00 | 1,560.00 |
| 5/8/2014 | CON-TRIAL-SER | 4.5 | BEH | Sent slides to Marc, cleaned out excess in database, created new case to use with creating jpegs, created query for savestages in database that were used in trial, removed the save stage files, added all of the extra files that I was given to database, cleared up folders, added new folders to database, moved documents into appropriate folders, ran data compression, ran a compact on database, copied entire case to a new external drive to leave with team. | 195.00 | 877.50 |
| | End of Group | | | Total Billable Time | | 16,087.50 |



# Invoice

Page 4 of 4
Date     5/31/2014
Invoice #     INV316

| Date | Item | Qty | Emp. | Description | Rate | Amount |
|------|------|-----|------|-------------|------|--------|
|      |      |     |      |             |      |        |

                     Total     17,127.44
Amount Paid     7,020.00
Amount Due     $10,107.44

---

**inData**

**Remittance Slip**

Customer     CU11228: PRJ0001 Navcom v. O...
Invoice #     INV316
Amount Due     $10,107.44
Amount Paid     _____

**Please Enter Your Credit Card Information**

Type: ____Discover ____Master Card ____VISA ____American Express
Credit Card #: _____
Expiration Date: _____Month _____Year
Signature: _____

**Make Checks Payable To:**
inData
225 E. Germann Road
Suite 310
Gilbert AZ 85297

# SUPPORTING DOC. NO. 32


Case 5:12-cv-04175-EJD   Document 421-7   Filed 10/04/19   Page 8 of 15

# Invoice

**225 E. Germann Road**
Suite 310
Gilbert AZ 85297
(480) 497-8595

Page 1 of 8
**Date** 4/30/2014
**Invoice #** INV261

**Terms**
**Due Date** 4/30/2014
**PO #**
**Project** CU11228: PRJ0001 Nav...

**Bill To**
Law Offices of Marc R. Labgold, P.C.
12007 Sunrise Valley Drive, Suite 110
Reston VA 20191

**Ship To**
Law Offices of Marc R. Labgold, P.C.
12007 Sunrise Valley Drive, Suite 110
Reston VA 20191

| Date | Item | Qty | Emp | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | Billable Group | | | RE: Navcom v. Oki Electric<br><br>April 2014 Invoice<br><br>Billable Expenses | | |
| 4/14/2014 | | | BEH | Transportation - Billable: SLC to SJC | | 295.00 |
| 4/14/2014 | | | BEH | Meal - Billable: Lunch | | 19.10 |
| 4/14/2014 | | | BEH | Meal - Billable: Drink and snack | | 5.12 |
| 4/17/2014 | | | BEH | Supplies - Billable: Room Supplies | | 25.09 |
| 4/26/2014 | | | BEH | Meal - Billable: Lunch | | 13.01 |
| 4/14/2014 | | | BEH | Mileage - Billable: To SLC Airport | | 51.98 |
| 4/19/2014 | | | BEH | Meal - Billable: Dinner | | 14.50 |
| 4/24/2014 | | | BEH | Supplies - Billable: Supplies | | 14.64 |
| 4/14/2014 | | | BEH | Transportation - Billable: Cab from SJC | | 25.74 |
| 4/15/2014 | | | BEH | Meal - Billable: Breakfast and room supplies | | 20.30 |
| | End of Group | | | Total Billable Expenses | | 484.48 |
| | Billable Group | | | Billable Time | | |
| 4/8/2014 | CON-TRIAL- | 1.75 | BEH | Answered emails for case, created a new folder for sharefile site to add documents for case, tested | 195.00 | 341.25 |



# Invoice

Page 2 of 8
Date 4/30/2014
Invoice # INV261

| Date | Item | Qty | Emp. | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | SER | | | sharefile, sent links to Marc and Taryn. | | |
| 4/10/2014 | CON-TRIAL-SER | 6.5 | BEH | Downloaded the case files from sharefile site, unzipped the files and set up file structure on main machine, created case in trialdirector, created tables for database, added files to trialdirector case, saved to back up. | 195.00 | 1,267.50 |
| 4/13/2014 | CON-TRIAL-SER | 3.5 | BEH | Loaded new tables to database, created new back up hard drive for team, contacted tech for the other side and went through the set-up, reviewed equipment for set-up | 195.00 | 682.50 |
| 4/14/2014 | CON-TRIAL-SER | 12.25 | BEH | Downloaded new Balbuena videos, added to hard drive on local machine, created new trialdirector case with new documents, arrived at war room, met with Marc and Patrick to understand case and plan week, loaded all of the synced video to trialdirector, found error with Galyean 30b6 videos, re-synched and saved to hard drive, added the new video to trialdirector, copied list of exhibits and compared to what is in trialdirector, saved back up to external drive. | 195.00 | 2,388.75 |
| 4/15/2014 | CON-TRIAL-SER | 14.25 | BEH | Created new exhibit shortcuts in database and trialdirector, went through exhibits in database to check for errors, received designations and created the clips for Balbuena, created clip for Galyean, created clip for Inoue, created clip for Reedy, received timeline draft from Marc, worked on new timeline examples, downloaded new timeline software, created new PDF of timelines, set up printers, created new opening powerpoint slides, made another timeline example, researched for pics for opening, ran compression on database, backed up database, backed up documents to external drive, received the first Galyean outline draft, went through draft and organized the designations for impeachment clips, created a document with designations to import into trialdirector, numbered the clips, backed up to external drive. | 195.00 | 2,778.75 |
| 4/16/2014 | CON-TRIAL-SER | 15.75 | BEH | Continued to organize the Galyean draft, created the impeachment galyean clips for the draft, compared clips to transcript and discovered problem with synched transcript compared to the PDF transcript, | 195.00 | 3,071.25 |



# Invoice

Page 3 of 8
Date: 4/30/2014
Invoice #: INV261

| Date | Item | Qty | Emp. | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | synched version was incorrect and transcripts needed to be reformatted, reformatted the transcripts and checked for accuracy, synced new formatted transcripts to video, exported cms files, re saved the video to hard drive, backed up database and re installed new galyean synced transcripts and video, checked new transcripts in trialdirector for accuracy, thoroughly checked all depos to insure that the same problem didn't exist, found problem on the Inoue video, ran same process as Galyean video and transcript, installed new Inoue video and synced transcript, created new clips for Inoue and checked for accuracy, backed up to external drive and created a back up of database. | | |
| 4/17/2014 | CON-TRIAL-SER | 14.75 | BEH | Received Nobbe transcript and designations, added transcript to trialdirector, created designations, created a pdf report of designations, went through Galyean draft and number each designation with a clip name, created all of the impeachment clips, named each clip with corresponding name and saved to a pdf report, added each new designation name to the galyean draft, added highlights to clip names in draft, sent email to team that included the new draft with clip highlights and the pdf clip report, backed up trialdirector, received the Fujita videos, synced video to transcript and loaded to trialdirector, discovered problem with missing fujita vol I video, searched discs for video, added vol II and created clips, received Vol I video, synced to transcript, saved to hard drive, imported cms file to trialdirector, created and spot checked the designations for accuracy, backed up trialdirector, saved to external drive. | 195.00 | 2,876.25 |
| 4/18/2014 | CON-TRIAL-SER | 13.75 | BEH | Received more designations, put together final clips, watched and checked clips for accuracy, highlighted all objections, created new clip report, compacted the database, arrived at courtroom and set up equipment, tested equipment and sound, arrived back at war room, walked through the opening with Marc, put together slides for opening using the outline, exported slides to pdf and sent to team for review, exported slides as jpg's to add to powerpoint, compressed database, saved backup. | 195.00 | 2,681.25 |



# Invoice

Page 4 of 8
Date: 4/30/2014
Invoice #: INV261

| Date | Item | Qty | Emp. | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/19/2014 | CON-TRIAL-SER | 14.5 | BEH | Continue to work on depo clips and designations, gathered all designations and made list of repeats, worked on the opening slides and created new ones from Marc's instructions, sent for review to team, received new instructions and created each slide in trialdirector and then created images, sent images to powerpoint, created depos of plaintiffs designations and calculated all of the time and sent to team for comparison, backed up all changes and made a back up drive, sent opening slides to team for review. | 195.00 | 2,827.50 |
| 4/20/2014 | CON-TRIAL-SER | 16.5 | BEH | Went through all of the Fujita depos and removed objections, went through depos of Fujita and Inoue and created new designations to edit out the translator asking the question to the witness, took the new designations and created new clip, edited clips of fujita and inoue, sent new clip report to team for review along with times, printed to file all of the clip reports, received new instructions on opening slides, created new images and saved new slides, sent to team for review, received new Galyean cross outline, went through outline for changes, created new impeachment clips, created CCS and exported to file, changed CCS to import with new changes, added the new clips to cross outline, sent to team for review, saved copy of case to external drive. | 195.00 | 3,217.50 |
| 4/21/2014 | CON-TRIAL-SER | 16.75 | BEH | Went through the Galyean designations and created new clips for the synced video, found errors in the transcript video, re-synced the video, created a CCS file and exported to hard drive, imported CCS file with the clips, edited all of the video clips, went through Galyean cross outline and included highlights to questions and problems with designations. sent to team for review, met with team to go over opening, made changes to opening, converted opening to 4x3 format for courtroom, saved back up of database, created a mirror image of case and saved to external drive, created a new case on secondary laptop in prep for trial. | 195.00 | 3,266.25 |
| 4/22/2014 | CON-TRIAL-SER | 14.5 | BEH | Finished the secondary laptop case, arrived at courtroom and set up equipment, spent day running trialdirector, saved the clip reports, compared exhibits list to the database, compacted the database, worked | 195.00 | 2,827.50 |



# Invoice

Page 5 of 8
Date: 4/30/2014
Invoice #: INV261

| Date | Item | Qty | Emp. | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | on slow document loading of Galyean transcript, created new file, created new clips for Galyean cross, added to outline, practiced outline and made sure all documents were in case, edited the clips, saved a back up of case to external drive. | | |
| 4/23/2014 | CON-TRIAL-SER | 12 | BEH | Went through most recent outline of Galyean, wrote down each bates number and fount the document page number and added to outline, arrived at court and set up equipment, spent day running trialdirector in courtroom, arrived at war room, went through the exhibits that were shown in court, created a folder for galyean exhibits, created a back up file of database, saved to external drive, updated the redacted exhibits, loaded the new exhibits to hard drive. | 195.00 | 2,340.00 |
| 4/24/2014 | CON-TRIAL-SER | 11.5 | BEH | Created new PDF files for the Galyean transcript and for several pdf's that were large in size and causing slow load times, added files to local machine, loaded and replaced in trialdirector, added new exhibit shortcuts to database, worked on editing video clips to remove silence and issues, worked on timelines, saved to external hard drive. | 195.00 | 2,242.50 |
| 4/25/2014 | CON-TRIAL-SER | 11.25 | BEH | Created database back up, created new shortcuts for new files added, added the motion documents to case, continued to create and edit video clips, went to court to set up equipment for hearing, created new tables and sets, added the new clips to case, exported ccs file, saved to back up drive, added all the admitted exhibits to the case, saved back up. | 195.00 | 2,193.75 |
| 4/26/2014 | CON-TRIAL-SER | 13 | BEH | Continued work on converting large PDF to tiff to speed up load time, saved new tiff's to hard drive, loaded into trialdirector, added exhibit number shortcuts to new files, received new designations for depo videos, created new clips from designations, edited all clips, eported clip reports and sent time and reports to team, contacted opposing tech to request clip reports, went through and edited out translator on clips to get more accurate play times, saved changes to a back up, ran database query, saved to external drive. | 195.00 | 2,535.00 |
| 4/27/2014 | | 14.5 | BEH | Received new clean version of exhibit from Marc, | 195.00 | 2,827.50 |



# Invoice

Page 6 of 8
Date: 4/30/2014
Invoice #: INV261

| Date | Item | Qty | Emp. | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | CON-TRIAL-SER | | | added to database and to hard drive, ran update, received designations of depo that we didn't have video for, checked discs for video, figured out the time using the timecodes on the existing transcript, sent results to team, edited the video clips, exported clip reports, saved entire case and documents onto hard drive, copied drive to secondary laptop. | | |
| 4/28/2014 | CON-TRIAL-SER | 17.75 | BEH | Ran database compression and checked for errors, arrived at court and set up equipment, spent day running trialdirector and equipment, added admitted exhibits to trialdirector and created shortcuts within case, requested and received plaintiffs clip reports for videos played, sent to team, calculated counter designations time, created clip reports of defendants videos, edited remainder of videos, met with team to watch videos, received new designation clips, created new clips, edited new clips, created new clip reports, printed clip reports, saved video to secondary laptop, set up video for team to watch, received new designations and notes from patrick for defendant videos, created new clips, edited new clips, saved video, received new counter designations and notes from Marc, edited in new segments to existing videos, watched videos with Patrick to make sure they were accurate, printed 8 copies of all of the clip reports, sent digital copies to team, backed up case, saved case to external drive, copied external drive to secondary laptop. | 195.00 | 3,461.25 |
| 4/29/2014 | CON-TRIAL-SER | 17.25 | BEH | Continued to work on fujita clips, printed new clip reports, arrived at court and set up equipment, spent the day running trialdirector and equipment, created new back up of the days activities, went through exhibits and added the admitted exhibits to a admitted folder and assigned them a trial shortcut in trialdirector, helped mark figure out the designations times of the plaintiff clips that were played in court, met with patrick and created new Galyean clips, edited the clips and removed moments of silence and objections, watched clip with patrick and andrew, received notes and edits, found problem with synced transcript, resynced transcript and manually timecoded the problem area, exported a ccs file and then imported the same file to the new transcript, | 195.00 | 3,363.75 |



# Invoice

Page 7 of 8
Date: 4/30/2014
Invoice #: INV261

| Date | Item | Qty | Emp | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | edited new clips, watched video with patrick, made changes to clips, created new clip report, printed copies of clip report. | | |
| 4/30/2014 | CON-TRIAL-SER | 15.25 | BEH | Got up early to watch the edits for the clips again for accuracy, saved changes to external drive, copied to secondary laptop, arrived at court and set up equipment, spent day running trialdirector, assigned new admitted exhibits a trial exhibit shortcut within trialdirector, added new demonstratives and exhibits to trialdirector and database, received new Galyean edits, created and edited the clips, exported to clip report, printed copies for team, watched galyean video, received new edits, created and edited clips, exported video for playback, printed clip report, checked report and clips for accuracy, played video, printed the new clip reports, backed up to external drive. | 195.00 | 2,973.75 |
| | End of Group | | | Total Billable Time | | 50,163.75 |



# Invoice

Page 8 of 8
Date: 4/30/2014
Invoice #: INV261

| Date | Item | Qty | Emp. | Description | Rate | Amount |
|------|------|-----|------|-------------|------|--------|
|      |      |     |      |             |      |        |

Total: 50,648.23
Amount Due: $50,648.23

---

inData

**Remittance Slip**

Customer: CU11228: PRJ0001 Navcom v. O...
Invoice #: INV261
Amount Due: $50,648.23
Amount Paid: _____

**Please Enter Your Credit Card Information**
Type: ____Discover ____Master Card ____VISA ____American Express
Credit Card #: _____
Expiration Date: ____ Month ____ Year
Signature: _____

**Make Checks Payable To:**
inData
225 E. Germann Road
Suite 310
Gilbert AZ 85297