# EXHIBIT F

# SUPPORTING DOC. NO. 28

# Toyu Yazaki
## Japanese Litigation Support Services
2551 California St., San Francisco, CA 94115

Telephone: (415) 505-0581　　　　　FAX: (772) 619-0664　　　　　e-mail: toyuyaz@gmail.com

---

### Invoice (#13-0822)

To:　　Nagashima & Hashimoto

Date:　August 22, 2013

Re:　 Preparation and deposition of Oki witnesses during week of June 24, 2013 in Tokyo

Fee:　 June 22, 2013: $1,800 (travel time for round-trip travel)
　　　 June 24 - 28: $9,000 ($1,800 x 5 days)
　　　 Total fees: $10,800.00

Expenses:
　　　1. Airline $3,650.30
　　　2. Hotel: $1,463.16
　　　3. Bus: $60.51
　　　4. Meals: $359.91
　　　5. Taxi: $187.53

Total of fees and expenses: $5,721.41

## Total amount of invoice: $16,521.41

Thank you very much.
Please remit within 45 days.

# SUPPORTING DOC. NO. 29

Toyu Yazaki

Japanese Litigation Support Services

2551 California St., San Francisco, CA 94115

Telephone: (415) 505-0581                    FAX: (772) 619-0664                    e-mail: toyuyaz@gmail.com

_____

Invoice (#14-0510)

To:      Nagashima & Hashimoto Law Office

Date:    May 12, 2014

Re:      Interpretation in the Oki vs Navicom Trial (April 26 to May 2, 2014)


Fee:     7 days @ $1600/day = $11,200

Expenses: $0


Total Fees:          $11,200

<u>Total amount of invoice: $11,200</u>

Thank you.

Please remit within 45 days.

# SUPPORTING DOC. NO. 30



**Toyu Yazaki**
**Japanese Litigation Support Services**
2551 California St., San Francisco, CA 94115

Telephone: (415) 505-0581          FAX: (772) 619-0664          e-mail: toyuyaz@gmail.com

Invoice (#14-0129)

To:     Nagashima & Hashimoto
Date:   January 29, 2014
Re:     Deposition of Oki witnesses during week of September 9-10, 2013 in Tokyo

Expenses:
    1. Airline $6,528.80
    2. Hotel: $911.36
    3. Bus: $30.20
    4. Meals: $72.36
    5. Taxi: $184.94
    Expenses: $7,727.66

Fees:
    Sept. 9: 10.5 hrs (9 am to 7:30 pm) @ $200/hr: $2,100
    Sept. 10: 9 hrs (9 am to 6 pm) @ $200/hr: $1,800
    Travel time: $1600
    Total fees: $5,500
    Less discount for high airfare: $3,500
    Total: $2,000

Total of fees and expenses: $9,727.66

Total amount of invoice: $9,727.66

*converted to Japanese Yen*
*¥ 1,012,649.—*

Thank you very much.