# EXHIBIT G

**Exhibit A: Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 28 U.S.C. § 1923**

| Invoice or Action Date | Sup. Doc. | Firm | Vendor | Description | Amount | Authority |
|---|---|---|---|---|---|---|
| 6/11/2013 | 20 | Nagashima and Hashimoto | Pay.gov CM ECF | Filing fee for pro hac vice | $305.00 | LR 54-3(a)(1); 28 U.S.C. § 1920(1); *Frlekin v. Apple Inc.*, C.A. No. C 13-03451 WHA, 2016 U.S. Dist. LEXIS 8396, at *11 (N.D. Cal. Jan. 25, 2016) |
| 8/8/2012 | 19 | Latham & Watkins LLP | County Legal & Notary Service | Filing fee - Notice of Removal | $350.00 | LR 54-3(a)(1); 28 U.S.C. § 1920(1) |

Exh. A Total: $655.00

**Exhibit B: Transcripts, Civil LR 54-3(b)(1)**

| Invoice or Action Date | Sup. Doc. | Firm | Vendor | Description | Amount | Authority |
|---|---|---|---|---|---|---|
| 5/7/2014 | 8 | Nagashima and Hashimoto | Ms. Irene Rodriguez, United States District Court for the N.D. of California | Trial transcript | $18,795.75 | LR 54-3(b); 28 U.S.C. § 1920; *Apple Inc. v. Samsung Elecs. Co.*, 113 U.S.P.Q.2D (BNA) 1996, 1999, 2014 U.S. Dist. LEXIS 132830, at *75 (N.D. Cal. September 19, 2014); *Newton v. Equilon Enters., LLC*, C.A. No. 17-cv-3961-YGR, 2019 U.S. Dist. LEXIS 159997, at *53 (N.D. Cal. Sep. 18, 2019); *Golden Bridge Tech. v. Apple Inc.*, C.A. No. 5:12-cv-04882-PSG, 2015 U.S. Dist. LEXIS 170424, at *6 (N.D. Cal. Dec. 21, 2015) |

Exh. B Total: $18,795.75

**Exhibit C: Deposition transcript/video recording, Civil LR 54-3(c)(1)**

| Invoice or Action Date | Sup. Doc. | Firm | Vendor | Description | Amount | Authority |
|---|---|---|---|---|---|---|
| 9/8/2013 | 1 | Nagashima and Hashimoto | MBreporting, Inc. | Original and certified copies of deposition of Paul Galyean fact deposition | $1,114.40 | LR 54-3(c)(1); 28 U.S.C. § 1920(2); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1151 (N.D. Cal. 2010) |
| 9/4/2013 | 2 | Nagashima and Hashimoto | MBreporting, Inc. | Original and certified copies of transcript of Paul Galyean 30(b)(6) deposition | $1,764.45 | LR 54-3(c)(1); 28 U.S.C. § 1920(2); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1151 (N.D. Cal. 2010) |
| 8/31/2013 | 3 | Nagashima and Hashimoto | Veritext | Certified transcript of Reedy & Inoue depositions; videographer for Inoue deposition | $3,921.30 | LR 54-3(c)(1); 28 U.S.C. § 1920(2); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1151 (N.D. Cal. 2010) |
| 8/27/2013 | 4 | Nagashima and Hashimoto | MBreporting, Inc. | Videographer for Paul Galyean 30(b)(6) & fact depositions | $2,013.30 | LR 54-3(c)(1); 28 U.S.C. § 1920(2); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1151 (N.D. Cal. 2010) |
| 7/30/2013 | 6 | Nagashima and Hashimoto | Veritext | Court reporter for Asahi & Balbuena, incl. transcript copies | $2,511.90 | LR 54-3(c)(1); 28 U.S.C. § 1920(2); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1151 (N.D. Cal. 2010) |
| 7/18/2013 | 7 | Nagashima and Hashimoto | Planet Depos Asia | Court reporter for Ushida & Fujita depositions, incl. transcript copies | $6,826.75 | LR 54-3(c)(1); 28 U.S.C. § 1920(2); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1151 (N.D. Cal. 2010) |
| 10/9/2013 | 11 | Nagashima and Hashimoto | Planet Depos Asia | Transcript of Yoko Goto 30(b)(6) deposition | $3,711.25 | LR 54-3(c)(1); 28 U.S.C. § 1920(2); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1151 (N.D. Cal. 2010) |
| 10/29/2013 | 12 | Nagashima and Hashimoto | Veritext | Transcript of Gutierrez Deposition | $964.00 | LR 54-3(c)(1); 28 U.S.C. § 1920(2); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1151 (N.D. Cal. 2010) |

Exh. C Total: $22,827.35

**Exhibit D1: Disclosure/formal discovery documents, Civil LR 54-3(d)(2)**

| Invoice or Action Date | Sup. Doc. | Firm | Vendor | Description | Amount | Authority |
|---|---|---|---|---|---|---|
| 8/9/2013 | 14 | Nagashima and Hashimoto | Parcels, Inc. | Document production of 1 document, including electronic import & export with OCR | $55.54 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 4/16/14 | 15 | Shaw Keller LLP | Parcels, Inc. | Create Concordance Database, Import Immages and Re-Index Database | $600.00 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 4/15/2013 | 16 | Nagashima and Hashimoto | Parcels, Inc. | Processing documents into Concordance format for production in response to RFP's | $295.69 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 3/29/2013 | 17 | Latham & Watkins LLP | evolvediscovery | Convert electronic documents into TIFF for review & production | $175.50 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 3/29/2013 | 17 | Latham & Watkins LLP | evolvediscovery | Document scanning for review & production | $77.00 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 3/29/2013 | 17 | Latham & Watkins LLP | evolvediscovery | OCR for review & production | $17.50 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 3/29/2013 | 17 | Latham & Watkins LLP | evolvediscovery | Convert electronic documents into TIFF for review & production | $350.00 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 3/29/2013 | 17 | Latham & Watkins LLP | evolvediscovery | Consulting and project management relating to e-discovery | $530.70 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 3/29/2013 | 17 | Latham & Watkins LLP | evolvediscovery | Convert electronic documents into TIFF for review & production | $95.00 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 3/29/2013 | 17 | Latham & Watkins LLP | Latham & Watkins LLP | Practice support services relating to document production | $4,131.00 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 9/7/2013 | 23 | Nagashima and Hashimoto | Parcels, Inc. | Document production of 9 documents, including electronic import & export with OCR | $55.38 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |
| 8/2/2013 | 24 | Nagashima and Hashimoto | Parcels, Inc. | Printing of electronic document production | $2,028.16 | LR 54-3(d)(2); 28 U.S.C. § 1920(4); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *17 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *88 (N.D. Cal. Sep. 19, 2014) |

**Exh. D1 Total: $8,411.47**

### Exhibit D2: Trial exhibits, Civil LR 54-3(d)(4)

| Invoice or Action Date | Sup. Doc. | Firm | Vendor | Description | Amount | Authority |
|---|---|---|---|---|---|---|
| 5/9/2014 | 25 | Nagashima and Hashimoto | Advanced Discovery | Reproduction services for witness binders of exhibits used on the stand for each witness and/or provided to the Court, as required by the Court | $12,920.19 | LR 54-3(d); 28 U.S.C. § 1920(4); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 5:12-CV-00630-LHK, 2015 U.S. Dist. LEXIS 111276, at *114 (N.D. Cal. Aug. 20, 2015); *Golden Bridge Tech. v. Apple Inc.*, C.A. No. 5:12-cv-04882-PSG, 2015 U.S. Dist. LEXIS 170424, at *7 (N.D. Cal. Dec. 21, 2015) |
| 4/16/14 | 26 | Shaw Keller LLP | Parcels, Inc. | Outside duplication of exhibits | $8,538.92 | LR 54-3(d); 28 U.S.C. § 1920(4); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 5:12-CV-00630-LHK, 2015 U.S. Dist. LEXIS 111276, at *114 (N.D. Cal. Aug. 20, 2015); *Golden Bridge Tech. v. Apple Inc.*, C.A. No. 5:12-cv-04882-PSG, 2015 U.S. Dist. LEXIS 170424, at *7 (N.D. Cal. Dec. 21, 2015) |
| 4/16/14 | 27 | Shaw Keller LLP | Parcels, Inc. | Copies of exhibits required by the Court to be provided to the Court and opposing counsel | $3,355.30 | LR 54-3(d)(4); 28 U.S.C. § 1920(4); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 5:12-CV-00630-LHK, 2015 U.S. Dist. LEXIS 111276, at *114 (N.D. Cal. Aug. 20, 2015); *Golden Bridge Tech. v. Apple Inc.*, C.A. No. 5:12-cv-04882-PSG, 2015 U.S. Dist. LEXIS 170424, at *7 (N.D. Cal. Dec. 21, 2015) |

Exh. D2 Total: **$24,814.41**

### Exhibit D3: Visual aids, Civil LR 54(d)(5)

| Invoice or Action Date | Sup. Doc. | Firm | Vendor | Description | Amount | Authority |
|---|---|---|---|---|---|---|
| 5/31/2014 | 31 | Nagashima and Hashimoto | inData | Fees for trial graphics developer, who developed and presented visual aids and demonstratives at trial; 35% reduction to account for non-recoverable costs | $11,132.84 | LR 54-3(d)(5); *Competitive Technologies v. Fujitsu Ltd.*, C-02-1673 JCS, 2006 WL 6338914 (N.D. Cal. Aug. 23, 2006); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *23 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 5:12-CV-00630-LHK, 2015 U.S. Dist. LEXIS 111276, at *114 (N.D. Cal. Aug. 20, 2015); *Golden Bridge Tech. v. Apple Inc.*, C.A. No. 5:12-cv-04882-PSG, 2015 U.S. Dist. LEXIS 170424, at *7 (N.D. Cal. Dec. 21, 2015) |
| 4/30/2014 | 32 | Nagashima and Hashimoto | inData | Fees for trial graphics developer, who developed and presented visual aids and demonstratives at trial; 35% reduction to account for non-recoverable costs | $32,921.35 | LR 54-3(d)(5); *Competitive Technologies v. Fujitsu Ltd.*, C-02-1673 JCS, 2006 WL 6338914 (N.D. Cal. Aug. 23, 2006); *Slaight v. Tata Consultancy Servs.*, C.A. No. 15-cv-01696-YGR, 2019 U.S. Dist. LEXIS 141425, at *23 (N.D. Cal. Aug. 20, 2019); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 5:12-CV-00630-LHK, 2015 U.S. Dist. LEXIS 111276, at *114 (N.D. Cal. Aug. 20, 2015); *Golden Bridge Tech. v. Apple Inc.*, C.A. No. 5:12-cv-04882-PSG, 2015 U.S. Dist. LEXIS 170424, at *7 (N.D. Cal. Dec. 21, 2015) |

Exh. D3 Total: **$44,054.19**

**Exhibit F: Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6)**

| Invoice or Action Date | Sup. Doc. | Firm | Vendor | Description | Amount | Authority |
|---|---|---|---|---|---|---|
| 8/22/2013 | 28 | Nagashima and Hashimoto | Japanese Litigation Support Services | Travel expenses for interpreter, Toyu Yazaki, to Japanese-language deposition in Tokyo | $5,721.41 | 28 U.S.C. § 1920(6); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1150 (N.D. Cal. 2010); *Competitive Technologies v. Fujitsu Ltd.*, C-02-1673 JCS, 2006 WL 6338914, at *11 (N.D. Cal. Aug. 23, 2006); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *95 (N.D. Cal. Sep. 19, 2014) |
| 8/22/2013 | 28 | Nagashima and Hashimoto | Japanese Litigation Support Services | Translation / interpretation fees, after discount | $10,800.00 | 28 U.S.C. § 1920(6); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1150 (N.D. Cal. 2010); Competitive Technologies v. Fujitsu Ltd., C-02-1673 JCS, 2006 WL 6338914, at *11 (N.D. Cal. Aug. 23, 2006); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *95 (N.D. Cal. Sep. 19, 2014) |
| 5/12/2014 | 29 | Nagashima and Hashimoto | Japanese Litigation Support Services | Translation / interpretation fees for interpretation during the trial | $11,200.00 | 28 U.S.C. § 1920(6); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1150 (N.D. Cal. 2010); *Competitive Technologies v. Fujitsu Ltd.*, C-02-1673 JCS, 2006 WL 6338914, at *11 (N.D. Cal. Aug. 23, 2006); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *95 (N.D. Cal. Sep. 19, 2014) |
| 1/29/2014 | 30 | Nagashima and Hashimoto | Japanese Litigation Support Services | Travel expenses for interpreter, Toyu Yazaki, to Japanese-language deposition in Tokyo | $7,727.66 | 28 U.S.C. § 1920(6); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1150 (N.D. Cal. 2010); *Competitive Technologies v. Fujitsu Ltd.*, C-02-1673 JCS, 2006 WL 6338914, at *11 (N.D. Cal. Aug. 23, 2006); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *95 (N.D. Cal. Sep. 19, 2014) |
| 1/29/2014 | 30 | Nagashima and Hashimoto | Japanese Litigation Support Services | Translation / interpretation fees, after discount | $2,000.00 | 28 U.S.C. § 1920(6); *Hynix Semiconductor Inc. v. Rambus Inc.*, 697 F. Supp. 2d 1139, 1150 (N.D. Cal. 2010); *Competitive Technologies v. Fujitsu Ltd.*, C-02-1673 JCS, 2006 WL 6338914, at *11 (N.D. Cal. Aug. 23, 2006); *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-CV-01846-LHK, 2014 U.S. Dist. LEXIS 132830, at *95 (N.D. Cal. Sep. 19, 2014) |

Exh. F Total: $37,449.07

**Exhs. A-F Total: $157,007.24**