NAGASHIMA HASHIMOTO & YASUKUNI
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12007 Sunrise Valley Drive, Suite 110
Reston, Virginia 20191
Telephone:  877-401-8855
Facsimile:   877-401-8855

NAGASHIMA HASHIMOTO & YASUKUNI
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone:  +81-3-3239-5750
Facsimile:   +81-3-3239-8538

MAKMAN & MATZ LLP
DAVID A. MAKMAN (SBN 178195)
ROBERT C. MATZ (SBN 217822)
655 Mariner's Island Blvd. Suite 306
San Mateo, California 94404
Telephone: 650-242-1560
Facsimile:  650-242-1547

Attorneys for Defendant
Oki Electric Industry Co., Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC.; and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>OKI ELECTRIC INDUSTRY CO., LTD.; and DOES ONE through TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**PROOF OF SERVICE REGARDING BILL OF COSTS** |

I, Andrew E. Russell, declare under penalty of perjury:

I am a citizen of the United States. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 1105 N. Market Street, 12th Floor, Wilmington, DE 19801. On October 4, 2019, copies of the following documents:

**BILL OF COST AND DECLARATION OF MARC R. LABGOLD IN SUPPORT OF OKI ELECTRIC INDUSTRY CO. LTD.'S BILL OF COSTS WITH EXHIBITS A-G**

were served by transmittal via e-mail to counsel for Plaintiffs pursuant to an agreement between the parties that we can serve each other by e-mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 4, 2019                           SHAW KELLER LLP

By: /s/ *Andrew E. Russell*
      Andrew E. Russell

*Counsel for Defendant*
*Oki Electric Industry Co., Ltd.*