MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH, State Bar No. 197551
benjamin.smith@morganlewis.com
KURT B. OLDENBURG, State Bar No. 287275
kurt.oldenburg@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

*Attorneys for Plaintiffs*
NAVCOM TECHNOLOGY, INC. and
DEERE & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD. and DOES ONE THROUGH TEN inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANT OKI ELECTRIC INDUSTRY CO., LTD.'S BILL OF COSTS (ECF 421)**<br><br>Courtroom: 4<br>Judge:       Hon. Edward J. Davila |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' OBJECTIONS TO BILL OF COSTS
U.S.D.C. – N.D. of CA Case No. 5:12-CV-04175 EJD

Pursuant to Civil Local Rule 54-2, Plaintiffs NavCom Technology, Inc. and Deere & Company ("Plaintiffs") hereby object to Defendant Oki Electric Industry Co., Ltd. ("Oki")'s Bill of Costs, filed October 4, 2019 (ECF 421). As shown in the enclosed objections, Oki's Bill of Costs must be reduced.

"[A] party seeking costs must provide an affidavit stating that the costs were 'necessarily incurred, and are allowable by law' and '[a]ppropriate documentation to support each item claimed.' With regard to individual itemized costs, 'the burden is on the party seeking costs ... to establish the amount of compensable costs and expenses to which it is entitled.'" *City of Alameda v. Nuveen Mun. High Income Opportunity Fund*, Nos. C 08–4575 SI, C 09–1437 SI, 2012 WL 177566, at *1 (N.D. Cal. Jan. 23, 2012) (quoting *Allison v. Bank One–Denver*, 289 F.3d 1223, 1248-49 (10th Cir. 2002)); *see, e.g., Miele v. Franklin Res., Inc.*, No. 15-CV-00199-LB, 2019 WL 1517720, at *2 (N.D. Cal. Apr. 8, 2019).

Enclosed herewith as Exhibit A are Plaintiffs' specific objections to Oki's itemized summary of taxable costs (*see* ECF 421, 421-9). The enclosed chart sets forth Plaintiffs' objections, where applicable, and the deductions sought by Plaintiffs. Pursuant to Plaintiffs' objections, the maximum amount of costs that should be allowed is $27,490.37.

Counsel for Plaintiffs and Oki met and conferred, in person, on October 16, 2019, in an effort to resolve their disagreements concerning the costs requested in Oki's Bill of Costs. The parties were unable to resolve their disagreements, however. *See* Declaration of Kurt B. Oldenburg, filed concurrently herewith.

Respectfully submitted,

Dated: October 18, 2019

MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kurt B. Oldenburg*
        Kurt B. Oldenburg

Attorneys for Plaintiffs
NAVCOM TECHNOLOGY, INC. and
DEERE & COMPANY

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PLAINTIFFS' OBJECTIONS TO BILL OF COSTS (ECF 421)
U.S.D.C. – N.D. of CA Case No. 5:12-CV-04175 EJD