MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH, State Bar No. 197551
bpsmith@morganlewis.com
KURT B. OLDENBURG, State Bar No. 287275
kurt.oldenburg@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  +1.415.442.1000
Fax:  +1.415.442.1001

Attorneys for Plaintiffs
NAVCOM TECHNOLOGY, INC. and
DEERE & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD., and DOES ONE THROUGH TEN, inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**DECLARATION OF KURT B. OLDENBURG IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO OKI'S BILL OF COSTS** |

I, Kurt B. Oldenburg, hereby declare as follows:

1. I am an attorney admitted to practice in the State of California and before this Court. I am an associate with the law firm Morgan, Lewis & Bockius LLP and counsel of record for NavCom Technology, Inc. and Deere & Company ("Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and can testify to them competently if called upon to do so.

2. On October 16, 2019, I met and conferred with Patrick J. Hoeffner, counsel of record for Defendant Oki Electric Industry Co., Ltd. ("Oki"), in San Francisco, California, regarding Plaintiffs' objections and proposed reductions to Oki's Bill of Costs, which were provided to Oki's counsel on October 11, 2019. The parties were unable to resolve or narrow their disagreements.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2019 in San Francisco, California.

*/s/ Kurt B. Oldenburg*
Kurt B. Oldenburg