# Exhibit HH

## Defendant Oki Electric Industry Co. Ltd.'s Statistical Summary Of Plaintiffs' Objections

| Name | Total Number of Billing Entries | Number of Billing Entries Objected to by Navcom | Percent of Objectionable Entries | Clerical Work | Associate Work | Vague litigation purpose | Excessive time | Block billed | Redundant work | Duplicate time entry | Transition work | Appellate fees not recoverable | Interest on fees not recoverable | Total number of objections |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AV | 1 | 1 | 100% | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 |
| Castellano | 12 | 12 | 100% | 2 | 5 | 4 | 4 | 0 | 9 | 0 | 0 | 3 | 0 | 27 |
| Davidson | 54 | 32 | 59% | 3 | 0 | 8 | 16 | 13 | 0 | 2 | 0 | 0 | 0 | 42 |
| Fanelli | 47 | 29 | 62% | 4 | 0 | 4 | 17 | 0 | 1 | 0 | 0 | 7 | 0 | 33 |
| Fry | 9 | 8 | 89% | 0 | 1 | 1 | 6 | 0 | 6 | 0 | 0 | 0 | 0 | 14 |
| Gilhuly | 1 | 0 | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hawthorne-Searight | 7 | 7 | 100% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 7 |
| Hirofumi Kato | 52 | 45 | 87% | 2 | 0 | 16 | 30 | 0 | 5 | 0 | 0 | 0 | 0 | 53 |
| **Hoeffner** | **413** | **393** | **95%** | **46** | **256** | **66** | **284** | **83** | **128** | **0** | **2** | **21** | **11** | **897** |
| Hoeschen | 32 | 32 | 100% | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 30 | 0 | 34 |
| James | 7 | 3 | 43% | 2 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 5 |
| Kohiro Akashi | 53 | 39 | 74% | 0 | 0 | 35 | 9 | 0 | 8 | 0 | 0 | 0 | 0 | 52 |
| Ladra | 75 | 43 | 57% | 1 | 3 | 29 | 14 | 13 | 0 | 0 | 4 | 0 | 0 | 64 |
| M. Smith | 1 | 1 | 100% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Makman | 131 | 118 | 90% | 27 | 0 | 61 | 18 | 10 | 50 | 0 | 2 | 0 | 0 | 168 |
| Matz | 2 | 2 | 100% | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Megan Labgold | 2 | 2 | 100% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| **Mlabgold** | **382** | **368** | **96%** | **30** | **186** | **86** | **228** | **105** | **88** | **0** | **10** | **35** | **2** | **770** |
| Nguyen | 43 | 28 | 65% | 12 | 0 | 6 | 11 | 11 | 0 | 2 | 3 | 0 | 0 | 45 |
| O'Byrne | 15 | 15 | 100% | 5 | 13 | 1 | 7 | 0 | 15 | 0 | 0 | 0 | 0 | 41 |
| Rawlinson | 76 | 27 | 36% | 0 | 0 | 9 | 6 | 15 | 0 | 1 | 0 | 0 | 0 | 31 |
| Regoli | 28 | 16 | 57% | 0 | 0 | 10 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 14 |
| Rigney | 58 | 45 | 78% | 12 | 0 | 4 | 26 | 0 | 12 | 0 | 0 | 12 | 0 | 66 |
| **Russell** | **185** | **176** | **95%** | **34** | **9** | **38** | **76** | **0** | **88** | **0** | **2** | **59** | **2** | **308** |
| S. Davenport | 2 | 2 | 100% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| S. Renick | 1 | 1 | 100% | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 2 |
| Shaw | 23 | 23 | 100% | 0 | 5 | 10 | 1 | 0 | 16 | 0 | 0 | 3 | 0 | 35 |
| Shoemaker | 15 | 15 | 100% | 5 | 0 | 4 | 7 | 3 | 7 | 0 | 0 | 0 | 0 | 26 |
| Steve Bryan | 28 | 24 | 86% | 1 | 0 | 15 | 10 | 2 | 7 | 0 | 0 | 0 | 0 | 35 |
| Stob | 20 | 19 | 95% | 1 | 0 | 8 | 8 | 4 | 11 | 0 | 0 | 0 | 0 | 32 |
| TNagashima | 197 | 173 | 88% | 0 | 4 | 111 | 27 | 0 | 126 | 0 | 2 | 0 | 0 | 270 |
| Ugay | 8 | 7 | 88% | 0 | 0 | 1 | 4 | 2 | 0 | 1 | 0 | 0 | 0 | 8 |
| Waiter | 12 | 12 | 100% | 6 | 0 | 9 | 11 | 10 | 2 | 0 | 0 | 0 | 0 | 38 |
| Woodhouse | 13 | 4 | 31% | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Yasutomo | 32 | 29 | 91% | 2 | 0 | 16 | 15 | 0 | 13 | 0 | 0 | 0 | 0 | 46 |
| Zimmerman | 40 | 16 | 40% | 8 | 0 | 2 | 2 | 1 | 0 | 4 | 0 | 0 | 0 | 17 |
| | **2077** | **1767** | | **203** | **482** | **557** | **848** | **275** | **597** | **10** | **25** | **180** | **17** | **3194** |