# Exhibit GG

# Uncontested Fees

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|------|-------------|-------|------------------|------|------|------------------------|------------------------|
| 7-17-12 | Kojiro Akashi | Associate | Reviewing Contract and correspondence | 0.40 | ¥30,000 | | ¥12,000.00 |
| 7-18-12 | Kojiro Akashi | Associate | Reviewing Contract and Telephone Conference with Client | 0.50 | ¥30,000 | | ¥15,000.00 |
| 7-20-12 | Kojiro Akashi | Associate | Reviewing Contract and correspondence | 0.80 | ¥30,000 | | ¥24,000.00 |
| 7-23-12 | Kojiro Akashi | Associate | Reviewing Contract and Telephone Conference with Client | 1.20 | ¥30,000 | | ¥36,000.00 |
| 7-23-12 | Ladra | Partner | Call R. Walsh regarding extension to plead; review contract documents | 0.50 | $995.00 | $497.50 | |
| 7-25-12 | Kojiro Akashi | Associate | Reviewing Contract and Telephone Conference with Client | 1.20 | ¥30,000 | | ¥36,000.00 |
| 7-27-12 | Kojiro Akashi | Associate | Reviewing Contract and Telephone Conference with Client | 1.20 | ¥30,000 | | ¥36,000.00 |
| 7-30-12 | Kojiro Akashi | Associate | Reviewing Contract and Telephone Conference with Client | 0.60 | ¥30,000 | | ¥18,000.00 |
| 7-31-12 | Kojiro Akashi | Associate | Reviewing Contract and Telephone Conference with Client | 1.00 | ¥30,000 | | ¥30,000.00 |
| 7-31-12 | Rawlinson | Partner | Discussion with M. Ladra regarding background and removal | 0.20 | $790.00 | $158.00 | |
| 8-1-12 | Ladra | Partner | Conference call with Navcom's counsel regarding dismissal of certain defendants and service issues | 0.70 | $995.00 | $696.50 | |
| 8-1-12 | Ladra | Partner | Call with T. Nagashima regarding case strategy; review removal research results | 1.30 | $995.00 | $1,293.50 | |
| 8-1-12 | Nguyen | Paralegal | Create proof of service; attend to file and case management | 0.90 | $265.00 | $238.50 | |
| 8-1-12 | Rawlinson | Partner | E-mail exchange with M. Ladra regarding removal | 0.10 | $790.00 | $79.00 | |
| 8-3-12 | Woodhouse | Associate | Research regarding notice of removal | 0.40 | $500.00 | $200.00 | |
| 8-6-12 | Ladra | Partner | Attend to notice of removal; correspondence with Navcom's counsel | 1.30 | $995.00 | $1,293.50 | |
| 8-7-12 | Ladra | Partner | Review and revise notice of removal | 2.10 | $995.00 | $2,089.50 | |
| 8-8-12 | Woodhouse | Associate | Finalize notice of removal for filing | 2.20 | $500.00 | $1,100.00 | |
| 8-8-12 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.30 | $230.00 | $69.00 | |
| 8-9-12 | Woodhouse | Associate | Prepare state court notices of filing | 0.70 | $500.00 | $350.00 | |
| 8-9-12 | Zimmerman | Litigation Services Attorney | Update and circulate case calendar | 0.90 | $230.00 | $207.00 | |
| 8-12-12 | Woodhouse | Associate | Draft answer to complaint | 0.80 | $500.00 | $400.00 | |
| 8-13-12 | Woodhouse | Associate | Draft motion to dismiss | 3.90 | $500.00 | $1,950.00 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|------|-------------|-------|------------------|------|------|------------------------|------------------------|
| 8-13-12 | Zimmerman | Litigation Services Attorney | Update calendar;  review and  organize  recently  filed documents | 0.30 | $230.00 | $69.00 | |
| 8-14-12 | Woodhouse | Associate | Finalize motion to dismiss | 4.00 | $500.00 | $2,000.00 | |
| 8-15-12 | Nguyen | Paralegal | Attend to file and case management | 0.60 | $265.00 | $159.00 | |
| 8-15-12 | Woodhouse | Associate | Draft joint stipulation to extend time; review and revise motion to dismiss | 0.90 | $500.00 | $450.00 | |
| 8-16-12 | Gilhuly | Partner | Calls to/from M. Ladra regarding Navcom lawsuit and dissolution issues | 0.50 | $1,055.00 | $527.50 | |
| 8-16-12 | Woodhouse | Associate | Review and revise stipulation to extend time to respond; file same | 0.80 | $500.00 | $400.00 | |
| 8-16-12 | Zimmerman | Litigation Services Attorney | Assist J. Nguyen with questions relating to filing stipulation; assist J. Nguyen and M. Woodhouse regarding appearing for additional defendant entities with respect to stipulation to extend time to respond | 0.80 | $230.00 | $184.00 | |
| 8-21-12 | Nguyen | Paralegal | Discussion with court clerk regarding notice of appearance and filing | 0.40 | $265.00 | $106.00 | |
| 9-4-12 | TNagashima | Partner | Reviewing Navcom complaint and Contract | 1.00 | ¥50,000 | | ¥50,000.00 |
| 9-5-12 | TNagashima | Partner | Reviewing Navcom complaint and Contract | 0.60 | ¥50,000 | | ¥30,000.00 |
| 9-7-12 | TNagashima | Partner | Reviewing draft Motion to Remand | 0.70 | ¥50,000 | | ¥35,000.00 |
| 9-7-12 | Woodhouse | Associate | Review Navcom motion to remand | 0.60 | $500.00 | $300.00 | |
| 9-8-12 | Davidson | Associate | Review motion to remand and corresponding material | 0.80 | $500.00 | $400.00 | |
| 9-11-12 | Zimmerman | Litigation Services Attorney | Assist J. Nguyen with magistrate declination form; supervise S. Lynch calendar updates; review and organize recently filed documents; answer J. Nguyen calendaring questions | 0.70 | $230.00 | $161.00 | |
| 9-12-12 | Nguyen | Paralegal | Draft and file notice of appearance for A. Davidson; circulate court filing notifications to team for review | 1.30 | $265.00 | $344.50 | |
| 9-12-12 | Zimmerman | Litigation Services Attorney | Assist J. Nguyen with respect to A. Davidson notice of appearance | 0.30 | $230.00 | $69.00 | |
| 9-13-12 | Kojiro Akashi | Associate | Reviewing correspondence, contract, etc.; Drafting facts memo | 1.50 | ¥30,000 | | ¥45,000.00 |
| 9-13-12 | Rawlinson | Partner | Review and discuss motion to remand and opposition; review draft e-mail to client regarding motion and revise | 0.60 | $790.00 | $474.00 | |
| 9-14-12 | TNagashima | Partner | Meeting with Client | 1.70 | ¥50,000 | | ¥85,000.00 |
| 9-15-12 | Davidson | Associate | Attend to draft motion to dismiss and request for judicial notice for same | 2.80 | $500.00 | $1,400.00 | |
| 9-17-12 | Nguyen | Paralegal | Update case calendar | 0.30 | $265.00 | $79.50 | |
| 9-17-12 | Rawlinson | Partner | Draft and revise motion to remand; draft and send e-mail to client following up on information for filings | 1.80 | $790.00 | $1,422.00 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 9-17-12 | Zimmerman | Litigation Services Attorney | Research initial disclosure deadline and rules regarding motions to dismiss for J. Nguyen; | 0.70 | $230.00 | $161.00 | |
| 9-18-12 | Kojiro Akashi | Associate | Corresponding with US attorneys | 0.50 | ¥30,000 | | ¥15,000.00 |
| 9-18-12 | Ladra | Partner | Attend to draft opposition to plaintiffs' motion to remand | 1.30 | $995.00 | $1,293.50 | |
| 9-18-12 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.30 | $230.00 | $69.00 | |
| 9-20-12 | TNagashima | Partner | Obtaining documents form Client and working on Motion to Dismiss; | 1.50 | ¥50,000 | | ¥75,000.00 |
| 9-20-12 | Zimmerman | Litigation Services Attorney | Research request for judicial notice requirements; draft notice of withdrawal of counsel for J. Nguyen | 1.10 | $230.00 | $253.00 | |
| 9-21-12 | Ladra | Partner | Attention to finalizing and filing opposition to motion to remand | 1.10 | $995.00 | $1,094.50 | |
| 9-21-12 | Steve Bryan | Associate | Working on Jurisdiction motions; Corresponding with US attorneys | 2.50 | ¥35,000 | | ¥87,500.00 |
| 9-21-12 | TNagashima | Partner | Reviewing draft Jurisdiction motions | 1.00 | ¥50,000 | | ¥50,000.00 |
| 9-21-12 | Ugay | Senior Paralegal | Review and analyze legal authority and factual information cited in opposition to motion to remand | 1.00 | $265.00 | $265.00 | |
| 9-21-12 | Zimmerman | Litigation Services Attorney | Update calendar; review and organize recently filed documents | 0.30 | $230.00 | $69.00 | |
| 9-24-12 | Ladra | Partner | Meet with Oki team and potential witnesses | 2.00 | $995.00 | $1,990.00 | |
| 9-24-12 | Nguyen | Paralegal | Prepare lodge under seal documents with court | 0.50 | $265.00 | $132.50 | |
| 9-24-12 | Nguyen | Paralegal | Prepare lodge under seal documents with court | 0.50 | $265.00 | $132.50 | |
| 9-24-12 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.20 | $230.00 | $46.00 | |
| 9-25-12 | Kojiro Akashi | Associate | Obtaining documents from Client; Corresponding with US attorneys | 1.20 | ¥30,000 | | ¥36,000.00 |
| 9-25-12 | Ladra | Partner | Meet with Oki team regarding case planning | 1.10 | $995.00 | $1,094.50 | |
| 9-25-12 | Steve Bryan | Associate | Conducting research on Jurisdictional issues | 0.50 | ¥35,000 | | ¥17,500.00 |
| 9-27-12 | Rawlinson | Partner | Draft and send e-mail to opposing counsel regarding proposed agreement and declaration | 0.20 | $790.00 | $158.00 | |
| 9-28-12 | Davidson | Associate | Review plaintiffs reply in support of motion to remand; attend to correspondence regarding same | 0.80 | $500.00 | $400.00 | |
| 9-28-12 | Ladra | Partner | Attention to Navcom reply and Oki motion to dismiss | 1.70 | $995.00 | $1,691.50 | |
| 10-5-12 | Ladra | Partner | Attend to opposition from Navcom on motion to dismiss; plan reply brief | 1.30 | $995.00 | $1,293.50 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 10-5-12 | Rawlinson | Partner | Prepare and send e-mail to japan team regarding proposed stipulation and related discovery issues | 0.20 | $790.00 | $158.00 | |
| 10-7-12 | Rawlinson | Partner | Review filings by plaintiff regarding motion to dismiss; discuss outline for reply with A. Davidson | 0.70 | $790.00 | $553.00 | |
| 10-8-12 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.10 | $230.00 | $23.00 | |
| 10-10-12 | Davidson | Associate | Attend to draft reply in support of motion to dismiss and correspondences with M. Rawlinson regarding same | 2.00 | $500.00 | $1,000.00 | |
| 10-10-12 | Rawlinson | Partner | Revise and edit reply in support of motion to dismiss; forward same to Latham team and to client with comments | 1.20 | $790.00 | $948.00 | |
| 10-11-12 | Ladra | Partner | Attend to preparation of answer to complaint | 1.40 | $995.00 | $1,393.00 | |
| 10-12-12 | Nguyen | Paralegal | Update, prepare and file reply to motion to dismiss and courtesy copy of same; circulate court filing notifications to team for review | 0.80 | $265.00 | $212.00 | |
| 10-12-12 | Rawlinson | Partner | Finalize and file reply in support of motion to dismiss; review and revise proposed stipulation | 0.80 | $790.00 | $632.00 | |
| 10-14-12 | Rawlinson | Partner | Review and revise declaration and stipulation; send draft to M. Ladra with comments; respond to comment from M. Ladra regarding necessary parties | 0.40 | $790.00 | $316.00 | |
| 10-15-12 | Ladra | Partner | Attention to and review stipulation regarding dismissal | 1.70 | $995.00 | $1,691.50 | |
| 10-15-12 | Nguyen | Paralegal | Attention to answer to complaint | 0.20 | $265.00 | $53.00 | |
| 10-15-12 | Rawlinson | Partner | Finalize and send draft declarations to client; remind client of answer due date | 0.30 | $790.00 | $237.00 | |
| 10-15-12 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.10 | $230.00 | $23.00 | |
| 10-16-12 | Davidson | Associate | Attend to draft answer, declaration and stipulation of dismissal; attend to filing of answer | 1.20 | $500.00 | $600.00 | |
| 10-16-12 | Nguyen | Paralegal | Attention to and file answer to complaint; circulate court filing notifications to team for review | 0.90 | $265.00 | $238.50 | |
| 10-17-12 | Nguyen | Paralegal | Attention to courtesy copy of answer to complaint to court | 0.20 | $265.00 | $53.00 | |
| 10-17-12 | Rawlinson | Partner | Finalize draft declaration and stipulation and send to opposing counsel | 0.20 | $790.00 | $158.00 | |
| 10-17-12 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.10 | $230.00 | $23.00 | |
| 10-18-12 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.10 | $230.00 | $23.00 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 10-24-12 | Davidson | Associate | Research case law regarding dismissals and jurisdictional issues; correspond with M. Rawlinson and M. Ladra regarding same | 0.10 | $500.00 | $50.00 | |
| 10-24-12 | Ladra | Partner | Attend to stipulation of dismissal and "without prejudice" issue | 0.60 | $995.00 | $597.00 | |
| 10-24-12 | Rawlinson | Partner | E-mail discussion with team about prejudice point; e- mail to client regarding same | 0.30 | $790.00 | $237.00 | |
| 10-25-12 | Ladra | Partner | Correspondence with client regarding stipulation of dismissal | 0.50 | $995.00 | $497.50 | |
| 10-25-12 | Rawlinson | Partner | Correspondence with team, client and opposing counsel regarding proposed stipulation and declaration | 0.20 | $790.00 | $158.00 | |
| 10-29-12 | Rawlinson | Partner | E-mail to opposing counsel regarding stipulation | 0.10 | $790.00 | $79.00 | |
| 10-30-12 | Ladra | Partner | Revise stipulation of dismissal | 0.40 | $995.00 | $398.00 | |
| 10-30-12 | Rawlinson | Partner | Review and finalize draft declaration and stipulation; prepare and send e-mail to opposing counsel and client regarding same | 0.30 | $790.00 | $237.00 | |
| 10-31-12 | Davidson | Associate | Attend to stipulation of dismissal and declaration filing | 0.50 | $500.00 | $250.00 | |
| 10-31-12 | Ladra | Partner | Attend to notification to court regarding stipulation of dismissal | 0.40 | $995.00 | $398.00 | |
| 10-31-12 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.30 | $230.00 | $69.00 | |
| 11-2-12 | Davidson | Associate | Attend to correspondence regarding stipulation of dismissal granted by judge | 0.30 | $500.00 | $150.00 | |
| 11-2-12 | Nguyen | Paralegal | Circulate court filing notifications to team for review | 0.10 | $265.00 | $26.50 | |
| 11-2-12 | Rawlinson | Partner | Review court order; attention to copy of same to client | 0.10 | $790.00 | $79.00 | |
| 11-5-12 | Ladra | Partner | Attention to discovery requests | 0.70 | $995.00 | $696.50 | |
| 11-5-12 | Rawlinson | Partner | Discussion with A. Davidson regarding upcoming dates for case management conference and deliverables to court | 0.30 | $790.00 | $237.00 | |
| 11-6-12 | Davidson | Associate | Attend to correspondence regarding meet and confer and alternative dispute resolution deadlines and requirements | 0.80 | $500.00 | $400.00 | |
| 11-6-12 | Rawlinson | Partner | E-mail exchange with opposing counsel regarding 26(f) conference; discussion with A. Davidson regarding preparation for same | 0.40 | $790.00 | $316.00 | |
| 11-8-12 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.10 | $230.00 | $23.00 | |
| 11-9-12 | Davidson | Associate | Attend to meet and confer conference; attend to correspondence regarding ADR documents; attend to filing of same | 1.00 | $500.00 | $500.00 | |
| 11-9-12 | Ladra | Partner | Attend to meet and confer issues for case management conference statement | 0.70 | $995.00 | $696.50 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|------|-------------|-------|------------------|------|------|------------------------|------------------------|
| 11-9-12 | Rawlinson | Partner | Prepare for and participate in rule 26(f) conference with opposing counsel; prepare for same; supervise filing materials related to same | 1.40 | $790.00 | $1,106.00 | |
| 11-11-12 | Davidson | Associate | Draft request for documents; attend to correspondence with M. Rawlinson regarding same | 2.80 | $500.00 | $1,400.00 | |
| 11-11-12 | Rawlinson | Partner | Review document requests from Navcom; e-mail correspondence with A. Davidson regarding same; e-mail to client regarding same and regarding upcoming issues and next steps | 0.60 | $790.00 | $474.00 | |
| 11-12-12 | Davidson | Associate | Attend to draft request for documents; review joint case management conference draft circulated by plaintiffs | 0.80 | $500.00 | $400.00 | |
| 11-12-12 | Zimmerman | Litigation Services Attorney | Review and organize recent correspondence | 0.20 | $230.00 | $46.00 | |
| 11-14-12 | Rawlinson | Partner | Review and revise draft case management conference statement; send to client | 0.20 | $790.00 | $158.00 | |
| 11-15-12 | Davidson | Associate | Phone conference with M. Rawlinson regarding joint case management statement and draft document requests; send correspondence to client regarding same | 0.30 | $500.00 | $150.00 | |
| 11-16-12 | Rawlinson | Partner | Review and respond to questions from client regarding case management conference statement; review response by M. Ladra regarding same; discussion with A. Davidson by telephone regarding same and regarding document requests | 0.40 | $790.00 | $316.00 | |
| 11-16-12 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.20 | $230.00 | $46.00 | |
| 11-17-12 | Rawlinson | Partner | Review proposed initial disclosures; discussion with A. Davidson regarding revisions to same and regarding case management conference statement | 0.40 | $790.00 | $316.00 | |
| 11-19-12 | Davidson | Associate | Attend to draft initial disclosures | 0.70 | $500.00 | $350.00 | |
| 11-19-12 | Nguyen | Paralegal | Attention to initial disclosure; create proof of service for same | 0.50 | $265.00 | $132.50 | |
| 11-19-12 | Zimmerman | Litigation Services Attorney | Update calendar | 0.30 | $230.00 | $69.00 | |
| 11-20-12 | Davidson | Associate | Attend to correspondence regarding joint case management conference statement and initial disclosures | 0.50 | $500.00 | $250.00 | |
| 11-20-12 | Ladra | Partner | Attend to initial disclosures | 0.70 | $995.00 | $696.50 | |
| 11-20-12 | Rawlinson | Partner | Finalize draft of initial disclosures; discussion with A. Davidson regarding same | 0.30 | $790.00 | $237.00 | |
| 11-26-12 | Ladra | Partner | Attend to initial disclosures | 1.30 | $995.00 | $1,293.50 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 11-26-12 | Rawlinson | Partner | E-mail exchange with client regarding initial disclosures and discovery issues; discussion with A. Davidson regarding same | 0.20 | $790.00 | $158.00 | |
| 11-27-12 | Rawlinson | Partner | Finalize and serve initial disclosures; e-mail exchange with counsel regarding discovery; discussion with A. Davidson regarding same | 0.20 | $790.00 | $158.00 | |
| 11-28-12 | Davidson | Associate | Attend to draft objections and responses to plaintiffs' document request | 1.40 | $500.00 | $700.00 | |
| 11-29-12 | Nguyen | Paralegal | Attention to file and case management | 0.30 | $265.00 | $79.50 | |
| 12-4-12 | Davidson | Associate | Attend to draft responses and objections to first set of documents requests; meet with and correspond with M. Rawlinson regarding same | 1.40 | $500.00 | $700.00 | |
| 12-7-12 | Ladra | Partner | Attention to document production issues | 0.70 | $995.00 | $696.50 | |
| 12-10-12 | Ladra | Partner | Attend to response to Navcom's requests for production | 0.70 | $995.00 | $696.50 | |
| 12-11-12 | Davidson | Associate | Attend to research and correspondence regarding production of documents in response to plaintiffs' first request | 0.80 | $500.00 | $400.00 | |
| 12-12-12 | Davidson | Associate | Attend to correspondence regarding documents requests | 0.30 | $500.00 | $150.00 | |
| 12-12-12 | Rawlinson | Partner | Final review of discovery responses; e-mail questions regarding discovery process | 0.30 | $790.00 | $237.00 | |
| 12-13-12 | Davidson | Associate | Attend meeting with M. Rawlinson to discuss document production issues; attend phone call with client to discuss same; attend to serving objections and responses to plaintiffs' first set of request for documents | 0.80 | $500.00 | $400.00 | |
| 12-13-12 | Ladra | Partner | Attend to Oki's response to Navcom's requests for document production | 0.70 | $995.00 | $696.50 | |
| 12-13-12 | Nguyen | Paralegal | Prepare, edit and serve defendant Oki Electric Industry Co., Ltd.'s responses and objections to plaintiffs Navcom Technology, Inc. and Deere & Company's first | 0.60 | $265.00 | $159.00 | |
| 12-18-12 | Hirofumi Kato | Associate | Review Japanese language documents for responsiveness, privilege,and confidentiality. Prepare privilege log. | 1.50 | ¥22,000 | | ¥33,000.00 |
| 12-19-12 | Davidson | Associate | Meet with M. Rawlinson and A. Regoli to discuss discovery items; attend to follow- up correspondence with client and plaintiffs regarding same | 0.60 | $500.00 | $300.00 | |
| 12-19-12 | Ladra | Partner | Attend to document request response from Navcom | 1.00 | $995.00 | $995.00 | |
| 12-19-12 | Rawlinson | Partner | Discussion with A. Davidson regarding discovery received from opposing counsel, our efforts to collect discovery and ESI issues | 0.20 | $790.00 | $158.00 | |
| 12-20-12 | Davidson | Associate | Attend phone conference with plaintiffs regarding discovery; attend to correspondence with M. Rawlinson and client regarding same | 0.70 | $500.00 | $350.00 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 12-20-12 | Hirofumi Kato | Associate | Review Japanese language documents for responsiveness, privilege,and confidentiality. Prepare privilege log. | 1.20 | ¥22,000 | | ¥26,400.00 |
| 12-20-12 | Zimmerman | Litigation Services Attorney | Research pro hac vice requirements for Mr. Nagashima | 0.40 | $230.00 | $92.00 | |
| 12-21-12 | Hirofumi Kato | Associate | Review Japanese language documents for responsiveness, privilege,and confidentiality. Prepare privilege log. | 3.20 | ¥22,000 | | ¥70,400.00 |
| 12-25-12 | Hirofumi Kato | Associate | Review Japanese language documents for responsiveness, privilege,and confidentiality. Prepare privilege log. | 2.00 | ¥22,000 | | ¥44,000.00 |
| 12-25-12 | Steve Bryan | Associate | Reviewing documents for production | 6.00 | $35,000 | | ¥210,000.00 |
| 12-26-12 | Hirofumi Kato | Associate | Review Japanese language documents for responsiveness, privilege,and confidentiality. Prepare privilege log. | 3.70 | ¥22,000 | | ¥81,400.00 |
| 12-27-12 | Hirofumi Kato | Associate | Review Japanese language documents for responsiveness, privilege,and confidentiality. Prepare privilege log. | 2.00 | ¥22,000 | | ¥44,000.00 |
| 12-31-12 | Zimmerman | Litigation Services Attorney | Update calendar | 0.10 | $230.00 | $23.00 | |
| 1-4-13 | Rawlinson | Partner | Draft and revise e-mail to client regarding status, discovery issues and outstanding questions; discussion with A. Regoli regarding same | 0.40 | $820.00 | $328.00 | |
| 1-6-13 | Rawlinson | Partner | Finalize and send e-mail to client regarding outstanding questions and discovery issues | 0.30 | $820.00 | $246.00 | |
| 1-8-13 | Rawlinson | Partner | Review client response to questions; set up time to discuss same with associate | 0.20 | $820.00 | $164.00 | |
| 1-10-13 | Regoli | Associate | Study and analyze document production issues; confer with counsel regarding same | 0.40 | $625.00 | $250.00 | |
| 1-15-13 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.10 | $265.00 | $26.50 | |
| 1-16-13 | Rawlinson | Partner | Discussion with A. Regoli regarding discovery conference | 0.20 | $820.00 | $164.00 | |
| 1-16-13 | Steve Bryan | Associate | Telephone conference with US attorneys and reviewing emails | 1.00 | $35,000 | | ¥35,000.00 |
| 1-16-13 | TNagashima | Partner | Telephone conference with US attorneys | 0.60 | ¥50,000 | | ¥30,000.00 |
| 1-17-13 | Rawlinson | Partner | Review communication from opposing counsel; discussion with A. Regoli regarding same | 0.20 | $820.00 | $164.00 | |
| 1-17-13 | Regoli | Associate | Confer with counsel regarding discovery issues; confer with discovery personnel regarding document production issues | 0.60 | $625.00 | $375.00 | |
| 1-18-13 | Ladra | Partner | Call with M. Rawlinson regarding case planning | 0.30 | $1,035.00 | $310.50 | |
| 1-18-13 | Rawlinson | Partner | Discussion with M. Ladra regarding status and budget | 0.20 | $820.00 | $164.00 | |
| 1-21-13 | Rawlinson | Partner | E-mail to A. Regoli regarding response to opposing counsel regarding ESI | 0.10 | $820.00 | $82.00 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 1-22-13 | Rawlinson | Partner | Review and revise e-mail to client regarding deposition issues; review case law regarding same; discussion with A. Regoli regarding same | 0.80 | $820.00 | $656.00 | |
| 1-23-13 | Rawlinson | Partner | Finalize and send e-mail to client regarding discovery issues | 0.20 | $820.00 | $164.00 | |
| 1-24-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.30 | $625.00 | $187.50 | |
| 1-24-13 | Zimmerman | Litigation Services Attorney | Review and organize recently filed documents | 0.10 | $265.00 | $26.50 | |
| 1-25-13 | Rawlinson | Partner | Respond to query regarding deposition location and logistics; discussion regarding same | 0.20 | $820.00 | $164.00 | |
| 1-25-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.10 | $625.00 | $62.50 | |
| 1-28-13 | TNagashima | Partner | Reviewing documents for discovery | 1.00 | ¥50,000 | | ¥50,000.00 |
| 1-31-13 | Ladra | Partner | Attention to document production issues | 0.40 | $1,035.00 | $414.00 | |
| 1-31-13 | Rawlinson | Partner | Review e-mail regarding document production | 0.20 | $820.00 | $164.00 | |
| 2-4-13 | Rawlinson | Partner | Discussion with team regarding document production and attention to logistics; discussion with A. Regoli regarding volume and timing to review and prepare for production | 0.30 | $820.00 | $246.00 | |
| 2-4-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.20 | $625.00 | $125.00 | |
| 2-7-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.20 | $625.00 | $125.00 | |
| 2-11-13 | Rawlinson | Partner | Attention to document review and follow up with client regarding discovery issues | 0.20 | $820.00 | $164.00 | |
| 2-11-13 | Stob | Associate | Call with A. Regoli regarding review and analysis of documents | 0.10 | $450.00 | $45.00 | |
| 2-13-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.20 | $625.00 | $125.00 | |
| 2-14-13 | Rawlinson | Partner | Review and respond to correspondence from Japanese counsel regarding dates and documents; follow up with associate regarding same | 0.20 | $820.00 | $164.00 | |
| 2-18-13 | Rawlinson | Partner | Attention to document review, production and related issues; draft and revise e-mail to opposing counsel regarding dates | 0.60 | $820.00 | $492.00 | |
| 2-19-13 | Rawlinson | Partner | Review e-mail correspondence from plaintiff's counsel regarding document production; review summary of documents reviewed | 0.50 | $820.00 | $410.00 | |
| 2-19-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.10 | $625.00 | $62.50 | |
| 2-20-13 | Rawlinson | Partner | Discussion with A. Regoli regarding document production; review and revise email to opposing counsel regarding same; attention to upcoming issues, and status of third party productions | 0.80 | $820.00 | $656.00 | |
| 2-20-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.20 | $625.00 | $125.00 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 2-21-13 | Rawlinson | Partner | Attend to document review, production and correspondence with opposing counsel regarding same | 0.30 | $820.00 | $246.00 | |
| 2-21-13 | Regoli | Associate | Confer with counsel regarding discovery matters | 0.10 | $625.00 | $62.50 | |
| 2-25-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.10 | $625.00 | $62.50 | |
| 2-26-13 | Ladra | Partner | Attention to document review issues | 1.10 | $1,035.00 | $1,138.50 | |
| 2-28-13 | Regoli | Associate | Confer with counsel regarding document production issues | 0.30 | $625.00 | $187.50 | |
| 3-1-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.40 | $625.00 | $250.00 | |
| 3-4-13 | Rawlinson | Partner | Respond to questions about discovery and deposition scheduling | 0.20 | $820.00 | $164.00 | |
| 3-4-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.20 | $625.00 | $125.00 | |
| 3-5-13 | Kojiro Akashi | Associate | Preparation for depositions | 1.00 | $30,000 | | ¥30,000.00 |
| 3-5-13 | Ladra | Partner | Correspondence with B. Schuman regarding mediation and damages | 0.50 | $1,035.00 | $517.50 | |
| 3-6-13 | Ladra | Partner | Call with B. Schuman regarding mediation and damages issues | 0.40 | $1,035.00 | $414.00 | |
| 3-7-13 | Kojiro Akashi | Associate | Preparation for deposition | 0.80 | $30,000 | | ¥24,000.00 |
| 3-7-13 | Regoli | Associate | Confer with counsel regarding discovery issues | 0.20 | $625.00 | $125.00 | |
| 3-7-13 | TNagashima | Partner | Preparation for deposition | 0.70 | ¥50,000 | | ¥35,000.00 |
| 3-8-13 | TNagashima | Partner | Preparation for deposition | 0.20 | ¥50,000 | | ¥10,000.00 |
| 3-14-13 | Ladra | Partner | Correspondence to client regarding mediation issues; call B. Shuman - Schuman | 0.80 | $1,035.00 | $828.00 | |
| 3-18-13 | Ladra | Partner | Attention to mediation issues | 0.50 | $1,035.00 | $517.50 | |
| 3-18-13 | Rawlinson | Partner | Prepare for and meet with associate team regarding document review and key legal issues | 1.40 | $820.00 | $1,148.00 | |
| 3-18-13 | Regoli | Associate | Confer with counsel regarding factual issues | 1.30 | $625.00 | $812.50 | |
| 3-22-13 | TNagashima | Partner | Reviewing doucments for discovery | 0.20 | ¥50,000 | | ¥10,000.00 |
| 3-28-13 | Hoeffner | Partner | Review deposition notice; call with MLabgold re draft deposition | 0.50 | $550.00 | $275.00 | |
| 3-28-13 | TNagashima | Partner | Reviewing deposition notice | 1.30 | ¥50,000 | | ¥65,000.00 |
| 3-28-13 | Yasutomo | Associate | Preparation for discovery | 4.50 | $25,000 | | ¥112,500.00 |
| 3-29-13 | TNagashima | Partner | Contacting MRL for document production | 0.20 | ¥50,000 | | ¥10,000.00 |
| 4-4-13 | Kojiro Akashi | Associate | Meeting with Rohm for documents for discovery | 0.80 | $30,000 | | ¥24,000.00 |
| 4-4-13 | TNagashima | Partner | Meeting with Rohm; reviewing documents to produce | 2.30 | ¥50,000 | | ¥115,000.00 |
| 4-16-13 | MLabgold | Partner | Review of Navcom demand letter; discussions with PHoeffner and TNagashima re same; call to opposing counsel re backup information | 0.75 | $700.00 | $525.00 | |
| 4-18-13 | TNagashima | Partner | Reviewing Navcom production | 2.50 | ¥50,000 | | ¥125,000.00 |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 4-26-13 | Hoeffner | Partner | Email correspondence and call with local counsel re meet and confer | 0.25 | $550.00 | $137.50 | |
| 4-29-13 | MLabgold | Partner | Meet and confer conference with opposing counsel concerning postponing mediation; discussion with PHoeffner re same | 0.75 | $700.00 | $525.00 | |
| 5-15-13 | TNagashima | Partner | Reviewing documents produced by Pergrine | 1.20 | ¥50,000 | | ¥60,000.00 |
| 5-21-13 | TNagashima | Partner | Reviewing documents produced by Navcom | 0.80 | ¥50,000 | | ¥40,000.00 |
| 5-22-13 | Hoeffner | Partner | Review and edit draft RFAs; review documents produced by Tahoe, call with MLabgold re RFAs | 7.25 | $550.00 | $3,987.50 | |
| 5-22-13 | MLabgold | Partner | Drafting RFA's; attempts to contact witness; emails with client re same; scheduling depositions; conference call with Ruben Balbeuna | 6.25 | $700.00 | $4,375.00 | |
| 5-22-13 | TNagashima | Partner | Reviewing draft RFAs | 1.60 | ¥50,000 | | ¥80,000.00 |
| 5-24-13 | MLabgold | Partner | Call with witness re availability | 0.50 | $700.00 | $350.00 | |
| 5-27-13 | Yasutomo | Associate | Preparation for depositions of Mr. Ushida and Mr. Fujita | 3.50 | ¥25,000 | | ¥87,500.00 |
| 5-28-13 | TNagashima | Partner | Preparation for depositions of Mr. Ushida and Mr. Fujita | 0.60 | ¥50,000 | | ¥30,000.00 |
| 5-28-13 | Yasutomo | Associate | Preparation for depositions of Mr. Ushida and Mr. Fujita | 2.00 | ¥25,000 | | ¥50,000.00 |
| 6-6-13 | Hoeffner | Partner | Email(s) with local counsel and MLabgold re Requests for Admission; call with MLabgold re same; review and edit Requests for Admission | 2.75 | $550.00 | $1,512.50 | |
| 6-11-13 | TNagashima | Partner | Reviewing draft responses to Navcom's interrogatories | 0.30 | ¥50,000 | | ¥15,000.00 |
| 6-14-13 | TNagashima | Partner | Reviewing draft interrogatory responses | 0.30 | ¥50,000 | | ¥15,000.00 |
| 6-15-13 | TNagashima | Partner | Reviewing draft interrogatory responses | 0.20 | ¥50,000 | | ¥10,000.00 |
| 6-16-13 | Hoeffner | Partner | Review draft letter responding to Navcom's meet and confer letter; email(s) with MLabgold re same | 1.00 | $550.00 | $550.00 | |
| 6-18-13 | Hoeffner | Partner | Telephone meet and confer with MLabgold and Navcom's counsel; review email summary of meet and confer; call with local counsel re meet and confer | 2.00 | $550.00 | $1,100.00 | |
| 6-19-13 | Makman | Attorney | Review correspondence. | 0.20 | $425.00 | $85.00 | |
| 6-24-13 | Hoeffner | Partner | Review transcript of Dan Nobbe deposition | 1.75 | $550.00 | $962.50 | |
| 6-27-13 | TNagashima | Partner | Reviewing transcript for Depositions | 0.90 | ¥50,000 | | ¥45,000.00 |
| 7-4-13 | Hoeffner | Partner | Emails re PO motion | 0.25 | $550.00 | $137.50 | |
| 7-5-13 | Hoeffner | Partner | Call with MLabgold re PO motion; emails with MLabgold and local counsel re same | 0.25 | $550.00 | $137.50 | |
| 7-16-13 | Hoeffner | Partner | Review amended deposition notices for Inoue and Reedy | 0.25 | $550.00 | $137.50 | |
| 7-18-13 | Makman | Attorney | Gather 30(b)(6) cases regarding compelling Japanese witnesses to come to the United States. | 0.20 | $425.00 | $85.00 | |
| 7-20-13 | Hoeffner | Partner | Email(s) with MLabgold re PO violation | 0.25 | $550.00 | $137.50 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|------|-------------|-------|------------------|------|------|------------------------|------------------------|
| 7-23-13 | Hoeffner | Partner | Email(s) with Peregrine's counsel re over-designation issue; review email to Plaintiffs' counsel; call with MLabgold re over-designation issue | 1.50 | $550.00 | $825.00 | |
| 7-25-13 | Makman | Attorney | E-mail to Schumann regarding his lack of a basis for designating corporate representative. | 0.20 | $425.00 | $85.00 | |
| 7-27-13 | Makman | Attorney | Draft Joint Discovery Brief. | 1.50 | $425.00 | $637.50 | |
| 8-22-13 | Hoeffner | Partner | Review correspondence from Plaintiffs re deficient RFA responses; outlining response to same; review correspondence from Plaintiffs re allegedly inadvertent productions | 0.75 | $550.00 | $412.50 | |
| 8-31-13 | Hoeffner | Partner | Review Plaintiffs' expert's report (Ward) | 1.50 | $550.00 | $825.00 | |
| 9-5-13 | Hirofumi Kato | Paralegal | Translating responses to questions as to 30(b)(6) | 1.80 | ¥22,000 | | ¥39,600.00 |
| 9-9-13 | MLabgold | Partner | Preparation for and attendance of Reedy deposition, in-person meet and confer with Brett Schulman re Galyean and 30(b)(6) depositions. | 7.50 | $700.00 | $5,250.00 | |
| 9-12-13 | Makman | Attorney | Contact Westerfield re: mediation schedule. | 0.20 | $425.00 | $85.00 | |
| 9-16-13 | MLabgold | Partner | Discussion with PHoeffner re supporting references for G. Gutierrez report; proofing final draft of report | 1.00 | $700.00 | $700.00 | |
| 9-18-13 | MLabgold | Partner | Preparing outline of Ward cross-examination including reviewing technical treatises identified by G. Gutierrez | 2.00 | $700.00 | $1,400.00 | |
| 9-19-13 | Makman | Attorney | Calls to possible mediators. | 0.50 | $425.00 | $212.50 | |
| 9-19-13 | TNagashima | Partner | Telephone conference with US attorneys as to mediation | 0.50 | ¥50,000 | | ¥25,000.00 |
| 9-25-13 | Makman | Attorney | Review stipulation on mediation date. | 0.20 | $425.00 | $85.00 | |
| 9-28-13 | Hoeffner | Partner | Draft summary judgment motion to preclude damages | 3.00 | $550.00 | $1,650.00 | |
| 9-29-13 | Hoeffner | Partner | Draft summary judgment motion to preclude damages | 3.50 | $550.00 | $1,925.00 | |
| 10-17-13 | Makman | Attorney | Review opposition to Navcom summary judgment motion. | 0.50 | $425.00 | $212.50 | |
| 11-6-13 | Hoeffner | Partner | Prepare legal section of opposition brief; discussion with MLabgold re motion for leave to amend; review case law re motion for leave to amend; prepare procedural delay section of opposition to Plaintiffs' motion to amend complaint; discussion with MLabgold re same | 8.00 | $550.00 | $4,400.00 | |
| 11-6-13 | MLabgold | Partner | Drafting opposition to MTA; review Navcom production for documents contradicting Navcom position | 7.00 | $700.00 | $4,900.00 | |
| 12-6-13 | MLabgold | Partner | Conference call with opposing counsel re designation issue; follow up discussion with local counsel and editing list re same | 1.50 | $700.00 | $1,050.00 | |
| 12-11-13 | Hoeffner | Partner | Correspondence with Plaintiffs' counsel re confidentiality designation issue; discussion with MLabgold re designation issue | 0.25 | $550.00 | $137.50 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 1-14-14 | MLabgold | Partner | Finalizing de-designation review; responding to Navcom email re same | 1.00 | $700.00 | $700.00 | |
| 2-21-14 | Hoeffner | Partner | Review outline for MIL #2-Damages | 1.00 | $550.00 | $550.00 | |
| 3-6-14 | Fanelli | Paralegal | Review trial exhibit list and prepare exhibits for trial per M. Labgold request | 1.25 | $150.00 | $187.50 | |
| 3-7-14 | Fanelli | Paralegal | Review trial exhibit list and prepare exhibits for trial per M. Labgold request | 2.00 | $150.00 | $300.00 | |
| 3-7-14 | Rigney | Paralegal | Conference with J. Shaw and D. Fanelli re logistics for trial preparation and trial attendance | 0.50 | $150.00 | $75.00 | |
| 3-10-14 | Makman | Attorney | Draft voir dire questions, review jury instructions, work on oppositions to motions in limine. | 4.50 | $425.00 | $1,912.50 | |
| 3-14-14 | MLabgold | Partner | Preparing direct testimony outlines and associated evidence | 3.00 | $700.00 | $2,100.00 | |
| 3-19-14 | Makman | Attorney | Review opposition to Motion for Clarification. | 0.30 | $425.00 | $127.50 | |
| 3-24-14 | Fanelli | Paralegal | Research and contact vendor regarding war room electronic equipment per M. Labgold request | 0.25 | $150.00 | $37.50 | |
| 3-24-14 | Rigney | Paralegal | Conference with D. Fanelli re trial logistics and new trial dates | 0.50 | $150.00 | $75.00 | |
| 3-28-14 | Fanelli | Paralegal | Conference call regarding trial logistics; prepare and send trial supplies list to counsel | 0.25 | $150.00 | $37.50 | |
| 4-7-14 | Rigney | Paralegal | Conference with D. Fanelli re trial support for trial and trial schedule logistics | 0.25 | $150.00 | $37.50 | |
| 4-8-14 | Fanelli | Paralegal | Contact vendor and upload exhibits regarding printing of documents for the court per M. Labgold request | 0.50 | $150.00 | $75.00 | |
| 4-8-14 | Rigney | Paralegal | Coordinate trial logistics with D. Fanelli; cross check trial exhibits for Court | 1.25 | $150.00 | $187.50 | |
| 4-9-14 | Fanelli | Paralegal | Correspond with co-counsel regarding trial logistics; draft and send contact sheets for trial; contact vendors regarding trial | 1.25 | $150.00 | $187.50 | |
| 4-10-14 | Fanelli | Paralegal | Conference call regarding trial logistics; prepare documents for trial per M. Labgold request | 0.75 | $150.00 | $112.50 | |
| 4-10-14 | Rigney | Paralegal | Conference Call with A. Russell, M. Labgold, D. Fanelli, T. Waiter and P. Hoeffner re trial logistics and trial set-up | 0.75 | $150.00 | $112.50 | |
| 4-11-14 | Makman | Attorney | Review objections to designated experts; file counters and objections. | 1.00 | $425.00 | $425.00 | |
| 4-14-14 | Fanelli | Paralegal | Prepare documents for trial to California | 0.75 | $150.00 | $112.50 | |
| 4-28-14 | Fanelli | Paralegal | Prepare documents and exhibits for trial | 3.00 | $150.00 | $450.00 | |
| 5-5-14 | Fanelli | Paralegal | Research brief and obtain cases cited in the brief per S. O'Byrne request | 0.50 | $150.00 | $75.00 | |
| 5-7-14 | MLabgold | Partner | Trial | 6.00 | $700.00 | $4,200.00 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 5-8-14 | Hoeffner | Partner | Prepare jury instructions re damages; review and edit Plaintiffs' proposed jury instructions; reading of verdict; prepare for post-trial arguments re attorney fees and costs; post-trial hearing | 6.75 | $550.00 | $3,712.50 | |
| 5-8-14 | Russell | Associate | Draft jury instructions re damages; research re jury instructions; assist M. Labgold in drafting damages closing; attend reading of verdict | 6.50 | $400.00 | $2,600.00 | |
| 5-12-14 | Fanelli | Paralegal | Research and send sample motions for attorney's fees per A. Russell request | 0.60 | $150.00 | $90.00 | |
| 5-12-14 | Rigney | Paralegal | Correspondence from A. Russell re: trial exhibits and exhibit lists; update case files with final versions; organize materials from trial | 0.75 | $150.00 | $112.50 | |
| 5-12-14 | Russell | Associate | Research re fees motion, applicable statutes; review of fees motions from other cases; discussion with J. Shaw re fees motion structure | 1.25 | $400.00 | $500.00 | |
| 5-21-14 | Fanelli | Paralegal | Review cases and download sample documents relating to motions for attorneys fees per A. Russell request | 1.00 | $150.00 | $150.00 | |
| 5-22-14 | Makman | Attorney | Review Draft judgment. | 0.50 | $425.00 | $212.50 | |
| 6-17-14 | Fanelli | Paralegal | Research motions to stay per S. O'Byrne request | 0.25 | $150.00 | $37.50 | |
| 6-17-14 | Fry | Associate | Discuss Rule 50 research with A. Russell | 0.25 | $375.00 | $93.75 | |
| 6-17-14 | Rigney | Paralegal | Correspondence from A. Russell re response to Plaintiff's Administrative motion to stay briefing; review and finalize response; prepare, file and serve response; correspondence to team transmitting copies; file organization of electronic docket; update case calendar | 0.75 | $150.00 | $112.50 | |
| 6-24-14 | MLabgold | Partner | Meet and confer re Bill of Costs | 0.50 | $700.00 | $350.00 | |
| 6-26-14 | Fanelli | Paralegal | Review, file, and serve reply brief regarding motion for judgment as a matter of law per A. Russell request | 0.50 | $150.00 | $75.00 | |
| 6-30-14 | Makman | Attorney | Review declaration for reply brief. | 0.50 | $425.00 | $212.50 | |
| 7-9-14 | Fanelli | Paralegal | Review, file, and serve response to motion for a new trial per M. Labgold request | 0.50 | $150.00 | $75.00 | |
| 9-9-14 | Fanelli | Paralegal | Prepare binders of documents for hearing per M. Labgold request | 0.25 | $150.00 | $37.50 | |
| 1-19-19 | MLabgold | Partner | Email with opposing counsel re interest on fees cases | 0.50 | $700.00 | $350.00 | |
| 3-12-19 | Fanelli | Paralegal | Review document submitted to the court and update electronic database of court required deadlines | 0.25 | $175.00 | $43.75 | |
| 3-12-19 | Fanelli | Paralegal | Gather motion for fees documents pursuant to court order and A. Russell request | 0.50 | $175.00 | $87.50 | |
| 3-12-19 | Russell | Partner | Call with M. Labgold re status report, strategy; research and prepare pro hac vice form; coordinate with paralegals re submitting unredacted copies of fee briefing to the Court; e-mails with P. Hoeffner re local counsel | 0.75 | $500.00 | $375.00 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|---|---|---|---|---|---|---|---|
| 3-27-19 | Rigney | Paralegal | Correspondence from A. Russell and M. Labgold re: sealed materials for Judge Davila; review package and letter; finalize and transmit to Judge Davila; correspondence to and from D. Fanelli re: ftp link; serve letter on opposing counsel; additional correspondence from A. Russell re: word version of fee briefs; review file and transmit versions to A. Russell | 1.00 | $175.00 | $175.00 | |
| 3-27-19 | Russell | Partner | Collect and review original versions of attorneys' fee filings for P. Hoeffner; e-mails with P. Hoeffner re: attorneys' fee filings | 0.50 | $500.00 | $250.00 | |
| 4-30-19 | Rigney | Paralegal | Correspondence from A. Russell re Motion to Seal and supporting papers; review motion | 0.25 | $175.00 | $43.75 | |
| 5-1-19 | Rigney | Paralegal | Review correspondence messages from A. Russell and P. Hoeffner; Conference with A. Russell re: planning for upcoming filing and co-counsel to submit filings; draft sealing papers and prepare proposed redactions; transmit to A. Russell and P. Hoeffner | 1.25 | $175.00 | $218.75 | |
| 5-6-19 | Rigney | Paralegal | Correspondence from P. Hoeffner re: sealed materials; correspondence from and to A. Russell re: same; review brief and prepare proposed sealed materials; transmit to A. Russell; discussions with A. Russell re: planning for electronic filing and California counsel to cover submission | 0.50 | $175.00 | $87.50 | |
| 5-10-19 | Rigney | Paralegal | Review supplemental brief and supporting papers submitted in connection with Fees motion; prepare versions for chambers; coordinate with courier re: materials to be delivered to San Jose Courthouse; review materials and authorize service to Court | 0.50 | $175.00 | $87.50 | |
| 5-29-19 | Rigney | Paralegal | Correspondence from A. Russell re: sealed motion for supplemental reply brief exhibits; review brief and prepare sealed motion, declaration, proposed order and additional supporting materials; transmit to. A. Russell | 1.25 | $175.00 | $218.75 | |
| 6-7-19 | James | Paralegal | Correspondence with A. Russell re: research of case law and statutes cited; preparation of the same for review of co-counsel | 2.00 | $175.00 | $350.00 | |
| 6-7-19 | Russell | Partner | Work with M. James re: pulling cases for P. Hoeffner | 0.25 | $500.00 | $125.00 | |
| 6-17-19 | Russell | Partner | Call with P. Hoeffner re: oral argument prep; discussion with N. Hoeschen re: research for oral argument; e-mails with P. Hoeffner, N. Hoeschen re: research | 0.25 | $500.00 | $125.00 | |
| 6-18-19 | James | Paralegal | Correspondence with A. Russell r: fee motions; review of motions in preparation for hearing | 0.75 | $175.00 | $131.25 | |
| 6-18-19 | Russell | Partner | Review materials; prepare for oral argument | 2.50 | $500.00 | $1,250.00 | |

| Date | Team Member | Title | Task/Description | Time | Rate | Requested Amount (USD) | Requested Amount (JPY) |
|------|-------------|-------|------------------|------|------|------------------------|------------------------|
| 6-19-19 | James | Paralegal | Correspondence with A. Russell re: hearing preparation; reviewing and preparing documents requested for hearing for attorney review | 1.20 | $175.00 | $210.00 | |
| 6-25-19 | Russell | Partner | E-mails with P. Hoeffner re: transcript | 0.25 | $500.00 | $125.00 | |
| 6-28-19 | Russell | Partner | E-mails and call to court reporter re: deposition transcript; forward deposition transcript to co-counsel | 0.25 | $500.00 | $125.00 | |
| 7-22-19 | James | Paralegal | Correspondence with A. Russell re: status report; prepare status report; submit to court; serve on opposing counsel | 0.25 | $175.00 | $43.75 | |
| 7-23-19 | Hoeffner | Partner | Review Order re status conference schedule; discussion with MLabgold re status | 0.25 | $550.00 | $137.50 | |
| 7-23-19 | Rigney | Paralegal | Review order; update case calendar and case docket; correspondence to team transmitting pleadings | 0.25 | $175.00 | $43.75 | |
| | | | | | TOTALS | $136,646.00 | ¥2,414,800 |