MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH, State Bar No. 197551
bpsmith@morganlewis.com
KURT B. OLDENBURG, State Bar No. 287275
kurt.oldenburg@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Plaintiffs
NAVCOM TECHNOLOGY, INC. and
DEERE & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVCOM TECHNOLOGY, INC. and DEERE & COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OKI ELECTRIC INDUSTRY CO., LTD., and DOES ONE THROUGH TEN, inclusive,<br><br>Defendants. | Case No. 5:12-cv-04175 EJD<br><br>**NOTICE OF CHANGE IN COUNSEL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF CHANGE IN COUNSEL
U.S.D.C. – N.D. of CA Case No. 5:12-CV-04175 EJD

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 5-1(c)(2)(d), the undersigned respectfully requests that Kurt B. Oldenburg be withdrawn as counsel of record for NavCom Technology, Inc. and Deere & Company ("Plaintiffs") in this case. Benjamin P. Smith of Morgan, Lewis & Bockius LLP will remain counsel of record for NavCom Technology, Inc. and Deere & Company in this matter. The withdrawal of Mr. Oldenburg will therefore cause no prejudice to any party or delay in the case schedule.

Respectfully submitted,

Dated: February 11, 2020        MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kurt B. Oldenburg*
        Kurt B. Oldenburg

Attorneys for Plaintiffs
NAVCOM TECHNOLOGY, INC. and
DEERE & COMPANY

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF CHANGE IN COUNSEL
U.S.D.C. – N.D. of CA Case No. 5:12-CV-04175 EJD