| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Form CAND 133 (Rev. 2/2017) | BILL OF COSTS<br>*Please follow the instructions on page 3 when completing this form.* | | COURT USE ONLY<br>OBJECTION DEADLINE: 10/18/2019<br>OBJECTION FILED: YES ☒        No ☐ |
|---|---|---|---|
| 1. CASE NAME<br>NavCom Technology, Inc, et al. v. Oki Electric Industry Co, Ltd. | 2. CASE NUMBER<br>5:12-cv-04175 EJD | 3. DATE JUDGMENT ENTERED<br>May 28, 2014 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>NavCom Technology, Inc. and Deere & Company |
| 5. NAME OF CLAIMING PARTY<br>Oki Electric Industry Co, Ltd. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>Marc R. Labgold<br>Nagashima, Hashimoto, and Yasukuni | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                              (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $655.00 | Exh. A, Doc. 19 ($350 filing fee for notice of removal); Exh. A, Doc. 20 (pro hac fee). | $350.00 | $305.00 | E |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $18,795.75 | Exh. B, Doc. 8 (trial transcript). | $0.00 | $18,795.75 | E |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $22,827.35 | Exh. C, Doc. 1 (original, certified copy of fact deposition of Paul Galyean); Exh. C, Doc. 2 (original, certified copy, and video recording of 30(b)(6) deposition of Paul Galyean); Exh. C, Doc. 4 (videographer for Paul Galyean 30(b)(6) & fact depositions); Exh. C, Doc. 3 (certified transcript of Reedy & Inoue depositions; videographer for Inoue deposition); Exh. C, Doc. 6 (Asahi & Balbuena transcript copies); Exh. C, Doc. 7 (court reporter for Ushida & Fujita depositions, incl. transcript copies); Exh. C, Doc. 11 (transcript of Yoko Goto 30(b)(6) deposition); Exh. C, Doc. 12 (transcript of Gutierrez Deposition). | $14,936.75 | $7,890.60 | E |

| | | | | | |
|---|---|---|---|---|---|
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $8,411.47 | Exh. D1, Doc. 14 (document production of 1 document, including electronic import & export with OCR); Exh. D1, Doc. 15 (create Concordance database, import images and re-index database); Exh. D1, Doc. 16 (processing documents into Concordance format for production in response to RFP's); Exh. D1, Doc. 17 (convert electronic documents into TIFF for review & production); Exh. D1, Doc. 17 (document scanning for review & production); Exh. D1, Doc. 17 (OCR for review & production); Exh. D1, Doc. 17 (convert electronic documents into TIFF for review & production); Exh. D1, Doc. 17 (consulting and project management relating to e-discovery); Exh. D1, Doc. 17 (convert electronic documents into TIFF for review & production); Exh. D1, Doc. 17 (practice support services relating to document production); Exh. D1, Doc. 23 (document production of 9 documents, including electronic import & export with OCR); Exh. D1, Doc. 24 (printing of electronic document production). | $0.00 | $8,411.47 | A, E |
| Trial exhibits, Civil LR 54-3(d)(4) | $24,814.41 | Exh. D2, Doc. 25 (reproduction services for witness binders of exhibits used on the stand for each witness and/or provided to the Court, as required by the Court); Exh. D2, Doc. 26 (outside duplication of exhibits); Exh. D2, Doc. 27 (copies of exhibits required by the Court to be provided to the Court and opposing counsel). | $12,407.21 | $12,407.20 | C, E |
| Visual aids, Civil LR 54(d)(5) | $44,054.19 | Exh. D3, Doc. 31 (Fees for Trial Graphics developer, who developed and presented visual aids and demonstratives at trial; 35% reduction to account for non-recoverable costs); Exh. D3, Doc. 32 (Fees for Trial Graphics developer, who developed and presented visual aids and demonstratives at trial; 35% reduction to account for non-recoverable costs). | $33,280.44 | $10,773.75 | E |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $37,449.07 | Exh. F, Doc. 28 (travel expenses for interpreter, Toyu Yazaki, to Japanese-language deposition in Tokyo); Exh. F, Doc. 28 (Translation / Interpretation fees, after discount); Exh. F, Doc. 29 (Translation / Interpretation fees for interpretation during the trial); Exh. F, Doc. 30 (Travel expenses for interpreter, Toyu Yazaki, to Japanese-language deposition in Tokyo); Exh. F, Doc 30 (Translation / Interpretation fees, after discount). | $11,200.00 | $26,249.07 | B | |
| g. MISCELLANEOUS COSTS | | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | | |
| TOTAL AMOUNT | $157,007.24 | | $ 72,174.40 | $ 84,832.84 | | |

9. ADDITIONAL COMMENTS, NOTES, ETC:
See Exh. G for an itemized summary of the above expenses

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party**:

**SIGNATURE**: /s/ Marc R. Labgold      **DATE**: 10/4/2014

11. Costs are taxed in the amount of  $72,174.40   and included in the judgment.
Susan Y. Soong
Clerk of Court
BY: _[signature]_ , Deputy Clerk     **DATE**: January 8, 2021

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME , CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TOTAL WITNESS FEES/EXPENSES | $ 0.00 |
|---|---|